# EXHIBIT LIST — RICO CIVIL COMPLAINT

Stratmann v. Ivankovich et al.

Case No.: [TO BE ASSIGNED] (S.D. Fla.)

## EXHIBITS ATTACHED TO VERIFIED COMPLAINT

| Exhibit | Description | Compl. ¶ | Source / Bates | Status |
|---|---|---|---|---|
| **A** | Bank of America Monthly Statement — Primary Account #2290 2070 0174, January 2022 (Avg. Balance $994,245.18) | ¶3 | eStmt_2022-01-31.pdf | ON FILE |
| **B** | Bank of America Monthly Statement — Primary Account #2290 2070 0174, February 2022 (Avg. Balance $1,048,305.85) | ¶3 | eStmt_2022-02-28.pdf | ON FILE |
| **C** | Seakeeper Certified Dealer Non-Exclusive Agreement — Termination Notice, December 2, 2024 | ¶22 (Phase 5) | EXHIBIT_C_TERMINATION_NOTICE_20241202.pdf | ON FILE |
| **D** | CFO Declaration — Brian Kenny Verified Response to Interrogatory No. 9 (151 pages, $0.00 unaccounted) | ¶36 | DE 237 in Case 0:23-cv-61696-AHS | ON FILE (court record) |
| **E** | Faegre Drinker Biddle & Reath LLP — Cease & Desist Letter re: Seakeeper Trademarks, March 4, 2026 | ¶22A (Phase 5) | EXHIBIT_E_FAEGRE_CD_LETTER_20260304.pdf | ON FILE |
| **F** | Ivankovich Cobia 33 DC (SK-2) Email Pillar — "More Cobia Issues SEAKEEPER CORROSION EXCESSIVE" (May | ¶1-4, ¶4b-4e | Enterprise email; CMR-THREATS-000154 (cross-ref 000153) | ON FILE |

| | | | | |
|---|---|---|---|---|
| | 7-8, 2022); threat lane vs. Seakeeper/Cobia/Maverick; Chase Russell handoff path | | | |
| **G** | Brooke Bishop Email — "you cannot present any witnesses and/or any exhibits at trial" (February 20, 2026) | ¶29 (P-004) | Enterprise email | ON FILE |
| **H** | CMR Trial Exhibit List (DE 269-1) — designating 15,191 SYG-produced Bates-stamped documents as CMR exhibits | ¶29 (P-004) | DE 269-1 in Case 0:23-cv-61696-AHS | ON FILE (court record) |
| **I** | CMR Sanctions Motion (DE 270) — claiming "no underlying data" (filed 3 days after DE 269-1) | ¶29 (P-004) | DE 270 in Case 0:23-cv-61696-AHS | ON FILE (court record) |
| **J** | Burell Affidavit (DE 287-2) — including blank notary jurat (Page 6) | ¶30 (P-005) | DE 287-2 in Case 0:23-cv-61696-AHS | ON FILE (court record) |
| **K** | SBA Lien Notice Email Thread — November 5, 2025 (Ackel: "Can we auction everything off and not pay the SBA anything?") | ¶8 | Nakayama.Abouem@sba.gov email chain | ON FILE |
| **L** | SYG Florida Annual Resale Certificate No. 16-8014975102-2 (filed by LMC as its own DE 94-2, Exhibit 2) | ¶11, ¶32 | DE 94-2 in Case 0:23-cv-61696-AHS | PROVENANCE PENDING |
| **M** | SHM/LMC Reinstatement Email — Roig: "Starboard Yacht has been granted access" (February 27, 2025) | ¶11, ¶32 | Enterprise email: LRoig@shmarinas.com; MS Graph export (2026-04-16) | ON FILE |
| **N** | M/Y White Pearl Email Chain — Demers ("I have been | ¶32 (P-017) | Enterprise email: ddemers@shmarinas.com; RICO IVK export (2026-04-15) | ON FILE |

| | | | | |
|---|---|---|---|---|
| | told to stand down") December 6-9, 2024 | | | |
| **O** | "Bad Business" Email — Moore & Co., January 13, 2023 (Valcourt exclusion directive + December meeting confirmation) | ¶22A | Enterprise email; Moore & Co. PA Combined Communications | ON FILE |
| **P** | Joseph (Joe) Seinitz Signed Supplemental Declaration/Affidavit (with DE 277 corroboration reference) | ¶27a | Signed affidavit PDF + DE 277 in Case 0:23-cv-61696-AHS | ON FILE |
| **Q** | Goldstein Trust Account Wire — $1,200,000 to "Drs Tony and Olgas account" (December 15, 2025) + "I will not institute a wire" text (January 5, 2026) | ¶10 | CPD Det. Morgan (606FCU); MS Graph export (2026-04-16) | ON FILE |
| **R** | May 2025 Debt Schedule — $3,910,993 total formal debt obligations | ¶34, ¶3 | SYG internal financial record | ON FILE |
| **S** | Seakeeper SKR Evidence Package (Complaint, Termination, C&D Letters, Hoey Email) | ¶53 | SKR_EVIDENCE_*.pdf (5 files) | ON FILE |

## EXHIBITS REFERENCED BUT NOT ATTACHED

(Available on Request or via Discovery)

| Reference | Description | Compl. ¶ | Source |
|---|---|---|---|
| **DE 237** | CFO Declaration (151 pages) — full filing on PACER; cited as Exhibit D | ¶36 | Court record |
| **DE 300** | Default Judgment ($5,403,414.94) | ¶34 | Court record |
| **DE 161** | Sanctions Order ($10,000) | ¶34 | Court record |
| **FLPD #34-2512-209096** | Fort Lauderdale PD — Grand Theft / Dealing in Stolen Property report | ¶34 | Law enforcement |
| **BSO Det. Vecchio** | Broward Sheriff SK26 investigation | ¶34 | Law enforcement |

| | | | |
|---|---|---|---|
| **CPD 606FCU** | Chicago PD Financial Crimes — Goldstein $1.2M wire | ¶34 | Law enforcement |

## EXHIBIT STATUS SUMMARY

| Status | Count |
|---|---|
| **On File / Court Record** | 18 |
| **Pending Production / Provenance** | 1 |
| **Total Exhibits (A through S)** | **19** |

*CEO Action Required: Close exhibit lane L (court-record provenance for DE 94-2 Exhibit 2 — PACER pull required). Exhibits M, N, Q confirmed on file as of 2026-04-16.*

# EXHIBIT PACKET MANIFEST (V3)

Date: 2026-04-14

Package: RICO_FILING_PACKAGE_20260413

Matter: Stratmann v. Ivankovich et al. (pro se)

## Purpose

This manifest is the operational print-and-assembly control sheet for Exhibit A through Exhibit S.

## Exhibit Control Table

| Exhibit | Title | Source | Physical Status | Clerk Packet Status |
|---|---|---|---|---|
| **A** | BOA January 2022 statement | Wave287 evidence export PDF available | Handoff source confirmed (04_INDEXES_REPORTS) | VERIFIED_READY |
| **B** | BOA February 2022 statement | Wave287 evidence export PDF available | Handoff source confirmed (04_INDEXES_REPORTS) | VERIFIED_READY |
| **C** | Seakeeper termination notice (12/02/2024) | Wave287 evidence export PDF available | Handoff source confirmed (04_INDEXES_REPORTS) | VERIFIED_READY |
| **D** | CFO Declaration (DE 237) | Federal docket reference | Court-record retrieval item | READY VIA PACER/DE REF |
| **E** | Faegre C&D letter (03/04/2026) | Wave287 evidence export PDF available | Handoff source confirmed (04_INDEXES_REPORTS) | VERIFIED_READY |
| **F** | Ivankovich Cobia 33 DC (SK-2) email pillar (May 7-8, 2022) | Enterprise email | Confirms threat lane vs. Seakeeper/Cobia/Maverick | VERIFIED_READY |
| **G** | Bishop trial exclusion email (02/20/2026) | Prior clerk package export | Confirmed Wave307 print assembly | VERIFIED_READY |
| **H** | CMR trial exhibit list (DE 269-1) | Federal docket reference | Court-record retrieval item | READY VIA PACER/DE REF |
| **I** | CMR sanctions filing (DE 270) | Federal docket reference | Court-record retrieval item | READY VIA PACER/DE REF |
| **J** | Burell affidavit + blank jurat (DE | Federal docket reference | Court-record retrieval item | READY VIA PACER/DE REF |

| | | | | |
|---|---|---|---|---|
| | 287-2) | | | |
| **K** | SBA lien notice thread + Ackel statement | Enterprise email | Confirmed Wave307 print assembly | VERIFIED_READY |
| **L** | Florida resale certificate (DE 94-2 Ex. 2) | Federal docket reference | Court-record retrieval item — PACER pull required | PROVENANCE PENDING |
| **M** | SHM/LMC reinstatement email | Enterprise email | MS Graph export 8,212 bytes (2026-04-16) | VERIFIED_READY |
| **N** | White Pearl stand-down email chain | Enterprise email | RICO IVK export 898,048 bytes (2026-04-15) | VERIFIED_READY |
| **O** | Moore & Co. "Bad Business" email | Enterprise email | Confirmed Wave307 print assembly | VERIFIED_READY |
| **P** | Seinitz declaration (DE 277) | Federal docket reference | Court-record retrieval item | READY VIA PACER/DE REF |
| **Q** | Goldstein trust wire + refusal message | Law enforcement + enterprise comms | MS Graph export 7,718 bytes (2026-04-16) | VERIFIED_READY |
| **R** | May 2025 debt schedule | Internal financial record | Confirmed Wave307 print assembly | VERIFIED_READY |
| **S** | Seakeeper SKR evidence package | Prior SKR package artifacts | Candidate files located and confirmed | VERIFIED_READY |

## Assembly Rules

1. Keep Exhibit letter order strictly A to S.
2. Use a one-page Exhibit cover before each exhibit file.
3. Preserve native email headers for all email exhibits.
4. For DE-based records, print the filed PDF with visible DE number and page stamps.
5. Do not file as complete until all PROVENANCE PENDING entries convert to VERIFIED_READY in next preflight run.

## Completion Queue — STATUS AS OF 2026-04-16

## ONE ITEM REMAINING: