AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

Charles Jacob Strawman )
_Plaintiff/Petitioner_ )
)
-v.- )   Civil Action No.
Steven Ivankvich )
_Defendant/Respondent_ )
)

FILED BY _Cwc_ D.C.

APR 17 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _N/A_
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _0_ , and my take-home pay or wages are: $ _0_ per
(specify pay period) _Oct 30th 2025 Thru Today_

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment ☐ Yes ☒ No
(b) Rent payments, interest, or dividends ☐ Yes ☒ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability, or worker's compensation payments ☐ Yes ☒ No
(e) Gifts, or inheritances ☒ Yes ☐ No
(f) Any other sources ☐ Yes ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

1) My Parents sent me 2 Birthday gift cards 200.00 each; however someone opened the card and stole the 2 Gift cards while being mailed. Note 4th IC3 filing in 24 months

2. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 2167 | $ 0 | $ 2167 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interests and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as Social Security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 0 | $ 2167 | $ 0 | $ 2167 |

3. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Starboard Yacht Group LLC | Fort Lauderdale | 2008-2026 | 0 currently |
| | | | |
| | | | |

4. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| | | | |
|---|---|---|---|
| Palum and Proof Bakery | 545 NE 17th Ave Ft. Lauderdale, Fl 33301 | July 2025 - Present | 2167.00 |

5. How much cash do you and your spouse have? $ 10 _____

2

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bank of America | Checking /operating | $ 0 or Overdrafted | $ 0 or overdrafted |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

6. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| 2,400,000.00 | None | Make & Year: None Personally owned |
| | | Model: |
| | | Registration #: |

| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| | | Make & Year None Personally owned |
| | | Model: |
| | | Registration #: |

7. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | N/A | N/A |
| | | |
| | | |

3

8. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| Natalie | Child | 20 |
| V.S | Child | 17 |
| E.S | Child | 12 |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ 9000.00 | $ |
| Are real-estate taxes included?  ☐ Yes  ☑ No | $ 2K mo. | $ |
| Is property insurance included?  ☐ Yes  ☑ No | $ 600 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 1600.00 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 1800.00 | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ 30 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 350.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ |
| Homeowner's or renter's | $ 0 | $ |
| · Life | $ 0 | $ |
| Health | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments | $ 2181.00 | $ |
| Motor Vehicle | $ 0 | $ |
| Credit card (name): Citi | $ 2,000. | $ |
| Department store (name): Pottery | $ 600 | $ |
| Other: Ball | $ 4,000 | $ |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 30K | $ |
| Other (specify): _____ | $ 4167.00 | $ |
| **Total monthly expenses** *Aprox* | $ ___ 7,000 | $ |

10. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☑ Yes  ☐ No      If yes, describe on an attached sheet.

11. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?*

    ☑ Yes  ☐ No      If yes, how much: $ _TBD_

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    - Movant is the CEO of Starboard Yacht Group LLC, a small marine service company whose operating cash flow has been severly impaired by the pendancy of this litigation
    - The docket fee would impose an undue hardship given current financial constrain including overdrafted bank accts., sold liquid assets, active mortgage & HELOC defaults and 1.915 million EIDL default

13. *State the city and state of your legal residence.* Fort Lauderdale, FL

    Your daytime phone number: (954) 878-9846

    Your age: 40      Your years of schooling: 4 year bachelors

**AO 240 — Application to Proceed in District Court Without Prepaying Fees or Costs**

United States District Court, Southern District of Florida

Case Caption: Stratmann v. Ivankovich et al.

Applicant: Charles Jacob Stratmann

Date: April 14, 2026

## 1. Employment

- I am currently employed: No.
- Last date of employment: Not currently employed for wages.
- Gross monthly wages/salary: $0.

## 2. Spouse Employment and Income

- Spouse employed: Yes.
- Spouse gross income frequency: Weekly.
- Spouse gross income amount: $500 per week.
- Spouse equivalent monthly gross income: $2,167.
- Spouse business/work address: 545 NE 17th Ave, Fort Lauderdale, FL 33301.

## 3. Other Monthly Income (Applicant)

- Business/self-employment income: $0.
- Rent payments received: $0.
- Interest/dividends: $0.
- Pension/annuities/life insurance: $0.
- Disability/workers compensation: $0.
- Gifts/inheritances: $0.
- Public assistance/unemployment: $0.
- Other income: $0.
- Total applicant monthly income: $0.

## 4. Cash and Accounts

- Cash on hand (personal): $0.
- Total in personal checking/savings accounts: $0.
- Funds in business operating accounts accessible for personal filing fees: $0.

### 5. Assets

- Residence estimated market value: $2,400,000.
- Total debt secured by residence: $3,500,000+.
- Motor vehicles: None unencumbered and available for liquidation.
- Other personal property readily convertible to cash: None available.

### 6. Dependents and Household Support

- Dependents supported in household: Yes.
- Monthly dependent/household support expenses: $4,167+.

### 7. Monthly Expenses

- Utilities: $600.
- Food: $800.
- Transportation: $350.
- Phone/internet: $150.
- Health insurance: $0.
- Minimum monthly debt service: $2,181.
- Total baseline monthly outflow (excluding contingent obligations): $8,248+.

### 8. Debts and Financial Obligations

- SBA/EIDL default obligation: $1,915,000.
- Total quantified debt obligations: $2,005,796.22.
- Applicant has no current monthly wage income and cannot prepay filing fees.

### 9. Financial Hardship Statement

I am unable to pay the filing fee because I have no current personal monthly income, no available personal cash or accounts, and significant debt obligations exceeding my assets. My household income (spouse $2,167/month) is fully consumed by household expenses and dependents. I have no assets readily convertible to cash. Filing this action is necessary to protect my legal rights and those of the enterprise I operate.

### 10. Prior Waiver Reference (Data Source)

This AO 240 financial data is carried forward from the previously completed and filed indigency package values used in the prior IFP motion practice in related

proceedings. Values have been reviewed and confirmed current as of April 14, 2026.

## 11. Declaration

I declare under penalty of perjury that the information above is true and correct to the best of my knowledge.

**/s/ Charles Jacob Stratmann**

Charles Jacob Stratmann

545 NE 17TH AVE, FORT LAUDERDALE, FL 33301

(954) 873-8546

jake@starboardyacht.com