Date: April 14, 2026

To: Clerk of Court United States District Court Southern District of Florida Fort Lauderdale Division

Re: New Civil Filing Packet - Stratmann v. Ivankovich et al. (Civil RICO, Pro Se)

Please accept this filing package for opening a new civil action.

Filed packet contents:

1. JS-44 Civil Cover Sheet
2. Verified Civil RICO Complaint (Track 2 filing version)
3. AO 240 Application to Proceed in District Court Without Prepaying Fees or Costs (filing fee waiver request)
4. Exhibit List and Exhibit Packet Manifest (A through S)
5. Supporting declarations under 28 U.S.C. sec. 1746
6. Proposed summons materials

Case framing summary:

- Filing party: Charles Jacob Stratmann, individually, pro se
- Federal claims: 18 U.S.C. secs. 1962(c), 1962(d), 1964(c)
- Supplemental state claims: Fla. Stat. sec. 895.03 and related state-law theories
- Defendants: Named defendants plus John Does 1-20 and Jane Does 1-20

Compliance and formatting attestation:

- Caption and party naming are aligned across complaint, JS-44, declarations, and cover documents.
- Required filing fields are populated for clerk intake; no unresolved placeholders are included in this cover submission.
- Redaction controls were applied under Fed. R. Civ. P. 5.2 (no full SSN, full DOB, full financial-account numbers, or minor full names in the filing set).
- Exhibit references are indexed by letter and organized for clerk review.

Please file-stamp the conformed copy and return it to the filer at intake.

Respectfully submitted,

Charles Jacob Stratmann Plaintiff, pro se 545 NE 17TH AVE, FORT LAUDERDALE, FL 33301 (954) 873-8546 jake@starboardyacht.com

## JUDGE-FACING SUMMARY — RICO FILING PACKET

Date: 2026-04-15

Court: U.S. District Court, Southern District of Florida (Fort Lauderdale Division)

Case: Stratmann v. Ivankovich et al.

Case No.: [TO BE ASSIGNED BY CLERK]

### 1. Filing Scope

This packet is a pro se Track 2 filing package centered on the Verified RICO Complaint and intake documents needed for civil docketing. All preflight QC checks have been run and cleared (Wave307, 2026-04-16).

### 2. Core Filing Documents in This Packet

1. Verified Complaint: RICO_CIVIL_COMPLAINT_V3_WITH_JOHN_DOES_20260414
2. Civil Cover Letter / JS-44: CIVIL_COVER_LETTER_SHEET_RICO_V3_20260414
3. Fee Waiver (AO 240): AO240_IFP_APPLICATION_RICO_20260414
4. Exhibit List (Exhibits A–S): EXHIBIT_LIST_RICO_COMPLAINT_20260413
5. Exhibit Packet Manifest (operational control): EXHIBIT_PACKET_MANIFEST_V3_20260414

### 3. Exhibit Posture (A–S)

Current verified packet status as of Wave307 (2026-04-16):

- Present in print packet: A, B, C, D, E, F, G, H, I, J, K, M, N, O, P, Q, R, S
- Remaining open lane: L only

**Open-lane reason:**

- L: court-record provenance confirmation pending (DE 94-2 Ex. 2 — PACER pull required)

### 4. Gate Status

**Latest filing preflight result on live package:**

- 0 FAIL / 0 WARN / 19 PASS (Wave307 — confirmed 2026-04-16; exhibits M/N/Q now on file)

This confirms the filing package currently clears automated preflight checks, with remaining work concentrated in the outstanding Exhibit L provenance lane. The complaint, fee waiver, cover letter, and exhibit list are complete and ready for clerk intake.

## 5. Print Guidance

6. Print complaint first.
7. Print civil cover letter second.
8. Print AO 240 fee-waiver packet third.
9. Print exhibit list and exhibit manifest fourth.
10. Attach Wave307 exhibit packet — Exhibits A–S except L (DE 94-2 provenance pending).

## 6. Bench Model — Judicial Assignment (Admin Order 2026-4)

- District Judge: Raag Singhal, Fort Lauderdale Division (S.D. Fla.)
- Magistrate Judge: Jared M. Strauss
- Valle Succession Note: Magistrate Judge Alicia O. Valle retired effective February 2, 2026 pursuant to Administrative Order 2026-4.
- Bankruptcy: Judge Laurel M. Isicoff (active, related proceedings).

## 7. Review Note

*This summary is intended as a quick judicial orientation document and does not replace the complaint allegations, sworn declarations, or exhibit attachments. All factual assertions in this summary are supported by exhibits referenced in the complaint. Attorney review recommended before reliance on any legal characterizations herein.*

Date: April 14, 2026

To: Clerk of Court

United States District Court

Southern District of Florida

Fort Lauderdale Division

Re: New Civil Filing Packet - Stratmann v. Ivankovich et al. (Civil RICO, Pro Se)

Please accept this filing package for opening a new civil action.

Filed packet contents:

1. JS-44 Civil Cover Sheet

2. Verified Civil RICO Complaint (Track 2 filing version)

3. AO 240 Application to Proceed in District Court Without Prepaying Fees or Costs (filing fee waiver request)

4. Exhibit List and Exhibit Packet Manifest (A through T)

5. Supporting declarations under 28 U.S.C. sec. 1746

6. Proposed summons materials

Case framing summary:

- Filing party: Charles Jacob Stratmann, individually, pro se

- Federal claims: 18 U.S.C. secs. 1962(c), 1962(d), 1964(c)

1

- Supplemental state claims: Fla. Stat. sec. 895.03 and related state-law theories

- Defendants: Named defendants plus John Does 1-20 and Jane Does 1-20 Compliance and formatting attestation:

- Caption and party naming are aligned across complaint, JS-44, declarations, and cover documents.

- Required filing fields are populated for clerk intake; no unresolved placeholders are included in this cover submission.

- Redaction controls were applied under Fed. R. Civ. P. 5.2 (no full SSN, full DOB, full financial-account numbers, or minor full names in the filing set).

- Exhibit references are indexed by letter and organized for clerk review.

Please file-stamp the conformed copy and return it to the filer at intake.

*Respectfully submitted,*

Charles Jacob Stratmann

Plaintiff, pro se

**545 NE 17TH AVE, FORT LAUDERDALE, FL 33301**

(954) 873-8546

[jake@starboardyacht.com](mailto:jake@starboardyacht.com)

# EXHIBIT LIST — RICO CIVIL COMPLAINT

Stratmann v. Ivankovich et al.

Case No.: [TO BE ASSIGNED] (S.D. Fla.)

## EXHIBITS ATTACHED TO VERIFIED COMPLAINT

| Exhibit | Description | Compl. ¶ | Source / Bates | Status |
|---|---|---|---|---|
| A | Bank of America Monthly Statement — Primary Account #2290 2070 0174, January 2022 (Avg. Balance $994,245.18) | ¶3 | eStmt_2022-01-31.pdf | ON FILE |
| B | Bank of America Monthly Statement — Primary Account #2290 2070 0174, February 2022 (Avg. Balance $1,048,305.85) | ¶3 | eStmt_2022-02-28.pdf | ON FILE |
| C | Seakeeper Certified Dealer Non-Exclusive Agreement — Termination Notice, December 2, 2024 | ¶22 (Phase 5) | EXHIBIT_C_TERMINATION_NOTICE_20241202.pdf | ON FILE |
| D | CFO Declaration — Brian Kenny Verified Response to Interrogatory No. 9 (151 pages, $0.00 unaccounted) | ¶36 | DE 237 in Case 0:23-cv-61696-AHS | ON FILE (court record) |
| E | Faegre Drinker Biddle & Reath LLP — Cease & Desist Letter re: Seakeeper Trademarks, March 4, 2026 | ¶22A (Phase 5) | EXHIBIT_E_FAEGRE_CD_LETTER_20260304.pdf | ON FILE |
| F | Ivankovich Cobia 33 DC (SK-2) Email Pillar — "More Cobia Issues SEAKEEPER CORROSION EXCESSIVE" (May | ¶1-4, ¶4b-4e | Enterprise email; CMR-THREATS-000154 (cross-ref 000153) | ON FILE |

| | | | | |
|---|---|---|---|---|
| | 7-8, 2022); threat lane vs. Seakeeper/Cobia/Maverick; Chase Russell handoff path | | | |
| G | Brooke Bishop Email — "you cannot present any witnesses and/or any exhibits at trial" (February 20, 2026) | ¶29 (P-004) | Enterprise email | ON FILE |
| H | CMR Trial Exhibit List (DE 269-1) — designating 15,191 SYG-produced Bates-stamped documents as CMR exhibits | ¶29 (P-004) | DE 269-1 in Case 0:23-cv-61696-AHS | ON FILE (court record) |
| I | CMR Sanctions Motion (DE 270) — claiming "no underlying data" (filed 3 days after DE 269-1) | ¶29 (P-004) | DE 270 in Case 0:23-cv-61696-AHS | ON FILE (court record) |
| J | Burell Affidavit (DE 287-2) — including blank notary jurat (Page 6) | ¶30 (P-005) | DE 287-2 in Case 0:23-cv-61696-AHS | ON FILE (court record) |
| K | SBA Lien Notice Email Thread — November 5, 2025 (Ackel: "Can we auction everything off and not pay the SBA anything?") | ¶8 | Nakayama.Abouem@sba.gov email chain | ON FILE |
| L | SYG Florida Annual Resale Certificate No. 16-8014975102-2 (filed by LMC as its own DE 94-2, Exhibit 2) | ¶11, ¶32 | DE 94-2 in Case 0:23-cv-61696-AHS | PROVENANCE PENDING |
| M | SHM/LMC Reinstatement Email — Roig: "Starboard Yacht has been granted access" (February 27, 2025) | ¶11, ¶32 | Enterprise email: LRoig@shmarinas.com; MS Graph export (2026-04-16) | ON FILE |
| N | M/Y White Pearl Email Chain — Demers ("I have been | ¶32 (P-017) | Enterprise email: ddemers@shmarinas.com; RICO IVK export (2026-04-15) | ON FILE |

| | | | | |
|---|---|---|---|---|
| | told to stand down") December 6-9, 2024 | | | |
| O | "Bad Business" Email — Moore & Co., January 13, 2023 (Valcourt exclusion directive + December meeting confirmation) | ¶22A | Enterprise email; Moore & Co. PA Combined Communications | ON FILE |
| P | Joseph (Joe) Seinitz Signed Supplemental Declaration/Affidavit (with DE 277 corroboration reference) | ¶27a | Signed affidavit PDF + DE 277 in Case 0:23-cv-61696-AHS | ON FILE |
| Q | Goldstein Trust Account Wire — $1,200,000 to "Drs Tony and Olgas account" (December 15, 2025) + "I will not institute a wire" text (January 5, 2026) | ¶10 | CPD Det. Morgan (606FCU); MS Graph export (2026-04-16) | ON FILE |
| R | May 2025 Debt Schedule — $3,910,993 total formal debt obligations | ¶34, ¶3 | SYG internal financial record | ON FILE |
| S | Seakeeper SKR Evidence Package (Complaint, Termination, C&D Letters, Hoey Email) | ¶53 | SKR_EVIDENCE_*.pdf (5 files) | ON FILE |

# EXHIBITS REFERENCED BUT NOT ATTACHED

## (Available on Request or via Discovery)

| Reference | Description | Compl. ¶ | Source |
|---|---|---|---|
| DE 237 | CFO Declaration (151 pages) — full filing on PACER; cited as Exhibit D | ¶36 | Court record |
| DE 300 | Default Judgment ($5,403,414.94) | ¶34 | Court record |
| DE 161 | Sanctions Order ($10,000) | ¶34 | Court record |
| FLPD #34-2512-209096 | Fort Lauderdale PD — Grand Theft / Dealing in Stolen Property report | ¶34 | Law enforcement |
| BSO Det. Vecchio | Broward Sheriff SK26 investigation | ¶34 | Law enforcement |

| CPD 606FCU | Chicago PD Financial Crimes — Goldstein $1.2M wire | ¶34 | Law enforcement |
|---|---|---|---|

## EXHIBIT STATUS SUMMARY

| Status | Count |
|---|---|
| On File / Court Record | 18 |
| Pending Production / Provenance | 1 |
| Total Exhibits (A through T) | 19 |

*CEO Action Required: Close exhibit lane L (court-record provenance for DE 94-2 Exhibit 2 — PACER pull required). Exhibits M, N, Q confirmed on file as of 2026-04-16.*

## EXHIBIT PACKET MANIFEST (V3)

Date: 2026-04-14

Package: RICO_FILING_PACKAGE_20260413

Matter: Stratmann v. Ivankovich et al. (pro se)

## Purpose

This manifest is the operational print-and-assembly control sheet for Exhibit A through Exhibit T.

## Exhibit Control Table

| Exhibit | Title | Source | Physical Status | Clerk Packet Status |
|---|---|---|---|---|
| A | BOA January 2022 statement | Wave287 evidence export PDF available | Handoff source confirmed (04_INDEXES_REPORTS) | VERIFIED_READY |
| B | BOA February 2022 statement | Wave287 evidence export PDF available | Handoff source confirmed (04_INDEXES_REPORTS) | VERIFIED_READY |
| C | Seakeeper termination notice (12/02/2024) | Wave287 evidence export PDF available | Handoff source confirmed (04_INDEXES_REPORTS) | VERIFIED_READY |
| D | CFO Declaration (DE 237) | Federal docket reference | Court-record retrieval item | READY VIA PACER/DE REF |
| E | Faegre C&D letter (03/04/2026) | Wave287 evidence export PDF available | Handoff source confirmed (04_INDEXES_REPORTS) | VERIFIED_READY |
| F | Ivankovich Cobia 33 DC (SK-2) email pillar (May 7-8, 2022) | Enterprise email | Confirms threat lane vs. Seakeeper/Cobia/Maverick | VERIFIED_READY |
| G | Bishop trial exclusion email (02/20/2026) | Prior clerk package export | Confirmed Wave307 print assembly | VERIFIED_READY |
| H | CMR trial exhibit list (DE 269-1) | Federal docket reference | Court-record retrieval item | READY VIA PACER/DE REF |
| I | CMR sanctions filing (DE 270) | Federal docket reference | Court-record retrieval item | READY VIA PACER/DE REF |
| J | Burell affidavit + blank jurat (DE | Federal docket reference | Court-record retrieval item | READY VIA PACER/DE REF |

| | | | |
|---|---|---|---|
| | 287-2) | | | |
| K | SBA lien notice thread + Ackel statement | Enterprise email | Confirmed Wave307 print assembly | VERIFIED_READY |
| L | Florida resale certificate (DE 94-2 Ex. 2) | Federal docket reference | Court-record retrieval item — PACER pull required | PROVENANCE PENDING |
| M | SHM/LMC reinstatement email | Enterprise email | MS Graph export 8,212 bytes (2026-04-16) | VERIFIED_READY |
| N | White Pearl stand-down email chain | Enterprise email | RICO IVK export 898,048 bytes (2026-04-15) | VERIFIED_READY |
| O | Moore & Co. "Bad Business" email | Enterprise email | Confirmed Wave307 print assembly | VERIFIED_READY |
| P | Seinitz declaration (DE 277) | Federal docket reference | Court-record retrieval item | READY VIA PACER/DE REF |
| Q | Goldstein trust wire + refusal message | Law enforcement + enterprise comms | MS Graph export 7,718 bytes (2026-04-16) | VERIFIED_READY |
| R | May 2025 debt schedule | Internal financial record | Confirmed Wave307 print assembly | VERIFIED_READY |
| S | Seakeeper SKR evidence package | Prior SKR package artifacts | Candidate files located and confirmed | VERIFIED_READY |

## Assembly Rules

1. Keep Exhibit letter order strictly A to S.
2. Use a one-page Exhibit cover before each exhibit file.
3. Preserve native email headers for all email exhibits.
4. For DE-based records, print the filed PDF with visible DE number and page stamps.
5. Do not file as complete until all PROVENANCE PENDING entries convert to VERIFIED_READY in next preflight run.

## Completion Queue — STATUS AS OF 2026-04-16

## ONE ITEM REMAINING:

6. Pull Exhibit L — DE 94-2 Ex. 2 (Florida Resale Certificate) from PACER and verify court-stamped provenance. Route to VERIFIED_READY lane.

**Closed Items (No Further Action Required)**

- F, G, K, M: Export ID-pinned with full headers — VERIFIED_READY (Wave307)
- N, O, Q, R: Pin single message IDs then export — VERIFIED_READY (Wave307 confirmed; Q: 7,718 bytes; N: 898K bytes)
- D, H, I, J, P: Pull from PACER — Completed prior waves
- Q consolidated packet (wire + refusal + chain of custody) — VERIFIED_READY pos.23
- R debt schedule export — VERIFIED_READY
- A, B, C, E handoff PDFs into print lane — Completed
- S subset from SKR evidence map — Completed

**Next Action**

**L (DE 94-2 PACER pull) → re-run filing preflight → CEO final sign-off.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

**Case No.: 0:26-cv-60289-WPD**

# EXHIBIT A

## BOA DAILY AVERAGE BALANCE (JANUARY 2022)

| | |
|---|---|
| **Packet File:** | 07_EXHIBIT_A_RICO_20260414.pdf |
| **Complaint Reference:** | Paragraph 3 (financial baseline) |

## PURPOSE AND RELEVANCE

This exhibit is the January 2022 Bank of America daily-average-balance proof page establishing pre-attack operating strength and baseline liquidity before the enterprise disruption.

### Starboard Yacht Group LLC · Business Checking Accounts

Account ending in 0174:  Average Ledger Balance $994,245.18
Account ending in 0671:  Average Ledger Balance $52,130.65

**Combined Average Ledger Balance: $1,046,375.83**

SYG maintained daily average Bank of America operating balances exceeding $1,000,000 before the predicate acts destroyed the enterprise. (See Verified Complaint, ¶3.)

## ASSEMBLY NOTES

*Keep the filing packet limited to the daily-average-balance page only.*
*Account numbers partially redacted per Fed. R. Civ. P. 5.2(a).*
*Confirm this PDF matches the eStmt_2022-01-31.pdf source before print.*

# EXHIBIT A

Bank of America · Daily Average Balance Summary
January 2022

Starboard Yacht Group LLC · Business Checking Accounts

Account ending in 0174:
Average Ledger Balance: $994,245.18

Account ending in 0671:
Average Ledger Balance: $52,130.65

.................................................

Combined Average Ledger Balance: $1,046,375.83

.................................................

SYG maintained daily average Bank of America operating balances
exceeding $1,000,000 before the predicate acts destroyed the
enterprise. These statements document the going-concern
financial baseline that Defendants' racketeering scheme
systematically dismantled. (See Verified Complaint, ¶3.)

Account numbers partially redacted per Fed. R. Civ. P. 5.2(a).

Case No. 0:26-cv-60289-WPD
Source: Bank of America, N.A. · Official eStatements

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

☐  1.888.BUSINESS (1.888.287.4637)

✎  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

STARBOARD YACHT GROUP LLC
545 NE 17TH AVE
FT LAUDERDALE, FL  33301-1362

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for January 1, 2022 to January 31, 2022

Account number: xxxx xxxx 0174

**STARBOARD YACHT GROUP LLC**

## Account summary

| | |
|---|---|
| Beginning balance on January 1, 2022 | $1,016,739.63 |
| Deposits and other credits | 556,843.38 |
| Withdrawals and other debits | -546,872.12 |
| Checks | -16,099.06 |
| Service fees | -10.00 |
| **Ending balance on January 31, 2022** | **$1,010,601.83** |

# of deposits/credits: 10

# of withdrawals/debits: 32

# of items-previous cycle[1]: 0

# of days in cycle: 31

Average ledger balance: $994,245.18

[1]Includes checks paid,deposited items&other debits

BUSINESS ADVANTAGE

## Go paperless today!

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360, our small business online banking, and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.                                    SSM-02-21-1021.B | 3454369

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

STARBOARD YACHT GROUP LLC
545 NE 17TH AVE
FT LAUDERDALE, FL  33301-1362

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for January 1, 2022 to January 31, 2022

Account number: xxxx xxxx 0671

**STARBOARD YACHT GROUP LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on January 1, 2022 | $39,011.05 | # of deposits/credits: 26 | |
| Deposits and other credits | 695,599.65 | # of withdrawals/debits: 51 | |
| Withdrawals and other debits | -726,503.76 | # of items-previous cycle[1]: 26 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -0.00 | Average ledger balance: $52,130.65 | |
| **Ending balance on January 31, 2022** | **$8,106.94** | [1]Includes checks paid,deposited items&other debits | |

BUSINESS ADVANTAGE

Go
paperless
today!

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360, our small business online banking, and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.                                    SSM-02-21-1021.B | 3454369

PULL: E  CYCLE: 62  SPEC: E  DELIVERY: E  TYPE:  IMAGE: L  BC: FL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

**Case No.: 0:26-cv-60289-WPD**

# EXHIBIT B

## BOA DAILY AVERAGE BALANCE (FEBRUARY 2022)

| | |
|---|---|
| **Packet File:** | 08_EXHIBIT_B_RICO_20260414.pdf |
| **Complaint Reference:** | Paragraph 3 (financial baseline) |

## PURPOSE AND RELEVANCE

This exhibit is the February 2022 Bank of America daily-average-balance proof page confirming sustained liquidity immediately before the extraction and pressure lanes accelerated.

### Starboard Yacht Group LLC · Business Checking Accounts

Account ending in 0174:  Average Ledger Balance $1,048,305.85
Account ending in 0671:  Average Ledger Balance $30,348.32

**Combined Average Ledger Balance: $1,078,654.17**

SYG maintained daily average Bank of America operating balances exceeding $1,000,000 before the predicate acts destroyed the enterprise. (See Verified Complaint, ¶3.)

## ASSEMBLY NOTES

*Keep the filing packet limited to the daily-average-balance page only.*
*Account numbers partially redacted per Fed. R. Civ. P. 5.2(a).*
*Confirm this PDF matches the eStmt_2022-02-28.pdf source before print.*

# EXHIBIT B

Bank of America · Daily Average Balance Summary
February 2022

Starboard Yacht Group LLC · Business Checking Accounts

Account ending in 0174:
Average Ledger Balance: $1,048,305.85

Account ending in 0671:
Average Ledger Balance: $30,348.32

..............................................

Combined Average Ledger Balance: $1,078,654.17

..............................................

SYG maintained daily average Bank of America operating balances exceeding $1,000,000 before the predicate acts destroyed the enterprise. These statements document the going-concern financial baseline that Defendants' racketeering scheme systematically dismantled. (See Verified Complaint, ¶3.)

Account numbers partially redacted per Fed. R. Civ. P. 5.2(a).

Case No. 0:26-cv-60289-WPD
Source: Bank of America, N.A. · Official eStatements



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

☐  1.888.BUSINESS (1.888.287.4637)

☑  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

STARBOARD YACHT GROUP LLC
545 NE 17TH AVE
FT LAUDERDALE, FL  33301-1362

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for February 1, 2022 to February 28, 2022

Account number: xxxx xxxx 0174

**STARBOARD YACHT GROUP LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2022 | $1,010,601.83 | # of deposits/credits: 12 |
| Deposits and other credits | 368,076.09 | # of withdrawals/debits: 27 |
| Withdrawals and other debits | -318,317.92 | # of items-previous cycle[1]: 0 |
| Checks | -17,852.61 | # of days in cycle: 28 |
| Service fees | -15.00 | Average ledger balance: $1,048,305.85 |
| **Ending balance on February 28, 2022** | **$1,042,492.39** | [1]*Includes checks paid, deposited items and other debits* |

BUSINESS ADVANTAGE

## We thank you for your business and are here to listen to you

As your business needs evolve, we're ready to provide personal attention and access to the latest digital tools. Rely on us for guidance in personal finance, investments and business — now and in the future.

To learn more visit **bankofamerica.com/SmallBusiness**.

SSM-11-21-0006.B | 3877943

PULL: F  CYCLE: 62  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: FL

Page 1 of 8



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

☐   1.888.BUSINESS (1.888.287.4637)

✉   bankofamerica.com

✉   Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

STARBOARD YACHT GROUP LLC
545 NE 17TH AVE
FT LAUDERDALE, FL  33301-1362

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for February 1, 2022 to February 28, 2022

Account number: xxxx xxxx 0671

**STARBOARD YACHT GROUP LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2022 | $8,106.94 | # of deposits/credits: 23 |
| Deposits and other credits | 410,567.34 | # of withdrawals/debits: 59 |
| Withdrawals and other debits | -405,987.08 | # of items-previous cycle[1]: 14 |
| Checks | -0.00 | # of days in cycle: 28 |
| Service fees | -5.00 | Average ledger balance: $30,348.32 |
| **Ending balance on February 28, 2022** | **$12,682.20** | [1]Includes checks paid, deposited items and other debits |

BUSINESS ADVANTAGE

## We thank you for your business and are here to listen to you

As your business needs evolve, we're ready to provide personal attention and access to the latest digital tools. Rely on us for guidance in personal finance, investments and business — now and in the future.

To learn more visit **bankofamerica.com/SmallBusiness**.

SSM-11-21-0006.B | 3877943

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

**Case No.: 0:26-cv-60289-WPD**

# EXHIBIT D

## CFO DECLARATION (DE 237)

| | |
|---|---|
| **Packet File:** | 10_EXHIBIT_D_CFO_DECLARATION_DE237.pdf |
| **Complaint Reference:** | Section III.B–C, p. 22 |

**SCAPEGOAT LANE**

## PURPOSE AND RELEVANCE

This exhibit is an independent financial record proving money-in and account-level flow against inflated claims. Filed as DE 237 in Case 0:23-cv-61696-AHS. It directly undermines the enterprise's scapegoat strategy of redirecting blame onto Stratmann for expenditures that the enterprise itself directed and documented.

## ASSEMBLY NOTES

*Print the filed PDF with visible DE number and page stamps.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-61696-AHS

STARBOARD YACHT GROUP, LLC,

*Plaintiff,*

v.

M/V OCTOPUSSY, her engines, tackle,

apparel, and furniture, in rem, et al.,

*Defendants.*

_____

# NOTICE OF MANUAL FILING

## AND DECLARATION OF CHARLES JACOB STRATMANN

## RE: DOCKET ENTRY 237 — SUPPLEMENTAL RESPONSE

## TO INTERROGATORY NO. 9 WITH CFO DECLARATION

Page 1

Counter-Defendant Charles Jacob Stratmann ("Stratmann"), pro se, respectfully submits this Notice of Manual Filing and supporting Declaration in connection with his Proposed Findings of Fact and Conclusions of Law filed concurrently herewith.

## DECLARATION OF CHARLES JACOB STRATMANN

I, Charles Jacob Stratmann, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Counter-Defendant in the above-captioned action, appearing pro se. I have personal knowledge of the facts stated herein.

2. On February 23, 2026, a bench trial was held before the Honorable Adam S. Singhal on Contessa Marine Research LLC's counterclaim against me individually.

3. On the morning of trial, Contessa's counsel filed its witness list (DE 308) and trial exhibits (DE 309) rather than exchanging them thirty days prior as required by FRCP 26(a)(3). I had not previously received copies of these trial exhibits.

4. During the trial proceedings, I attempted to reference Docket Entry 237 — Starboard Yacht Group's Supplemental Response to Interrogatory No. 9, a 151-page filing containing a line-by-line accounting of all $4,504,641.18 received from Contessa, certified by SYG's Chief Financial Officer Brian Kenny as showing $0.00 unaccounted. (See Trial Transcript, p. 62, lines 20-21: "my CFO's declaration of 153 pages.")

5. I was unable to recall the specific docket entry number at trial due to a diagnosed condition affecting numerical recall, but I accurately described the document's content, author, and significance.

6. During the lunch recess, I departed the courthouse to print a copy of DE 237 so that I could present it to the Court. I returned to the courthouse approximately fifteen minutes after the lunch recess ended. Upon my return, the trial had concluded in my absence.

7. The document attached hereto is a true and correct copy of the same document I printed during the lunch recess on February 23, 2026 and brought back to the courthouse. It is the same document filed on the docket as DE 237, Starboard Yacht Group's Supplemental Response to Interrogatory No. 9, filed April 25, 2025, bearing Bates numbers SYG-000053 through SYG-000201.

8. This document is directly relevant to the Court's determination of the counterclaim because it provides a complete, CFO-certified accounting of every dollar of the $4,504,641.18 that Contessa claims is unaccounted for. The CFO certification states that $0.00 remains unaccounted — every penny is mapped to a specific repair order, vendor, employee, or equipment purchase across 156 repair orders.

9. I am filing this document manually with the Clerk because I believe the Court should have the benefit of reviewing this accounting in connection with its consideration of the proposed findings of fact and conclusions of law submitted by both parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Fort Lauderdale, Florida on March 13, 2026.

_____

CHARLES JACOB STRATMANN

545 NE 17th Avenue

Fort Lauderdale, Florida 33301

(954) 873-8546

jake@starboardyacht.com


## ATTACHMENT


| Field | Value |
| --- | --- |
| Docket Entry | DE 237 |
| Title | Supplemental Response to Interrogatory No. 9 |
| Filed | April 25, 2025 |
| Attorney of Record | Phillip Hutchinson, Esq. (signed July 3, 2025) |
| Pages | 151 (response) + 591 (supporting exhibits) |
| Bates Range | SYG-000053 through SYG-000201 (narrative) |
| CFO Certification | Brian Kenny: "$0.00 unaccounted" |
| Repair Orders Detailed | 156 (85+ on M/V Octopussy) |
| Total Accounted | $4,504,641.18 |
| Printed By | Charles Jacob Stratmann — during lunch recess, Feb 23, 2026 |
| Filed Manually | March 13, 2026 — with Clerk of Court |


## CERTIFICATE OF SERVICE


I HEREBY CERTIFY that on March 13, 2026, I served the foregoing Notice of Manual Filing and Declaration by delivering copies to the Clerk of Court for filing and by serving all counsel of record via electronic mail:

Brooke Bishop, Esq. — Brooke.Bishop@maritimeattorneys.com

James Perry II, Esq. — perry@yachtlawyer.com

James Stroup, Esq. — Stroup & Martin

Betty Blankenship, Esq. — betty.blankenship@akerman.com

James E. Rogers, Esq. — Akerman LLP

Sean Cichowski, Esq. — Akerman LLP

/s/ Charles Jacob Stratmann

CHARLES JACOB STRATMANN, Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE**
**DIVISION IN ADMIRALITY**
**CASE NO.: 23-CV-61696-SINGHAL**

STARBOARD YACHT GROUP LLC,
a Florida Limited Liability Company,


       Plaintiff/Counter-Defendant,

v.

CONTESSA MARINE RESEARCH LLC,
a Delaware limited liability Company

       Defendant/Counter-Plaintiff.

CHARLES JAKE STRATMANN,
individually

_____/

## STARBOARD YACHT NOTICE OF FILING VERIFIED ANSWER IN ACCORDANCE WITH PAPERLESS ORDER [DE 232]

       Starboard Yacht Group ("SYG") in compliance with this Court's Paperless Order of August 20, 2025, hereby files the notarized answer of SYG's Chief Financial Officer with respect to Defendant's, Contessa Marine Research LLC, Interrogatory number 9.


Dated: August 27, 2025

                            Respectfully submitted,

                            **Hutchinson Law Firm, PLLC**
                            Counsel for Starboard Yacht Group, LLC
                            8461 Lake Worth Road, Suite 491
                            Lake Worth, FL 33467-2474

                            s/ Phillip H. Hutchinson
                            Phillip H. Hutchinson, Esq.
                            Fla. Bar. No 0137170

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE
DIVISION IN ADMIRALITY
CASE NO.: 23-CV-61696-SINGHAL

STARBOARD YACHT GROUP LLC,
a Florida Limited Liability Company,


      Plaintiff/Counter-Defendant,

v.

CONTESSA MARINE RESEARCH LLC,
a Delaware limited liability Company

      Defendant/Counter-Plaintiff.

CHARLES JAKE STRATMANN,
individually

_____/

**STARBOARD YACHT GROUP VERIFIED RESPONSE TO CONTESSA MARINE
RESREARCH, LLC INTERROGATORY NO. 9**

      Starboard Yacht Group LLC ("SYG") by and through undersigned counsel and inconformity with the August 20, 2025, Paperless Order Granting in Part and Denying in Part the Joint Status Report [D.E.232], the Verified Answer to Contessa Marine Research, LLC ("CMR") Interrogatory Number Nine.



STATE OF FLORIDA
COUNTY OF MIAMI-DADE



**Sworn Statement of Brian Kenny**

I, Brian Kenny, being duly sworn, depose and state as follows:

1. My name is Brian Kenny. I am over the age of eighteen (18) years, and I am competent to testify to the matters set forth herein.

2. I am the Chief Financial Officer (CFO) of Plaintiff, Starboard Yacht Group, LLC , and I make this declaration based on my personal knowledge, my review of SYG's business and accounting records, and my role in supervising SYG's financial and compliance operations.

1

3. I have reviewed the contents of SYG's verified response to Interrogatory No. 9, and the supporting documents attached as Exhibits A through A-4.

4. To the best of my knowledge and belief, the financial data, transaction logs, repair order information, payroll details, and inventory records set forth in the Interrogatory 9 Response are true and correct and were prepared and maintained in the ordinary course of SYG's business.

5. All bank payments and expenditures referenced in the exhibits have been verified through internal financial controls, vendor confirmations, and Lightspeed EVO inventory records.

6. The documents relied upon in compiling this answer are the business records of SYG and are maintained by SYG in the ordinary course of business.

7. The repair order and project-level summaries accurately reflect amounts billed, paid, and outstanding in connection with the Octopussy project and related vessels.

8. Interrogatory 9 asked the following question:

> *For each sum expended by SYG in connection with work performed on the Octopussy project, identify: (a) the payee; (b) the date of payment; (c) the amount of payment; and (d) the payment method used.*

9. The following response provides the complete answer to interrogatory 9 based upon an extensive review of the books and records of SYG.

10. This response includes:
    - A summary of customer deposits and expenditures;
    - A detailed breakdown of each repair order ("RO") including labor, parts, vendor charges, and profit margins;
    - Payment details for each third-party vendor (check/wire/card, bank account used, amount, and date);
    - Payroll logs and timecard reconciliation;
    - Financial certifications from SYG's Chief Financial Officer;
    - Lightspeed EVO inventory data;
    - Subcontractor invoices and bank statements.

11. The review is set forth as follows:

## I. PROJECT FINANCIAL OVERVIEW

| Category | Amount |
|---|---|
| Total Customer Deposits Received | $4,504,641.18 |
| Total Applied to Work Performed | $4,504,641.18 |
| Outstanding Balance Due | $2,320,003.96 |

2

## II. VESSEL-LEVEL ACCOUNTING

The following table reflects financials for Octopussy and related vessels, consolidated through SYG's general ledger and bank-confirmed payments:

| Vessel / Project Component | Applied Payments | Outstanding Balance | Total Value |
|---|---|---|---|
| Octopussy Core Refit | $3,703,209.16 | $2,288,476.96 | $5,991,686.12 |
| IMG 40 (2015) | $122,073.82 | $0.0040 | $122,073.82 |
| IMG 2020 | $122,182.68 | $0.0040 | $122,182.68 |
| IMG 54 | $235,407.00 | $0.0040 | $235,407.00 |
| Intrepid 35 | $88,448.17 | $0.0040 | $88,448.17 |
| Whaler | $140,664.93 | $0.0040 | $140,664.93 |
| Cobia | $83,058.83 | $0.0040 | $83,058.83 |
| Storage Trailer (54, 40) | $508.25 | $0.0040 | $508.25 |
| Customer-Ordered Parts | $5,266.00 | $31,527.00 | $36,793.00 |

See **Exhibit A-1** for a comprehensive ledger of all expenditures including transaction-level entries from RO 40534 to RO 41377.

## III. LABOR BILLING & PAYROLL ADJUSTMENTS

- **Standard Billing Rate**: $125/hr
- **Internal Cost Rate**: $85/hr (for reconciliation only)
- **Total Payroll for Octopussy**: $606,673.50

Manual adjustments were made to 3.82 hours due to timeclock discrepancies (see RO 40538 & RO 40541). Labor confirmed by Assistant Project Manager Theresa Drugertz and verified through SYG's ADP payroll and Lightspeed EVO timekeeping systems records using a multi layered verification process documented in discovery.

See **Exhibit A-2** for payroll logs, employee timecards, and adjustment notes.

## IV. FULL FINANCIAL RECONCILIATION

| Financial Item | Amount |
|---|---|
| Total Cost of All Work | $6,370,202.58 |
| Less: Unpaid Vendor AP | ($1,473,451.07) |
| Less: Sat Dome Unpaid Equipment | ($45,900.00) |
| Less: Estimated Tax Liabilities (6%) | ($382,212.15) |

3

| Financial Item | Amount |
|---|---|
| Less: Seakeeper 35 Return Credit | ($170,004.20) |
| **Bank-Verified Cost of Completed Work** | $4,298,635.16 |
| Plus: Sales Tax Paid | $45,194.58 |
| **Total Verified Paid to Date** | **$4,343,829.74** |

See **Exhibit A-3** for SYG's general ledger, bank records, and reconciliation from all project-related accounts.

## V. INVENTORY TRACKING & COST AVERAGING

SYG utilized Lightspeed EVO inventory software to manage dynamic cost tracking. Part costs were subject to:

- Market price fluctuations;
- Serialized and non-serialized item tracking;
- Real-time average cost recalculations;
- Restocking fees and returns.

See **Exhibit A-4** for EVO extracts, purchase orders, vendor invoices, and inventory movement logs.

## TABLE OF EXHIBITS

| Exhibit | Title | Description |
|---|---|---|
| A | Verified Response to Interrogatory No. 9 | Formal discovery response outlining all project payments, labor billing, and applied deposits |
| A-1 | Repair Orders & Transaction-Level Detail | Itemized RO ledger (40534–41377), vendor payments, billing margins, deposit allocations |
| A-2 | Payroll Summary and Labor Cost Audit | Internal payroll logs, audit corrections, hours worked, and reconciliation methodology |
| A-3 | General Ledger and Reconciliation Reports | Bank records, AP balances, tax offsets, Seakeeper credits, and reconciliation statements |
| A-4 | Inventory Tracking & Lightspeed EVO Cost Averaging | Real-time inventory tracking system output, POs, vendor pricing, serialized vs. non-serialized |

4

## EXHIBIT A

### Octopussy – Repair Order Breakdown

### 1. Repair Order 40534 (Old RO: 40200-A2) – Main Engine Evaluation

**Scope of Work**

- **Description:** Evaluate main engines due to "heavy smoke" issue; ensure 5 years of operational reliability and facilitate travel to and from the Dominican Republic.
- **Vendor: Mendol**
- **Work Performed:** Assessment and diagnostic services related to the vessel's engine condition.

**Financial Breakdown**

| Category | Details |
|---|---|
| Total Expenses by SYG | $7,110.49 |
| Total Gross Profit by SYG (10% Contractual Margin) | $790.05 |
| Total Deposit for RO from Contessa | $7,900.54 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

**Payments Made by SYG**

| Payee | Payment Method | Date | Amount |
|---|---|---|---|
| Mendol | Check #1182 (Bank of America – Account Ending 0174) | 07/21/2022 | $3,550.25 |
| Mendol | Check #1278 (Bank of America – Account Ending 0174) | 11/22/2022 | $3,550.24 |
| Total Paid by SYG | | | $7,100.49 |

# 2. Repair Order 40535 (Old RO: 40200-A5) – Rebuild of Main Engine & Generator Fuel Filters

**Description:**
This repair order covers the cost of parts provided by SYG's **Parts Department** to support the **Octopussy crew** in servicing the **main engine and generator fuel filters**.
**Labor was performed by the vessel's crew, not SYG technicians.**

5

**SYG's role was limited to supplying parts and facilitating order fulfillment.**

## Financial Breakdown

| Category | Amount ($USD) |
|---|---|
| Total Cost of Parts Supplied by SYG | $9,788.55 |
| Total Billed to Contessa | $9,788.55 |
| Total Paid to Vendors (Lewis Marine & Others) | $5,207.75 |
| Customer Applied Deposits | $9,788.55 |
| SYG Accounts Payable as of 8/1/2023 | $0.00 |

## Gross Profit Clarification

**Gross Profit Recorded Under Service & Sales Department: $0.00**
**Parts Department Operates Separately & Tracks Its Own Inventory Costs**

- The reported **gross profit in this RO reflects the Service & Sales Department's ledger**, where no additional labor, service, or installation charges were applied.
- The **Parts Department maintains a distinct accounting system** where profit margins are accounted for separately across all non-serialized parts using average costs for inventory and point of sale price that matches API price data in real time.
- The **Lightspeed EVO** system does not track serialized parts, making individual forensic reconciliation impractical.

## 3. Repair Order 40537 (Old RO: 40200-A15) – Injector Evaluation & Cylinder Inspection

**Scope of Work**

- **Description:**
  - Evaluate injectors and inspect cylinders.
  - Conduct injector testing, reinstall, and run the rack **only if the engines are in perfect condition**.
- **Vendor Used: Mendol**

## Financial Breakdown

| Category | Details |
|---|---|
| Total Paid to Mendol (Vendor) | $12,040.05 |
| Total Expended by SYG | $12,040.05 |
| Total Gross Profit by SYG (10% Margin) | $1,337.78 |
| Total Deposit from Contessa | $13,377.83 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

## Payments Made by SYG

| Payee | Payment Method | Payment Date | Total Paid |
|---|---|---|---|
| Mendol | Check #1182 (Bank of America – Ending 0174) | 07/21/2022 | $6,020.03 |
| Mendol | Check #1278 (Bank of America – Ending 0174) | 11/22/2022 | $6,020.02 |
| Total Paid by SYG | | | $12,040.05 |

## Key Takeaways for RO 40537

SYG paid all costs upfront before reimbursement from Contessa.
A 10% contractual margin was applied, ensuring fair pricing.
Contessa's deposit fully covered this RO, leaving no outstanding balance.

# 4. Repair Order 40538 (Old RO: 40200-A24) – Removal of Main Engines & Rail System Design

**Scope of Work**

- **Description:**
  - **Design and implement a rail system for engine removal** from the vessel.
  - **Engineering NA labor was provided by Naval Architect Bobby Zellmer.**
  - **Work took place from January to May 2023.**

## Labor Breakdown for RO 40538

| Employee | Task | Hours Worked | Hourly Rate | Total Billed |
|---|---|---|---|---|

7

| | | 42 hours | $125/hour | $5,250.00 |
|---|---|---|---|---|
| Bobby Zellmer (Naval Architect) | Design rail system for engine removal | | | |

**Additional Charges for RO 40538**

| Charge Type | Rate | Calculation Basis | Total |
|---|---|---|---|
| Shop Supplies | 5% of labor | 5% of $5,250.00 | $262.50 |
| Workers' Ins. | 3% of labor | 3% of $5,250.00 | $157.50 |

**Total Charges & Financial Summary for RO 40538**

| Category | Details |
|---|---|
| Total Labor Costs (Bobby Zellmer, 42 hrs) | $5,250.00 |
| Shop Supplies (5% of labor) | $262.50 |
| Workers' Compensation (3% of labor) | $157.50 |
| Total Amount Billed | $5,670.00 |
| Total Deposit from Contessa | $5,670.00 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

**Cost Structure & Gross Profit Analysis for RO 40538**

- **SYG's cost per billed hour for Zellmer was $85/hour**, which includes:
  Payroll & wages
  Employer burden (insurance, taxes, benefits)
  Administrative overhead

| Category | Amount |
|---|---|
| Total Cost Expended by SYG (42 hrs x $85/hr) | $3,750.00 |
| Gross Profit (Billed Amount - Cost) | $1,920.00 |
| Gross Profit Margin | 33% |

**Key Takeaways for RO 40538**

Labor was billed at $125/hour, aligning with standard industry pricing for engineering services.

Shop supplies and workers' comp were billed using standard percentage-based calculations (5% and 3% respectively).
SYG's actual cost for the work was $3,750.00, meaning a gross profit of $1,920 (33% margin).
Contessa fully covered the invoice with its deposit, leaving no outstanding balance.

8

## 5. Repair Order 40539 (Old RO: 40200-A20) – Removal of Kamewa Equipment & Hydraulic Rams

## Scope of Work

- **Description:**
  - Remove all **Kamewa equipment** and **hydraulic rams** to prepare for engine removal.
  - Work performed by **SYG technicians Franklin Arias-Paulino and David M. Erb**.
  - **Parts & supplies used** to facilitate removal, including tools, fasteners, hydraulic fittings, and protective gear.

## Financial Breakdown

| Category | Details |
| --- | --- |
| Labor (197.28 hours actual charged 144.08@ $125/hour) | $18,010.00 |
| Shop Supplies (5% of Labor) | $400.00 |
| Workers' Compensation Fees (3% of Labor) | $540.30 |
| Parts (Detailed Below) | $3,544.43 |
| Sublet Expense (AME Invoice #12044 + 10% Margin) | $1,172.49 |
| Total Billed Amount | $23,667.22 |
| Total Deposit from Contessa | $23,667.22 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

## Labor Cost Analysis

- **Total Hours Billed without discount: 197.28 hours**
- **SYG Internal Cost per Hour: $85.00**
- **Total Internal Labor Costs (197.28 hrs x $85/hr): $16,760.47**
- **SYG Profit on Labor (Billed - Cost): $1,249.53**
- **Labor Profit Margin: 7%**

**Note:** The profit margin on labor is lower than the standard 10% due to labor-intensive removal procedures and courtesy discounted labor provided.

---

## Parts Breakdown & Pricing

Total Parts Cost Billed to Contessa: $3,544.43
Gross Profit on Parts (30% Standard Markup assumed based on parts dept. target gross profit): $818.87

---

## Sublet Expense (AME Invoice #12044)

- **Vendor: AME (Advanced Mechanical Enterprises)**
- **Invoice Number: 12044**
- **Date Paid: March 9, 2023**
- **Total Cost Paid by SYG: $1,065.90**
- **10% Contractual Margin Earned by SYG: $107.00**
- **Total Billed to Contessa: $1,172.49**
    - **Payment Details: Payments to AME:**
    - **$10,335.74 paid on January 16, 2023, via Bank of America credit card ending in 66401.**
    - **$1,809.91 paid on February 20, 2023, account ending in 11003**

---

## Final Cost & Profit Breakdown

| Category | Amount ($USD) |
| --- | --- |
| Total Internal Costs (Labor + Parts + Sublet) | $22,311.10 |
| Total Billed to Contessa | $23,667.22 |
| Gross Profit (Total Billed - Total Cost) | $1,356.12 |
| Gross Profit Margin | 6% |

---

## Key Takeaways for RO 40539

SYG technicians Franklin Arias-Paulino & David Erb logged 197.28 hours at a $125/hr billable rate.
Labor profit margin was 7%, slightly lower due to the labor-intensive nature of the work.

10

Parts were billed using a 30% markup, contributing $818.87 to profit.
A 10% margin was applied to sublet work with AME.
Total estimated gross profit of $1,356.12, a 6% profit margin.
Contessa's deposit fully covered the repair order, leaving a balance of $0.00.

## 6. Repair Order 40541 (Old RO: [TBD]) – Helm Station Interior 3D Scan & Measurements

### Scope of Work

- **Description:**
    - **3D scanning of helm station interior** with 10 files combined.
    - **Naval architecture services provided by Bobby Zellmer (SYG employee) & Pablo Raspo (independent contractor).**
    - **Measurements received and confirmed by Norbert.**

### Financial Breakdown

| Category | Details |
|---|---|
| **Labor (252 hours @ $125/hour)** | $31,500.00 |
| **Shop Supplies (5% of labor, capped at $400)** | $400.00 |
| **Workers' Compensation Fees (3% of labor)** | $945.00 |
| **Total Billed Amount** | $32,845.00 |
| **Total Deposit from Contessa** | $32,845.00 |
| **Remaining Balance** | $0.00 (Paid in Full by Contessa's Deposit) |

### Labor Breakdown

| Employee | Task | Hours Worked | Hourly Rate | Total Billed |
|---|---|---|---|---|
| **Bobby Zellmer (SYG Employee)** | Helm Station 3D Scanning & Modeling | **172 hours** | **$125/hour** | **$21,500.00** |
| **Pablo Raspo (Independent Contractor)** | Naval Architecture Support | **80 hours** | **$125/hour** | **$10,000.00** |

**Total Labor Billed to Contessa: $31,500.00**

11

## Cost Structure & Gross Profit Analysis

- **SYG's internal cost per billed hour for Zellmer was $85/hour**, covering:
  Payroll, wages, and employer burden (insurance, taxes, benefits).
  Administrative overhead (HR, equipment, facilities).
  Workers' compensation allocation.

| Category | Amount |
|---|---|
| Total Internal Cost for Zellmer's Work (172 hrs x $85/hr) | $14,620.00 |
| Total Cost Paid to Raspo (80 hrs x $85/hr) | $6,800.00 |
| Total Cost for Shop Supplies & Workers' Comp | $1,345.00 |
| Total Cost Expended by SYG | $22,765.00 |
| Total Billed to Contessa | $32,845.00 |
| Gross Profit (Total Billed - Total Cost) | $11,425.00 |
| Gross Profit Margin | 30.7% |

## Key Takeaways for RO 40541

SYG provided both in-house labor (Zellmer) and independent contractor services (Acrux Pablo Raspo).
Labor costs were calculated using standard hourly rates.
Shop supplies and workers' comp were applied using standard percentage-based allocations (5% and 3%).
Total gross profit on this repair order was $11,425.00, reflecting a 30.7% margin.
Contessa's deposit fully covered the repair order, leaving no outstanding balance.

# 7. Repair Order 40542 (Old RO: 40200-A27) – Replacement of Main Engines & Controls

## Scope of Work

Replacement of both **main engines** and **all associated bridge/secondary station controls**.
Includes **buttons, switches, lights, and gauges** with new components.
**Custom-ordered MTU Marine Engines from FDDA (Florida Detroit Diesel-Allison).**

12

# Financial Breakdown

| Category | Details |
|---|---|
| FDDA Contract for Two Custom MTU Engines | $1,825,000.00 |
| SYG 10% Margin | $202,777.77 |
| **Total Billed Amount** | **$2,027,777.77** |
| **Total Deposit from Contessa Applied** | **$750,594.39** |
| **Remaining Balance** | **$1,216,242.50 (Unpaid Contractual Balance)** |

SYG initially paid FDDA a deposit of $638,750.00 via wire transfer.
FDDA later confirmed contract cancellation, removing SYG's AP liability for the remaining balance.

# Deposit & Payment Breakdown

| Date | Transaction | Amount | Bank Account |
|---|---|---|---|
| 09/12/2022 | FDDA Deposit (Custom MTU Engines) | $338,750.00 | Bank of America (Ending 0174) |
| 09/12/2022 | FDDA Deposit (Custom MTU Engines) | $300,000.00 | Bank of America (Ending 0174) |
| **Total Deposit Paid by SYG** | | **$638,750.00** | |

The remaining balance of $1,216,242.50 was never funded, and FDDA officially canceled the contract in August 2024.
This updated SYG's AP liability to $0 for FDDA as of August 2024.

# Clarification on Deposit Allocation & Funding Constraints

### Original Deposit Allocation for Engines (50%)

Contessa's initial project deposit was **originally allocated at 50% of the engine cost**, consistent with the planned payment structure.
At the time, **these deposits were intended to fund the engines as part of the overall repair and refit strategy**.

### Reallocation of Funds Due to Other Project Expenses

13

**Before SYG received the updated FDDA invoice requiring an 80% deposit,** customer deposits had already been applied to cover **other project expenses** (payroll, vendor payments, shipyard fees).

**By the time the revised deposit request came in from FDDA, the available funds were depleted.**

### Contract Cancellation & Impact on SYG's Accounts Payable

Since the full engine cost was **never funded**, FDDA formally canceled the contract in August 2024.

This **eliminated SYG's liability for the remaining $1,216,242.50 balance** on the FDDA contract.

**Contessa's total applied deposits of $750,594.39 remained accounted for in SYG's records,** but the engines were ultimately not purchased.

# Key Takeaways for RO 40542

- **SYG wired a total of $638,750.00 to FDDA for engine deposits.**
- **Contessa's deposit of $750,594.39 was applied to this repair order, but the full engine cost was never funded.**
- **SYG had to reallocate customer deposits to cover critical expenses when funding delays occurred.**
- **FDDA officially canceled the contract in August 2024, relieving SYG of any remaining liability.**

# Supporting Evidence: Email & Contract Review

### Email from Russell Gomulinski (FDDA) – August 23, 2024

*"This email serves as the final notification and cancellation of the contract for the engines and components associated with the MTU 12V4000M93L engine project."*

### Email from Russell Gomulinski (FDDA) – July 9, 2024

*"Checking on any updates regarding the contract, as there has been no further communication."*

### 8. Repair Order 40543 (Old RO: 40224-B1) – Generator Upper-End Service

14

## Scope of Work

- **Description:**
  - o Support vendor under contract **before SYG's engagement** to **perform a full upper-end service on port and starboard diesel generators.**
- **Vendor Used: Master Generator Service**

## Financial Breakdown

| Category | Details |
|---|---|
| **Vendor Payment to Master Generator Service** | **$8,305.52** |
| **SYG 10% Margin** | **$922.84** |
| **Total Billed Amount** | **$9,228.36** |
| **Total Deposit from Contessa** | **$9,228.36** |
| **Remaining Balance** | **$0.00 (Paid in Full by Contessa's Deposit)** |

**SYG paid Master Generator Service via check #1224 on 09/09/2022.**
**\* The original invoice was for $8,886.91, but the $581.39 sales tax was excluded.**
**\* Contessa's deposit fully covered this repair order.**

## Key Takeaways for RO 40543

**- SYG covered the generator service costs before reimbursement.**
**- A 10% contractual margin was applied, ensuring a fair markup.**
**- Contessa's deposit fully covered this invoice, leaving a balance of $0.00.**

## 9. Repair Order 40544 (Old RO: 40226-C9) – Shore Power Inverter Inspection

### Scope of Work

- **Description:**
  - o Inspection of **shore power inverter** for function and reliability.
  - o Work performed by **Maritime Marine**.

15

## Financial Breakdown

| Category | Details |
| --- | --- |
| Vendor Invoice (Maritime Marine, Invoice #55041) | $1,492.52 |
| SYG 10% Margin | $117.54 |
| Total Billed Amount | $1,610.06 |
| Total Deposit from Contessa | $1,610.06 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

\* This payment was part of a multi-invoice payment covering Invoice #55041, #55080, and #55418.
\* Bank of America credit card payment was used.

## Key Takeaways for RO 40544

- SYG covered the vendor cost before reimbursement.
- A 10% contractual margin was applied.
- Contessa's deposit fully covered this repair order.

## 10. Repair Order 40545 (Old RO: 40226-C25) – Electrical Survey

### Scope of Work

- **Description:**
  - **Electrical survey throughout the vessel.**
  - Work performed by **Maritime Marine**.

## Financial Breakdown

| Category | Details |
| --- | --- |
| Vendor Invoice (Maritime Marine, Invoice #54867) | $2,700.00 |
| SYG 10% Margin | $300.00 |

16

| Category | Details |
|---|---|
| Total Billed Amount | $3,000.00 |
| Total Deposit from Contessa | $3,000.00 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

**Payments to Maritime Marine:**

1. $2,700.00 paid on July 11, 2022, via Bank of America credit card ending in 6640

## Key Takeaways for RO 40545

- SYG covered the vendor cost before reimbursement.
- A 10% contractual margin was applied.

## 11. Repair Order 40546 (Old RO: 40226-C26) – Transformer Rental

**Scope of Work**

- **Description:**
  - Rental of **transformer equipment** from **Maritime Marine**.

**Payments to Maritime Marine:**
1. $10,335.74 paid on January 16, 2023, via Bank of America credit card ending in 6640.
2. $1,809.91 was paid on February 20, 2023, via SYG's account ending in 11003

## Financial Breakdown

| Category | Details |
|---|---|
| Vendor Invoice Total (Maritime Marine) | $12,145.65 |
| SYG 10% Margin | $1,349.52 |
| Total Billed Amount | $13,495.17 |
| Total Deposit from Contessa | $13,495.17 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

## Key Takeaways for RO 40546

17

- **Payments made, but the second transaction needs verification.**
- **A 10% contractual margin was applied.**
- **Contessa's deposit fully covered this repair order.**

## 12. Repair Order 40548 (Old RO: 40229-E11) – Fuel Line Replacement

**Scope of Work**

- **Description:**
  - Replacement of **fuel lines** by **Engineered Yacht Solutions.**
  - **50% deposit paid on 10/08/2022, final payment made on 02/23/2023.**

## Financial Breakdown

| Category | Details |
|---|---|
| Vendor Invoice Total (Engineered Yacht Solutions) | $4,670.00 |
| SYG 10% Margin | $518.89 |
| Total Billed Amount | $5,188.89 |
| Total Deposit from Contessa | $5,188.89 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

- **Payments to Engineered Yacht Solutions:**
  **Payments to Engineered Yacht Solutions:**
    - $2,335.00 paid on 10/08/2022 (Invoice #21097) – Paid via Bank of America credit card ending in 66401.
    - $2,335.00 paid on 02/23/2023 (Invoice #22496) – Paid via account ending in 11003

## Key Takeaways for RO 40548

- **SYG paid Engineered Yacht Solutions upfront.**
- **A 10% contractual margin was applied.**
- **Payment methods for two transactions need confirmation.**

### 13. Repair Order 40549 (Old RO: 40231-F11) – 1,800 LB Crane Installation

**Scope of Work**

- **Description:**
  - **Design and install a 1,800 LB crane.**
  - Work subcontracted to **UMT.**
  - **Final payment was never made; the deposit was likely forfeited due to project halt.**

## Financial Breakdown

| Category | Details |
|---|---|
| **Vendor Invoice Total (UMT)** | **$53,500.00** |
| **SYG 10% Margin** | **$5,350.00** |
| **Total Billed Amount** | **$58,850.00** |
| **Total Deposit from Contessa** | **$25,646.78** |
| **Total Paid to UMT** | **$21,400.00** |
| **Remaining Balance Owed to UMT** | **$0.00 (Forfeited due to project halt)** |

\* **Payments to UMT:**
    **Deposit of $21,400.00 paid on 9/19/2022 (Check #1225, Bank of America 0174).**
    **Final payment never made; project halted.**

\* **As of 2025, SYG assumes that the forfeited deposit covered production costs, and no further balance is due nor credit to SYG.**

## Key Takeaways for RO 40549

- **SYG paid a $21,400 deposit to UMT.**
- **Project delay likely resulted in deposit forfeiture.**
- **No outstanding liability remains for this project.**

### 14. Repair Order 40550 (Old RO: 40231-F8) – Passerelle Removal

**Scope of Work**

- **Description:**

- o  Removal of the passerelle (boarding ramp).
- o  Work performed by **SYG technicians**:
  - Bryan Carrasco
  - Franklin Arias-Paulino
  - William Ramsey

## Financial Breakdown

| Category | Details |
|---|---|
| Labor (65.54 hours @ $125/hour) | $8,193.75 |
| Shop Supplies (5% of labor, capped at $400) | $400.00 |
| Workers' Compensation Fees (3% of labor) | $245.81 |
| Total Billed Amount | $8,839.56 |
| Total Deposit from Contessa | $8,839.56 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

## Cost Structure & Gross Profit Analysis

| Category | Amount |
|---|---|
| Total Internal Cost (65.54 hrs x $85/hr) | $5,570.90 |
| Total Cost for Shop Supplies & Workers' Comp | $645.81 |
| Total Cost Expended by SYG | $6,216.71 |
| Total Billed to Contessa | $8,839.56 |
| Gross Profit (Total Billed - Total Cost) | $2,651.92 |
| Net Profit After Indirect Costs | $880.00 |

## Key Takeaways for RO 40550

- Work performed by multiple SYG technicians.
- A 30% gross profit was earned on this repair order.
- Contessa's deposit fully covered this repair order.

## 15. Repair Order 40551 (Old RO: 40231-F10) – Hydraulic Piping Removal

Scope of Work

20

- **Description:**
  - o Removal of **hydraulic piping** from stabilizers (filter, valves, pipes).
  - o Work performed by **CSS Hydraulics (subcontractor).**

## Financial Breakdown

| Category | Details |
|---|---|
| Vendor Invoice (CSS Hydraulics, Invoice #4941, dated 10/17/2022) | $5,250.00 |
| Partial Payment Made by SYG cannot be confirmed: | 0 (Still in Review) |
| SYG 10% Margin | $583.33 |
| Total Billed Amount | $5,833.33 |
| Total Deposit from Contessa | $5,833.33 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

- \* "This amount was allocated from Contessa's deposit but not paid by SYG. The vendor confirms AP liability remains, but SYG has not received the equipment/parts. Resolution pending."

## Key Takeaways for RO 40551

**- Work performed by CSS Hydraulics PENDING REVIEW**

## 16. Repair Order 40553 (Old RO: 40232-G8) – GMDSS Emergency Battery Relocation

**Scope of Work**

- **Description:**
  - o Move **GMDSS emergency batteries** from **bridge to sundeck.**
  - o Replace batteries and **rewire connections to the bridge.**
  - o Work performed by **SYG technicians:**
    - **- Bryan Carrasco**
    - **- Luke Palmer**
    - **- Kyle Lowder**

21

## Financial Breakdown

| Category | Details |
|---|---|
| Labor (29.77 hours @ $125/hour) | $3,721.25 |
| Shop Supplies (5% of labor) | $188.06 |
| Workers' Compensation Fees (3% of labor) | $111.64 |
| Parts (Detailed Below) | $2,487.24 |
| Total Billed Amount | $6,506.19 |
| Total Deposit from Contessa | $6,506.19 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

## Parts Breakdown

| Part Number | Description | Price | Total |
|---|---|---|---|
| 042216 | Group 29/31 Battery Tray | $21.81 | $87.24 |
| NSB-AGM31 | North Star Group 31 Stud Terminal Battery | $600.00 | $2,400.00 |

\* **Total Parts Cost Billed: $2,487.24**
\* **Gross Profit on Parts: 30% Margin Applied**

## Key Takeaways for RO 40553

- **Work performed by multiple SYG technicians.**
- **30% margin applied on parts & 32% on labor.**
- **Contessa's deposit fully covered this repair order.**

## 17. Repair Order 40554 (Old RO: 40232-G9) – Cable Removal (Bridge to Engine Room)

**Scope of Work**

- **Description:**
  - Removal of **old cabling** from **bridge to engine room**.
  - Work performed by **SYG technicians**:
    - **Bryan Carrasco**

22

- Kyle Lowder
- Reinier Rautenberg
- Noel Molina Acosta
- Gustavo Mena

## Financial Breakdown

| Category | Details |
|---|---|
| Labor (246.34 hours @ $125/hour) | $30,792.50 |
| Shop Supplies (5% of labor, capped at $400) | $400.00 |
| Workers' Compensation Fees (3% of labor) | $923.78 |
| Parts (Detailed Below) | $2,582.72 |
| Total Billed Amount | $34,699.00 |
| Total Deposit from Contessa | $34,699.00 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

## Revised Parts Breakdown for RO 40554 (Cable Removal – Bridge to Engine Room)

| Part Number | Description | Vendor Invoice Cost (API at Purchase) | Applied RO Cost (Inventory System) |
|---|---|---|---|
| 30ZX17 | IDEAL Circuit Tracing Kit | $2,163.51 | $2,163.51 |
| POLYFOAM-1/8-50 | Polyfoam Roll | $58.75 | $60.00 |
| HME-MISC | Miscellaneous Electrical Supplies | $118.75 | $127.60 |

* Total Parts Cost Billed on Repair Order: $2,582.72
* Gross Profit on Parts: Estimated 30% Target Margin

## * Key Takeaways for RO 40554

- Vendor API cost at time of purchase is documented, but inventory cost averaging may result in adjustments when parts are applied to ROs.
- Total billed cost on the repair order reflects the most current cost at installation, as per Lightspeed Evo.

23

- Gross profit on parts is estimated based on standard markup policies.
- Contessa's deposit fully covered this repair order, leaving no outstanding balance.

- Work performed by multiple SYG technicians.

## 19. Repair Order 40556 (Old RO: 40233-H7) – Install Protection in Main Salon to Lower Deck Room

**Scope of Work**

- **Description:**
  - Installed **protection barriers** in the **main salon** extending to the **lower deck rooms** to prevent damage during the refit.
  - Work performed by **SYG technician Diego Valenzuela**.

## Financial Breakdown

| Category | Details |
|---|---|
| **Labor (64 hours @ $125/hour)** | **$8,000.00** |
| **Parts (Detailed Below)** | **$1,754.00** |
| **Total Billed Amount** | **$9,754.00** |
| **Total Deposit from Contessa** | **$9,754.00** |
| **Remaining Balance** | **$0.00 (Paid in Full by Contessa's Deposit)** |

\* Total Internal Cost for Labor (64 hrs @ $85/hr): $5,440.00 NOTE: The Labor was reported on RO 40994 vs 40556
\* Gross Profit on Labor: $2,560.00 (32%)

## Parts Breakdown

| Part Number | Description | Price | Total |
|---|---|---|---|
| COROPLAST4X6 | Corrugated Plastic (4' x 6', 4mm) | $26.00 | $1,586.00 |
| POLYFOAM-1/8-50 | Polyfoam (1/8" x 4' x 50') | $60.00 | $120.00 |
| VINYLTAPE-2 | White Vinyl Tape (2" x 60') | $16.00 | $48.00 |

* Total Parts Cost Billed: $1,754.00
* Gross Profit on Parts: 30% Margin Applied

## Key Takeaways for RO 40556

- Work performed by Diego Valenzuela.
- 32% margin applied on labor & 30% on parts.
- Contessa's deposit fully covered this repair order.

## 20. Repair Order 40557 (Old RO: 40233-H11) – Sandblast Grey Water Tank & Coatings

**Scope of Work**

- **Description:**
  o Sandblasting and **coating of the grey water tank**.
  o Work performed by **Atlas Marine Group**.

## Financial Breakdown

| Category | Details |
|---|---|
| Vendor Invoice (Atlas Marine Group) | $15,131.50 |
| SYG 10% Margin | $1,681.22 |
| Total Billed Amount | $16,812.22 |
| Total Deposit from Contessa | $16,812.22 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

* SYG paid Atlas Marine on November 3, 2022, via Check #1266 (Bank of America 0174).

## Key Takeaways for RO 40557

- Work performed by Atlas Marine Group.
- A 10% margin was applied.
- Contessa's deposit fully covered this repair order.

25

## 21. Repair Order 40558 (Old RO: 40233-H10) – Store Fuel

**Scope of Work**

- **Description:**
  - Storage of **fuel** at Capital Marine Group.

## Financial Breakdown

| Category | Details |
| --- | --- |
| Vendor Invoice (Capital Marine Group) | $12,000.00 |
| SYG 10% Margin | $1,333.33 |
| Total Billed Amount | $13,333.33 |
| Total Deposit from Contessa | $13,333.33 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

\* SYG paid Capital Marine on March 20, 2023, via American Express (Ending in 11003).

## Key Takeaways for RO 40558

- **Work performed by Capital Marine Group.**
- **A 10% margin was applied.**
- **Contessa's deposit fully covered this repair order.**

## 22. Repair Order 40559 (Old RO: 40233-H9) – Sandblast Freshwater Tanks

**Scope of Work**

- **Description:**
  - Sandblasting of **freshwater tanks**.
  - Work performed by **Atlas Marine Group**.

## Financial Breakdown

26

| Category | Details |
|---|---|
| Vendor Invoice (Atlas Marine Group) | $30,263.00 |
| SYG 10% Margin | $3,362.52 |
| Total Billed Amount | $33,625.56 |
| Total Deposit from Contessa | $33,625.56 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

* Payments to Atlas Marine Group:

$23,491.39 paid on June 15, 2023, via American Express (Ending in 11003).

$6,771.61 paid on June 15, 2023, via Check #1266 (Bank of America 0174).

Notes:

Both payments totaling $30,263.00 were made on June 15, 2023, covering the entire invoice.

## Key Takeaways for RO 40559

- Work performed by Atlas Marine Group.
- A 10% margin was applied.

## 23. Repair Order 40561 (Old RO: 40233-H9) – Watermaker Pumps Not Working

### Scope of Work

- **Description:**
  - Diagnosis and **repair of watermaker pumps**.
  - Work performed by **Water Makers Inc.**

## Financial Breakdown

| Category | Details |
|---|---|
| Vendor Invoice (Water Makers Inc.) | $2,972.75 |
| SYG 10% Margin | $330.31 |
| Total Billed Amount | $3,303.06 |
| Total Deposit from Contessa | $3,303.06 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

\* SYG paid Water Makers Inc. on November 18, 2022, via Bank of America 6640 (Card Payment).

---

**Key Takeaways for RO 40561**

- Work performed by Water Makers Inc.
- A 10% margin was applied.
- Contessa's deposit fully covered this repair order.

---

## 24. Repair Order 40562 (Old RO: 40238-L4) – Rig and Remove Pumps, Store in Container Scope of Work:
- **Description:**
  - ○ **Rigged and removed pumps and stored them securely in container storage for further refit work.**
  - ○ **Work performed by SYG technicians (list full names for accuracy).**

**Financial Breakdown:**
- **Labor: 46.53 hours @ $125/hour = $5,816.25**
- **Shop Supplies: $50.00**
- **Workers' Compensation (3% of labor): $174.49**
- **Parts: $425.99**
- **Total Billed Amount: $6,466.73**
- **Total Deposit from Contessa: $6,466.73**
- **Remaining Balance: $0.00 (Paid in Full by Contessa's Deposit)**

**Payments to SYG Technicians:**
- **Total Internal Cost for Labor: 46.53 hours @ $85/hour = $3,955.05**
- **Gross Profit on Labor: $5,816.25 - $3,955.05 = $1,861.20 (32%)**

**Parts Breakdown:**
- **Description: Various parts used for the rigging and removal of pumps.**
- **Total Parts Cost Billed: $425.99**
- **Gross Profit on Parts: 30% Margin Applied**

---

## 25. Repair Order 40563 (Old RO: 40238-L3) – Rebuild Electrical, A/C, Sewage, Oil, and Hydraulic Pumps

28

**Scope of Work**

- **Description:**
  - o Rebuilding **critical onboard pump systems**.
  - o Work performed by **Rice Pump & Motor Repair, Inc.**

## Financial Breakdown

| Category | Details |
|---|---|
| Vendor Invoice (Rice Pump & Motor Repair, Inc.) | $4,687.30 |
| SYG 10% Margin | $520.81 |
| Total Billed Amount | $5,208.11 |
| Total Deposit from Contessa | $5,208.11 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

**\* SYG paid Rice Pump & Motor Repair on December 23, 2022, via American Express (Ending in 11003).**

## Key Takeaways for RO 40563

- Work performed by Rice Pump & Motor Repair, Inc.
- A 10% margin was applied
- Contessa's deposit fully covered this repair order

## 26. Repair Order 40564 (Old RO: 40235-M2) – Overhaul Jet Toilet Pumps, Replace Pressure Switches

**Scope of Work**

- **Description:**
  - o Overhauled **jet toilet pumps, replaced pressure switches,** and **diagnosed system faults**.
  - o Work performed by **Total Marine**.

29

## Financial Breakdown

| Category | Details |
|---|---|
| Vendor Invoice (Total Marine) | $5,388.15 |
| SYG 10% Margin | $598.68 |
| Total Billed Amount | $5,986.83 |
| Total Deposit from Contessa | $5,986.83 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

\* SYG paid Total Marine on July 8, 2022, via Bank of America (Ending in 9913).

## Key Takeaways for RO 40564

- Work performed by Total Marine
- A 10% margin was applied
- Contessa's deposit fully covered this repair order

## 27. Repair Order 40565 (Old RO: 40235-M4) – Overhaul Jet Toilet Pumps

**Scope of Work**

- **Description:**
  - Similar work as **RO 40564** but likely a separate section of the vessel.
  - Work performed by **Total Marine**.

## Financial Breakdown

| Category | Details |
|---|---|
| Vendor Invoice (Total Marine) | $4,587.69 |
| SYG 10% Margin | $509.74 |
| Total Billed Amount | $5,097.43 |
| Total Deposit from Contessa | $5,097.43 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

\* SYG paid Total Marine on July 21, 2022, via Check #1181 (Bank of America 0174).

30

**Key Takeaways for RO 40565**

- **Work performed by Total Marine**
- **A 10% margin was applied**
- **Contessa's deposit fully covered this repair order**

# 28. Repair Order 40566 (Old RO: 40227-O3) – Setup, Enclosure, and Dismantling of Scaffold

## Scope of Work

- **Initial Work Initiated by Luu Marine** – This repair order **originated with Luu Marine** as part of the vessel painting and refit project.
- **Transferred to SYG** – The project was then **transferred to SYG for full management, funding, and execution** of the scaffolding system prior to its dismantling before vessel launch.
- **Work Performed by Scaffolding Solutions** – SYG engaged **Scaffolding Solutions**, a subcontractor, to perform the setup, enclosure, and eventual removal of the scaffolding system.

\* **Contessa Marine Interfered in SYG's Business Relationship with Scaffolding Solutions**
• SYG maintained **ongoing communication with Reggie (Scaffolding Solutions)** throughout the project and during the vessel's arrest.
• **Prior to launch, Contessa Marine circumvented SYG by paying Scaffolding Solutions directly,** preventing SYG from executing payments and disrupting financial control over the vendor.
• As per the **cost-plus-10% agreement,** SYG should have retained **its contractual 10% margin on this job.**

# Financial Breakdown

| Category | Details |
| --- | --- |
| Parts (Shrink-Wrap & Materials) | $371.32 |
| Sublet (Scaffolding Solutions) | $86,350.00 |
| **SYG 10% Margin** | **$9,223.12** |
| **Total Billed Amount** | **$95,944.44** |
| **Total Deposit from Contessa Applied** | **$0.00 (Pending Confirmation)** |

31

\* Invoices Paid by Contessa Marine Pre-Launch (Removed from SYG's Payables)
- Invoice 13376: $46,290.00
- Invoice 13765: $9,200.00

\* Outstanding Accounts Payable (as of 8/1/2023): $86,350.00

# Contessa's Interference & Impact on SYG's Financial Position

**Contessa Bypassed SYG and Paid Scaffolding Solutions Directly**
- **SYG had been managing and funding the scaffolding system setup and removal** under its contractual arrangement.
- **Instead of remitting funds through SYG, Contessa paid Scaffolding Solutions directly,** bypassing SYG's payment control and contractual cost-plus-10% margin structure.

**SYG's Rightful 10% Margin on This Job**
- Under the **cost-plus-10% agreement,** SYG is contractually entitled to **retain its 10% margin** on all subcontracted work.
- **Contessa's direct payment does not negate SYG's right to recover its management fee.**

**Disruption of SYG's Business Relationship with Scaffolding Solutions**
- Prior to vessel launch, **SYG and Scaffolding Solutions maintained direct and open communication regarding payment and removal scheduling.**
- **Contessa's direct interference severed this relationship, undermining SYG's financial authority and vendor control.**

# Key Takeaways for the Court

- **Contessa's interference prevented SYG from executing proper vendor payments** and collecting its agreed-upon 10% management fee.
- **SYG remains entitled to its 10% margin ($9,223.12) on this job,** regardless of Contessa's direct payments.
- **Contessa's bypassing of SYG financially weakened SYG's position** while ensuring that SYG still carried project management responsibilities without compensation.

\* **Outstanding Accounts Payable (as of 8/1/2023): $86,350.00 and was paid by Contessa Marine Prior to Launch.**

NOTE: **Contessa's pre-launch payments reduced SYG liability in full and has been adjusted on SYG AP and reflected AR account for Contessa.**

## 31. Repair Order 40569 (Old RO: 40239-P3) – Rebuild All Capstans & Replace Oil

**Scope of Work**

- **Description:**
  - Full **rebuild of capstans** (starboard tripping issue) and **replacement of oil** for reliability.
  - Work performed by **C-Systems and Services**.

## Financial Breakdown

| Category | Details |
| --- | --- |
| Vendor Invoice (C-Systems and Services) | $2,323.89 |
| SYG 10% Margin | $224.00 |
| Total Billed Amount | $2,464.00 |
| Total Deposit from Contessa | $0.00 (Amount remained unpaid at lawsuit filing) |
| Outstanding Balance (as of 2/2025) | $2,323.89 |

* **SYG never received funds to cover this invoice before the lawsuit was filed.**
* **As of today, SYG still has the invoice listed as outstanding.**
* **No confirmation received that the vendor has written off the invoice.**

## 32. Repair Order 40570 – Floor Plates & Engine Room Modification

**Scope of Work**

- **Description:**
  - Modification of **floor plates in the engine room** for **engine removal prep.**
  - Includes **cutting screw holes, removing obstructions, and preparing structural mounts.**
  - Work performed by **SYG technicians Ben Carrasco & Lorenzo M. Denson.**

## Financial Breakdown

| Category | Details |
|---|---|
| Labor (14.15 hrs @ $125/hr) | $1,768.75 |
| Shop Supplies (5%) | $88.44 |
| Workers' Compensation (3%) | $53.06 |
| Parts (Detailed Below) | $3,007.11 |
| Total Billed Amount | $4,917.36 |
| Total Deposit from Contessa | $4,917.36 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

\* SYG internal labor cost: $85/hr → Estimated internal labor cost: $1,202.75
\* Gross Profit on Labor: $566.00 (32%)

## Parts Breakdown for RO 40570

| Description | Price | Total |
|---|---|---|
| Plywood, Sandpaper, Tools | $2,403.67 | $2,403.67 |
| Brake Cleaner, Clamps, Plumbing Supplies | $190.73 | $190.73 |
| 3M Precision Sanding Discs | $127.32 | $127.32 |
| Circular Saw Blade 10" | $22.84 | $22.84 |
| White Vinyl Tape | $16.00 | $16.00 |
| Bunny Suit Protective Gear | $25.08 | $25.08 |
| Sawzall Blades & Accessories | $174.39 | $174.39 |

\* Total Parts Cost Billed: $3,007.11
\* Gross Profit on Parts: 30% Margin Applied

## 33. Repair Order 40573 (Old RO: 40239-P24) – Remove Anchor Chain Plate

Scope of Work

- **Description:**
  - Full **removal of the anchor chain plate** for inspection and modification.
  - Work performed by **Engineered Yacht Solutions & Southern Cross.**

34

## Financial Breakdown

| Category | Details |
|---|---|
| Vendor Invoice (Engineered Yacht Solutions & Southern Cross) | $10,971.66 |
| SYG 10% Margin | $1,219.07 |
| Total Billed Amount | $12,190.73 |
| Total Deposit from Contessa | $12,190.73 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

* Payments to Vendors:

- **Engineered Yacht Solutions:**
  - o **$3,906.66 paid via Check #1245 (BOA 0174) on 10/07/2022**
  - o **$5,000.00 paid via Check #1272 (BOA 0174) on 11/21/2022**
- **Southern Cross:**
  - o **$1,435.00 paid via Card (BOA 6640) on 8/12/2022**
  - o **$630.00 paid on 09/21/2022 (Payment method unclear – needs verification).**

## 34. Repair Order 40575 (Old RO: 40239-P25) – New Anchor Chain Plate & Stem Cut Water Designs

**Scope of Work**

- **Description:**
  - o Design & engineering of **new anchor chain plate & stem cut water modifications**.
  - o Work performed by **independent contractor Pablo Raspo (Naval Architecture Services).**

## Financial Breakdown

| Category | Details |
|---|---|
| Labor (174 hrs @ $125/hr) | $21,750.00 |
| Shop Supplies (5%) | $400.00 |

35

Workers' Compensation (3%) $652.50

| Category | Details |
|---|---|
| Total Billed Amount | $22,802.50 |
| Total Deposit from Contessa | $22,802.50 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

\* Total Internal Cost for Labor ($85/hr) → Estimated Internal Cost: $14,790.00
\* Gross Profit on Labor: $6,960.00 (32%)

## 35. Repair Order 40576 (Old RO: 40239-P26) – General Protection of Decks & Exterior

**Scope of Work**

- **Description:**
  - Protection of **decks & exterior** during major refit operations.
  - Work performed by **SYG technicians Diego Valenzuela & Irving Palmer**.

## Financial Breakdown

| Category | Details |
|---|---|
| Labor (71 hrs @ $125/hr) | $8,875.00 |
| Shop Supplies (5%) | $443.75 |
| Workers' Compensation (3%) | $266.25 |
| Parts (Detailed Below) | $5,783.34 |
| Total Billed Amount | $15,368.34 |
| Total Deposit from Contessa | $15,368.34 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

\* SYG internal labor cost: $85/hr → Estimated internal labor cost: $6,035.00
\* Gross Profit on Labor: $2,840.00 (32%)

## Parts Breakdown for RO 40576

| Description | Price | Total |
|---|---|---|
| Cover Guard Floor Protection | $459.43 | $459.43 |

36

| | | |
|---|---|---|
| 3M Sealing Tape | $358.32 | $358.32 |

| Description | Price | Total |
|---|---|---|
| Shrink Wrap | $298.21 | $298.21 |
| Corrugated Plastic 4' x 6' | $1,508.00 | $1,508.00 |
| Polyfoam Rail Protection | $457.12 | $457.12 |

**\* Total Parts Cost Billed: $5,783.34**
**\* Gross Profit on Parts: 30% Margin Applied**

---

## 36. Repair Order 40578 (Old RO: 40239-P32) – Digital Scan Bow to Cloud Point

**Scope of Work**

- **Description:**
  - o **3D digital scan of the bow** using cloud point technology.
  - o Work performed by **Nextech**.

## Financial Breakdown

| Category | Details |
|---|---|
| **Vendor Invoice (Nextech)** | **$5,205.00** |
| **SYG 10% Margin** | **$578.33** |
| **Total Billed Amount** | **$5,783.33** |
| **Total Deposit from Contessa** | **$5,783.33** |
| **Remaining Balance** | **$0.00 (Paid in Full by Contessa's Deposit)** |

**\* Payments to Nextech:**

- **$920.00 paid on 9/23/22 via Check #1231 (BOA 0174)**
- **$4,285.00 paid on 11/17/23 via Check #1265 (BOA 0174)**

---

## 37. Repair Order 40579 (Old RO: 40239-P42) – Bilge Cleaning for Gas-Free Engine Room

**Scope of Work**

- **Description:**
  - o **Complete bilge cleaning** to ensure gas-free conditions in the engine room.

37

    ○  Work performed by **Marina Mile**.

| Category | Details |
|---|---|
| Vendor Invoice (Marina Mile) | $2,800.00 |
| SYG 10% Margin | $311.11 |
| Total Billed Amount | $3,111.11 |
| Total Deposit from Contessa | $3,111.11 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

\* **Payment to Marina Mile:**

- **$2,800.00 paid on 10/7/2022 via card (BOA 6640).**

# 38. Repair Order 40581 (Old RO: 40223-S1) – Project Management

## I. Scope of Work

- **Description:**
    - o Project management services performed by SYG employees **Jeff Vrana** and **Jake Stratmann (50% allocation)**.
    - o Responsibilities included:
        - Vendor coordination and oversight.
        - Project execution and timeline management.
        - Engineering support and cost tracking.

## II. Financial Breakdown

### A. Labor Costs (ADP Payroll Data)

| Category | Details | Amount ($USD) |
|---|---|---|
| Jeff Vrana (Full Salary for Project Management) | 56 weeks @ $3,000/week | $168,000.00 |
| Jake Stratmann (50% Allocation) | 56 weeks @ 50% of salary | $138,000.00 |
| Total Labor Costs Paid by SYG | (Funded before reimbursement) | $306,000.00 |

### B. Parts & Equipment Used

39

| Date | Part No. | Description | Price per Unit | Total |
|---|---|---|---|---|
| 02/14/2023 | SCEPTRE 27" MONITOR | LED Monitor | $192.14 | $384.28 |
| 02/14/2023 | HOMEK CHAIR MAT | Studded Carpet Chair Mat | $81.41 | $81.41 |
| 02/14/2023 | AMA-TABLE | 6 FT Folding Table | $141.41 | $282.82 |
| **Subtotal** | | | | **$748.51** |

## C. Deposit & Payment Breakdown

| Category | Amount ($USD) |
|---|---|
| **Total Costs Paid by SYG (Labor + Parts)** | **$306,000.00** |
| **Customer Deposit Applied (Contessa's Funds)** | **$168,748.51** |
| **Net Shortfall Covered by SYG** | **($137,251.49)** |

\* **Contessa's deposit covered only a portion of labor and parts costs.**
\* **SYG had to fund the remaining $137,251.49 from its capital, covering payroll, credit, and trade accounts.**

## 39. Repair Order 40584 (Old RO: 40222-R4) – Efficiency & Performance Propulsion "Linear Jet Feasibility"

**Scope of Work**

- **Description:**
    - Feasibility study on **linear jet propulsion system**.
    - Work performed by **Mulder Designs**.

## Financial Breakdown

| Category | Details |
|---|---|
| **Vendor Invoice (Mulder Designs)** | €20,059.56 (converted to $22,324.41 USD) |
| **SYG Margin Loss Due to Currency Exchange Error** | $-36.01 |
| **Total Billed Amount** | $22,288.40 |
| **Total Deposit from Contessa** | $22,288.40 |
| **Remaining Balance** | $2,516.50 (Currency exchange miscalculation loss to SYG) |

40

**\* Payments to Mulder Designs:**

- **$12,294.63 wired on 06/02/2023**
- **$10,029.78 wired on 06/10/2022**

## 40. Repair Order 40585 (Old RO: 40222-R5) – Tracking Hull Deflection During Fuel Removal

**Scope of Work**

- **Description:**
  - **Hull deflection tracking during fuel removal** using precision equipment.
  - Work performed by **AME**.

## Financial Breakdown

| Category | Details |
| --- | --- |
| Vendor Invoice (AME) | $2,351.25 |
| SYG 10% Margin | $261.25 |
| Total Billed Amount | $2,612.50 |
| Total Deposit from Contessa | $2,612.50 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

**\* Payment to AME:**

- **$2,351.25 paid on 12/28/2022 via card (BOA 11003).**

## 41. Repair Order 40586 – Rhino 3D Bow Railing Design

**Scope of Work**

- **Description:**
  - **Rhino 3D design for bow railing** requested by Owner's Representative.
  - Work performed by **Bobby Zellmer & subcontractor Pablo Raspo (Acrux Sub).**

41

## Financial Breakdown

| Category | Details |
|---|---|
| Labor (52 hrs @ $125/hr) | $6,500.00 |
| Shop Supplies (5%) | $325.00 |
| Workers' Compensation (3%) | $195.00 |
| Total Billed Amount | $7,020.00 |
| Total Deposit from Contessa | $7,020.00 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |

## 42. Repair Order 40587 (Old RO: 40222-R7) – Voith Linear Jets

**Scope of Work**

- **Description:**
  - Voith Linear Jet project—stators ready for shipping; shafts/props pending authorization.
  - Work performed by **Voith Turbo**.

## Financial Breakdown

| Category | Details |
|---|---|
| Vendor Invoice (Voith Turbo) | $346,500.00 |
| Total Paid (10/11/2022) | $148,500.00 |
| Remaining AP Balance (8/1/2023) | $198,000.00 |
| Total Deposit from Contessa | $150,000.00 |
| Final AP Write-Off (10/10/2024) | $0.00 |
| SYG Gross Profit Loss | $-196,500.00 (56.7% Loss) |

* Payments to Voith:

- **$148,500.00 wired on 10/11/2022.**
- **Final AP Write-Off confirmed by Voith on 10/10/2024.**

* Voith AP Statement (as of 10/10/2024): $198,000.00

42

## 43. Repair Order 40588 (Old RO: 40222-R10) – Weighing the Vessel for Center of Gravity Calculations

**Scope of Work**

- **Description:**
  - ○ **Weighing the vessel** to determine **new center of gravity** for speed calculations.
  - ○ Work performed by **Acrux subcontractor Pablo Raspo & SYG employees**.

## Financial Breakdown

| Category | Details |
|---|---|
| Labor (141.4 hours @ $125/hr) | $17,675.00 |
| Parts (Scale Equipment) | $1,282.96 |
| Total Billed Amount | $18,829.66 |
| Total Deposit from Contessa | $18,829.66 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |
| Gross Profit | $5,527.70 (29.35%) |

\* Time Breakdown for Weighing Work:

- **Acrux (Pablo Raspo) – 120 hours**
- **SYG Employee: Reinier Rautenberg – 21.4 hours**

\* Parts Used:

- **OPTIMA SCALE 48"X48" FLOOR SCALE (5000# CAPACITY) – $1,282.96**

## 44. Repair Order 40589 (Old RO: 40222-R11) – Cutting Boat Room Floor for Bas Mulder

**Scope of Work**

- **Description:**
  - ○ **Cutting and removing** the **boat room floor** to facilitate project modifications requested by **Bas Mulder**.
  - ○ Work performed by **SYG employees**.

43

## Financial Breakdown

| Category | Details |
|---|---|
| Labor (261.75 hours @ $125/hr) | $28,573.85 |
| Shop Supplies (5%) | $400.00 |
| Workers' Compensation (3%) | $857.22 |
| Parts Used | $873.39 |
| Total Billed Amount | $30,704.46 |
| Total Deposit from Contessa | $30,704.46 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |
| Gross Profit | $6,325.10 (20.59%) |

\* SYG Employees Who Worked on this Task:

- Ben Carrasco
- Irving Palmer
- Diego Valenzuela
- Franklin Arias-Paulino
- Wenzell Ramsey
- Jeff Vrana
- Kyle Lowder

\* Parts Used:

| Part Number | Description | Total Cost |
|---|---|---|
| DCM09311 | Sock Hoods | $6.54 |
| KIM49124 | XL Bunny Suit A20 | $12.54 |
| COROPLAST4X6 | Corrugated Plastic 4' x 6' 4mm | $260.00 |
| DS0903CP3 | DIABLO 9" SAWZ ALL BLADES TPI3 | $68.48 |
| 3M-63267 | 3M #4520 XXL Disposable Coverall | $48.00 |
| 3MC5N11N95 | 3M Replacement Pre-Filter | $36.31 |
| SAS5109 | Chemical Splash Goggles | $6.34 |
| MD-S/S-FASTENERS | Misc Fasteners S/S | $22.70 |
| DS1214BF5 | DIABLO SAWZ ALL BLADE 12" | $64.20 |

## 45. Repair Order 40590 – Cutting Free & Rigging Main Engine Exhaust Systems

**Scope of Work**

- **Description:**
  - **Cutting free & rigging** the **main engine exhaust system.**

44

- o **Removing engine room equipment** for modifications.
- o Work performed by **SYG technicians**.

## Financial Breakdown

| Category | Details |
|---|---|
| Labor (186 hours @ $125/hr) | $23,480.00 |
| Shop Supplies (5%) | $400.00 |
| Workers' Compensation (3%) | $704.40 |
| Total Billed Amount | $24,584.40 |
| Total Deposit from Contessa | $24,584.40 |
| Remaining Balance | $0.00 (Paid in Full by Contessa's Deposit) |
| Total Cost to SYG (@ $85/hr labor rate) | $15,810.00 |
| Gross Profit | $7,670.00 (31.22%) |

* **SYG Employees Who Worked on this Task:**

- **Ben Carrasco**
- **David M. Erb**
- **Franklin Arias-Paulino**
- **Irving Palmer**
- **Jeff Vrana**

* **Time Logs for Labor Contribution:**

- **Total Labor Hours Logged: 186 hours**

## 46. RO 40591 (Old RO: 40222-R15)

**Description:** Hull Target Vessel Once Moved/Blocked

**Financial Breakdown:**

- **Sublet (AME):** $2,518.45
- **SYG Earned:** $279.83 (**10% margin**)
- **Total Billed:** $2,798.28
- **Total Out-of-Pocket Expended by SYG:** $2,518.45
- **Payment Method:** Paid to AME on **12/28/22** via **Bank of America card (account ending in 11003).**

45

**Notes:**

- There were **two separate charges to AME on 12/28/22** that do not exactly match this invoice amount.
- If additional funds were paid, SYG needs to confirm whether it was a **multi-invoice payment** or if there was an **overpayment.**

**Total Deposit Applied from Contessa: $2,798.28 (Balance: $0.00)**

**Gross Profit Analysis:**

- **Total Cost Expended by SYG:** $2,518.45
- **Gross Profit:** $279.83
- **Gross Profit Margin: 10%**

---

## 48. RO 40596 (Old RO: 40471-U9)

**Description:** Crew Quarters Layout Design & Engineering Planning

**Financial Breakdown:**

- **Labor: 249.62 total hours**
- **Employees: Gustavo Mena & Bobby Zellmer**
- **Hourly Cost Rate: $85.00 per hour**
- **Total Labor Cost: $21,217.70**

**Total Deposit Applied from Contessa: $31,202.50 (Balance: $0.00)**

**Gross Profit Analysis:**

- **Total Cost Expended by SYG:** $21,217.70
- **Gross Profit:** $9,984.80
- **Gross Profit Margin: 32%**

## 49. RO 40597 (Old RO: 40471-U7)

**Description:** Pilot House & All Window Configurations

**Financial Breakdown:**

- **Labor: 62 hours**
- **Employee: Bobby Zellmer**

46

- Hourly Cost Rate: $85.00 per hour
- Total Labor Cost: $5,270.00
- Shop Supplies: $387.50 (5% of labor)
- Workers' Compensation: $232.50 (3% of labor)
- Total Billed: $8,370.00
- Total Expended by SYG: $5,890.00 ($5,270.00 + $387.50 + $232.50)

**Gross Profit Analysis:**

- Total Cost Expended by SYG: $5,890.00
- Gross Profit: $2,480.00 ($8,370.00 - $5,890.00)
- Gross Profit Margin: 29.6%

**Total Deposit Applied from Contessa: $8,370.00 (Balance: $0.00)**

## 50. RO 40598 (Old RO: 40471-U11)

**Description:** Model 3D Engine Room Space with Equipment Layout

**Financial Breakdown:**

- Labor: 523 hours
- Employee: Bobby Zellmer
- Hourly Cost Rate: $85.00 per hour
- Total Labor Cost: $44,455.00
- Shop Supplies: $400.00 (5% of labor)
- Workers' Compensation: $1,961.25 (3% of labor)
- Total Billed: $67,736.25
- Total Expended by SYG: $46,816.25 ($44,455.00 + $400.00 + $1,961.25)

**Gross Profit Analysis:**

- Total Cost Expended by SYG: $46,816.25
- Gross Profit: $20,920.00 ($67,736.25 - $46,816.25)
- Gross Profit Margin: 30.9%

**Total Deposit Applied from Contessa: $67,736.25 (Balance: $0.00)**

## 51. RO 40643 (Old RO: 40231-F1)

**Description:** C & R Kamewa Survey

**Financial Breakdown:**

- Sublet (C&R Machinery LLC): $1,678.90
- SYG Earned: $186.54 (10% margin)
- Total Billed: $1,865.44
- Total Out-of-Pocket Expended by SYG: $1,678.90
- Payment Method: Paid to C&R on May 11, 2022, by card (Bank of America account ending in 4523).

**Gross Profit Analysis:**

- Total Cost Expended by SYG: $1,678.90
- Gross Profit: $186.54 ($1,865.44 - $1,678.90)
- Gross Profit Margin: 10%

**Total Deposit Applied from Contessa: $1,865.44 (Balance: $0.00)**

**52. RO 40645 (Old RO: 40227-O5)**

**Description: Repair Delaminating and Longboard Oil Canning Hull Plates**

**Clarification for the Court:**

This job was initially approved as part of Phase 1 of the project; however, it was never formally started due to conflicts arising from paint foundation concerns. The fairing survey report was conducted to determine whether the existing primer and fairing should remain or be removed. Additionally, due to delays, slow payments by the client, and the eventual abandonment of the project, no painting work was completed.

**Financial Breakdown:**

- Labor: To be determined based on verified hours worked.
- Employees Involved: Jeff Vrana, Accounting Department.
- Hourly Rate: $85.00 per hour.
- Service Type: Painting Service and Maintenance.
- Subcontractor: LUU Marine (Engaged but work was never initiated).
- Scaffolding: Work began only with scaffolding setup, as LUU Marine agreed to defer invoicing until SYG was prepared to proceed with painting.

**Key Project Issue:**

- LUU Marine, due to a long-term relationship with SYG, advised holding off on painting and instead paying Scaffolding Solutions directly for scaffolding setup.
- The painting portion never commenced due to conflicts over the fairing and primer condition and subsequent change order discussions.

48

- **The project was not completed due to client default, refusal to pay vendors, and an unauthorized attempt to launch the vessel.**

**Accounts Payable Status:**

- **Original Accounts Payable (8/1/2023): $125,000 deposit due.**
- **Customer Deposits Applied: $0.00 (No funds from Contessa were applied to this repair order).**
- **Final Adjustment: Accounts payable was removed from LUU Marine and transferred to Scaffolding Solutions.**
- **Remaining Balance: $0.00**

### 53. RO 40646 (Old RO: 40222-R8)

**\* RO 40646 – Contessa's Interference with SYG's Vendor Payments**

| Vendor | Mulder Designs |
|---|---|
| Original SYG Accounts Payable Balance (as of 08/01/2023) | $16,145.64 |
| Customer Deposits Applied | $91,342.88 |
| Total Paid by SYG (Prior to Interference) | $66,062.95 |

⊔ **Payments Made by SYG to Mulder Designs:**
- **Wire Transfer – 09/09/2022:** $32,873.95
- **Wire Transfer – 02/10/2023:** $16,428.00
- **Wire Transfer – 04/11/2023:** $16,761.00

**\* Final Adjustment & Impact of Contessa's Interference**

- **Contessa directly paid Mulder Designs** instead of remitting payment through SYG.
- **Final AP Balance as of 2024: $0.00** (*Mulder Designs confirmed no further balance due after direct client payment*).
- **Impact: Client interference prevented SYG from reconciling vendor payments,** mirroring prior disputes with the scaffolding vendor.

## \* Gross Profit Analysis & Financial Impact

| Category | Amount |
|---|---|
| Total Expensed by SYG | $66,062.95 |
| Gross Profit from Applied Deposit | $91,342.88 - $66,062.95 = $25,279.93 |

| Category | Amount |
|---|---|
| Gross Profit Margin | 27.7% |

# * Contessa's Interference & AP Reconciliation Issues

- SYG had already applied Contessa's deposits toward Mulder Designs' AP balance.
- Contessa improperly paid Mulder Designs directly instead of remitting funds to SYG.
- This interference disrupted SYG's ability to execute payments and retain vendor files.
- Similar interference occurred with the scaffolding vendor, showing a pattern of client-driven financial disruption.

## 56. RO 40652 (Old RO: 40223-S4)

**Description:** Tow Company Assisted with Haul-Out

**Financial Breakdown:**

- **Sublet (Steel Towing) Payment: $1,030.00**
- **SYG Gross profit (10% margin): $103.00**
- **Total Billed: $1,133.00**
- **Total Out-of-Pocket Expended by SYG: $1,030.00**
- **Payment Method:** Paid to **Steel Towing** on **June 10, 2022**, via **Bank of America account ending in 8601.**

**Gross Profit Analysis:**

- **Total Expensed by SYG: $1,030.00**
- **Gross Profit from Applied Deposit: $1,133.00 - $1,030.00 = $103.00**
- **Gross Profit Margin: 10%**

## 57. RO 40676 (Old RO: 40226-C27)

**Description:** Perform Hotel Loads Analysis for Power Prediction and Identify Poorly Labeled Consumers

**Financial Breakdown:**

- **Labor: 115.85 hours**
- **Employee:** Gustavo Mena
- **SYG Cost Rate ($85/hr): $9,847.25**
- **Billed Rate ($125/hr): $14,476.25**

- **Shop Supplies (5% of labor): $400.00**
- **Workers' Compensation (3% of labor): $434.29**
- **Total Billed: $15,310.54**
- **Total Expended by SYG: $9,847.25 + $400.00 + $434.29 = $10,681.54**

**Gross Profit Analysis:**

- **Total Expensed by SYG: $10,681.54**
- **Gross Profit from Applied Deposit: $15,310.54 - $10,681.54 = $4,629.00**
- **Gross Profit Margin: 30.2%**

---

## 58. RO 40690 (Old RO: 40471-U6)

**Description:** Conduct a 3D Scan of the MY Octopussy Vessel Profile and Complete Exterior 3D Drawing

**Financial Breakdown:**

- **Labor: 300 hours**
- **Employees:** Bobby Zellmer & Pablo Raspo
- **SYG Cost Rate ($85/hr): $25,500.00**
- **Billed Rate ($125/hr): $37,500.00**
- **Shop Supplies (5% of labor): $400.00**
- **Workers' Compensation (3% of labor): $1,125.00**
- **Total Billed: $39,025.00**
- **Total Expended by SYG: $25,500.00 + $400.00 + $1,125.00 = $27,025.00**

**Gross Profit Analysis:**

- **Total Expensed by SYG: $27,025.00**
- **Gross Profit from Applied Deposit: $39,025.00 - $27,025.00 = $12,000.00**
- **Gross Profit Margin: 30.7%**

---

## 59. RO 40724 (Old RO: 40304-1)

**Description:** Tools Per Joe

**Financial Breakdown:**

- **Parts Subtotal: $357.00**
- **SYG Billed Parts:**
  - **Miscellaneous Tools: $357.00**

51

- o **Miscellaneous 10% Upcharge: $35.70**
- o **Subtotal: $392.70**
- **Finance Admin Fees (10% on parts markup from Home Depot purchase): $79.33**
- **Total Billed: $436.33**
- **Total Expended by SYG: $392.70**

**Gross Profit Analysis:**

- **Total Expensed by SYG: $392.70**
- **Gross Profit from Applied Deposit: $436.33 - $392.70 = $43.63**
- **Gross Profit Margin: 10%**

---

## 60. RO 40871 (Old RO: Mold Testing)

**Description:** Mold Testing

**Financial Breakdown:**

- **Sublet (Enviro Team Building) Payment: $1,025.00**
- **SYG Earned (10% margin): $113.89**
- **Total Billed: $1,138.89**
- **Total Out-of-Pocket Expended by SYG: $1,025.00**
- **Payment Method:** Paid to **Enviro Team Building** on **May 17, 2023,** via **Bank of America account ending in 8601.**

**Gross Profit Analysis:**

- **Total Expensed by SYG: $1,025.00**
- **Gross Profit from Applied Deposit: $1,138.89 - $1,025.00 = $113.89**
- **Gross Profit Margin: 10%**
- **Total Deposit Applied from Contessa: $1,138.89** (Balance: $0.00)

---

## 61. RO 40893 (Old RO: Service ER Exhaust Fan Motors - Qty 2)

**Description:** Service ER Exhaust Fan Motors

**Financial Breakdown:**

- **Sublet (Broward Armature & Generator) Payment: $1,300.00**
- **SYG Earned (10% margin): $144.44**
- **Total Billed: $1,444.44**
- **Total Expended by SYG: $1,300.00**

- **Payment Method:** Paid to **Broward Armature & Generator** on **April 7, 2023,** via **Capital One account ending in 8487.**

**Gross Profit Analysis:**

- **Total Expensed by SYG: $1,300.00**
- **Gross Profit from Applied Deposit: $1,444.44 - $1,300.00 = $144.44**
- **Gross Profit Margin: 10%**
- **Total Deposit Applied from Contessa: $1,444.44** (Balance: **$0.00**)

---

## 62. RO 40909 (Old RO: 40222-R12)

**Description:** Feasibility Study on Hydrogen: Design, Quote, and Installation of Fuel Cell Technologies

**Financial Breakdown:**

- **Labor: 480 hours**
- **Employee:** Confirm **full name and position** of "Frank Prineppi"
- **SYG Cost Rate ($85/hr): $40,800.00**
- **Billed Rate ($125/hr - with $15,000 discount applied): $45,000.00**
- **Shop Supplies (5% of labor): $400.00**
- **Workers' Compensation (3% of labor): $1,800.00**
- **Total Billed: $47,200.00**
- **Total Expended by SYG: $40,800.00 + $400.00 + $1,800.00 = $43,000.00**

**Gross Profit Analysis:**

- **Total Expensed by SYG: $43,000.00**
- **Gross Profit from Applied Deposit: $47,200.00 - $43,000.00 = $4,200.00**
- **Gross Profit Margin: 8.9%**
- **Total Deposit Applied from Contessa: $47,200.00** (Balance: **$0.00**)

---

## 63. RO 40911 (Old RO: 40223-S5) – Air Conditioning Rental, Setup, Maintenance, and Move

**Service Period: 406 days** (July 21, 2022 – August 31, 2023)
**Scope of Work:**
- **SYG provided and maintained air conditioning units** for the duration of the project.
- **Existing SYG-owned equipment was supplemented with newly purchased units.**
- **Rental fee was structured on a per-unit, per-day basis,** with maintenance included.

53

## Financial Breakdown & Rental Fee Structure

| Rental Calculation | Amount |
|---|---|
| Rental Fee Per Unit Per Day | $50 |
| Number of Units Rented | 3 |
| Total Days Rented | 406 days |
| Total Rental Charges | $150/day × 406 days = $63,105.00 |

* Total Billed to Contessa: $63,105.00
* Final Balance: $0.00 (Fully Covered by Customer Deposit)

## Labor Costs for Equipment Setup & Maintenance

| Labor Breakdown | Hours | SYG Cost Rate ($85/hr) | Billed Rate ($125/hr) | Total Billed |
|---|---|---|---|---|
| Equipment Setup & Relocation | 18 hrs | $1,530.00 | $2,250.00 | $2,250.00 |
| Shop Supplies (5% of Labor, Capped at $400) | - | - | - | $112.50 |
| Workers' Compensation (3% of Labor) | - | - | - | $67.50 |
| Total Labor Costs | 18 hrs | $1,530.00 | $2,250.00 | $2,430.00 |

* Total Labor Expensed by SYG: $2,430.00

## Equipment Costs – Use of Existing & Newly Purchased Units

- SYG utilized existing air conditioning units but also invested in new equipment to meet project needs.
- At the time, the duration of rental was unknown, making this a financial risk for SYG.
- New equipment purchases ensured uninterrupted climate control for the vessel.

| Vendor: Mintz Heating & Cooling LLC | Invoice Date | Invoice No. | Amount ($USD) | Payment Method |
|---|---|---|---|---|
| Air Conditioning Units & Accessories | 07/22/2022 | 241 | $15,413.22 | Bank of America - Credit |

54

| Vendor: Mintz Heating & Cooling LLC | Invoice Date | Invoice No. | Amount ($USD) | Payment Method |
|---|---|---|---|---|
| Additional Supplies | 09/06/2022 | 247 | $49.00 | Bank of America - Credit |
| Air Conditioning Units | 07/21/2022 | 340 | $14,892.00 | Bank of America - Credit |
| Installation Materials | 07/26/2022 | 350 | $521.22 | Bank of America - Credit |
| HVAC Accessories | 08/11/2022 | 399 | $632.00 | Bank of America - Credit |
| Additional Parts | 08/12/2022 | 405 | $525.00 | Bank of America - Credit |

\* Total Equipment Cost: $32,530.00

## Total Costs Expended by SYG

| Category | Total Amount |
|---|---|
| Labor & Setup Costs | $2,430.00 |
| Equipment & Parts | $32,530.00 |
| Total Costs Expended by SYG | $34,960.00 |

## Gross Profit Analysis

| Category | Amount |
|---|---|
| Total Revenue from Applied Deposit | $63,105.00 |
| Total Costs Expended by SYG | $34,960.00 |
| Gross Profit Earned | $63,105.00 - $34,960.00 = $28,145.00 |
| Gross Profit Margin | 44.6% |

\* SYG's gross profit was primarily derived from rental income generated from existing equipment while covering expenses on newly acquired units.

## Key Legal & Financial Takeaways for the Court

- Rental pricing was based on a fair and competitive market rate ($50/unit per day).
- SYG took a financial risk by purchasing new AC units without knowing how long they

55

would be needed.
- The project spanned 406 days, which justified the long-term rental charges.
- Deposits applied were consistent with the agreed rental rate not actual equipment costs.
- SYG maintained and relocated the equipment as required throughout the project.

\* For supporting invoices, labor records, and financial statements, see Appendix I (Equipment Rental Records & Cost Justification).

# 64 RO 40922 – Air Compressor Rental

\* **Rental Period: 185 days** (February 28, 2023 – August 31, 2023)

### Financial Breakdown – Rental & Setup Costs

| Category | Amount |
|---|---|
| Rental Fee ($35/day) | $35 × 185 days = $6,475.00 |
| Labor (8 hours @ $125/hr) | $1,000.00 |
| Parts – Grizzley Compressor & Accessories | $3,200.00 |
| Total Expended by SYG | $3,880.00 |
| Total Billed to Contessa | $3,185.00 |

\* **Total Deposit Applied from Contessa: $3,185.00** (Balance: **$0.00**)

### Gross Profit & Net Loss Analysis

| Category | Amount |
|---|---|
| Total Expensed by SYG | $3,880.00 |
| Total Billed to Contessa | $3,185.00 |
| Net Profit/Loss | -$695.00 (Loss) |
| Gross Profit Margin | -21.8% |

\* **SYG incurred a financial loss on this rental due to equipment acquisition costs.**

### Issues & Clarifications for the Court

- **Invoice vs. Repair Order Mismatch:** The only invoice in SYG's records is for **$4,500**, while the repair order **billed Contessa for only $3,185.00**.

56

- **Billing Duration Discrepancy:** If the **rental was billed at $35/day**, it should reflect **91 days** instead of **185 days** based on the applied deposit.
- **No Labor Initially Listed:** The **repair order did not initially include labor charges**, but SYG incurred labor costs for setup and maintenance.
- **Parts Purchase Confirmed:** The **Grizzley Compressor was a direct acquisition for the project**, justifying rental charges.

* For invoice and rental records, see Appendix J (Rental Equipment Documentation).

# 65 RO 40923 – Air Scrubber Rental

* **Rental Period: 120 days (per unit)**

## Financial Breakdown – Rental Charges

| Category | Amount |
|---|---|
| Rental Fee ($15/day per unit) | $15 × 2 units × 120 days = $3,600.00 |
| Labor Included? | No (Pure rental) |
| Parts Purchased? | No (Pre-owned units used; new filters and 1 new purchased from Amazon) |

* **Total Billed to Contessa: $3,600.00**
* **Total Deposit Applied: $3,600.00** (Balance: **$0.00**)

## Notes:

- **Charge was based on SYG's standard rental rate and industry pricing.**
- **No labor was included since this was a straightforward rental service.**
- **No additional parts were purchased—SYG provided existing equipment PLUS NEWLY PURCHASED EQUIPMENT.**

- **SYG took a financial risk by purchasing necessary rental equipment upfront.**
- **The applied deposits accurately reflect agreed-upon rental terms.**
- **Contessa's direct deposit payments were used correctly per the service agreements.**

- Discrepancies in invoice totals are documented and accounted for in financial reconciliation.

---

## 66. RO 40925 – Tools for Crew to Perform Work

**Description:**
Various tools purchased for crew use.

**Financial Breakdown:**

- **Total Billed: $6,920.74**

**Parts Breakdown (Based on Available Invoice Data):**

1. **The repair order was billed at $6,920.74 and detailed invoices provided in production**

---

## 67. RO 40975 – Inventory Drawings & Scans (To Date) & Conversion to Transferable File

**Description:**
Labor for **inventory drawings, scans, and digital conversion of files.**

**Financial Breakdown:**

- **Labor:**
    - **Hours Worked: 44**
    - **Employees: Bobby Zellmer & Acrux Pablo Raspo**
    - **Hourly Rate: $85.00 per hour (SYG Cost)**
    - **Total Cost at SYG Rate: $3,740.00**
    - **Billed Rate ($125.00 per hour): $5,500.00**
- **Shop Supplies: $275.00 (5% of labor)**
- **Workers' Compensation: $165.00 (3% of labor)**
- **Total Billed to Contessa: $5,940.00**
- **Total Deposit Applied from Contessa: $5,940.00 (Balance: $0.00)**

**Gross Profit Analysis:**

- **Total Cost Expended by SYG: $3,740.00 + $275.00 + $165.00 = $4,180.00**
- **Total Revenue from Applied Deposit: $5,940.00**
- **Gross Profit Earned: $5,940.00 - $4,180.00 = $1,760.00**
- **Gross Profit Margin: 29.6%**

**Notes:**

1. This repair order involved professional labor for scanning and digital conversion of inventory files.
2. Labor costs were billed at the standard $125/hour rate, but SYG's internal cost was only $85/hour, ensuring a fair gross profit margin.
3. No material costs were involved, except for minimal shop supplies and workers' comp fees.

## 68. RO 40990 – Crew Quarters Stair Removal & Installation of Temporary Stairs

**Description:**
Removal of crew quarters to access a leaking air handler and install a temporary stairwell.

**Financial Breakdown:**

- **Total Billed: $3,170.00**
- **Total Paid by SYG: $0.00** (Invoice exists, but SYG never paid)
- **Total Deposit Applied from Contessa: $0.00**
- **SYG Accounts Payable as of 8/1/2023: $3,170.00**

**Gross Profit Analysis:**

- **Total Cost Expended by SYG: $0.00**
- **Gross Profit (or Loss): -$3,170.00**
- **Gross Profit Margin: N/A (loss recorded due to unpaid balance vs AP)**

**Notes for the Judge:**

1. Temporary removable stairs were installed by Best Marine Carpentry (BMC) without proper authorization.
2. The work was invoiced to SYG, but SYG never issued payment.
3. No customer deposit was applied, leaving a balance due of $3,170.00 billed to SYG

## 70. RO 41038 – Pepwave System & External Antennas for Internet Connectivity

\* Scope of Work:
- Installation of a Pepwave system and external antennas for internet connectivity in the shipyard.

- Procurement of specialized network equipment, setup, and integration.
- Labor included installation, configuration, and securing network stability.

\* Total Billed: $21,328.71
\* Total Deposit Applied from Contessa: $21,328.71 (Balance: $0.00)

## Financial Breakdown – Parts & Equipment Costs

| Part Description | Unit Price | Quantity | Total Cost |
|---|---|---|---|
| Poynting Omni Directional Antenna, Max BR1 Pro | $2,083.73 | 1 | $2,083.73 |
| Pepwave Max BR1 Pro, Poynting Omni Directional 5G Antenna | $2,083.73 | 1 | $2,083.73 |
| Cable-Network RJ45 20' | $79.99 | 20 | $1,599.80 |
| Special Order Parts, Wire, White Tape, Lube | $1,501.43 | 1 | $1,501.43 |
| Sea View Cable Glands | $24.29 | 8 | $194.32 |
| Crimper Tool for RF Connectors | $35.37 | 1 | $35.37 |
| 3M Scotch Rubber Splicing Tape 3/4"x30' | $35.96 | 1 | $35.96 |
| PL259 Male Solder Coax Connector for RG59, RG8, LMR-400 (10 Pack) | $34.27 | 1 | $34.27 |
| 2 AWG Primary Wire Green X 250' | $894.89 | 1 | $894.89 |
| DHT Electronics Handheld Antenna Cable SMA Male to SO-239 Female (2 Pack) | $9.97 | 2 | $19.94 |

\* Total Equipment Cost: $10,567.10

\* Supplier Details:

- Supplier: 5G Store

Payments to Supplier (SYG's Bank of America Account Ending in 11003):

| Payment Date | Amount Paid |
|---|---|
| 09/09/2022 | $2,083.73 |
| 02/10/2023 | $2,083.73 |
| 04/11/2023 | $1,599.80 |
| 09/09/2022 | $2,083.73 |
| 02/10/2023 | $1,501.43 |

| Payment Date | Amount Paid |
|---|---|
| 04/11/2023 | $194.32 |
| 09/09/2022 | $35.37 |
| 02/10/2023 | $35.96 |
| 04/11/2023 | $34.27 |
| 09/09/2022 | $894.89 |
| 02/10/2023 | $19.94 |

\* Total Paid to Vendor: $10,567.10

## Labor Breakdown – Employees & Hours Worked

| Employee | Date | Start Time | End Time | Hours Worked |
|---|---|---|---|---|
| Reinier Rautenberg | 11/09/2022 | 08:00 AM | 02:00 PM | 4.00 |
| Reinier Rautenberg | 11/10/2022 | 08:00 AM | 03:00 PM | 7.00 |
| Reinier Rautenberg | 11/11/2022 | 08:30 AM | 03:45 PM | 7.25 |
| Reinier Rautenberg | 12/01/2022 | 09:41 AM | 03:33 PM | 5.87 |
| Reinier Rautenberg | 12/02/2022 | 08:55 AM | 03:36 PM | 6.68 |
| Gustavo Mena | 02/22/2023 | 07:18 AM | 05:10 PM | 9.87 |
| Gustavo Mena | 03/08/2023 | 07:30 AM | 04:38 PM | 9.13 |
| Belarmino Carrasco | 09/15/2022 | 07:54 AM | 12:38 PM | 4.74 |
| Belarmino Carrasco | 09/15/2022 | 01:05 PM | 04:32 PM | 3.46 |
| Belarmino Carrasco | 09/16/2022 | 07:51 AM | 12:28 PM | 4.62 |
| Belarmino Carrasco | 09/16/2022 | 01:06 PM | 03:46 PM | 2.68 |
| Kristopher Lowder | 09/15/2022 | 08:00 AM | 04:30 PM | 8.50 |
| Kristopher Lowder | 09/16/2022 | 08:00 AM | 04:30 PM | 8.50 |

\* Total Labor Hours: 82.29 hours
\* Labor Cost Expensed at SYG Rate ($85/hr): $6,994.65
\* Labor Billed at $125/hr: $10,286.25

## Gross Profit Analysis (Adjusted for Labor & Parts)

| Category | Amount |
|---|---|
| Total Revenue from Applied Deposit | $21,328.71 |
| Total Expensed by SYG (Parts + Labor) | $10,567.10 + $6,994.65 = $17,561.75 |

61

| Category | Amount |
|---|---|
| Gross Profit Earned | $21,328.71 - $17,561.75 = $3,766.96 |
| Gross Profit Margin | 17.7% |

## Summary

- All parts and equipment costs were documented with vendor invoices.
- Labor records confirm the total hours worked, justifying labor charges.
- Payments were properly applied and reconciled with SYG's financial records.
- Final gross profit was correctly calculated at 17.7%, accounting for all costs.

# 71. RO 41172 – Transformer Rental & Maintenance

* Scope of Work:
- Rental of electrical distribution equipment, including transformers & shore power cables.
- Setup, maintenance, and relocation services.
- Rental period: 2/21/2023 – 8/31/2023
- Billed daily rental rate: $100/day

* Total Billed: $20,620.00
* Total Deposit Applied from Contessa: $20,620.00 (Balance: $0.00)

## Financial Breakdown – Labor Costs

| SYG Employees | Date | Total Hours | Cost per Hour (SYG Rate) | Total Cost |
|---|---|---|---|---|
| Gus Mena & David Erb | 2/12/2023 | 16 | $85/hr | $1,360.00 |
| Gus Mena | 8/01/2023 | 12 | $85/hr | $1,020.00 |
| Total Labor Hours: | | 38 | | $3,230.00 |

* Labor Cost Expensed at SYG Rate ($85/hr): $3,230.00

## Financial Breakdown – Parts & Equipment Costs

| Part Description | Quantity | Unit Price | Total Cost |
|---|---|---|---|
| Hubbell Plug 100AMP 3P AW 480V | 1 | $1,007.14 | $1,007.14 |
| HS Dual Wall White 1/2X12" | 1 | $3.03 | $3.03 |
| HS Dual Wall Black 1/2X12" | 1 | $2.45 | $2.45 |
| HS Dual Wall Green 1/2" X 12" | 2 | $2.45 | $4.90 |
| HS Dual Wall Red 1/2" X 12" | 1 | $2.45 | $2.45 |
| Ring Terminal 2/0X3/8 | 1 | $2.41 | $2.41 |
| TY-RAP UV 40LB 100/pk | 1 | $20.99 | $20.99 |
| Shore Power Cable (WAR-21702, sold per foot) | 199 ft | $28.51 | $5,673.49 |
| 480 Volt Transformer (T48LH2Y-75) | 1 | $5,964.29 | $5,964.29 |
| Ring Terminal 2AWG-3/8 | 5 | $15.71 | $78.55 |

\* **Total Equipment & Parts Cost: $11,716.33**

## Total Costs Paid by SYG

| Category | Total Amount |
|---|---|
| Labor & Setup Costs | $3,230.00 |
| Parts & Equipment Costs | $11,716.33 |
| Total Expensed by SYG | $14,946.33 |

\* **SYG Accounts Payable Balance as of 08/01/2023: $0.00**

## Gross Profit Analysis

| Category | Amount |
|---|---|
| Total Revenue from Applied Deposit | $20,620.00 |
| Total Expensed by SYG (Labor + Parts) | $14,946.33 |
| Gross Profit Earned | $20,620.00 - $14,946.33 = $5,673.67 |
| Gross Profit Margin | 27.5% |

## Summary for the Judge

- All labor and equipment rental charges were justified based on work performed.
- Parts and equipment costs are supported by invoices.

- **Payments were reconciled with SYG's financial records.**
- **Gross profit was properly calculated at 27.5% after deducting all costs.**

\* **For supporting invoices, payroll records, and financial reconciliation, see Appendix M (Transformer Rental Costs & Payroll Records).**

## 72. RO 41182 – Karen Lynn Galley Plans

**CORRECTION NOTICE REGARDING REPAIR ORDER 41182 (KAREN LYNN GALLEY PLANS)**

**COMES NOW,** Starboard Yacht Group, LLC ("SYG"), by and through its undersigned representative, and submits this formal correction notice regarding the labor rate applied to Repair Order 41182, which pertains to the fabrication and correction of galley layout dimensions.

## 1. Summary of Correction

Upon internal review, SYG has determined that while its standard retained **Naval Architect labor rate is $145 per hour**, the **blended project rate of $125 per hour** should have been applied instead.

- **Correction Required**: The **total labor charge was initially calculated using $145/hour** instead of the **$125/hour blended project rate** that was used for all other trades.

**Impact of this Correction:**

- The **total labor cost should have been $7,625.00** instead of **$8,845.00** (a reduction of $1,220.00).
- This means the **corrected total billed to Contessa is $8,290.35** instead of **$9,510.35** (a $1,220.00 reduction).
- The **customer deposit applied must also be adjusted to $8,290.35** to reflect this correction.

## 2. SYG's Blended Rate for Contessa's Project

To maintain consistency and predictability in pricing, SYG voluntarily implemented a **blended labor rate of $125/hour across all trades** for this project, including Naval Architecture.

64

**This rate adjustment was designed to:**
- Ensure competitive and predictable pricing across multiple trades.
- Provide a **courtesy discount** for highly skilled labor.
- Maintain **below-market pricing** despite increasing industry rates.

**Industry Context:**

• The **standard industry rate** for retained **Naval Architects is $145-$175/hour**.
• The **SYG standard rate remained $145/hour** outside of this project.
• The **project-specific rate of $125/hour** was approximately **15% lower than market averages**.
• **This approach provided Contessa with a cost advantage** while ensuring project efficiency.

## 3. Fully Corrected Financial Breakdown for Repair Order 41182

| Description | Original Amount (Incorrect $145/hr) | Corrected Amount ($125/hr Applied) |
| --- | --- | --- |
| **Total Billed** | **$9,510.35** | **$8,290.35** (Correction Applied) |
| **Labor Charges** (61 hrs) | **$8,845.00** (61 × $145/hr) | **$7,625.00** (61 × $125/hr) |
| **Shop Supplies** | $400.00 | $400.00 |
| **Workers' Compensation (3%)** | $265.35 | $265.35 |
| **Total Cost Expended by SYG** | $5,185.00 | $5,185.00 |
| **Gross Profit** | **$4,325.35** | **$3,105.35** |
| **Gross Profit Margin** | 45.5% | 37.5% |
| **Total Deposit Applied from Contessa** | **$9,510.35** | **$8,290.35** (Balance: $0.00) |

## 4. Key Clarifications to the Court

- **Billing Rate Adjustment:**

  • The standard **SYG Naval Architect rate is $145/hour**, but this project **qualified for the $125/hour blended rate** applied across all trades.
  • The **original invoice reflected the standard $145/hour rate** instead of **the correct $125/hour blended rate**.

- **Correction of Labor Total:**

  • **Original labor miscalculation: $8,845.00** (based on $145/hour).

- **Corrected total: $7,625.00** (based on $125/hour).
- **The total invoice amount should have been adjusted accordingly.**

**- Adjustment to Customer Applied Deposit:**

- **Original applied deposit: $9,510.35.**
- **Corrected applied deposit: $8,290.35.**
- This **ensures accurate billing and financial reconciliation.**

**- No Overcharge or Financial Impact on Contessa:**

- **Contessa was never overbilled;** the **over-applied deposit has been corrected** to reflect actual labor costs.
- SYG **did not collect any extra funds**—the correction ensures the numbers align with the agreed labor rate.

**- Competitive Pricing Strategy for Contessa's Benefit:**

- **SYG's $125/hour blended rate was below market pricing** and provided significant cost savings to Contessa.
- This structure ensured **consistent billing across multiple trades** and minimized cost fluctuations.

**- Transparency & Good Faith:**

- **SYG voluntarily discloses this correction to maintain full transparency with the Court.**
- This **notice ensures the accurate representation of SYG's billing practices** without any financial impact on Contessa.

## 73. RO 41267 – Leica BLK360 Scanner Rental

**Final Correction Notice & Financial Breakdown**

**COMES NOW,** Starboard Yacht Group, LLC ("SYG"), by and through its undersigned representative, and submits this formal correction and clarification regarding the rental charges, equipment purchase, and software renewal costs associated with **Repair Order 41267 – Leica BLK360 Scanner Rental.**

---

## 1. Summary of Equipment Rental & Cost Structure

SYG **rented the Leica BLK360 Scanner** to Contessa at a **daily rate of $695 per day**, covering:
- **Usage of the scanner** for shipyard measurements and documentation.

66

- **Ongoing maintenance, software licensing, and calibration** during the rental period.
- **SYG's capital investment in purchasing the equipment** for project use.

**Key Financial Issues Identified:**

SYG paid $22,060.00 upfront to purchase the scanner and accessories before rental use.
Annual Cyclone software subscription renewal of $2,200.00 was paid but not invoiced separately.
The total rental period requires final confirmation from Contessa.

## 2. Fully Updated Financial Breakdown

| Description | Amount |
|---|---|
| Total Billed (Rental Fee) | $6,255.00 |
| Rental Rate per Day | $695.00 |
| Total Days Rented | 9 days |
| Total Deposit Applied from Contessa | $6,255.00 (Balance: $0.00) |

## 3. Equipment Purchase & Capital Investment by SYG

**Purchase Invoice Details (Leica Geosystems Inc.)**

| Item | Amount Paid | Payment Details |
|---|---|---|
| BLK360 G1 Scanner | $18,300.00 | Wire Transfer – **Bank of America (Acct Ending 11003)** |
| BLK360 G1 Accessory Package | $1,353.00 | Wire Transfer – **Bank of America (Acct Ending 11003)** |
| 1st Year BLK360 G1 Laser Scanner CCP Gold | $1,807.00 | Wire Transfer – **Bank of America (Acct Ending 11003)** |
| Cyclone Subscription Base (1-Year) | $60.00 | Wire Transfer – **Bank of America (Acct Ending 11003)** |
| Cyclone REGISTER 360 BLK Edition Option | $540.00 | Wire Transfer – **Bank of America (Acct Ending 11003)** |
| **Total Equipment Purchase Cost** | $22,060.00 | **Paid in Full by SYG** |

- **Payments were made via wire transfer from SYG's Bank of America account ending in 11003.**
- **Supporting Purchase Invoice Provided as Exhibit A.**

67

## 4. Software Subscription Renewal Details

| Renewal Item | Amount Paid | Payment Details |
|---|---|---|
| Leica BLK360 Software License Renewal (1-Year) | $2,200.00 | Credit Card – Bank of America (Acct Ending 11003) |
| Renewal Date | 12/02/2024 | Paid in Full by SYG |
| Total Software Cost Expended by SYG | $2,200.00 | Not Yet Invoiced to Contessa |

- Email confirmation of renewal available as Exhibit B.
- SYG has not yet billed Contessa for the renewal fee.

## 5. Gross Profit Analysis & Cost Considerations

| Category | Amount |
|---|---|
| Total Revenue from Rental (9 Days @ $695/Day) | $6,255.00 |
| Total Equipment Cost Expended by SYG | $22,060.00 |
| Annual Software Subscription (Not Yet Invoiced) | $2,200.00 |
| Gross Profit from Rental (Excluding Equipment Cost) | ($15,805.00) Loss |
| Gross Profit Margin | To Be Determined Based on Additional Rental Recovery |

* Important Considerations:
- This rental was structured to recover SYG's equipment investment while providing Contessa access to high-end scanning technology.
- As of now, SYG has not charged Contessa for the annual software subscription fee ($2,200.00).
- The scanner purchase cost exceeded the rental revenue received to date, resulting in a net capital investment loss.

## 6. Key Clarifications for Discovery:

- **Transparency in Equipment Rental Charges:**

  - The rental fee was based on **industry-standard equipment leasing rates for Leica BLK360 scanners**.
  - The rental charge covered **daily usage, software access, and maintenance costs**.

- **Equipment Was Purchased in Advance by SYG:**

  - SYG **fully expensed $22,060.00** to acquire the Leica scanner **before rental to Contessa**.
  - **SYG assumed financial risk**, as the equipment was acquired with no guarantee of rental duration.

- **Unbilled Software Subscription Cost:**

  - **The $2,200.00 annual software subscription has not yet been invoiced**, meaning **total cost recovery remains incomplete**.

## 74. RO 41273 – SNX Syntelix Equipment Order (Unpaid, Awaiting Return)

**Description:**
Ordered satellite communication equipment (VSAT antenna, router, modem) for the vessel at the request of Joe S. **However, no payment has been made to the vendor, and SYG has contacted Syntelix to arrange a return.**

**Clarification of Outstanding Accounts Payable (AP) Liability**

**COMES NOW,** Starboard Yacht Group, LLC ("SYG"), by and through its undersigned representative, and submits this formal clarification regarding **Repair Order 41273** concerning the purchase and return status of satellite communication equipment ordered from **Syntelix (VSAT System)** at the request of **Joe S.**

## 1. Summary of Equipment Order & Current AP Status

SYG **placed an order for satellite communication equipment** (VSAT antenna, modem, and router) per project instructions. However, **payment has not been made to the vendor**, and SYG has **initiated a return process** to resolve the outstanding balance.

- **Equipment remains stored at SYG while awaiting vendor return approval.**
- **No payments have been issued to Syntelix.**
- **This amount remains part of SYG's open AP liabilities.**

69

## 2. Financial Breakdown & AP Reconciliation

| Description | Amount |
|---|---|
| Total AP for Ordered Equipment (Stored at SYG) | $45,900.00 |
| Total Due on Invoice | $15,300.00 |
| Total Paid by SYG | $0.00 |
| Total Deposit Applied from Contessa | $0.00 |
| Final AP Balance as of February 2025 | $45,900.00 (Pending Return) |

\* SYG has not issued payment for these items, nor have any customer funds been applied for the remaining units.

## 3. Status of Equipment & Return Coordination

- **Equipment Storage & Vendor Communication:**

  - **All ordered equipment remains stored at SYG** in its original packaging.
  - **SYG has formally contacted Syntelix** to initiate the return process and confirm restocking acceptance.

- **No Financial Loss to Contessa:**

  - **Contessa's deposits were never allocated** to this equipment purchase.
  - **This transaction did not impact any previous payments or billing statements.**

- **Pending Resolution Before AP Settlement:**

  - **SYG will not pay this invoice unless the return is denied.**
  - **The $45,900.00 AP balance remains open** until Syntelix finalizes the return process.

## 75. RO 41280 – Lighting Plans per Karen Lynn Designs

**Description:**
Development of a detailed lighting plan as per Karen Lynn's specifications.

**Financial Breakdown:**

- **Total Billed: $2,625.00**
- **Labor: 21 hours @ $125/hour (Bobby Zellmer)**
- **Total Out-of-Pocket Expended by SYG: $1,785.00 (21 hours @ $85/hour)**
- **Total Deposit Applied from Contessa: $2,625.00 (Balance: $0.00)**

**Gross Profit Analysis:**

- **Total Cost Expended by SYG: $1,785.00**
- **Gross Profit: $840.00**
- **Gross Profit Margin: 32%**

---

## 76. RO 41283 – Lauderdale Marine Center (LMC) Storage Payments (April 2022 – Jan 2023)

**Clarification Regarding Billing Errors & Chargebacks**

**COMES NOW,** Starboard Yacht Group, LLC ("SYG"), by and through its undersigned representative, and submits this formal clarification regarding **Repair Order 41283**, which pertains to payments made to Lauderdale Marine Center ("LMC") for vessel storage between **April 2022 and January 2023**.

---

## 1. Summary of Storage Payments & Chargeback Settlement

SYG made **direct payments to LMC for vessel storage**, totaling **$443,683.11**, which were covered by **Contessa Marine's applied deposits** of **$561,343.64**. However, due to **billing errors and chargebacks initiated by Contessa Marine**, an additional **$238,000.00 was previously disputed** with LMC.

- **SYG has agreed to settle and pay the disputed $238,000.00** back to LMC to rebuild a good working relationship.
- **This decision was made due to the hardships Contessa Marine's actions caused to both SYG and LMC.**
- **All prior chargebacks related to Contessa Marine are currently being resolved.**

---

## 2. Financial Breakdown & Reconciliation

| Description | Amount |
|---|---|
| **Total Paid by SYG to LMC for Storage** | **$443,683.11** |
| **Total Deposits Applied from Contessa** | **$561,343.64** |

71

| Description | Amount |
|---|---|
| Total Chargebacks Previously Disputed | $238,000.00 |
| New Agreement: SYG Paying Back to LMC | $238,000.00 (Settlement) |
| Final Balance After Settlement | $0.00 |

\* The $238,000.00 disputed chargeback is now being resolved by SYG as part of its effort to restore business relationships with LMC and have access the marina to complete contracted work on several yachts.

## 3. Gross Profit Analysis

| Category | Amount |
|---|---|
| Total Cost Expended by SYG (Storage Payments) | $443,683.11 |
| Gross Profit from Applied Customer Deposits | $117,660.53 |
| Gross Profit Margin NOTE "Total Bill" | 10% |

\* After resolving all chargebacks and outstanding AP with LMC, the gross profit calculation remains at 10%.

## 4. Key Clarifications for the Court

### Chargeback Dispute Was Caused by Contessa Marine

- Contessa Marine **initiated chargebacks** against LMC See Audit emails consistent support that due to lack of invoices Contessa Marine LLC contracted auditor Zooma Group could not verify nor account "reconcile' LMC paid by SYG invoices, which resulted in SYG disputing **$238,000.00** in payments via chargeback and 100% of SYG good faith payments to LMC as per their intended agreement to receive invoices directly allowing use of SYG resale agreement with the Florida Revenue Office.
- This **disrupted SYG's working relationship** with LMC and led to financial instability for both parties and major interference in working relationships and DAMAGES EXCEEDING 2 MILLION TO DATE.

### SYG Is Settling the $238,000.00 to Restore Business Relations

- SYG has decided to **voluntarily pay back the disputed amount** to LMC despite the previous dispute.
- This decision ensures **long-term business stability and cooperation** between SYG and LMC.

**Customer Deposits Were Fully Applied**

- **$561,343.64 in deposits from Contessa Marine were correctly applied** to storage costs.
- The **final deposit application remains unchanged**, with a **net balance of $0.00** after reconciliation.

**Impact on SYG's Final Verified Costs**

- The **final reconciled cost and gross profit remain accurate** despite the prior chargeback.
- SYG **acted in good faith to resolve financial disputes** caused by Contessa Marine's actions.

**\* For supporting documentation, see Exhibit J (LMC Billing Records & Chargeback Settlement Agreement).**

## 5. Final Summary:

SYG has taken proactive steps to settle all prior chargebacks with LMC, agreeing to pay the disputed $238,000.00 to restore a good working relationship. While Contessa Marine's actions initially caused financial instability, **SYG has fully reconciled all storage payments, with Contessa Marine's $561,343.64 deposit covering the total balance including margin 10% for the total costs of services performed by LMC.**

## 77. RO 41294 – Murray NA Stern Scan & Cloud Point File Conversion

**Description:**
Processing and integration of Murray and Associates' stern scan data into a Rhino 3D model.

**Financial Breakdown:**

- **Total Billed: $17,127.20**
- **Labor: 112 hours (Pablo Raspo @ $125/hour)**
- **Total Expended by SYG: $9,520.00 (112 hours @ $85/hour)**
- **Total Deposit Applied from Contessa: $17,127.20 (Balance: $0.00)**

**Gross Profit Analysis:**

- **Total Cost Expended by SYG: $9,520.00**
- **Gross Profit: $7,607.20**
- **Gross Profit Margin: 44.4%**

## 80. RO 41302 – Bow Plating Replacement – Design & Drawing

**Description:**
Engineering design and drawing for bow plating replacement, with plans submitted to EYS for survey completion.

**Financial Breakdown:**

- **Total Billed: $5,250.00**
- **Labor: 42 hours (Pablo Raspo @ $125/hour)**
- **Total Expended by SYG: $3,570.00 (42 hours @ $85/hour)**
- **Total Deposit Applied from Contessa: $5,250.00 (Balance: $0.00)**

**Gross Profit Analysis:**

- **Total Cost Expended by SYG: $3,570.00**
- **Gross Profit: $1,680.00**
- **Gross Profit Margin: 32%**

## 81. RO 41311 (Old RO: 40227-O4) – Sandblasting of the Hull to Metal

**Interference by Contessa Marine & Direct Payment to Safe Harbor (SHM)**

**COMES NOW,** Starboard Yacht Group, LLC ("SYG"), by and through its undersigned representative, and submits this formal clarification regarding **Repair Order 41311**, which pertains to the sandblasting of the hull to metal and Contessa Marine's direct interference in SYG's business relationships with **Lauderdale Marine Center (LMC) and Safe Harbor Marinas (SHM).**

## 1. Summary of Contessa Marine's Interference & Financial Impact

- Joe S. (Contessa Marine) authorized sandblasting of the hull to metal, and SYG coordinated the work scope.
- Contessa Marine improperly bypassed SYG and paid Safe Harbor (SHM) directly, cutting SYG out of the contractual billing process.
- Due to Contessa's interference, SYG was unable to process payment to SHM or maintain control over its contracted vendor relationships.

74

## 2. Financial Breakdown & Interference Loss Calculation

| Description | Amount |
|---|---|
| Total Job Estimate (Sandblasting Hull to Metal) | $10,300.00 |
| Total Paid by SYG | $0.00 |
| Total Deposit Applied from Contessa | $10,300.00 (Balance: $0.00) |
| Total Payment to SHM (By Contessa, Not SYG) | $10,300.00 |

\* Contessa Marine took control of the billing and paid SHM directly, preventing SYG from executing payments as planned.

---

## 3. Gross Profit Analysis & SYG's Financial Impact

| Category | Amount |
|---|---|
| Total Cost Expended by SYG | $0.00 |
| Total Revenue from SYG's Cost-Plus 10% Model | $10,300.00 |
| Gross Profit Earned by SYG (Estimate Only) | $10,300.00 |
| Gross Profit Margin (100%) | 100% (SYG Only Included the 10% Margin in its Billing) |

\* Since SYG never paid SHM due to Contessa's interference, the total revenue reflects only the anticipated 10% cost-plus margin for this scope of work.

## 82. RO 41333 – Short-Term Financing Provided by SYG

---

# Overview of SYG's Short-Term Financing & Contessa's Breach 'PROJECT ABANDONMENT"

- **SYG Extended Credit to Support the Project**
- SYG provided **$100,000 in working capital credit at 0% interest for up to 14 days** to cover:
  - **SYG Payroll** (wages, benefits, workers' compensation).
  - **Vendor Payments** (marine contractors, specialty trades, shipyard fees).
  - **Parts & Equipment** (engines, hydraulic systems, electronics, and safety equipment).

75

- This was based on an agreement that **Contessa would reimburse within 14 days of notice.**
- **Contessa's Failure to Fund the Project Led to Severe Financial Burden**
- **By December 2022,** SYG had exceeded **$1 million** in out-of-pocket expenses, funding the project with its own capital and vendor trade credit accounts.
- **By April 2023,** SYG had fronted **over $2.4 million**, relying on:
  - **EIDL Loan** (increased from $150,000 to **$1,915,000**, now fully disbursed).
  - **Five Star Bank Loan** (Business Term Loan).
  - **Pinnacle Bank BHG Loan** (High-Interest Business Loan).
  - **Business Credit Cards** (Amex, Chase, BOA, TD Bank).
- **As of 2024,** SYG's total **interest and debt burden exceeded $3 million**, with nearly **$1 million paid in interest alone** due to Contessa's failure to reimburse on time.
- 

# Financial Breakdown of SYG's Financing Efforts

| Category | Amount ($USD) |
|---|---|
| Total Paid by SYG | $245,000.00 |
| Customer Applied Deposits | $220,788.28 |
| Total Costs Paid by SYG (Vendors, Subcontractors, Payroll, Parts) | $245,000.00 |
| SYG Accounts Payable as of 8/1/2023 | $0.00 |

- 

## o Gross Profit Analysis

| Category | Amount ($USD) |
|---|---|
| Total Cost Expended by SYG | $245,000.00 |
| Gross Profit (or Loss) | - $24,211.72 |

- 

## o Contessa's Breach of Payment Terms & SYG's Financial Burden

- **Contessa Failed to Reimburse SYG in a Timely Manner**
- Contessa **failed to provide timely funding,** forcing SYG to **front over $2.4 million in costs.**
- **Trusted trade partners**—including **FDDA, Voith, and Muir**—were **severely impacted** by Contessa's inconsistent payments.
- **By April 2023,** SYG had fully **exhausted its lending capacity,** while Contessa **continued to delay reimbursements.**
- **SYG Was Forced to Self-Finance the Project, Depleting Its Lending Capacity**

- Contessa's failure to fund the project **forced SYG into a financially vulnerable state**, requiring it to take on high-interest financing and max out credit lines just to keep the project progressing.
- This was **never the original intent** of the business partnership.
- **At two full-day meetings at The Diplomat Hotel**, it was agreed that:
  - **Mr. Steve Ivankovich** would provide the necessary **capital resources**.
  - **SYG** would provide its expertise in **marine project management**.
- Instead of fulfilling this agreement, **Contessa shifted 100% of the financial burden to SYG**, contradicting the original understanding that **Mr. Ivankovich's financial backing was key to project success**.
- As a result, **SYG bore all financial risk**, while Contessa **benefited from project progress without fulfilling its reimbursement commitments.**
- 

## o SYG's Interest & Debt Burden Due to Contessa's Breach

- **EIDL Loan (COVID-19 Economic Injury Disaster Loan) – SBA Loan #5611798202**

| Loan Details | Amount ($USD) |
|---|---|
| Original Loan Approved | $150,000 |
| Current Loan Amount | $1,915,000 (Fully Disbursed) |
| Interest Rate | 3.75% |
| Daily Interest Accrual | $196.75 per day |
| Monthly Interest Cost (EIDL Loan Only) | $6,000 per month |
| Annual Interest Cost (EIDL Loan Only) | $72,000 per year |

- **Additional Financing Liabilities & High-Interest Costs**
- **Total Interest Paid in 2023: $232,774.84**

| Loan / Credit Account | Interest Rate (%) | Total Interest Paid in 2023 ($USD) |
|---|---|---|
| Bank of America (4253) | 26.00% | $4,800.00 |
| Bank of America (6640) | 15.49% | $37,136.28 |
| Bank of America (8601) | 18.49% | $4,980.00 |
| Capital One (5827) | 22.24% | $11,400.00 |
| SBA Loan (EIDL) | 3.75% | $72,000.00 |
| Five Star Bank Loan | 8.00% | $47,208.24 |

77

| Loan / Credit Account | Interest Rate (%) | Total Interest Paid in 2023 ($USD) |
|---|---|---|
| Pinnacle Bank BHG Loan | 9.00% | $41,130.96 |
| Total | N/A | $232,774.84 |

- 

### o Financial Harm & Damages Due to Contessa's Breach

- **Contessa's Failure to Fund the Project Violated the Agreement**
- **Contessa failed to provide timely funding**, forcing SYG to front over **$2.4 million in costs**.
- The **delayed reimbursements forced SYG into additional borrowing**, leading to **over $3 million in combined debt + interest expenses**.
- **SYG's Business Relationships Were Severely Impacted**
- **Key trade partners (Voith, FDDA, Muir, Humphree, Seakeeper) suffered damages** due to Contessa's payment failures.
- **SYG's credit standing deteriorated**, limiting future borrowing capacity and causing **long-term financial harm**.
- **Contessa Benefited While SYG Took on All Financial Risk**
- **Contessa directly benefited from the project progress** while **SYG carried the financial risk and absorbed massive interest expenses.**

### 83. RO 41377 – Continued Scaffold Rental (Paid by Contessa)

## Overview of the Scaffold Rental & Contessa's Interference

- **Background & SYG's Engagement with Scaffolding Solutions**
- **Scaffolding Solutions** was the vendor **originally hired by Luu** and later **passed to SYG** to manage.
- The scaffolding was **critical for painting preparation** and required **removal before vessel launch.**
- **SYG maintained communication with Renny (Scaffolding Solutions) up to and during the arrest** to coordinate the removal process.
- **Contessa's Interference with SYG's Vendor Relationship**
- **SYG was awaiting funds from Contessa** to **pay Scaffolding Solutions** and approve additional work when:
  - **Contessa engaged in a misleading audit** with **Betty from Zooma Group.**
  - **Third parties informed SYG that Contessa was contracting All Points** to **secure the hull for launch** in preparation to **move the ship to Dubai**—without SYG's knowledge.

78

- Instead of **collaborating with SYG to properly review costs and invoices**, Contessa **directly paid Scaffolding Solutions**, bypassing SYG's established financial controls.
- **Financial Impact on SYG**
- **By paying Scaffolding Solutions directly**, Contessa **removed the AP liability from SYG** but **denied SYG its contractual cost-plus-10% margin**.
- This **mirrored previous interference**, where Contessa **bypassed SYG's financial structure** and **engaged vendors directly**, disrupting SYG's business relationships.
- ⸺

# Financial Breakdown of Scaffold Rental

| Category | Amount ($USD) |
|---|---|
| Total Paid by Contessa (Direct Payment to Vendor) | $13,000.00 |
| Total Costs Paid by SYG | $0.00 |
| Customer Applied Deposits | $0.00 |
| SYG Accounts Payable as of 8/1/2023 | $13,000.00 |

# Gross Profit Analysis

| Category | Amount ($USD) |
|---|---|
| Total Cost Expended by SYG | $0.00 |
| Gross Profit (or Loss) | $0.00 (As SYG was bypassed and not allowed to recover its contractual margin) |

# Key Issues & Contessa's Breach

- **Contessa's Direct Payment Undermined SYG's Cost-Plus Agreement**
- **Contessa was contractually obligated to pay SYG,** not directly compensate vendors.
- By paying Scaffolding Solutions directly, **Contessa denied SYG its contractual cost-plus-10% margin** on the scaffolding work.
- This **interference directly harmed SYG's financial position** by preventing proper **cost recovery.**
- **Contessa's Business Interference Mirrors Prior Incidents**
- This is **not the first instance** where **Contessa circumvented SYG's financial controls** and engaged vendors directly.
- **Previous interference occurred** with:
  - **Mulder Designs** (Contessa paid vendor directly, bypassing SYG's accounts payable).
  - **Safe Harbor (Sandblasting Work)** (Contessa directly engaged SHM for hull work, eliminating SYG's oversight).
- **SYG's Accounts Payable Reflects the Mismanaged Transaction**

79

- As of **August 1, 2023**, the **$13,000 remained in SYG's AP**, even though Contessa had already **paid the vendor directly.**
- This **discrepancy resulted from Contessa's interference**, which distorted SYG's financial reconciliation.

### 84/85. RO 50008 – Seakeeper Stabilization System (3 Units Ordered)

# Overview of Seakeeper Stabilization System Purchase & Financial Breakdown

- **Background & Equipment Ordered**
- This repair order (RO 50008) reflects the purchase of **three (3) Seakeeper SK 35 stabilization units** and related equipment.
- The order included **custom Humphree equipment** and **sales tax payment** on the first $1 million deposit.
- **One unit remains in SYG's storage**, incurring ongoing storage and insurance costs.
-
- **Financial Breakdown of Payments Made by SYG**

| Payment Date | Amount Paid ($USD) | Payment Method | Bank Account Used |
|---|---|---|---|
| 06/24/2022 | $550,000.00 | Wire Transfer | Bank of America (Ending in 0174) |
| 06/24/2022 | $136,992.27 | Wire Transfer | Bank of America (Ending in 0174) |
| Total Paid by SYG | $686,992.27 | | |

- **Additional Costs:** Storage & insurance at **$5.00 per unit per day, ongoing for 1 remaining unit** (final cost to be determined).

### Customer Applied Deposits & SYG Accounts Payable Status

| Category | Amount ($USD) |
|---|---|
| Customer Applied Deposits | $793,002.00 |
| SYG Accounts Payable as of 8/1/2023 | $0.00 |

- **Customer funds covered the full cost of equipment and modifications.**
- **No outstanding AP balance remains for this order.**

# Gross Profit Analysis

| Category | Amount ($USD) |
|---|---|
| Total Cost Expended by SYG | $686,992.27 + Storage (TBD) |
| Gross Profit | $106,009.73 |
| Gross Profit Margin | 13.36% |

# Key Notes

- This repair order covers the full cost of Seakeeper SK 35 units & equipment modifications.
- Customer funds fully covered expenses, leaving a gross profit of $106,009.73.
- One Seakeeper unit remains in SYG's storage, accruing insurance and storage costs.
- No outstanding balance remains for this order as of August 1, 2023

## Final Notes & Next Steps:

- **RO 41333:** Financing was provided at SYG's cost, leading to a loss of $24,211.72.
- **RO 41377:** Contessa paid for the scaffold rental, so SYG should remove the $13,000 AP entry.
- **RO 50008:** Verified financials show a gross profit of $106,009.73, with no outstanding payables.

## Explanation of Miscellaneous Supplies Charges

### Industry Standard Approach for Miscellaneous Supplies & Consumables

- In the marine repair industry, numerous **small consumable items**—such as rags, cleaning supplies, disposable tools, and fasteners—are **frequently used across multiple jobs** but are impractical to track individually due to their **low unit cost and high turnover rate**. As a result, **standard industry practice** is to allocate these expenses as a **percentage of labor** rather than attempt to track and invoice them on a per-item basis.
- **- SYG applies a 4% charge on retail labor** for each repair order to cover these necessary expenses.
  **- This percentage is based on historical data and real vendor purchasing records,** ensuring the cost allocation is **accurate and fair**.
  **- This approach is widely accepted in the marine industry** and used to streamline financial tracking **without requiring exhaustive individual item tracking**.

### Supporting Data from SYG's Accounting System

**Vendor Purchases for Miscellaneous Supplies**

SYG maintains **detailed vendor transaction records** to document purchases of **non-tracked consumables**. Below is a summary of recorded transactions for key vendors:

| • Vendor Name | • Total Purchases (Multiple Transactions) |
|---|---|
| • **All American Tool** | • $5,254.98 |
| • **Bathroom N Rags Supplier** | • $4,083.00 |
| • **Kimball Midwest** | • $20,304.18 |
| • **Gold Coast Marine** | • $24,266.94 |
| • **Total Miscellaneous Supply Purchases** | • **$53,909.10** |

\* **These records reflect actual supply expenses incurred by SYG over time.**
\* **The 4% labor charge aligns with the documented historical expenses for miscellaneous supplies.**

### How Lightspeed Evo Tracks These Costs

- SYG uses **Lightspeed Evo**, an **industry-standard software** for marine repair operations, to manage **inventory, parts, and indirect costs**. Due to the nature of miscellaneous supplies, the system processes them as follows:
- **Non-Serialized Item Handling:**
- Small consumables are **grouped into inventory categories** rather than tracked individually.
- Their cost is **averaged over time** to determine accurate allocations.
- **Indirect Billing via a Standardized 4% Labor Charge:**
- Instead of tracking each rag, cleaner, or disposable tool, **Lightspeed Evo applies a 4% charge on labor** to recover these costs.
- **This ensures fairness and efficiency** in cost recovery without unnecessary administrative overhead.
- **Automated Cost Adjustment:**
- Lightspeed Evo retrieves **real-time vendor pricing data** through **API integrations** to ensure **cost accuracy**.
- **Discrepancies are reconciled** automatically, ensuring charges remain aligned with **actual costs**.

## Justification for the 4% Labor Charge

- The 4% allocation was determined based on **actual historical purchases** of miscellaneous supplies **relative to total labor costs**.
- - Industry Standard Practice
- The **4% labor allocation** is consistent with cost-recovery models used in **marine service and other skilled trades**.

82

- - Simplifies Accounting Without Overcharging
- **Individually tracking rags, tape, brushes, and minor tools is impractical** and **cost-prohibitive**.
- A **percentage-based model** ensures **customers are only charged for actual indirect costs**—not arbitrary markups.
- - **Supported by Vendor Purchases**
- The **$53,909.10 in documented purchases** aligns with the labor-based cost allocation model.
- * **Without this approach, SYG would have to charge hourly rates higher than market norms to absorb these unavoidable costs.**

## Conclusion: Transparent & Justified Accounting for Miscellaneous Supplies

- **The 4% labor charge for miscellaneous supplies is NOT an arbitrary fee—it is an accurate, industry-standard allocation** based on:
- **Actual historical spending on supplies** from trusted vendors.
  **A well-documented allocation method** supported by Lightspeed Evo's inventory tracking.
  **A recognized and widely used financial model** in the marine service industry.
- **SYG's method ensures fair cost distribution while maintaining transparency and efficiency in financial reporting.**
- **Vendor Name: All American Tool**
- Check Date: 03/31/2022 / Check Number: 104 / Amount: $45.09 / Status: DO NOT USE / Bank: Capital One - Credit Card
- Check Date: 06/16/2022 / Check Number: 106 / Amount: $63.31 / Status: DO NOT USE / Bank: American Express
- Check Date: 06/23/2022 / Check Number: 107 / Amount: $63.31 / Status: DO NOT USE / Bank: American Express
- Check Date: 06/23/2022 / Check Number: 159 / Amount: $1,873.74 / Status: DO NOT USE / Bank: Bank Of America - Credit
- ... [additional entries omitted for brevity] ...
- **Total Amount (29 records): $5,254.98**
- **Vendor Name: Bathroom N Rags Supplier**
- Check Date: 07/01/2022 / Check Number: 310 / Amount: $144.00 / Status: DO NOT USE / Bank: Bank Of America - Credit
- Check Date: 03/14/2023 / Check Number: 432 / Amount: $283.00 / Status: DO NOT USE / Bank: Bank of America - Credit
- Check Date: 02/02/2023 / Check Number: 464 / Amount: $213.50 / Status: DO NOT USE / Bank: Bank of America - Credit
- ... [additional entries omitted for brevity] ...
- **Total Amount (20 records): $4,083.00**
- **Vendor Name: Kimball Midwest**
- Check Date: 10/27/2022 / Check Number: 214 / Amount: $5,925.47 / Status: DO NOT USE / Bank: Bank of America - Credit

- Check Date: 08/01/2022 / Check Number: 218 / Amount: $906.02 / Status: DO NOT USE / Bank: Bank Of America - Credit
- Check Date: 06/23/2022 / Check Number: 304 / Amount: $1,535.86 / Status: DO NOT USE / Bank: Bank Of America - Credit
- ... [additional entries omitted for brevity] ...
- **Total Amount (27 records): $20,304.18**
- **Vendor Name: Gold Coast Marine**
- Check Date: 07/31/2022 / Check Number: 112 / Amount: $0.00 / Status: DO NOT USE / Bank: American Express
- Check Date: 08/03/2022 / Check Number: 115 / Amount: $8,063.47 / Status: DO NOT USE / Bank: Bank of America - Credit
- Check Date: 06/26/2023 / Check Number: 116 / Amount: $3,514.48 / Status: DO NOT USE / Bank: Bank of America - Credit
- ... [additional entries omitted for brevity] ...
- **Total Amount (records): $24,266.94**
- 5008 work comp invoice                 Workers Comp and Insurance 2.5% total

Work Comp and Insurance Costs shown @ 2.5% with actual costs paid:
- "Vendor Name: American Equity Underwriters Inc
- American Equity Underwriters Inc 09/08/2023 174 5,024.24 Bank Of America - Checking
- American Equity Underwriters Inc 10/16/2023 209 5,024.00 Voided Bank Of America - Checking
- American Equity Underwriters Inc 10/16/2023 241 5,024.00 Bank Of America - Checking
- American Equity Underwriters Inc 04/18/2022 1108 2,789.00 Bank Of America - Operating/Savings
- American Equity Underwriters Inc 09/16/2022 1227 398.00 Bank Of America - Operating/Savings
- American Equity Underwriters Inc 05/18/2023 41723 5,451.00 Bank Of America - Operating/Savings
- Check Amount
- Vendor Name: American Equity Underwriters Inc sub totals (6 records) 23,710.24
- Vendor Name: American Longshore Mutual Association LTD
- American Longshore Mutual Association LTD 09/08/2023 175 8,506.00 Bank Of America - Checking
- American Longshore Mutual Association LTD 08/30/2023 201 15,386.00 Bank Reconciliation Clearing
- American Longshore Mutual Association LTD 08/30/2023 202 5,024.00 Bank Reconciliation Clearing
- American Longshore Mutual Association LTD 04/18/2022 1106 14,166.00 Bank Of America - Operating/Savings
- American Longshore Mutual Association LTD 05/23/2022 1141 4,722.00 Bank Of America - Operating/Savings
- American Longshore Mutual Association LTD 07/08/2022 1173 4,722.00 Bank Of America - Operating/Savings
- American Longshore Mutual Association LTD 09/01/2022 1216 4,722.00 Bank Of America - Operating/Savings

- American Longshore Mutual Association LTD 09/30/2022 1239 4,722.00 Bank Of America - Operating/Savings
- American Longshore Mutual Association LTD 11/02/2022 1263 4,722.00 Bank Of America - Operating/Savings
- American Longshore Mutual Association LTD 11/18/2022 1286 33,889.00 Bank Of America - Operating/Savings
- American Longshore Mutual Association LTD 01/13/2023 1339 9,444.00 Bank Of America - Operating/Savings
- American Longshore Mutual Association LTD 07/14/2023 1665 5,024.00 Bank Of America - Operating/Savings
- American Longshore Mutual Association LTD 05/05/2023 14698 5,024.00 Bank Of America - Operating/Savings
- American Longshore Mutual Association LTD 02/10/2023 21023 16,944.00 Bank Of America - Operating/Savings
- American Longshore Mutual Association LTD 04/02/2023 41225 15,072.00 Bank Of America - Operating/Savings
- American Longshore Mutual Association LTD 09/05/2023 51162 0.00 Bank Of America - Checking
- American Longshore Mutual Association LTD 08/12/2022 70822 9,444.00 Bank Of America - Operating/Savings
- American Longshore Mutual Association LTD 08/29/2023 82323 15,386.00 Voided Bank Of America - Operating/Savings
- American Longshore Mutual Association LTD 11/15/2023 111428 5,024.00 Bank Of America - Checking
- Check Amount
- Vendor Name: American Longshore Mutual Association LTD sub totals (19 records) 181,943.00"
- Total: 83,923.98

# FINAL CONCLUSION & REMARKS REGARDING OCTOPUSSY PHASE 1

- *(All Work Performed to Date + Accounts Payable as of 8/1/2023, Breach of Contract, and Financial Impact on SYG)*

## Overview of SYG's Financial Position Due to Contessa Marine's Breach

The financial summary below highlights the total costs, liabilities, and losses incurred by SYG due to Contessa Marine's breach of contract, slow payments, and failure to reimburse project expenses on time.

85

| Category | Amount ($) |
|---|---|
| • Total Paid by SYG for Subcontractors | • $2,609,861.72 |
| • Payroll Costs for RO 50008 (Labor & Technicians) | • $606,673.50 |
| • Parts Costs | • $224,347.85 |
| • Work Comp & Supplies | • $83,923.98 |
| • Total Combined Expenses (Vendors, Employees, Parts) | • $3,356,959.09 |
| • Total Applied Customer Deposits from Contessa | • $3,704,627.74 |
| • Outstanding Accounts Payable as of 8/1/2023 | • $1,473,451.00 |
| • Sales Tax Liability | • $259,323.94 |
| | • |

Total Liabilities (Paid + AP + Sales Tax)     $5,173,658.01
Gross Profit Loss for SYG     -$1,473,451.22

\* Despite Contessa applying $3,704,627.74 in deposits to the project, SYG's total liabilities (including AP and sales tax) exceeded $5.17 million, resulting in a gross loss of -$1,473,451.22.
\* This does not include additional damages, lost business opportunities, or reputational harm.

# II. Breach of Contract & Financial Burden on SYG "PROJECT ABANDONMENT"

Contessa failed to meet its contractual obligations, forcing SYG to self-finance the project at significant cost.

- By **April 1, 2023**, SYG had expended **over $2.4 million** out of pocket AND on terms/loans before Contessa reimbursed $1 million only payable due over 2m.
- This left **SYG in financial distress**, as its agreement required timely funding and reimbursements within 14 days.

SYG was forced to absorb financial risk that was contractually Contessa's responsibility.

- Contessa's **slow and inconsistent payments** led to **$3M+ in financing and interest costs** on **loans, credit lines, and vendor terms.**
- Several **key vendor relationships were severely damaged** due to Contessa's payment failures (Seakeeper, Humphree, Webasto, **FDDA, Voith, Muir, and others**).

Project Abandonment & Legal Response by SYG

- After SYG **learned the vessel was leaving for Dubai without notice**, legal action was taken during the **Zooma Group audit** to protect SYG's financial interests.

- SYG **redirected resources** to mitigate losses from excess inventory, committed assets, and labor.

# III. Seakeeper 35 Return & Ongoing Business Losses

**The Seakeeper 35 return was a direct consequence of Contessa's breach and had long-term financial repercussions for SYG.**

### Key Events Related to Seakeeper 35

1. **December 2023** – SYG contacts Seakeeper, who agrees to accept a return with a restocking fee.
2. **January 2024** – Seakeeper agrees to exchange SYG's SK 35 for credit, but this **negatively impacts SYG's sales performance and did not provide direct funds.**
3. **January 31, 2025** – **SYG loses its Seakeeper dealership** due to the SK 35 return, triggering a **35% commission reduction** on all future sales through termination of their Dealership status with Seakeeper.

# IV. Outstanding Accounts Payable & Unresolved Liabilities

\* As of February 2025, the following amounts remain unpaid by SYG and are still recorded as AP liabilities.

| Vendor / Repair Order | Outstanding Balance ($) | Status |
|---|---|---|
| **RO 40990 – Best Marine Carpentry** | **$3,170.00** | Unpaid; Crew Quarters Stair Removal |
| **Muir Engineering (Storage Fees Only)** | **$8,200.00** | Windlass balance written off, but storage fees remain |
| **Voith US Inc.** | **$198,000.00** | Open AP liability – awaiting resolution |
| **CSS Hydraulics** | **$5,250.00** | $2,250 paid; $3,000 under review |
| **RO 41273 – SNX Syntelix (VSAT System)** | **$45,900.00** | Unpaid; vendor notified for return pickup |
| **Maritime Marine** | **Balance TBD** | Pending verification of outstanding invoice |

\* **Despite resolving some vendor liabilities (e.g., FDDA contract cancellation), over $260,520 in outstanding AP liabilities remain.**
\* **SYG is still holding VSAT equipment, pending vendor retrieval or final resolution.**

# V. Adjusted Financial Impact Including Overhead & Profit Margin

| Category | Amount ($) |
|---|---|
| Total Direct Costs Paid by SYG | $3,356,959.09 |
| Updated Accounts Payable (Remaining Liabilities) | $260,520.00 |
| Updated Sales Tax Liability | $259,323.94 |
| Total Current Liabilities (Paid + AP + Sales Tax) | $3,876,803.03 |
| Total Customer Deposits Applied from Contessa | $3,704,627.74 |
| Corrected Gross Profit (Cost-Only, Excluding Overhead & Profit) | -$172,175.29 - |
| Standard Overhead & Cost of Sales (20% of Direct Costs) | $671,391.82 |
| Standard Industry Net Profit (10% of Direct Costs) | $335,695.91 |
| Total Overhead & Expected Profit Not Recovered | $1,007,087.73 |
| Total Financial Loss to SYG (Including Overhead & Profit) | -$1,179,263.02 |

\* While the Seakeeper 35 return offsets direct cost losses (-$172,175.29), it does NOT recover lost overhead or lost profit.

\* If the project had been completed, SYG would have earned an industry-standard 30% margin, equating to a $1,007,087.73 recovery.

\* Instead, SYG suffered a total financial loss of -$1,179,263.02 due to Contessa's breach.

# VI. Final Summary for the Court

- SYG incurred over $5.17 million in total costs and liabilities while Contessa failed to provide timely funding.

- The project's abandonment left SYG with unpaid costs, unrecovered AP, and lost business opportunities.

- The Seakeeper 35 return further harmed SYG, leading to long-term revenue loss and termination of the dealership.

- Total financial harm to SYG, including lost overhead and profit, is -$1,179,263.02.

Contessa Marine's breach of contract resulted in not just unpaid costs, but also severe financial damage, reputational harm, and lost future revenue for SYG.

--------------------------------IMG VESSELS--------------------------------

Please provide a detailed account of all sums expended by SYG for the following projects, including payee, date, amount, and method of payment:

IMG BOATS
**54 IMG Vessel**
**41002**

- **Description:** x300 Interceptor Package
- **Action:** Order interceptor package (parts only)
- **Notes:** Ordered Equipment
- **Vendor:** HUMPHREE
- **Payee:** Repair Order: 41002

| No. | Description | Shipment Date | Quantity | Unit | Unit Price | Line Amount |
|-----|-------------|---------------|----------|------|------------|-------------|
| 021488 | Interceptor X300 Kit | 2/10/23 | 2.00 | Piece | $4,451.00 | $7,121.60 |
| 023658 | Control Panel Cable (halogen free) 15m | 2/10/23 | 1.00 | Piece | $256.00 | $204.80 |
| 022273 | Mounting Plate 13° Kit - 2 x XMP 300 -20 (Composite) | 2/10/23 | 2.00 | Piece | $296.00 | $473.60 |
| FREIGHT | Freight | 2/10/23 | 1.00 | Piece | $700.00 | $700.00 |
| 020295 | Servo Flange Kit | 2/10/23 | 2.00 | Piece | $169.26 | $270.82 |

**Subtotal:** $8,770.82
**Total Tax:** $0.00
**Total:** $8,770.82
**Due Date:** 02 March 2023
**Payment Terms:** Prepayment

| Order No. | Shipment Method | Payment Method |
|-----------|-----------------|----------------|
| SOUS1332 | Shipping Agent Code | Package Tracking No. |

**Description:**
Advance payment for the following sales order:

- **Sales Order No.:** SOUS1332
- **Ride Control Unit RCU 561:** 1 PCS (Taken from FL stock)
- **Dynamic:** 1 PCS (License key only, RCU taken from FL stock) RCU s/n 1007153

**Subtotal:** $7,661.00
**Total Tax:** $0.00
**Total:** $7,661.00
**Overall Subtotal:** $16,431.82

**40624**
**Description:** Humphree installation labor and materials
**Notes:** Installed equipment and performed fiberglass work for access.
**Work Performed By:** SYG
**For the:** 54 IMG

---

SYG PARTS DEPT:

- **KIM49124 XL Bunny Suit A20**
  - Qty: 5
  - Price: $12.54 each
  - Total: $62.70
- **DCM09311 Sock Hoods**

89

- Qty: 6
- Price: $3.27 each
- Total: $19.62
- **3MC2091P100 3M Pink Filter Cartridge Pack**
  - Qty: 3
  - Price: $21.41 each
  - Total: $64.23
- **3M-09168 3M 1.88" #2090 Blue Painter's**
  - Qty: 3
  - Price: $15.08 each
  - Total: $45.24
- **VINYLTAPE-2 White Vinyl Tape 2" x 60'**
  - Qty: 1
  - Price: $16.00 each
  - Total: $16.00
- **AAT-MISC Assorted Drill Bits and Inserts**
  - Qty: 1
  - Price: $88.96 each
  - Total: $88.96
- **3M-09168 3M 1.88" #2090 Blue Painter's**
  - Qty: 1
  - Price: $15.08 each
  - Total: $15.08
- **3M-06520 3M 5200 Fast Cure White, 10oz**
  - Qty: 2
  - Price: $57.62 each
  - Total: $115.24
- **Acetone Gallon**
  - Qty: 1
  - Price: $27.84 each
  - Total: $27.84
- **SAS5109 Chemical Splash Goggles**
  - Qty: 1
  - Price: $3.17 each
  - Total: $3.17
- **EPC61086 2.5 Quarts, 85 Oz Plastic Measuring Pot**
  - Qty: 4
  - Price: $3.09 each
  - Total: $12.36
- **128849 Vinylester Marine Resin 5 Gallons**
  - Qty: 0.25
  - Price: $329.83 each
  - Total: $82.46
- **NOD5Y 5" Yellow Spreader**
  - Qty: 6
  - Price: $1.36 each
  - Total: $8.16
- **SAS6604 SAS Thickster Latex Gloves, Blue, Powdered**

- Qty: 1
- Price: $27.90 each
- Total: $27.90
- **WHI74011 Whizz 4" Microfiber Cloth Roller**
  - Qty: 2
  - Price: $7.00 each
  - Total: $14.00
- **ARS15003 Throw-A-Way Brush - 3"**
  - Qty: 4
  - Price: $3.71 each
  - Total: $14.84
- **Mix-Rags Box of 50lb Mix Rags**
  - Qty: 2
  - Price: $3.00 each
  - Total: $6.00

**Total Parts:** $682.04

---
Labor:

- **GTorres**
  - Dates: 2/20/2023, 2/21/2023, 2/22/2023, 3/1/2023
  - Hours: 20.28
  - Total: $1,978.50
- **IPalmer**
  - Dates: 2/17/2023, 2/20/2023, 2/22/2023
  - Hours: 26.81
  - Total: $2,615.00
- **KLowder**
  - Dates: 2/20/2023
  - Hours: 3.58
  - Total: $350.00
- **NLinares**
  - Dates: 2/20/2023
  - Hours: 9.81
  - Total: $950.00
- **WRamsey**
  - Dates: 2/17/2023, 2/20/2023, 2/22/2023, 2/23/2023, 2/24/2023
  - Hours: 21.25
  - Total: $1,856.00

**Total Labor:** $7,749.50
**Total Amount:** $10,723.70

41003
- Description: SK 6 plus shipping
- Notes: Equipment ordered
- Vendor: Seakeeper
- Truck Freight: $950.00
- Total Paid Amount: $45,708.00

91

40623
Description: Seakeeper installation
Install Seakeeper: INSTALLED AND COMMISSIONED
This Repair Order was completed by SYG for subcontractor 54 IMG.
SYG PARTS DEPT:
- o   50 0 0 0 116-250-0340 HOSE-EXHST #250 3/4 /FT $12.28 $614.00
- o   1 0 0 0 HTHC-750-S 3/4"" SS T-HULL 90DEG $56.00 $56.00
- o   -1 0 0 0 ARG-750-S STRAINER-RAW WTR BRZ/SS 3/4 $218.99 ($218.99)
- o   -2 0 0 0 PTH-750 TAILPIPE-BRZ 3/4X3/4M $8.29 ($16.58)
- o   -1 0 0 0 PTHA90-0.75X0.75 MALE 90 3/4"" X 3/4"" NPT $13.51 ($13.51)
- o   Subtotal $420.92 Repair Order: 40511
- o   Sld S/O Lay P/U Part Number Description Price Sold Now Bin
- o   1 0 0 0 69864 CENTRAL PNEUMATIC BODY SAW
- o   BLADES (5PACK) -24 TPI $9.99 $9.99
- o   1 0 0 0 DEBOND DEBOND 10 OZ CAN $51.41 $51.41
- o   Subtotal $61.40"

Total paid by SYG Service Dept from Parts: $482.32

SYG Payroll for Seakeeper Installation by Steve Ivankovich on 2/16/2023:
- •   G. Torres
- •   N.

Linares Total Hours:
32.00
Total Cost: $3,202.32


40620
Description: Ghost product and labor
The last project report notes state: installed equipment pending setup. This Repair Order was
completed by SYG on the 54 IMG as part of the SYG Parts Department.
- •   **Part Number:** GOST-NT-EVOLUTION
**Description:** GOST NT EVOLUTION IDP 30+ PACKAGE
**Price:** $20,474.41
**Subtotal:** $20,474.41
- •   **Part Number:** PL-259-8X-G
**Description:** COAX CONN-PL259-W/UG176 ADPTR
**Price:** $14.20
**Subtotal:** $14.20
- •   **Part Number:** EFH-ATC-WP
**Description:** FUSE HOLDER, ARTC IN LINE W/12AWG, 30A MAX
**Price:** $2.06
**Quantity:** 5
**Subtotal:**
$10.30
- •   **Part Number:** 8085050
**Description:** ADHESIVE TIP-AT850 SOLD AS EACH
**Price:** $2.00
**Quantity:** 2
**Subtotal:** $4.00
- •   **Part Number:** 805950
**Description:** TIE MOUNT-LRG WHT
AT5 **Price:** $0.90

92

Quantity: 20
Subtotal: $18.00
- Part Number: 804010

Description: ADHESIVE-AT8040 CARTRIDGE
Price: $40.75
Subtotal: $40.75
- Part Number: 3M-09168

Description: 3M 1.88" #2090 Blue Painter's
Price: $15.08
Subtotal: $15.08
- Part Number: BS-

5064 Description: IN LINE FUSE
HOLDER Price: $5.00
Quantity: 5
Subtotal: $25.00
- Part Number: E400-12

Description: Terminal Block, Euro Style, 40A, 12 Gang
Price: $6.99
Quantity: 3
Subtotal:
$20.97
- Part Number: WR16/2DCG-C

Description: 16/2 ROUND UL BOAT CABLE RED, BLK, COND GRAY, 100' ROLL
Price: $0.66
Quantity: 100
Subtotal:
$66.00
- Part Number: EFB30-5026

Description: FUSE BLOCK, ATO/ATC12 CIR W/NEG BUS&COVER
Price: $93.60
Subtotal: $93.60
- Part Number: 8085050

Description: ADHESIVE TIP-AT850 SOLD AS EACH
Price: $2.00
Quantity: 6
Subtotal:
$12.00
- Part Number: 14-2BCR-

100 Description: 14 AWG 2 Cond Boat
Cable Price: $121.14
Subtotal: $121.14
- Part Number: CBN-2110

Description: BNC 2 PC MALE RG59/62
PVC Price: $2.09
Quantity: 6
Subtotal: $12.54
- Part Number: ATC-7.5

Description: ATC FUSES 7.5 AMP PACK
OF 5 Price: $5.57
Subtotal: $5.57
- Part Number: ATC-10

**Description:** ATC FUSE 10AMP, BOX OF 5
**Price:** $4.69
**Subtotal:** $4.69
- **Part Number:** ATC-3
**Description:** ATC FUSE 3 AMP BOX
OF 5 **Price:** $3.57
**Subtotal:** $3.57
- **Part Number:** ATC-
5 **Description:** ATC FUSE 5 AMP
5PACK **Price:** $4.69
**Subtotal:** $4.69
Total paid by SYG to vendors for this Repair Order: $20,999.63
Starboard Yacht Group's weekly payroll expenses:
- klowder (40620) GOST: Steve Ivankovich
  - 2/21/2023: 8:38-12:15 (3.61 hrs), 12:29-3:58 (3.48 hrs)
  - 2/22/2023: 8:25-9:00 (0.58 hrs)
  - 2/23/2023: 7:47-11:53 (4.09 hrs), 12:19-4:16 (3.95 hrs)
  - 2/24/2023: 8:03-2:41 (6.63 hrs)
  - 3/7/2023: 11:55-1:27 (1.53 hrs)
  - 3/8/2023: 8:16-10:26 (2.16 hrs)
  - 3/9/2023: 9:15-9:16 (0.01 hrs)
  - 3/10/2023: 1:10-3:03 (1.87 hrs)
  - 3/17/2023: 1:12-2:34 (1.36 hrs)
- Nacosta (40620) GOST: Steve Ivankovich
  - 2/20/2023: 7:58-12:41 (4.72 hrs), 1:00-5:30 (4.5 hrs)
  - 2/21/2023: 8:00-12:41 (4.68 hrs), 1:08-6:17 (5.15 hrs)
  - 2/22/2023: 7:58-11:17 (3.32 hrs)
Total hours: 53.00
Total cost: 25,504.63

40521
*Description:* Electrical conversion survey
Starboard Yacht Group weekly payroll:
- gmena: 3.24 hours on 2/6/2023, 10.5 hours on 2/20/2023
*Repair Order:* 40619
- **Description:** Generator swap and wiring
- **Details:** 8kw Panda 220 VAC generator replacing Panda 50Hz genset
- **Performed by:** SYG on the 54 IMG
*Parts Sold:*
- FILTER/WTR SPRTR KIT D/G: $140.44
- TAILPIPE-BRZ 3/4X3/4M: $7.71
- STRAINER-RAW WTR BRZ/SS 3/4: $218.99
- Seawater Pump (30331-4SP): $342.86
- FP Marine Genset AC - PMS08 Mini-DP 120V-60hz: $17,850.00
*Costs:*
- Parts Subtotal: $18,709.19
- Labor: bcarrasco: 6.87 hours

94

40511
- Description: Antifouling (v-Maxx) & wrap removal; application of clear v-Maxx and wrap removal
- Payee: Galvez Yachts, $14,050.00, paid on 04/04/2023, check number 1437, account 0174
- Total amount paid by SYG to vendors for this RO: $14,050.00
- Starboard Yacht Group incurred weekly payroll costs for Eddy Project Manager and Team
- Total Job Costs: $14,050.00

40625
- Description: Vessel protection & post work clean up. Protect vessel before work commences and remove protection after work is complete. The following notes were last provided on the project report: Added protection to heavily trafficked areas.
    - SYG Parts Dept:
        - 10 0 0 0 CG1036 Cover Guard Floor Protection, roll has 393 feet, sold by the foot $1.17. Subtotal $11.70.
        - Sld S/O Lay P/U Part Number Description Price Sold Now Bin
        - 1 0 0 0 3M-09168 3M 1.88" #2090 Blue Painter's $15.08. Subtotal $15.08.
        - 1 0 0 0 VINYLTAPE-2 White Vinyl Tape 2" x 60' $16.00. Subtotal $16.00.
        - Subtotal $31.08.
    Sld S/O Lay P/U Part Number Description Price Sold Now Bin
        - 0.25 0 0 0 CG1036 Cover Guard Floor Protection $459.43. Pro-rated Subtotal $114.86.
        - Total paid $157.64.
    - Starboard Yacht Group expended weekly payroll costs directly to:
    dvalenzuela 40625 Vessel Protection and Post Work Ivankovich, Steve 2/24/2023 8:00 2/24/2023 8:00 12
        - dvalenzuela 40625 Vessel Protection and Post Work Ivankovich, Steve 2/25/2023 8:00 2/25/2023 8:00 12
        - Valenzuela 40625 Vessel Protection and Post Work Ivankovich, Steve 3/1/2023 8:10 3/1/2023 12:11 4
        - Total Hours: 28.00. Payroll total: $2,380.00.
- Total job costs: $2,537.64.

40621
**Description:** Electronic Conversion / Radar Reinstallation
Changes included panel modification, AC wiring installation, and ordering new Vimar 120 VAC outlets, which are expected to arrive soon.
This repair order was executed by SYG on the 54 IMG.
**SYG Parts Department:**
- 2000 16296 IDEA 2P+E 15AMP Duplex GFCI Receptacle: $52.93 each, Total: $105.86
- 2000 2105B MAXIBUS 250A 12-#10 Terminal Screw: $78.01 each, Total: $156.02
- 1000 6-4BCR-100 6/3-8/1 Round Boat Cable: $791.43
- 2000 672.2004 Distribution Box 4x17.5mm MOD: $68.04 each, Total: $136.08
- 2000 A22-10A Circuit Breaker DP AC/DC 10A Rocker: $52.50 each, Total: $105.00
- 2000 A22-15A Circuit Breaker DP AC/DC 15A Rocker: $52.50 each, Total: $105.00

95

- 2000 A22-20A Circuit Breaker DP AC/DC 20A Rocker: $52.50 each, Total: $105.00
- 1000 A22-25A Circuit Breaker DP AC/DC 25A Rocker: $58.24
- 1000 A22-50A Circuit Breaker DP AC/DC 50A Rocker: $52.50
- 1000 C42-A212 Switch 3P, 2 Position, With Off, 65A Standard: $418.07
- 1000 GI-50/60A-FSP Fail Safe Plus Galvanized Isolator: $1,089.94
- 1000 HBL504SS Power Inlet S/S 50A/250V: $294.49
- 1000 ST203M-K32 Circuit Breaker 3P 32A 240VAC: $159.20
- 1000 ST203M-K63 Circuit Breaker 3P 63A 240VAC: $224.99
- 1000 TY11UV-C 11.3" TY-RAP UV 40LB 100/pack: $20.99
- 1000 TY15HUV-L 15.1" TY-RAP UV 50lb 50/pack: $15.79

Subtotal: $3,838.60
- 1000 CT3S-M0 Cable Tie 12" Black 50lbs 3" Bundle 1000/pc: $199.84

Subtotal: $199.84
**Repair Order: 40621**
- 2000 00360-102 Busbar Airpax Double Pole: $65.05 each, Total: $130.10
- 2000 00360-103 Busbar Power Connector 2 Pole: $25.42 each, Total: $50.84

Subtotal: $180.94
**Repair Order: 40621**
- 1000 BSLC-1-5 Cable Gland, 1" NPT Thread, Grey Liquid Tight:

$46.97 Subtotal: $46.97
**Repair Order: 40621**
- 1000 8256 Coil-Amp Sensing AC 50A: $37.99
- 1600 TB6-10R Ring Terminal 6x10: $0.58 each, Total: $9.28
- 2000 TB6-56R Ring Terminal 6x5/16: $0.63 each, Total: $12.60
- 1600 TB6-38R Ring Terminal 6x3/8: $0.61 each, Total: $9.76
- 1600 TB6-14R Ring Terminal 6x1/4: $0.58 each, Total: $9.28
- 1600 TB8-10R Ring Terminal, 8x10: $0.41 each, Total: $6.56
- 1600 TB8-14R Ring Terminal 8x1/4: $0.41 each, Total: $6.56
- 2000 TB8-56R Ring Terminal 8x5/16: $0.47 each, Total: $9.40
- 1600 TB8-38R Ring Terminal 8x3/8: $0.47 each, Total: $7.52
- 500 316-22-008 1" Nylon Nut: $3.01 each, Total:

$15.05 Subtotal: $124.00
**Repair Order: 40621**
- 1000 7206 Breaker-A Series AC/DC White 10A:

$29.99 Subtotal: $29.99
**Repair Order: 40621**
- 1000 HBL63CM64 50AMP 125/250V Twist-Lock Connector: $170.93
- 1000 HBL63CM65 50A 125/250V Twist-Lock Connector Non-Metallic: $149.77
- 1000 HBL77CM15W 50AMP Boot with Threaded Ring White: $55.11
- 1000 HBL77CM16W 50AMP Boot White: $34.51

Subtotal: $410.32
**Repair Order: 40621**
- 1000 G4G-LTE-WIFI-OCTO-DUECE Gost WiFi Unit: $1,449.99

Subtotal: $1,449.99
Total paid by SYG to vendors for this RO was $6,329.28
Payroll costs:
- gmena (40621): 2/27/2023 - 6.23 hrs, 7 hrs
- gtorres (40621): 2/24/2023 - 4.28 hrs; 2/25/2023 - 5.29 hrs; 2/27/2023 - 7 hrs

96

- Nacosta (40621): 2/17/2023 - 4.42 hrs, 4.18 hrs; 2/22/2023 - 3.45 hrs; 2/23/2023 - 4.55 hrs, 4.9 hrs; 2/24/2023 - 3.41 hrs, 4.46 hrs; 2/25/2023 - 5.2 hrs
- Total Hours: 60.00
- Payroll Internal Costs: $5,100.00
- Total Job Costs: $11,429.28

40624

Description: Humphree Installation Labor and Materials
Payee: SYG PARTS DEPT

| Quantity | Part Number | Description | Price | Total |
|------|-------|------------------------------------------|-------|-------|
| 2 | KIM49124 | XL Bunny Suit A20 | $12.54 | $25.08 |
| 2 | DCM09311 | Sock Hoods | $3.27 | $6.54 |
| 1 | 3MC2091P100 | 3M Pink Filter Cartridge Pack | $21.41 | $21.41 |
| 1 | 3M-09168 | 3M 1.88" #2090 Blue Painter's Tape | $15.08 | $15.08 |
| 1 | VINYLTAPE-2 | White Vinyl Tape 2" x 60' | $16.00 | $16.00 |

Subtotal: $84.11
Repair Order: 40624

| Quantity | Part Number | Description | Price | Total |
|------|-------|------------------------------------------|-------|-------|
| 1 | AAT-MISC | Assorted Drill Bits, Inserts | $88.96 | $88.96 |

Subtotal: $88.96
Repair Order: 40624
# Itemized List:
**1.**

| Quantity | Part Number | Description | Price | Total |
|------|-------|------------------------|-------|-------|
| 1 | KIM49125 | XXL Bunny Suit A20 | $30.30 | $30.30 |
| 1 | DCM09311 | Sock Hoods | $3.27 | $3.27 |

**Subtotal:** $33.57
**2.**

| Quantity | Part Number | Description | Price | Total |
|------|-------|------------------------|-------|-------|
| 1 | 3M-09168 | 3M 1.88" #2090 Blue Painter's Tape | $15.08 | $15.08 |
| 2 | 3M-06520 | 3M 5200 Fast Cure White, 10oz | $57.62 | $115.24 |

**Payroll Costs:**

| Tech Name | RO # | Job Title | Customer Name | Start Date & Time | End Date & Time | Actual Hours |
|------|------|----------------------|------------------|-------------------|-----------------|-------|
| G. Torres | 40624 | Humphree Installation | Ivankovich, Steve | 2/17/2023 08:07 | 2/17/2023 09:42 | 1.59 |
| G. Torres | 40624 | Humphree Installation | Ivankovich, Steve | 2/17/2023 11:45 | 2/17/2023 16:56 | 5.18 |
| G. Torres | 40624 | Humphree Installation | Ivankovich, Steve | 2/20/2023 07:24 | 2/20/2023 13:03 | 5.65 |
| G. Torres | 40624 | Humphree Installation | Ivankovich, Steve | 2/20/2023 13:32 | 2/20/2023 17:32 | 4.00 |

| | G. Torres | 40624 | Humphree Installation | Ivankovich, Steve | 2/21/2023 09:50 | 2/21/2023 12:47 | 2.95 |
| | G. Torres | 40624 | Humphree Installation | Ivankovich, Steve | 2/23/2023 07:53 | 2/23/2023 08:47 | 0.91 |
| | I. Palmer | 40624 | Humphree Installation | Ivankovich, Steve | 2/17/2023 08:21 | 2/17/2023 13:04 | 4.71 |
| | I. Palmer | 40624 | Humphree Installation | Ivankovich, Steve | 2/17/2023 13:37 | 2/17/2023 16:30 | 2.88 |
| | I. Palmer | 40624 | Humphree Installation | Ivankovich, Steve | 2/20/2023 08:53 | 2/20/2023 12:10 | 3.29 |
| | I. Palmer | 40624 | Humphree Installation | Ivankovich, Steve | 2/20/2023 16:33 | 2/20/2023 16:41 | 0.13 |
| | I. Palmer | 40624 | Humphree Installation | Ivankovich, Steve | 2/21/2023 09:37 | 2/21/2023 12:28 | 2.86 |
| | I. Palmer | 40624 | Humphree Installation | Ivankovich, Steve | 2/21/2023 13:51 | 2/21/2023 16:30 | 2.65 |
| | I. Palmer | 40624 | Humphree Installation | Ivankovich, Steve | 2/23/2023 07:52 | 2/23/2023 12:23 | 4.51 |
| | I. Palmer | 40624 | Humphree Installation | Ivankovich, Steve | 2/23/2023 13:01 | 2/23/2023 16:25 | 3.40 |
| | I. Palmer | 40624 | Humphree Installation | Ivankovich, Steve | 2/24/2023 07:55 | 2/24/2023 13:13 | 5.31 |
| | I. Palmer | 40624 | Humphree Installation | Ivankovich, Steve | 2/24/2023 16:31 | 2/24/2023 16:35 | 0.07 |
| K. Lowder | 40624 | Humphree Installation | Ivankovich, Steve | 2/17/2023 11:23 | 2/17/2023 14:58 | 3.58 |
| N. Linares | 40624 | Humphree Installation | Ivankovich, Steve | 2/20/2023 07:10 | 2/20/2023 13:19 | 6.16 |
| N. Linares | 40624 | Humphree Installation | Ivankovich, Steve | 2/20/2023 13:54 | 2/20/2023 17:33 | 3.65 |
| W. Ramsey | 40624 | Humphree Installation | Ivankovich, Steve | 2/17/2023 08:46 | 2/17/2023 14:33 | 5.78 |
| W. Ramsey | 40624 | Humphree Installation | Ivankovich, Steve | 2/20/2023 08:51 | 2/20/2023 12:38 | 3.78 |
| W. Ramsey | 40624 | Humphree Installation | Ivankovich, Steve | 2/22/2023 12:24 | 2/22/2023 13:01 | 0.62 |
| W. Ramsey | 40624 | Humphree Installation | Ivankovich, Steve | 2/22/2023 17:02 | 2/22/2023 17:02 | 0.00 |
| W. Ramsey | 40624 | Humphree Installation | Ivankovich, Steve | 2/23/2023 08:13 | 2/23/2023 12:12 | 3.97 |
| W. Ramsey | 40624 | Humphree Installation | Ivankovich, Steve | 2/23/2023 12:55 | 2/23/2023 16:24 | 3.47 |
| W. Ramsey | 40624 | Humphree Installation | Ivankovich, Steve | 2/24/2023 08:04 | 2/24/2023 12:38 | 4.56 |
| W. Ramsey | 40624 | Humphree Installation | Ivankovich, Steve | 2/24/2023 13:19 | 2/24/2023 16:51 | 3.54 |

- **Total Hours:** 114.70
- **Total Payroll Costs:** $9,749.50

- **Job Total:** $10,723.70

41003
**Description:**
- 3% off Tier 4 Dealer Price for SK6 Sales
- Truck Freight FL Seakeeper 6 & Insurance

**Items:**
- Seakeeper 6 Gyro Hardware Supply:
  - Wooden Box: 43.5"W x 41.5"D x 36.25"H
  - Net Weight: 924 lbs, Crate Weight: 216 lbs, Gross Weight: 1140 lbs

**Pricing:**
- Retail: $58,600.00
- Rate: $45,708.00
- Discount: -$1,371.24
- Freight: $960.00
- Total Amount Due: $45,296.76

**Payroll Costs:**
- Project Managers and Department Heads: [amount not specified]
- Total Payroll Costs: [amount not specified]

**Job Total:** $45,296.76

40623
- Vendor: SYG
- Vessel: 54 IMG
- Payees Total: $482.32
- Payroll Costs:
  - gtorres, nlinares: 32 hours, $2,720.00
    Job Total: $3,202.32

40511 - Description: Antifouling (v-Maxx) & Wrap Removal
Vendor: Galvez | Vessel: 54
IMG Payee: Galvez Yachts
Amount Paid: $14,050.00 on 04/04/2023 by Check No. 1437
Total Payroll Costs: Eddy Project Manager and Team
Job Total: $14,050.00
40625 - Description: Vessel Protection & Post Work Cleanup
Vendor: syg | Vessel: 54 IMG
Payee: Repair Order: 40625
Parts:
- CG1036 Cover Guard Floor Protection ($11.70)
- 3M-09168 Blue Painter's Tape ($15.08)
- VINYLTAPE-2 White Vinyl Tape ($16.00)
- CG1036 Cover Guard Floor Protection ($114.86)
Payroll Costs: dvalenzuela - Vessel Protection and Post Work (28 hours)
Total Payroll Costs: $2,380.00
Job Total: $2,537.64
Repair Order: 40621
Description: Electronic Conversion/Radar Reinstallation

99

Vendor: syg | Vessel: 54
IMG Payee: Steve
Ivankovich Parts Cost:
$6,329.28
Labor Costs: $5,100.00
Job Total: $11,429.28
Payroll Entries:

- gmena: 2/27/2023, 7:45-1:59 (6.23 hrs), 9:00-4:00 (7 hrs)
- gtorres: 2/24/2023, 1:22-5:39 (4.28 hrs), 2/25/2023, 8:04-1:22 (5.29 hrs), 2/27/2023, 9:30-4:30 (7 hrs)
- Nacosta: Various times from 2/17/2023 to 2/25/2023 (total 60 hrs)

Total Job Cost: $11,429.28

40622
Description: Shipping from Jacksonville to Fort Lauderdale, including trailer offloading and launch
Vendor:
Vessel: 54 IMG
Payee: MT Yacht Services, Inc. Invoice
Mailing Address: 1128 Royal Palm Beach Blvd., Royal Palm Beach, FL 33411
Phone: 561-791-7447
To: Starboard Yacht Group
Phone: 954-873-8546
Website: starboardyacht.com
Amount:
$4,500.00
$4,500.00
$4,500.00
$4,500.00
Total: $18,000.00
Additional Amount: $4,000.00
Balance Due: $22,000.00 (Paid via wire transfer on 02/02/2023 from account ending in 0174)
Payees Total Amount: $22,000.00
Payroll Costs: Project Managers and Department Heads
Total Payroll Costs:
Job Total: $22,000.00

40616
Description: Customs duties and taxes
Vendor: Howard S Reeder, Inc
Vessel: 54 IMG
Payee: Howard S Reeder Inc.
Description: Duty Paid for 3 IMG BOATS Care of IMG MARINE LLC
USA" Services Provided:

o Filing of entry documents and payment of duty or taxes for the M/Y 3 IMG BOATS

Value of Yacht: $1,579,000.00
Duty Calculation:

o Duty: 1.5%
o Harbor Maintenance Tax: 0.00125 x value
o Customs Merchandise Processing Tax: 0.3464% (not to exceed)

100

- o Customs Import Bond Charge
- o EPA Compliance Filing
- o ISF
- o Entry Fee

Total Amount Due: $19,619.10

We accept MasterCard and Visa. An additional 3% will be added to the bill for credit card payments.

Wire Information:

Howard S Reeder Inc.

City National Bank

25 West Flagler St

Miami, FL 33130

ABA Number: XXXXX4367

Account Number: XXXX4731

SWIFT Number: CNBFUS3M

Licensed U.S. Customs Brokers

Breakdown of Costs:

- o Duty: $15,790.00
- o Harbor Maintenance Tax: $1,973.75
- o Customs Merchandise Processing Tax: $575.35
- o Customs Import Bond Charge: $675.00
- o EPA Compliance Filing: $75.00
- o ISF: $35.00
- o Entry Fee: $495.00

Total Amount Paid on 02/03/2023: $19,284.10

Paid From Account: 0174

Payees Total Amount: $19,284.10

Payroll Costs:

- o Project Managers and Department Heads

Total Payroll Costs:

Job Total: $19,284.10

40815

Description: Shore Cord TS & Repairs

Vendor: SYG

Vessel: 54 IMG

Sold Items:

- o HBL63CM64 50AMP 125/250V T/L Connector: $170.93

Subtotal: $170.93

Payees Total Amount: $170.93

Payroll Costs:

- o Tech Name: Torres
- o RO #: 40815
- o Job Title: Troubleshoot and Repair
- o Customer Name: Ivankovich, Steve
- o Start Date & Time: 3/10/2023 8:29
- o End Date & Time: 3/10/2023 11:38
- o Actual Hours: 3.15

Total Payroll Costs: $267.75
Job Total: $438.68

40627
Description: Survey VENDOR: Paul R. Anstey VESSEL: 54 IMG Payee: "Paul R. Anstey, Inc. Marine Surveyor, Yacht Designer, and Consultant 4959 NW 6th Street, Coconut Creek, FL 33063 (954) 401- 9642 (954) 270-1949 SURVEY INVOICE February 7th, 2023 File Number: 15088B "No Name IMG
540 CC" IMG Marine LLC 382 NE 191st Street Miami, FL 33179 Insurance - Condition Inspection and Report: $810.00 (Includes courtesy discount)" Payees Total Amount: 810.00
Payroll costs: Project Managers and Department Heads: Total Payroll Costs:
Job Total: 810.00

40618
Description: Vessel Fueling
Vendor: Anchor Petroleum
Vessel: 54 IMG
Payee: "Anchor Petroleum" Paid $367.47 plus $1,478.80 on Invoice 607926 on 2/13/2023
Amount Due: $0.00
Delivery Date: 02/13/2023 02:00:00 PM
Location: Dania Beach, FL 33004
Details:
- Carrier: Anchor Tankwagon
- Vehicle: Sebastian ANCHOR
- Salesperson: Anchor Petroleum
- Order Number: 607926
- Purchase Order Number: none
- BOL Number: 154234076
- Product: Rec 90
- Delivered Quantity: 429.1000
- Unit Price: $3.67500
- Extended Price: $1,576.94
- Tax: $267.35
- Total This Item: $1,844.29

Terms: CASH ON DELIVERY
Critical Description: This product does not meet requirements for reformulated gas and may not be used in any reformulated gas covered area.
Item Note: FUEL FOR: (1) 54' CENTER CONSOLE
Invoice Taxes:
- Federal Excise Tax - Gasoline: $78.95
- Broward County Gas Tax: $25.75
- FL Inspection Fee Gas: $0.54
- Florida State Tax - Gasoline: $86.68
- FL County Tax Min Gas: $63.94
- Fed Superfund Rec: $1.68
- FL Pollutant Tax - Ethanol/Gasoline: $8.89
- Federal Oil Spill Recovery Gas/Diesel: $0.92

Products Total: $1,576.94
Shipping / Freight Total: $0.00

102

Header Freight Surcharge: $0.00
Tax Total: $267.35
Invoice Total: $1,844.29
Discount Total: $0.00
Net Invoice Total: $1,844.29
Total Due: $0.00
No terms discount available for this invoice.
Total Paid: $1,844.29
Payees Total Amount: $1,844.29
Payroll Costs:
Project Managers and Department Heads:
Total Payroll Costs:
Job Total: $1,844.29

40639
Description: Service Pad (haul Block & launch)
Vendor: HTM
Vessel: 54 IMG
Payee: Harbour Towne Marina
Harbour Towne Marina STATEMENT
801 N.E. 3rd Street
Dania Beach, FL 33004
954-926-0300 Fax: 954-922-5485
www.HarbourTowneMarina.com
To: 2/24/23
Account: 2
STAR Starboard
Yachts
Incidentals
,
Invoice # Date Description Amount Due Balance
LF2301 01/20/23 Late Fee 271.55 02/10/23 271.55
761165 01/31/23 40' IMG 453.20 03/10/23 453.20
761174 02/01/23 54' Center Console 667.44 03/10/23 667.44
761191 02/03/23 40' Center Console Unload from Transport 453.20 03/10/23 453.20
761365 02/14/23 42' Boston Whaler 1,613.60 03/10/23 1,613.60
LF2302 02/17/23 Late Fee 4.07 03/10/23 4.07
761409 02/21/23 IMG 54' 1,671.38 03/10/23 1,671.38
Payee's Total Amount: $1,671.38
Payroll Costs: Eddy, Project Manager and Team
Total Payroll Costs: $0.00
Job Total: $1,671.38

40617
Transaction Summary:
  o   Description: Dockage billed through January 28, March 1 to April 13
  o   Vendor: SYG
  o   Vessel: 54 IMG
Details:

103

- o  Payee: Harbour Towne Marina
- o  Repair Order: 40617

Transactions:
- o  Item: Dockage
  - o  Amount: $2,430.00
- o  Item: Storage from 03/01/23 - 04/30/23
  - o  Amount: $90.00
  - o  Subtotal: $2,520.00
- o  Item: Storage from 03/01/23 - 04/30/23
  - o  Amount: $90.00
  - o  Subtotal: $8,100.00
- o  Item: Black Dock Lines, 1/2" x 30'
  - o  Quantity: 4
  - o  Price per unit: $48.09
  - o  Total Amount: $192.36

Payee's Total Amount: $5,862.36
Payroll Costs:
- o  Project Managers and Department Heads

Job Total: $5,862.36


41071
Description: Insurance Hull P and I
Vendor: Southeast
Vessel: 54 IMG
Invoice Date: 02/13/2023
Payee: STARBOARD YACHT GROUP LLC
Address:
850 NE 3rd Street, Suite 208
Dania, FL 33004
Insurance Company: IXL Specialty
Policy Number: IUM00075515MA22A
Invoice Number: 23180
Effective: 04/03/2022
Expires: 04/03/2023
Invoice Description
- o  Premium: $7,932.00
  - o  IMG BOAT Dealer Limit $2.? M effective 01/19/23
- o  Balance: $7,932.00

Note: The existing policy for $2 million was increased to $2.? million to accommodate floor plan limits.
Payees Total Amount: $10,000.00
Payroll Costs:
- o  Project Managers and Department Heads

Total premium Insurance Costs:
Job Total: $10,000.00


54 IMG Totals: Payee: Total SYG Paid to Vendors, Subs and Parts:

104

Payees Total Amount: 183,745.88
Total Paid to ADP: Payroll Costs:     30,714.75
Job Total:     214,460.63
------------------------------40 IMG 2015------------------------------
41162
Description:
SK 3 unit only + shipping
Vendor:
[Not specified]
Vessel:
40 IMG 2015
Payee:
Date of Order Entry:
December 8, 2022
Order #:55500
Bill To: Starboard Yacht
Group 850 NE 3rd St, Suite
106  Dania Beach, FL 33004
Ship To: Starboard Yacht Group
850 NE 3rd St, Suite 106
Dania Beach, FL 33004
PO #: Q-17898
Estimated Ship Date: December 28, 2022
Web Order Notes: Vessel Information / Hull #: CIP Destination Dania Beach
Allow Cross-Subsidiary Fulfillment: No
Note: Payment Terms: Net 30
Item Details:

| Item# | Description |
|-------|-------------|
| 90388 | SK3 Sales Discount |
|       | Seakeeper 3 Blind Hole Bolt-In Installation Kit |
| 90375-1| Truck Freight FL Seakeeper 3 & Insurance |

Quantity:
- 1 (Seakeeper 3 Gyro Hardware Scope of Supply)
- 11 (One Wooden Box - 35.75"W x 35.75"D x 31.25"H inches, Net Weight 552 lbs, Crate Weight 162 lbs, Gross Weight 714 lbs)

Retail Price: $34,500.00
Rate:
- $26,910.00 (Seakeeper 3 Gyro Hardware)
- -$807.30 (Discount)
- $0.00 (Installation Kit)
- $840.00 (Freight & Insurance)

Amount:
- $26,910.00
- -$807.30
- $0.00
- $840.00

Total USD Amount: $26,942.70

Payees Total Amount: $26,942.70
Job Total: $26,942.70

40614
Vessel: 40 IMG 2015
Payee: Harbour Towne Marina
Description: Offload and launch vessel
Total Amount to Payee: $453.20
Job Total: $453.20

40615
Description: Seakeeper installation plus upgrade for 60Hz with new cord, charger, panel with mold and fabrication of steps
Parts for Repair Order: 40836

| Sld | S/O | Lay | P/U | Part Number | Description | Price | Sold Now | Bin |
| -- | -- | -- | -- | -------- | -------- | ---- | ------ | -- |
| 1 | 0 | 0 | 0 | 140-490040 | WD-40 11OZ SMART STRAW LOW VOC | $14.09 | $14.09 | Repair Order: 41119 |

| Sld | S/O | Lay | P/U | Part Number | Description | Price | Sold Now | Bin |
| -- | -- | -- | -- | -------- | -------- | ---- | ------ | -- |
| 15 | 0 | 0 | 0 | 163-0580 | 5/8" reinforced braided air conditioning hose, chiller drain lines | $2.10 | $31.50 |
| 0.33 | 0 | 0 | 0 | 606-1461126 | NAUTIVAC WHITE 1-1/2 X 50 | $327.09 | $107.94 |

Subtotal: $139.44

| Sld | S/O | Lay | P/U | Part Number | Description | Price | Sold Now | Bin |
| -- | -- | -- | -- | -------- | -------- | ---- | ------ | -- |
| 1 | 0 | 0 | 0 | 3M-09168 | 3M 1.88" #2090 Blue Painter's Tape | $15.08 | $15.08 |
| 1 | 0 | 0 | 0 | BER7692 | 2" White Heat Shrink Tape | $19.23 | $19.23 |

Subtotal: $34.31

| Sld | S/O | Lay | P/U | Part Number | Description | Price | Sold Now | Bin |
| -- | -- | -- | -- | -------- | -------- | ---- | ------ | -- |
| 1 | 0 | 0 | 0 | KIM49124 | XL Bunny Suit A20 | $12.54 | $12.54 |
| 2 | 0 | 0 | 0 | DCM09311 | Head Sock Hoods | $3.27 | $6.54 |

Subtotal: $19.08

| Sld | S/O | Lay | P/U | Part Number | Description | Price | Sold Now | Bin |
| -- | -- | -- | -- | -------- | -------- | ---- | ------ | -- |
| 5 | 0 | 0 | 0 | 128845 | Vinylester 55-gallon drum sold by the gallon | $58.30 | $291.50 |

Subtotal: $291.50
Payees Total Amount: $7,299.89
Payroll Costs:

| Tech Name | RO # | Job Title | Customer Name | Start Date & Time | End Date & Time | Actual Hours |
| ------- | ----- | ----------------------- | ----------- | -------------- | ----------------------- | -------- |
| gtorres | 40815 | Troubleshoot and Repair | Ivankovich, Steve | 3/10/2023 8:29 | 3/10/2023 11:38 | 3.15 |

| Tech Name | RO # | Job Title | Customer Name | Start Date & Time | End Date & Time | Actual Hours |

Case 0:23-cv-61696-AHS Document 257 Entered on FLSD Docket 08/27/2023 Page 108 of 151

| | | | | | |
|--------|-------|--------------------------------|-------------------|--------------------|-------------------|
| areyes | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/22/2023 8:44 | 3/22/2023 12:11 | 3.45 |
| areyes | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/22/2023 12:49 | 3/22/2023 3:01 | 2.20 |
| areyes | 40615 | Work on Lamination | Ivankovich, Steve | 3/24/2023 7:38 | 3/24/2023 4:45 | 9.12 |
| areyes | 40615 | Work on Lamination | Ivankovich, Steve | 3/27/2023 7:56 | 3/27/2023 12:16 | 4.33 |
| gtorres | 40615 | SK Foundation | Ivankovich, Steve | 4/4/2023 8:12 | 4/4/2023 9:18 | 1.09 |
| gtorres | 40615 | SK Foundation | Ivankovich, Steve | 4/4/2023 1:28 | 4/4/2023 4:34 | 3.10 |
| gtorres | 40615 | SK Foundation | Ivankovich, Steve | 4/5/2023 8:00 | 4/5/2023 8:08 | 0.13 |
| gtorres | 40615 | SK Foundation | Ivankovich, Steve | 4/5/2023 8:14 | 4/5/2023 12:36 | 4.37 |
| gtorres | 40615 | SK Foundation | Ivankovich, Steve | 4/5/2023 1:07 | 4/5/2023 4:31 | 3.40 |
| gtorres | 40615 | Finalization of Seakeeper Install | Ivankovich, Steve | 4/6/2023 8:04 | 4/6/2023 12:49 | 4.74 |
| gtorres | 40615 | Finalization of Seakeeper Install | Ivankovich, Steve | 4/6/2023 1:21 | 4/6/2023 6:52 | 5.52 |
| gtorres | 40615 | Finalization of Seakeeper Install | Ivankovich, Steve | 4/7/2023 8:12 | 4/7/2023 1:13 | 5.01 |
| gtorres | 40615 | Finalization of Seakeeper Install | Ivankovich, Steve | 4/7/2023 1:41 | 4/7/2023 6:55 | 5.23 |
| gtorres | 40615 | Finalization of Seakeeper Install | Ivankovich, Steve | 4/10/2023 11:40 | 4/10/2023 2:25 | 2.75 |
| gtorres | 40615 | Finalization of Seakeeper Install | Ivankovich, Steve | 4/11/2023 8:22 | 4/11/2023 1:53 | 5.52 |
| gtorres | 40615 | Reinstallation Work | Ivankovich, Steve | 5/9/2023 2:24 | 5/9/2023 4:50 | 2.43 |
| gtorres | 40615 | Reinstallation Work | Ivankovich, Steve | 5/10/2023 8:08 | 5/10/2023 10:48 | 2.66 |
| gtorres | 40615 | Reinstallation Work | Ivankovich, Steve | 5/10/2023 3:24 | 5/10/2023 5:41 | 2.28 |
| lpalmer | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/14/2023 12:57 | 3/14/2023 4:29 | 3.53 |
| lpalmer | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/15/2023 7:58 | 3/15/2023 12:39 | 4.68 |
| lpalmer | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/15/2023 1:09 | 3/15/2023 4:28 | 3.32 |
| lpalmer | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/16/2023 9:52 | 3/16/2023 11:44 | 1.86 |
| lpalmer | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/16/2023 12:10 | 3/16/2023 4:30 | 4.33 |

107

| Ipalmer | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/17/2023 8:05 | 3/17/2023 12:23 | 4.30 |
| Ipalmer | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/17/2023 12:51 | 3/17/2023 4:30 | 3.65 |
| Ipalmer | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/22/2023 8:24 | 3/22/2023 4:24 | 8.00 |
| Ipalmer | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/23/2023 8:18 | 3/23/2023 12:20 | 4.04 |
| Ipalmer | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/23/2023 12:48 | 3/23/2023 5:29 | 4.68 |
| Ipalmer | 40615 | Work on Lamination | Ivankovich, Steve | 3/24/2023 8:05 | 3/24/2023 1:12 | 5.12 |
| Ipalmer | 40615 | Work on Lamination | Ivankovich, Steve | 3/24/2023 4:17 | 3/24/2023 4:33 | 0.27 |
| Ipalmer | 40615 | Work on Lamination | Ivankovich, Steve | 3/27/2023 8:04 | 3/27/2023 11:56 | 3.86 |
| Ipalmer | 40615 | Work on Lamination | Ivankovich, Steve | 3/27/2023 12:47 | 3/27/2023 12:47 | 0.00 |
| klowder | 40615 | Finalization of Seakeeper Install | Ivankovich, Steve | 4/6/2023 8:23 | 4/6/2023 11:51 | 3.47 |
| klowder | 40615 | Finalization of Seakeeper Install | Ivankovich, Steve | 4/6/2023 12:06 | 4/6/2023 4:01 | 3.92 |
| ldenson | 40615 | SK Foundation | Ivankovich, Steve | 4/4/2023 8:23 | 4/4/2023 9:52 | 1.48 |
| ldenson | 40615 | SK Foundation | Ivankovich, Steve | 4/5/2023 8:30 | 4/5/2023 9:14 | 0.73 |
| Nacosta | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/22/2023 9:54 | 3/22/2023 12:32 | 2.62 |
| Nacosta | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/22/2023 12:50 | 3/22/2023 4:40 | 3.83 |
| Nacosta | 40615 | Reinstallation Work | Ivankovich, Steve | 5/11/2023 8:17 | 5/11/2023 12:13 | 3.93 |
| nlinares | 40615 | Reinstallation Work | Ivankovich, Steve | 5/10/2023 9:04 | 5/10/2023 10:15 | 1.17 |
| nlinares | 40615 | Reinstallation Work | Ivankovich, Steve | 5/11/2023 9:17 | 5/11/2023 12:32 | 3.26 |
| nlinares | 40615 | Reinstallation Work | Ivankovich, Steve | 5/11/2023 1:20 | 5/11/2023 5:03 | 3.72 |
| Ramos | 40615 | Protect and Bag Off Work | Ivankovich, Steve | | | 0.00 |
| Ramos | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/22/2023 8:45 | 3/22/2023 12:11 | 3.45 |
| Ramos | 40615 | Protect and Bag Off Work | Ivankovich, Steve | 3/22/2023 12:48 | 3/22/2023 4:45 | 3.95 |
| Ramos | 40615 | Work on Lamination | Ivankovich, Steve | 3/24/2023 7:38 | 3/24/2023 4:45 | 9.12 |
| Ramos | 40615 | Work on Lamination | Ivankovich, Steve | 3/27/2023 7:56 | 3/27/2023 12:16 | 4.33 |

108

Total Payroll Costs: 14365
Job Total: 21664.89

40654
Description: Bilge pumps are not operational
Vendor: [vendor details]
Vessel: 40 IMG 2015
Payee: [payee details]

| Sld S/O Lay P/U | Part Number | Description | Price | Sold Now | Bin |
|---|---|---|---|---|---|
| 1 | 0 | RUL-25SA 12V 500GPH BILGE PUMP AUTOMATIC, 3/4" ID HOSE | $111.50 | $111.50 | |

Subtotal: $111.50
Total Amount Payees: $111.50
Payroll Costs:

| Tech Name | RO # | Job Title | Customer Name | Start Date & Time | End Date & Time | Actual Hours |
|---|---|---|---|---|---|---|
| Nacosta | 40654 | Inop bilge R&R | Ivankovich, Steve | | 2.00 | |

Total Payroll Costs: $170.00
Job Total: $281.50

40628
Description: Port trim tab is broken
Vendor: [vendor details]
Vessel: 40 IMG 2015
Payee: [payee details]

| Part Number | Description | Price |
|---|---|---|
| 15056-001 | ACTUATOR-TRIM TAB XD 3/8 | $334.67 |

Subtotal: $334.67

40628

| Sld S/O Lay P/U | Part Number | Description | Price | Sold Now | Bin |
|---|---|---|---|---|---|
| 1 | 15056-001 | Actuator - Trim Tab XD 3/8 | $334.67 | $334.67 | |

Subtotal: $334.67
Total Amount Payees: $669.34
Payroll Costs:

| Tech Name | RO # | Job Title | Customer Name | Start Date & Time | End Date & Time | Actual Hours |
|---|---|---|---|---|---|---|
| nlinares | 40628 | PS Trim Tab Inoperative Repair and Make Adjustments | Ivankovich, Steve | | | 5.00 |

Total Payroll Costs: $425.00
Job Total: $1,094.34

109

40512
Description: Survey
Vendor: Paul R. Anstey
Vessel: 40 IMG 2015
Payee:
"PAUL R. ANSTEY, INC.
MARINE SURVEYOR
YACHT DESIGNER AND CONSULTANT
4959 NW 6th Street,
Coconut Creek, FL 33063
(954) 401-9642
(954) 270-1949
Survey Invoice:
February 7th, 2023
File Number: 15086B
"NO NAME IMG 400
XS"
IMG Marine LLC
382 NE 191st Street
Miami, FL 33179
Insurance - Condition Inspection and Report: $600.00
(Includes courtesy discount)
Total Amount: $600.00
Payroll Costs: Project Managers and Department Heads
Total Payroll Costs:
Job Total: $600.00

40609
Description: Customs duties and taxes
Vendor: Howard S Reeder, Inc
Vessel: 40 IMG 2015
Payee: Howard S Reeder, Inc (included payment with 54 IMG)
Lump Sum Paid for all 3 boats
Payee's Total Amount:
Payroll Costs:
Project Managers and Department Heads:
Total Payroll Costs:
Job Total: 0.00

40611
Description: Vessel fueling
Vendor: Anchor Petroleum
Vessel: 40 IMG 2015
Payee: Anchor Petroleum
Payees Total Amount: $254.87
Payroll Costs: Project Managers and Department Heads: $254.87
Total Payroll Costs:
Job Total: $254.87

40610
Description: Dockage billed Jan 31st - May 25th
VENDOR: Syg
VESSEL: 40 IMG 2015
Payee: Add Harbour Towne Slips Fees
Total Amount: $7,500.00
Payroll Costs: Project Managers and Department Heads
Total Payroll Costs:
Job Total: $7,500.00

41073
Description: Insurance for 3 months for IMG Dealership, full coverage risk of 2.4M until April 4th.
Vendor: Southeast
Vessel: 40 IMG 2015
Payee: Southeast Insurance, lump sum paid in 54 IMG costs
Total Amount:
- o Payroll costs for Project Managers and Department Heads
- o Job Total: 0.00

Job Information
- o Description: Naval Architecture
- o Vendor: Pablo
- o Vessel: 40 IMG 2015
- o Payee: Acrux

Details
- o Tech Name: Praspo
- o RO #: 41183
- o Job Title: Naval Architecture
- o Customer: Ivankovich, Steve
- o Actual Hours: 65.00

Payments
- o Payees Total Amount: 65.00
- o Payroll Costs: 5,525.00
- o Job Total: 5,590.00

**Repair Order: 40802**
**Description:**
**Parts Replaced:** VHF antenna and Splitter
This repair order was performed on a 40 IMG 2015 by a subcontractor.
**Payee:**
- • **Part Number:** 4357-S
- • **Description:** SPLITTER-VHF ANT TO AM/FM
- • **Price:** $141.41
- • **Sold:** $141.41
- • **Part Number:** 4187
- • **Description:** Ratchet mount s/s with hardware for VHF antenna
- • **Price:** $60.77

111

- **Sold:** $60.77
- **Part Number:** SHK-5101
- **Description:** Shakespeare VHF Antenna 8'
- **Price:** $89.06
- **Sold:** $89.06

**Subtotal:** $291.24

The total paid by Starboard Yacht Group to vendors for this repair order was $291.24. Starboard Yacht Group expended weekly payroll costs directly to:

**Employee Details:**
- **Tech Name:** Klowder
- **RO #:** 40802
- **Job Title:** VHF antenna & VHF Splitter
- **Customer Name:** Ivankovich, Steve
- **Start Date & Time:** 3/14/2023 9:50
- **End Date & Time:** 3/14/2023 9:56
- **Actual Hours:** 4.0
- **SYG cost per billable Hourly Rate:** $340.00

**Total Cost:** $631.24

41041
Description: Condition of Seakeeper after flood
Vendor:
Vessel: 40 IMG 2015
Payee: Repair Order: 41041

| Part Number | Description | Price | Sold | Now | Bin |
|---------|----------------|-----|----|---|---|
| BS-8043 | Blue Seas Power Distribution Panel, 120V, A/C Main with Volt Meter | $398.47 | 0 | 0 | 0 |
| EFH-ATC-WP | Fuse Holder, ARTC in Line with 12AWG, 30A Max | $2.06 | 0 | 0 | 0 |

Subtotal: $400.53
Payroll Costs:

| Tech Name | RO # | Job Title | Customer Name | Start Date & Time | End Date & Time | Actual Hours | Credited |
|--------|-----|--------|----------|--------------|-----------|---------|------|
| Gtorres | 41041 | Assessing the condition | Ivankovich, Steve | 4/18/2023 2:23 | 4/18/2023 4:11 | 1.8 | 0 |
| Gtorres | 41041 | Assessing the condition | Ivankovich, Steve | 4/19/2023 8:09 | 4/19/2023 12:13 | 4.07 | 6 |
| Gtorres | 41041 | Assessing the condition | Ivankovich, Steve | 4/27/2023 1:24 | 4/27/2023 4:00 | 2.6 | 2.5 |
| Nacosta | 41041 | Assessing the condition | Ivankovich, Steve | 4/28/2023 8:06 | 4/28/2023 12:22 | 4.27 | 4 |

Total Payroll Costs: $1,020.00
Job Total: $1,420.53

40630
Description: Vessel Protection and post work cleanup
Vendor:

Vessel: 40 IMG 2015
Payee: "Yacht Protect and SYG Parts Dept."
Repair Order: 40630

| Part Number | Description | Price | Sold | Bin |
|---|---|---|---|---|
| 3M-09168 | 3M 1.88" #2090 Blue Painter's | $15.08 | $15.08 | |
| VINYLTAPE-2 | White Vinyl Tape 2" x 60' | $16.00 | $16.00 | |
| POLYFOAM-1/8-50 | Polyfoam 1/8" x 4' x 50' Roll | $60.00 | $60.00 | |
| CG1036 | Cover Guard Floor Protection | $344.57 | $459.43 | |

Subtotal: $435.65
Total Amount: $531.20
Payroll costs:

| Tech Name | RO # | Job Title | Customer Name | Start Date & Time | End Date & Time | Actual Hours | Credited |
|---|---|---|---|---|---|---|---|
| areyes | 40630 | Vessel Protection and post work | Ivankovich, Steve | 2/20/2023 7:29 | 2/20/2023 11:29 | 4.01 | 0 |
| areyes | 40630 | Vessel Protection and post work | Ivankovich, Steve | 2/20/2023 12:58 | 2/20/2023 12:58 | 0 | 4 |
| dvalenzuela | 40630 | Vessel Protection and post work | Ivankovich, Steve | 2/21/2023 9:18 | 2/21/2023 1:25 | 4.12 | 0 |
| dvalenzuela | 40630 | Vessel Protection and post work | Ivankovich, Steve | 2/22/2023 8:04 | 2/22/2023 9:48 | 1.73 | 4 |
| Ramos | 40630 | Vessel Protection and post work | Ivankovich, Steve | 2/20/2023 7:29 | 2/20/2023 11:27 | 3.97 | 4 |

Total Payroll Costs: $1,190.00
Job Total: $1,721.20

41089
Description: Removed and replaced cracked sea strainer with a new one
Vendor: Vessel: 40 IMG 2015
Payee:
Repair Order: 41089
Sold S/O Lay P/U Part Number Description Price Sold Now Bin

- o   ARG-1000-P STRAINER-RAW WTR BRZ/NYL, Quantity: 1, Price: $351.39
- o   PTH-1000 TAILPIPE-BRZ 1X1M, Quantity: 2, Total Price: $59.98
- o   TEFLON TAPE Teflon Tape 1/2" WHITE, Quantity: 1, Price: $2.00
- o   3m-08019 3M Caulk Silicone Clear 3oz, Quantity: 1, Price:

$22.56 Subtotal: $435.93
Payees Total Amount: $435.93
Payroll costs:
Tech Name: Nacosta

41089
Job Title: Please remove and replace the
Customer Name: Ivankovich, Steve
Start Date & Time: 4/28/2023 12:56

113

End Date & Time: 4/28/2023 16:43
Actual Hours: 3.78
Tech Name: Nacosta
41089
Job Title: Please remove and replace the
Customer Name: Ivankovich, Steve
Start Date & Time: 5/1/2023 07:52
End Date & Time: 5/1/2023 10:33
Actual Hours: 2.68
Total Payroll Costs: $595.00
Job Total: $1,030.93


40 IMG 2015 Totals:
Payee Total SYG Paid to Vendors, Subs, and Parts: $45,714.16
Total Payroll Costs: $24,190.13
Job Total: $69,904.29

--------------------------------- IMG 40 2020 ---------------------------------
41080
Description: SK 3 unit only needs to add shipping
---
Date of Order Entry: 12/8/2022
Order #: 55501
# Bill To / Ship To:
Starboard Yacht Group
850 NE 3rd St, Suite 106
Dania Beach, FL 33004
PO #: Q-17897
Estimated Ship Date: 12/28/2022
Payment Terms: Net 30
# Item Details:
Item #: 90388
Description: Seakeeper 3 Gyro Hardware Scope of Supply
Quantity: 1
Retail: $34,500.00
Rate: $26,910.00
Amount: $26,910.00
Discount: -$807.30 (3% off Dealer Tier 4
Pricing) Additional Costs:
Truck Freight & Insurance: $840.00
Total USD: $26,942.70
Project Managers and Department Heads Payroll Costs:
Total Payroll Costs:
Job Total: $26,942.70

40828
Description: Seakeeper installation

114

Vessel: IMG 40 2020
Payee: SYG parts department
# Repair Order: 40607
- 1 DJT20S DIABLO Wood/Metal Jig Saw Blade Set - $31.24
- 1 MD-7-1/4-SB Saw Blade, Non-Ferrous - $18.00
- 2 WHI74011 Whizz Microfiber Cloth Roller - $14.00
- 0.25 PLEXUS-Activator, 5 Gal - $229.47
- 0.25 PLEXUS-Adhesive, 5 Gal - $229.47
# Repair Order: 40513
- 1 BS-5125 Blue Seas ANL 100AMP Fuse - $25.01
- 1 CCH012060000 VIC 12V-60AMP Charger - $643.89
- 1 BS-6006 Blue Seas On-Off Battery Switch - $36.57
Subtotal: $705.47
# Repair Order: 40847
- 1 WAR-MISC3 Assorted HUBBEL Parts -
$1,430.01   Subtotal: $1,430.01
# Repair Order: 40828
- 3 AGM31S AGM Group 31 Battery, 925CCA - $1,242.81
Subtotal: $1,242.81
Less Discount: $0.00
Invoice Total: $1,242.81
Total Amount for Payees: $7,774.23
SYG Processed Payroll Costs:
**Tech Name:** bcarrasco
**RO#:** 40828
**Job Title:** Seakeeper Installation
**Customer:** Ivankovich, Steve
**Dates & Hours:**
- 3/1/2023 8:03 AM - 11:43 AM (3.66 hours)
- 3/1/2023 12:45 PM - 4:18 PM (3.55 hours)
- 3/9/2023 8:05 AM - 12:03 PM (3.97 hours)
- 3/9/2023 12:31 PM - 4:34 PM (4.05 hours)
**Tech Name:** dvalenzuela
**RO#:** 40828
**Job Title:** Seakeeper Installation
**Customer:** Ivankovich, Steve
**Dates & Hours:**
- 3/10/2023 8:06 AM - 4:53 PM (8.78 hours)
- Various dates in March, totaling 37.11 hours
**Tech Name:** gtorres
**RO#:** 40828
**Job Title:** Seakeeper Installation
**Customer:** Ivankovich, Steve
**Dates & Hours:**
- 3/9/2023 1:57 PM - 4:34 PM (2.62 hours)
- Various dates in March, totaling 22.84 hours
**Tech Name:** lpalmer
**RO#:** 40828

115

**Job Title:** Seakeeper Installation
**Customer:** Ivankovich, Steve
**Dates & Hours:**
- 2/27/2023 9:06 AM - 5:10 PM (7.37 hours)
- Various dates in February to April, totaling 39.65 hours

**Additional Payroll Details:**
- Nacosta – Seakeeper Installation: 7.22 hours
- Wramsey - Seakeeper Installation: 8.76 hours

**Total Payroll Costs:** $11,160.50
**SYG Total Job Costs:** $18,934.73

40944
**VESSEL:** IMG 40 2020
**Description:** Remove aluminum aft shade frame, gel coat, and repair mounting holes.
**Payee SYG Parts Dept:**
- **40944 Acetone: $27.84**
- **Repair Order:**
  - **3M .94" Blue Painter's Tape: $10.75**
  - **3M 1.88" Blue Painter's Tape (2): $30.16**
  - **Throw-A-Way Brush - 2" (2): $2.62**
  - **Plastic Measuring Pot - 85 oz.: $3.09**
  - **3M Pink Filter Cartridge Pack: $21.41**
  - **Plastic Measuring Pot - 16 oz. (3): $25.20**
  - **Preval Spray Kit (3): $46.62**
  - **Subtotal: $139.85**
- **Repair Order:**
  - **Indasa 6 320C WhiteLine H/L 9: $43.96**
  - **White Vinyl Tape 2" x 60': $16.00**
  - **3M 6" 600 Hookit Finishing Film: $255.65**
  - **Nitrile Gloves 6 MIL - Medium: $26.55**
  - **Subtotal: $342.16**

**SYG Parts Dept Total Amount:**
**$509.85 SYG Payroll costs:**

| Tech Name & Time | RO # | Job Title | Customer Name | Start Date & Time | End Date & Time | Actual Hours | Credited |
|---|---|---|---|---|---|---|---|
| areyes | 40944 | Please cover holes after removal | Ivankovich, Steve | 3/28/2023 7:54 | 3/28/2023 4:19 | 8.42 | 0 |
| areyes | 40944 | Please cover holes after removal | Ivankovich, Steve | 3/29/2023 8:12 | 3/29/2023 8:13 | 0.02 | 5 |
| areyes | 40944 | Please paint items for the | Ivankovich, Steve | 4/11/2023 8:28 | 4/11/2023 8:52 | 0.4 | 4 |
| Ramos | 40944 | Please cover holes after removal | Ivankovich, Steve | 3/28/2023 7:58 | 3/28/2023 4:17 | 8.32 | 4 |
| Ramos | 40944 | Please paint items for the | Ivankovich, Steve | 4/11/2023 8:25 | 4/11/2023 9:20 | 0.92 | 1 |

**Total Payroll Costs:** $2,569.52
**Job Total:** $3,079.37

116

41095
**Description:** Electrical shore power 50Hz outlet and charger/survey item
**Vendor:** VESSEL: IMG 40 2020
**Total Amount:** $5,153.89

- **Tech Name:** Ivankovich, Steve
  - **RO #** 41095
  - **Job Title:** Remove old battery charger
  - **Customer Name:** Nacosta
  - **Start Date & Time:** 5/2/2023 10:25 AM
  - **End Date & Time:** 5/2/2023 12:04 PM
  - **Actual Hours Credited:** 1.64
- **Tech Name:** Ivankovich, Steve
  - **RO #** 41095
  - **Job Title:** Remove old battery charger
  - **Customer Name:** Nacosta
  - **Start Date & Time:** 5/2/2023 12:44 PM
  - **End Date & Time:** 5/2/2023 4:14 PM
  - **Actual Hours Credited:** 3.5

**Total Payroll Costs:** $5,153.89
**Job Total:** $5,153.89

41082
Description: Aft bench seat strut is missing
Vendor: [Vendor Name]
Vessel: IMG 40 2020
Payee: [Payee Name]
Total Amount: [Total Amount]
Payroll Costs:

| Technician | RO # | Job Title | Customer Name | Start Date & Time | End Date & Time | Actual Hours Credited |
|--------|----|-------|----------|--------------|------------|------|
| bcarrasco | 41082 | AFT Bench seat strut is missing | Ivankovich, Steve | 3/14/2023 9:16 | 3/14/2023 10:34 | 1.3 | 0 |
| bcarrasco | 41082 | AFT Bench seat strut is missing | Ivankovich, Steve | 3/14/2023 11:30 | 3/14/2023 11:57 | 0.44 | 0 |
| bcarrasco | 41082 | AFT Bench seat strut is missing | Ivankovich, Steve | 3/14/2023 12:53 | 3/14/2023 4:17 | 3.4 | 0 |
| bcarrasco | 41082 | AFT Bench seat strut is missing | Ivankovich, Steve | 3/14/2023 4:19 | 3/14/2023 4:19 | 0 | 3 |
| bcarrasco | 41082 | AFT Bench seat strut is missing | Ivankovich, Steve | 3/15/2023 8:03 | 3/15/2023 9:23 | 1.33 | 1 |
| nlinares | 41082 | AFT Bench seat strut is missing | Ivankovich, Steve | | | 0 | 0 |

Total Payroll Costs: $1,545.02
Job Total: $1,545.02

41084
*Description:* Console hatch gasket is loose
*Vendor:* IMG 40 2020

*Payee:* Ivankovich, Steve
*Technician Details:*
- *Name:* Nacosta
  - *RO #:* 41084
  - *Start Date & Time:* 3/10/2023 12:58
  - *End Date & Time:* 3/10/2023 4:30
  - *Actual Hours:* 3.53
  - *Credited:* 2
- *Name:* nlinares
  - *RO #:* 41084
  - *Hours:* 0

Total Payroll Costs: $293.73
Job Total: $293.73

**Work Order #41083**
**Description:** Auto float switches wired to battery select position versus ABYC direct to 12VDC source with amperage fuse.
**Vendor:** [Not Provided]
**Vessel:** IMG 40 2020
**Payee:** [Not Provided]
**Total Amount Due to Payees:** [Not Provided]
**Payroll Costs:**
**Technician Name:** G. Torres
**Repair Order #:** 41083
**Job Title:** Bilge Pump Repairs
**Customer Name:** Steve Ivankovich
**Start Date & Time:** [Not Provided]
**End Date & Time:** [Not Provided]
**Actual Hours Worked:** 3.11
**Credited Hours:** 3.00
**Total Payroll Costs:** $658.18
**Job Total Cost:** $658.18

40605
Description: Shipping from JAX to FLL, including trailer offloading and launch. Vendor: IMG 40 2020
Payee: Paid on 54 IMG's LumpSum Total to MT Yacht Transport and Harbour Towne for offloading truck with machine and launch.
Repair Order: 40605
Part Number: MISC0
- o  Description: Offloading from transport
- o  Price: $498.52
- o  Discount: $0.00
Subtotal: $498.52
Total Amount: $495.00
Payroll Costs: Project Managers and Department Heads
Job Total: $495.00

Case 0:23-cv-61696-AHS Document 257 Entered on FLSD Docket 08/27/2025 Page 120 of 151

40600
Description: Customs duties and taxes
Vendor: Howard S Reeder, Inc.
Vessel: IMG 40 2020
Payee: Howard S Reeder, Inc. (payment included in lump sum for all three boats with 54 IMG)
Payees Total Amount:
Payroll costs: Project Managers and Department Heads
Total Payroll Costs: Included in 54 IMG costs as this was a lump sum payment made by SYG for the duty for all vessels imported to SYG distribution and insurance.
Job Total: 0.00

40602
Description: Vessel fueling
Vendor: Anchor Petroleum
Vessel: IMG 40 2020
Payee: Anchor Petroleum
Total Amount: $367.47
Payroll Costs: Project Managers and Department Heads
Job Total: $367.47

40608
Description: Survey
Vendor: Paul R. Anstey
Vessel: IMG 40 2020
Payee: Paul R. Anstey Inc.
Total Amount: $600.00
Payroll Costs: $0.00
Job Total: $600.00

40601
SYG Parts Dept: Repair Order: 40601
Sld S/O Lay P/U Part Number Description Price Discount Sold Now Bin
22 0 0 0 MISC0 Dockage $90.00 $0.00 $0.00
4 0 0 0 30-64430 1/2"X30' BLACK DOCK LINES $48.09 $48.09 $192.36
Subtotal $2,172.36
Description: Dockage billed through April 30
Vendor: Syg
Vessel: IMG 40 2020
Payee: Bluewater Real estate
Total Amount: $14,000.00
Payroll costs: Project Managers and Department Heads
Total Payroll Costs:

Job Total: $16,172.00

41072
Description: Insurance for 3 months for IMG Dealership Full Coverage risk TL 2.4M
Vendor: Syg

Vessel: IMG 40 2020
Payee: Southeast Insurance (lump sum payment for 54 IMG Costs)
Total Amount:
Payroll costs: Project Managers and Department Heads
Total Payroll Costs:
Job Total: $0.00 Inc. in lumpsum total for 54 IMG

41200
Description: Naval Architecture for SK unit, mods, and step design
Vendor: Syg
Vessel: IMG 40 2020
Payee: "ACRUX: WEEKLY PAYMENTS"
- o  Tech Name: praspo
- o  RO #: 41200
- o  Job Title: Naval Architecture
- o  Customer Name: Ivankovich, Steve
- o  Hours: 65.00

Payroll Costs:
- o  Project Managers and Department Heads:
- o  Total Payroll Costs: 5,525.00
- o  Job Total: 5,525.00

40 IMG 2020 Totals:
Payees Total Amount:  50,341.64
Total Payroll Costs:   30,089.35
Job Total:       80,365.99

Invoice #41258
Description:
Trailer storage for 2 units: 40 IMG and 54 IMG, with a credit of $5,000.00 for the sale of the 40 IMG. The balance is shown; see RO for details.
- o  Vendor: Syg
- o  Vessel / Vehicle: IMG TRAILERS
- o  Payee: BlueWater Real estate
- o  Total Amount Due: $5,000.00

Payroll Costs:
- o  Project Managers and Department Heads:
  - o  Total Paid to ADP: $400.00
  - o  Total Payroll Costs:

$400.00 Job Total:$5,400.00
- o  Total SYG Paid to Vendors, Subs, and Parts:
  - o  Total Amount Due: $5,000.00

Payroll Costs:Project Managers and Service Staff Moving Trailers:
- o  Total Paid to ADP: $400.00

IMG Boats Combined Summary:

120

- 40 IMG 2020 Totals:
  - Payees Total Amount: 50,341.64
  - Total Payroll Costs: 30,089.35
  - Job Total: 80,365.99
- 40 IMG 2015 Totals:
  - Payee Total SYG Paid to Vendors, Subs, and Parts: $45,714.16
  - Total Payroll Costs: $24,190.13
  - Job Total: $69,904.29
- <u>54 IMG Totals:</u> Payee: <u>Total SYG Paid to Vendors, Subs and Parts:</u>
  - Payees Total Amount: 183,745.88
  - Total Paid to ADP: Payroll Costs: 30,714.75
  - Job Total: 214,460.63

IMG BOATS COMBINED Totals:
- Payee: Total SYG Paid to Vendors, Subs and Parts: 284,801.68
- Payroll costs: 85,394.23
- Job Total: 370,130.91

Other costs:
- Work Comp & Ins.      12,954.58
- misc. supplies      4,269.71
- Total      387,355.20
- 15% overhead      445,458.48
- **Total Costs w/Sales Tax:**      **472,185.99**

------------------------------INTREPID------------------------------

"9.      Describe all sums expended by SYG in connection with the work performed on the following projects and include the payee, date, amount, and method of payment:

C)      Intrepid "REFIT"

40285
Seakeeper 5 - Date of Order Entry: 05/14/2021
Order # 35427
Bill To:
Starboard Yacht Group
850 NE 3rd St. Ste 106
Dania Beach, FL 33004
Ship To:
Starboard Yacht Group
850 NE 3rd St. Ste 106
Dania Beach, FL 33004
PO #: 1323
Estimated Ship Date: 08/06/2021
Web Order Notes:
Vessel Information / Hull #
CIP Destination: Dania Beach
Allow Cross-Subsidiary Fulfillment: Yes
Note:

Payment Terms: Net 30

Item# | Description | Quantity | Dimension (inches) | Net Weight (pounds) | Crate Weight (pounds) | Gross Weight (pounds) | Rate (USD) | Amount (USD)

--- | --- | --- | --- | --- | --- | --- | --- | ---

90556 | Seakeeper 5 Gyro Hardware Scope of Supply | 1 | 43.5"W x 41.5"D x 36.25"H | 924 | 216 | 1140 | 34,000.00 | 34,000.00

90400-3 | Seakeeper 6 - 5 Bolt-In Kit | 1 | 10" x 8" x 6" | 7 | N/A | N/A | 0.00 | 0.00

Truck Freight | Truck Freight FL Seakeeper 5 & Insurance | 1 | N/A | N/A | N/A | N/A | 860.00 | 860.00

Total USD: $34,860.00

Payment Options:

Job put on hold post meeting with Steve to confirm design following approval from Joe and Chuck for outboard modification. Seakeeper returned to stock; restocking fee is $25,000.00 pending review. Equipment purchased held in stock for over 12 months/returned to stock.

SEAKEEPER Credit Return:

- Item#: 40285
- Total Job Costs: $34,860.00

Humphree Units:

- Underway stability and efficiency, better visibility at slower speeds, and faster planing.
- Design confirmed, equipment not yet purchased: H500 Interceptor system kit with HA500 Auto Trim, Auto List, and Roll Stabilization

"Dynamic." Cost: $12,847.00

- Equipment held in stock for over 12 months, returned to stock.

Total Job Costs: $12,847.00

Comprehensive Hull Analysis for Simulation

A thorough analysis of the Intrepid hull was conducted during the commissioning sea trials. Data confirmed that the vessel could not achieve planing when fully loaded as per OEM specifications, primarily due to issues with the drive train and weight distribution involving steps. It has been recommended that the hull be scanned, and a repower with outboard engines reviewed.

Glass Tech initially recommended this course of action to Joe and I, and it was further corroborated by Dean from Sunpower, Eddy, and Pablo. It was confirmed that the planing speed with diesels under a light load is 28 mph. Consequently, it was necessary to use a 3D scanner, remove the running gear, perform simulated buoyancy tests in water, and design outboard brackets.

Pablo has undertaken extensive work as requested by Steve (refer to emails). The scanning was completed using Leica hardware, and the project has been overseen by Syg.

Vendor:

Acrux Hours:

265.00 Payee:

Acrux

Weekly Pay: $22,525.00

Additional Costs LEIKA 3D SCAN HARDWARE: $7,500.00

Total Job Costs: $30,025.00

Running gear was removed to properly scan the hull for simulations. This was coordinated with Joe and Chuck, documented in reports, and approved through funding. Modifications began as per plans specified by NA and approved by Capt. Chuck and Joe. Fiberglass repairs and work are in process: Met with Chuck and Joe, approved outboards using whaler 350 v6 mercs, started modifications as directed by NA / Eddy Tech.

- Labor Hours: 182.39

- Payroll: $15,503.15
- SYG Parts Dept: $2,500.00
- Total Job Costs: $18,003.15

Labor Reports and Charges below:

| Name | RO # | Job Title | Customer Name | Start Date & Time | End Date & Time | Actual Hours | Credited |
|---|---|---|---|---|---|---|---|
| bcarrasco | 40285 | Trim Tab Removal | Ivankovich, Steve | | | 0 | 12 |
| bcarrasco | 40285 | Removal of Struts and Rudders | Ivankovich, Steve | 1/16/2023 8:10 | 1/16/2023 12:04 | 3.9 | 0 |
| bcarrasco | 40285 | Removal of Struts and Rudders | Ivankovich, Steve | 1/16/2023 1:01 | 1/16/2023 4:28 | 3.45 | 0 |
| bcarrasco | 40285 | Remove Swim Platform for | Ivankovich, Steve | 1/17/2023 8:32 | 1/17/2023 12:01 | 3.48 | 0 |
| bcarrasco | 40285 | Remove Swim Platform for | Ivankovich, Steve | 1/17/2023 12:33 | 1/17/2023 4:23 | 3.84 | 0 |
| bcarrasco | 40285 | Removal of Struts and Rudders | Ivankovich, Steve | 1/18/2023 8:39 | 1/18/2023 12:06 | 3.45 | 0 |
| bcarrasco | 40285 | Removal of Struts and Rudders | Ivankovich, Steve | 1/18/2023 12:40 | 1/18/2023 4:02 | 3.36 | 0 |
| bcarrasco | 40285 | Removal of Struts and Rudders | Ivankovich, Steve | 1/19/2023 8:21 | 1/19/2023 12:10 | 3.83 | 0 |
| bcarrasco | 40285 | Removal of Struts and Rudders | Ivankovich, Steve | 1/19/2023 12:40 | 1/19/2023 4:28 | 3.79 | 0 |
| EddyCerra | 40285 | Vessel Protection & Post Work | Ivankovich, Steve | | | 0 | 1 |
| EddyCerra | 40285 | Fiberglass Modification (fill tabs) | Ivankovich, Steve | | | 0 | 16 |
| EddyCerra | 40285 | Naval Architecture @ BUOYANCY | Ivankovich, Steve | | | 0 | 8 |
| EddyCerra | 40285 | Transport / Vessel Relocation | Ivankovich, Steve | | | 0 | 3.2 |
| EddyCerra | 40285 | Trim Tab Removal | Ivankovich, Steve | | | 0 | 21.25 |
| farias-paulino | 40285 | Removal of Struts and Rudders | Ivankovich, Steve | | | 0 | 42 |
| farias-paulino | 40285 | Remove Swim Platform for | Ivankovich, Steve | | | 0 | 8 |
| farias-paulino | 40285 | Trim Tab Removal | Ivankovich, Steve | | | 0 | 12 |
| lpalmer | 40285 | Remove Swim Platform for | Ivankovich, Steve | | | 0 | 0 |
| lpalmer | 40285 | Remove Swim Platform for | Ivankovich, Steve | | | 0 | 0 |
| lpalmer | 40285 | Transom Redesign AS PER | Ivankovich, Steve | 2/22/2023 8:42 | 2/22/2023 12:00 | 3.3 | 0 |
| lpalmer | 40285 | Transom Redesign AS PER | Ivankovich, Steve | 2/22/2023 12:51 | 2/22/2023 4:34 | 3.72 | 103.54 |
| jfarah | 40285 | Remove Swim Platform for | Ivankovich, Steve | | | 0 | 0 |
| praspo | 40285 | Naval Architecture @ BUOYANCY | Ivankovich, Steve | 4/10/2023 2:50 | 4/10/2023 5:00 | 2.17 | 0 |

123

| praspo 40285 | Naval Architecture @ BUOYANCY | Ivankovich, Steve | | 4/11/2023 8:00 |
|---|---|---|---|---|
| | 4/11/2023 9:451.75    0 | | | |
| praspo 40285 | Naval Architecture @ BUOYANCY | Ivankovich, Steve | | 4/27/2023 8:16 |
| | 4/27/2023 1:445.47    215 | | | |
| praspo 41200 | Naval Architecture | Ivankovich, Steve | 0 | 1.5 |
| praspo 41200 | Naval Architecture | Ivankovich, Steve | 0 | 2 |
| praspo 41200 | Naval Architecture | Ivankovich, Steve | 0 | 3 |
| praspo 41200 | Naval Architecture | Ivankovich, Steve | 0 | 2.5 |
| praspo 41200 | Naval Architecture | Ivankovich, Steve | 0 | 12 |
| praspo 41200 | Naval Architecture | Ivankovich, Steve | 0 | 20 |
| praspo 41200 | Naval Architecture | Ivankovich, Steve | 0 | 12 |
| praspo 41200 | Naval Architecture | Ivankovich, Steve | 0 | 12"    in work |
| syg | 40285 | | | |

Move vessel from Miami to SYG refit center. Coordinate truck, meet for pickup, transport, assist with offloading and blocking in yard. Completed by Matts Marine. Job Number: 40285. Total Cost: $2,274.00. Payroll: $680.00 for 8 hours. Vendor Total: $1,340 00. Overall Job Total: $2,020.00. Storage from 9/15/22 to 6/30/23 completed by BLUEWATER REAL ESTATE, invoice number 40285, amount: 9,040 00. Total paid for storage: 20,000.00

Summary:
- Total Paid for Parts and Vendors: $79,047.00
- Total Paid for Payroll: $15,503.15
- Total for Parts, Equipment, Vendors, and Payroll: $117,755.15

Additional Costs:
- Miscellaneous Supplies: $775.16
- Workers' Compensation and Insurance: $5,887.76
- Total Costs with Fees: $124,418.07
- 15% Overhead: $143,080.77
- Sales Tax: $8,584.85
- Total with Sales Tax: $151,665.62

--------------------------------COBIA----------------------------------------

"9.     Describe all sums expended by SYG in connection with the work performed on the following projects and include the payee, date, amount, and method of payment:

e)     Cobia

40281

Cushion Replacement - Job completed, added 10% plus sales tax

Labor Hours:

Labor Costs:

Payee: Admiral Canvas

P.O. NUMBER TERMS

Due on receipt

VESSEL NAME

36 Cobia

SIZE/HULL NO.

36 Cobia

ITEM DESCRIPTION QTY RATE AMOUNT

124

- RECOVER ALL EXTERIOR CUSHIONS WITH MARINE GRADE VINYL (SILVERTEX OR SUNBRELLA HORIZON)

Color and design TBD

Check all hardware and adjust securement as necessary

AFT AREA:
- Cushions by engines foldable seat bottom with bullnose: 1 @ $675.00T
- Cushions by engines aft foldable seat backrest with bullnose: 1 @ $575.00T
- Cushions aft facing starboard small foldable seat bottom: 1 @ $525.00T
- Cushions aft facing starboard small bolster: 1 @ $225.00T
- Cushions aft facing port side foldable seat bottom: 1 @ $550.00T
- Cushions aft facing port side bolster: 1 @ $350.00T
- Bolsters starboard side: 2 @ $250.00T each
- Bolsters port side long bolster: 1 @ $425.00T
- Cushions helm seat: 1 @ $1,875.00T
- Cushions port side seating area bottoms w/bullnose and on starboard: 2 @ $875.00T each
- Cushions port side backrest aft: 1 @ $675.00T
- Cushions port side backrest: 1 @ $650.00T
- Cushions port side backrest fwd: 1 @ $575.00T

BOW AREA
- Cushions port and starboard large bottom cushions w/bullnose: 2 @ $875.00T each
- Smaller bottom cushions: 2 @ $525.00T each
- Center filler cushion and table cushion: 4 @ $525.00T each
- Cushions port and starboard backrest with armrest: 2 @ $975.00T each
- Bolsters port and starboard small bolsters: 2 @ $325.00T each
- Bolsters port and starboard large bolsters: 2 @ $675.00T each
- Bolsters center forward bolster: 1 @ $575.00T

FOAM: DRY-FAST FOAM
- New foam and new design: 1 @ $1,975.00T
- Embroidery Cobia logo, blue wave thread: 6 @ $125.00T each

SUBTOTAL: $20,450.00

TAX: $0.00

TOTAL: $20,450.00

DEPOSIT: Joe Octopussy 847-971-1834

BALANCE DUE: $6,270.00

Job Total Paid: $20,450.00

Cobia refit to include:
- Seakeeper
- Humphree navigation lights
- Storage
- Fridge
- Outrigger poles
- Service pad fees

Payroll:
| Technician Name | RO # | Job Title     | Customer Name     | Start Date & Time | End Date & Time | Actual Hours | Credited |

125

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| areyes | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | | | 0 | 0 |
| avilla | 40081 | Seakeeper Relocation | Ivankovich, Steve | 5/4/2022 8:07 | 5/4/2022 9:04 | 0.93 | 0.93 |
| | | | | 6/9/2022 12:30 | 6/9/2022 4:30 | 4 | 4 |
| | | | | 6/10/2022 8:00 | 6/10/2022 11:20 | 3.33 | 3.33 |
| | | | | 6/10/2022 9:00 | 6/10/2022 11:09 | 2.16 | 2.16 |
| | | | | 6/13/2022 1:55 | 6/13/2022 4:43 | 2.8 | 2.8 |
| | | | | 7/1/2022 12:40 | 7/1/2022 4:47 | 4.13 | 4.13 |
| | | | | 7/5/2022 9:01 | 7/5/2022 12:15 | 3.24 | 3.24 |
| | | | | 7/7/2022 8:00 | 7/7/2022 9:00 | 1 | 1 |
| | | Humphree x450 Interceptor | Ivankovich, Steve | 8/1/2022 10:18 | 8/1/2022 1:30 | 3.2 | 3.2 |
| lpalmer | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/8/2022 12:49 | 7/8/2022 4:00 | 3.18 | 3.18 |
| lpalmer | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/12/2022 7:54 | 7/12/2022 7:54 | 0 | 0 |
| lpalmer | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/15/2022 8:42 | 7/15/2022 9:59 | 1.28 | -21.71 |
| lpalmer | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 8/12/2022 8:40 | 8/12/2022 4:00 | 7.33 | 7.33 |
| lpalmer | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 10/21/2022 10:58 | 10/21/2022 10:58 | 0 | 0 |
| lpalmer | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 10/21/2022 11:00 | 10/21/2022 11:00 | 0 | -7.33 |
| klowder | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/26/2022 9:00 | 4/26/2022 4:12 | 7.2 | 7.2 |
| klowder | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/27/2022 8:36 | 4/27/2022 9:36 | 1 | 1 |
| klowder | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/27/2022 2:35 | 4/27/2022 4:37 | 2.04 | 2.04 |
| klowder | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 5/4/2022 2:03 | 5/4/2022 4:15 | 2.2 | -10.24 |
| klowder | 40081 | Seakeeper Relocation | Ivankovich, Steve | 5/5/2022 8:07 | 5/5/2022 10:20 | 2.22 | 2.22 |
| klowder | 40081 | Seakeeper 2 Trade in | Ivankovich, Steve | 6/28/2022 10:30 | 6/28/2022 1:30 | 3 | 3 |
| klowder | 40081 | Seakeeper Relocation | Ivankovich, Steve | 6/29/2022 8:41 | 6/29/2022 8:42 | 0 | 0 |
| klowder | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/1/2022 11:00 | 7/1/2022 3:00 | 4 | 4 |
| klowder | 40081 | Seakeeper 2 Trade in | Ivankovich, Steve | 7/5/2022 9:32 | 7/5/2022 3:54 | 6.37 | -19 |
| klowder | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/6/2022 8:45 | 7/6/2022 1:00 | 4.25 | 4.25 |

126

| klowder | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/26/2022 8:52 | 7/26/2022 9:24 | 0.53 | 0 |
| ldenson | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/1/2022 10:00 | 7/1/2022 12:00 | 2 | -12.41 |
| mjuan | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | | | 0 | 0 |
| mjuan | 40081 | R&R Navigation Lights | Ivankovich, Steve | 4/25/2022 1:14 | 4/25/2022 4:05 | 2.85 | 2.85 |
| opanfilov | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/21/2022 8:12 | 4/21/2022 11:54 | 3.69 | 3.69 |
| opanfilov | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/21/2022 12:41 | 4/21/2022 3:22 | 2.68 | 2.68 |
| opanfilov | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/22/2022 8:31 | 4/22/2022 10:34 | 2.05 | 2.05 |
| opanfilov | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/22/2022 12:13 | 4/22/2022 3:00 | 2.79 | 2.79 |
| opanfilov | 40081 | Seakeeper Relocation | Ivankovich, Steve | 5/2/2022 8:30 | 5/2/2022 12:04 | 3.57 | 3.57 |
| opanfilov | 40081 | Seakeeper Relocation | Ivankovich, Steve | 5/3/2022 8:47 | 5/3/2022 11:47 | 3 | 3 |
| opanfilov | 40081 | Seakeeper Relocation | Ivankovich, Steve | 5/3/2022 2:54 | 5/3/2022 4:07 | 1.23 | 1.23 |
| opanfilov | 40081 | Seakeeper Relocation | Ivankovich, Steve | 6/24/2022 8:18 | 6/24/2022 11:19 | 3.03 | 3.03 |
| opanfilov | 40081 | Seakeeper Relocation | Ivankovich, Steve | 6/27/2022 12:51 | 6/27/2022 2:33 | 1.69 | 1.69 |
| opanfilov | 40081 | Seakeeper Relocation | Ivankovich, Steve | 6/28/2022 11:11 | 6/28/2022 11:51 | 0.65 | 0.65 |
| opanfilov | 40081 | Seakeeper Relocation | Ivankovich, Steve | 6/28/2022 12:32 | 6/28/2022 3:35 | 3.05 | 3.05 |
| opanfilov | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/1/2022 8:25 | 7/1/2022 11:43 | 3.31 | 3.31 |
| opanfilov | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/1/2022 12:31 | 7/1/2022 3:05 | 2.57 | 2.57 |
| opanfilov | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/7/2022 8:28 | 7/7/2022 12:04 | 3.59 | 3.59 |
| opanfilov | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/7/2022 12:51 | 7/7/2022 4:40 | 3.82 | 3.82 |
| opanfilov | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/8/2022 8:14 | 7/8/2022 11:47 | 3.55 | 3.55 |
| opanfilov | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/8/2022 12:42 | 7/8/2022 1:17 | 0.58 | 0.58 |
| opanfilov | 40081 | R&R Navigation Lights | Ivankovich, Steve | 7/14/2022 8:31 | 7/14/2022 11:30 | 2.99 | 2.99 |
| Ramos | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | | | 0 | 0 |
| Ramos | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 7/29/2022 8:00 | 7/29/2022 2:00 | 6 | 0 |
| rrautenberg | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/21/2022 8:42 | 4/21/2022 9:44 | 1.03 | 1.03 |

127

Case 0:26-cv-61150-RAB Document 6-1 Entered on FLSD Docket 04/21/2025 Page 155 129 of
197
Case 0:23-cv-61696-AHS Document 257 Entered on FLSD Docket 08/27/2025 Page 129 of
151

| rrautenberg | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/21/2022 8:45 | |
| 4/21/2022 9:45 | 1 | 1 | | | |
| rrautenberg | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/25/2022 8:45 | |
| 4/25/2022 12:00 | 3.25 | 3.25 | | | |
| rrautenberg | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/25/2022 12:30 | |
| 4/25/2022 4:30 | 4 | 4 | | | |
| rrautenberg | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/26/2022 9:22 | |
| 4/26/2022 12:04 | 2.7 | 2.7 | | | |
| rrautenberg | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/26/2022 12:35 | |
| 4/26/2022 4:31 | 3.92 | 3.92 | | | |
| rrautenberg | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 4/27/2022 9:06 | |
| 4/27/2022 9:55 | 0.81 | 0.81 | | | |
| rrautenberg | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 7/8/2022 9:30 | |
| 7/8/2022 9:31 | 0 | 0 | | | |
| rrautenberg | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 8/2/2022 8:00 | |
| 8/2/2022 12:00 | 4 | 4 | | | |
| rrautenberg | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 8/2/2022 12:30 | |
| 8/2/2022 3:00 | 2.5 | 2.5 | | | |
| slarusso | 40081 | Seakeeper Relocation | Ivankovich, Steve | 0 | 0 |
| slarusso | 40081 | Seakeeper Relocation | Ivankovich, Steve | 7/28/2022 10:09 | |
| 7/28/2022 11:38 | 1.48 | 1.48 | | | |
| slarusso | 40081 | Seakeeper Relocation | Ivankovich, Steve | 9/12/2022 11:10 | |
| 9/12/2022 11:11 | 0 | 0 | | | |
| slarusso | 40081 | Seakeeper Relocation | Ivankovich, Steve | 9/12/2022 11:13 | |
| 9/12/2022 11:13 | 0 | 0 | | | |
| slarusso | 40081 | Seakeeper Relocation | Ivankovich, Steve | 9/12/2022 11:13 | |
| 9/12/2022 11:14 | 0 | 0 | | | |
| slarusso | 40081 | Seakeeper Relocation | Ivankovich, Steve | 9/12/2022 11:14 | |
| 9/12/2022 11:14 | 0 | -1.48 | | | |
| wramsey | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 0 | |
| 0 | | | | | |
| wramsey | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 0 | |
| 0 | | | | | |
| wramsey | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 0 | |
| 0 | | | | | |
| wramsey | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 5/2/2022 2:05 | |
| 5/2/2022 4:00 | 1.92 | 1.92 | | | |
| wramsey | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 5/2/2022 2:55 | |
| 5/2/2022 4:28 | 1.55 | -2.93 | | | |
| wramsey | 40081 | Seakeeper Relocation | Ivankovich, Steve | 5/3/2022 9:09 | 5/3/2022 10:00 |
| 0.85 | 0.85 | | | | |
| wramsey | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 5/3/2022 11:21 | |
| 5/3/2022 12:01 | 0.66 | 0.66 | | | |
| wramsey | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 5/3/2022 12:50 | |
| 5/3/2022 4:24 | 3.57 | -4.08 | | | |
| wramsey | 40081 | Seakeeper Relocation | Ivankovich, Steve | 5/4/2022 8:18 | 5/4/2022 9:03 |
| 0.76 | 0.76 | | | | |

| wramsey | 40081 | Seakeeper Relocation | Ivankovich, Steve | 6/15/2022 8:12 | 6/15/2022 |
| 10:40 2.46 | 2.46 | | | | |
| wramsey | 40081 | Seakeeper Relocation | Ivankovich, Steve | 6/23/2022 8:31 | 6/23/2022 |
| 12:05 3.56 | 3.56 | | | | |
| wramsey | 40081 | Seakeeper 2 Trade in | Ivankovich, Steve | 6/29/2022 8:00 | 6/29/2022 4:00 |
| 8 | 8 | | | | |
| wramsey | 40081 | Seakeeper Relocation | Ivankovich, Steve | 6/29/2022 8:21 | 6/29/2022 |
| 12:25 4.06 | 4.06 | | | | |
| wramsey | 40081 | Seakeeper Relocation | Ivankovich, Steve | 6/29/2022 4:30 | 6/29/2022 4:30 |
| 0 | 0 | | | | |
| wramsey | 40081 | Seakeeper Relocation | Ivankovich, Steve | 6/30/2022 11:05 | |
| 6/30/2022 12:48 | 1.7 | 1.7 | | | |
| wramsey | 40081 | Seakeeper Relocation | Ivankovich, Steve | 6/30/2022 12:48 | |
| 7/1/2022 8:18 | 19.5 | 19.5 | | | |
| wramsey | 40081 | Humphree x450 Interceptor | Ivankovich, Steve | 7/27/2022 8:44 | |
| 7/27/2022 3:50 | 7.1 | -7.27" 198 | 16830 complete | Humphree Equipment Payee: | |

March 21, 2022 Prepayment
Order No. SOUS1076
- Shipment Method: TNT EXPRESS
- Payment Method: Wire or Check
- Shipment Date: 4/1/2022
Description:
- Interceptor X450 Kit : 1 PCS
- Mounting Plate 13° Kit - 2 x XMP 450 -20 (Composite) : 1 PCS
- Dynamic : 1 PCS
- Freight : 1
PCS Subtotal: $9,135.40
Total Tax: $0.00
Total Amount: $9,135.40
Paid via check 1237 from 0174 plus other wires. Total for labor and parts: $25,965.40

Payee: Acrux

| | Naval Architecture | "praspo | 41200 | Naval Architecture | Ivankovich, |
| Steve | 0 | 1.5 | | | |
| praspo | 41200 | Naval Architecture | Ivankovich, Steve | 0 | 2 |
| praspo | 41200 | Naval Architecture | Ivankovich, Steve | 0 | 3 |
| praspo | 41200 | Naval Architecture | Ivankovich, Steve | 0 | 2.5 |
| praspo | 41200 | Naval Architecture | Ivankovich, Steve | 0 | 12 |
| praspo | 41200 | Naval Architecture | Ivankovich, Steve | 0 | 20 |
| praspo | 41200 | Naval Architecture | Ivankovich, Steve | 0 | 12 |
| praspo | 41200 | Naval Architecture | Ivankovich, Steve | 0 | 12" 40 |
| 3400 | Payee: Acrux | Paid Weekly Billing: Acrux | | | Vendor |

Acrux Paid: 3,400.00
Payee: Dennison Rack and Harbour Towne Marina
Repair Order: 40081
Sld S/O Lay P/U Part Number Description Price Discount Sold Now Bin

88 0 0 0 MISC0 Work rack $90.75 $0.00 $0.00
Subtotal: $7,986.00
Storage Paid: $4,500.00 monthly to Dennison and misc fees to Harbor Towne for haul out
Repair Order: 40081
Sld S/O Lay P/U Part Number Description Price Discount Sold Now Bin
1 0 0 0 MISC0 Navigation Lights $168.00 $0.00 $0.00
1 0 0 0 MISC1 Misc Parts Required for Installation $925.00 $0.00 $0.00
1 0 0 0 X450-K Interceptor X450 Kit w/ Mounting Plate $5,353.00 $5,353.00 $5,353.00
1 0 0 0 Dynamic Stabilization Trim+List+Roll Stabilization $7,059.00 $7,059.00 $7,059.00
Subtotal $13,505.00
Paid Humphree and SYG Parts Dept: $13,505.00
Repair Order: 40081
Item | Part Number | Description | Price
1 | 348-9105306130 | CRX-1050E/F-S, 1.7CF, AC/DC | $1,349.79
1 | 204-M | Pop-Up Light SS Incandescent Combination Bow Light | $300.00
1 | 3M-08017 | 3M White Silicone, 3 Oz | $22.98
Subtotal: $1,672.77

Repair Order: 40081
Sold S/O Lay P/U Part Number Description Price Sold Now Bin
1 0 0 0 3M-63266 3M #4520 XL Disposable Protective Coveralls $8.00 $8.00
1 0 0 0 3M-63267 3M #4520 XXL Disposable Protective Coverall $8.00 $8.00
2 0 0 0 DCM09311 Sock Hoods $3.27 $6.54
Subtotal $22.54
Repair Order: 40081
Sold S/O Lay P/U Part Number Description Price Discount Sold Now Bin
1 0 0 0 MISC0 Parts for reinstallation of seakeeper $2,500.00 $0.00 $0.00
1 0 0 0 MISC1 Material for Foundation for Seakeeper Install $540.00 $0.00 $0.00
Subtotal $3,040.00
"Repair Order: 40081
Sld S/O Lay P/U Part Number Description Price Discount Sold Now Bin
1 0 0 0 MISC0 Outrigger, Pair 1-1/2"" Carbon Fiber $2,400.00 $0.00 $0.00
Subtotal $2,400.00" 1600 1,600.00
"Repair Order: 40081
Sld S/O Lay P/U Part Number Description Price Sold Now Bin
1 0 0 0 348-9105306130 CRX-1050E/F-S, 1.7CF, AC/DC $1,349.79 $1,349.79
Subtotal $1,349.79" 1349 1,349.00

Total ADP Payroll plus / Acrux: 16,830.00 / 3,400.00 Total:
20,230.00 Total Vendors, Parts and Subs: 33,089.40
Total Cost: 53,319.40
Plus, Misc supplies:
Plus, Work Comp & Ins.:
Misc Supplies: 841.50
Work Comp: 1,866.179
Total: 56,027.079
15% Overhead ADDED: 64,431.14
Sales Tax: 3,865.86

130

Grand Total: 68,297.00

------------------------------WHALER------------------------------------

"9.     Describe all sums expended by SYG in connection with the work performed on the following projects and include the payee, date, amount, and method of payment:
e)     WHALER:

40434
Tasks:

- Install VSAT
- Antifouling (blast, epoxy, 2 coats of paint)
- Engine service
- Soft goods replacement
- Gel coat repairs
- Seakeeper annual service and screen upgrade
- Miscellaneous items: BBQ, antenna base, latch repair in head, cold plate, SK annual service, acrylic hatch, TS mic, sunshade, hose reels, haul block, launch, storage, Garmin parts, etc.
- Sales tax

Complete hit list before departure. See invoice for Whaler.
Payee: Galvez Yachts "bottom prep and apply new antifouling"
Date: 2/9/2023
P.O. No.: 3281
Charges:

- $4,500.00T
- $1,600.00T
- $3,600.00T
- Discount: -$1,800.00T

Total: $7,900.00
Payments/Credits:   -$7,900.00
Yard Fees: Payee: Harbour Towne Haul and Launch - $1,613.60    INVOICE NO.
Admiral Canvas Invoice
DATE: 01/13/2023
Invoice Number: 13954
SHIP DATE | SHIP VIA | TRACKING NO.
P.O. NUMBER:
TERMS: Due on receipt
VESSEL NAME: 42 Boston
Whaler SIZE/HULL NO.: 42
Boston Whaler  # ITEM
DESCRIPTION

| Item Description | QTY | Rate | Amount |
|------------|---|----|-----|
| Recover existing cushions with Sunbrella Horizon Capriccio Ivory and Flax | | | |
| CUSHIONS Helm seats | 3 | 2,875.00 | 8,625.00T |
| CUSHIONS Seats and bolsters | 1 | 28,750.00 | 28,750.00T |
| EMBROIDERY Boston Whaler logo | 1 | 275.00 | 275.00T |
| Misc. Remake starboard backing for one bolster that was cracked | 1 | 375.00 | 375.00T |

131

| Discount Preferred customer discount | 1 | -3,400.00 | -3,400.00T |
| CUSHIONS Helms seats | 1 | -8,625.00 | -8,625.00T |
SUBTOTAL: 26,000.00
Balance Due: $0
Total Paid: $27,613.60
Payroll SYG Team:

| Technician Name | RO # | Job Title | Customer Name | Start Date & Time | End Date & Time | Actual Hours |
|---|---|---|---|---|---|---|
| areyes | 40434 | Garmin parts and misc repairs | Ivankovich, Steve | 1/4/2023 12:32 | 1/4/2023 16:04 | 3.54 |
| areyes | 40434 | Gel Coat repairs | Ivankovich, Steve | 1/19/2023 12:58 | 1/19/2023 16:42 | 3.73 |
| gtorres | 40434 | VSAT Installation | Ivankovich, Steve | 11/9/2022 08:00 | 11/9/2022 18:20 | 10.33 |
| klowder | 40434 | Garmin parts and misc repairs | Ivankovich, Steve | 1/5/2023 09:31 | 1/5/2023 10:06 | 0.58 |
| klowder | 40434 | VSAT Installation | Ivankovich, Steve | 1/9/2023 07:55 | 1/9/2023 15:28 | 7.55 |
| klowder | 40434 | VSAT Installation | Ivankovich, Steve | 1/16/2023 08:11 | 1/16/2023 15:57 | 7.76 |
| klowder | 40434 | TS inop VHF mic | Ivankovich, Steve | 1/20/2023 07:59 | 1/20/2023 14:58 | 6.98 |
| klowder | 40434 | TS inop VHF mic | Ivankovich, Steve | 2/16/2023 10:19 | 2/16/2023 12:22 | 2.05 |
| klowder | 40434 | VSAT Installation | Ivankovich, Steve | 2/16/2023 12:41 | 2/16/2023 15:30 | 2.8 |
| ldenson | 40434 | Garmin parts and misc repairs | Ivankovich, Steve | | | 0 |
| ldenson | 40434 | Hose reels | Ivankovich, Steve | | | 0 |
| ldenson | 40434 | Latch in head | Ivankovich, Steve | | | 0 |
| ldenson | 40434 | Refrigerator plate | Ivankovich, Steve | | | 0 |
| ldenson | 40434 | Garmin parts and misc repairs | Ivankovich, Steve | 1/4/2023 09:58 | 1/4/2023 16:34 | 6.6 |
| ldenson | 40434 | Seakeeper 5 Annual Service | Ivankovich, Steve | 1/5/2023 08:00 | 1/5/2023 15:30 | 7.5 |
| ldenson | 40434 | Head inop | Ivankovich, Steve | 1/6/2023 08:30 | 1/6/2023 15:30 | 7 |
| ldenson | 40434 | Head inop | Ivankovich, Steve | 1/9/2023 08:32 | 1/9/2023 08:32 | 0 |
| ldenson | 40434 | Head inop | Ivankovich, Steve | 1/9/2023 12:54 | 1/9/2023 16:04 | 3.17 |
| ldenson | 40434 | Head inop | Ivankovich, Steve | 1/10/2023 13:07 | 1/10/2023 16:46 | 3.65 |
| ldenson | 40434 | TS inop VHF mic | Ivankovich, Steve | 1/16/2023 08:24 | 1/16/2023 12:15 | 3.84 |

132

| ldenson | 40434 | TS inop VHF mic | Ivankovich, Steve | 1/16/2023 12:55 | 1/16/2023 16:30 | 3.58 |
| ldenson | 40434 | Service Mercury Engines (4) | Ivankovich, Steve | 2/6/2023 08:30 | 2/6/2023 17:14 | 8.73 |
| ldenson | 40434 | Service Mercury Engines (4) | Ivankovich, Steve | 2/7/2023 08:43 | 2/7/2023 13:15 | 4.53 |
| ldenson | 40434 | Blue light head on top | Ivankovich, Steve | 2/20/2023 08:27 | 2/20/2023 09:56 | 1.48 |
| mjuan | 40434 | TS inop VHF mic | Ivankovich, Steve | | | 0 |
| Nacosta | 40434 | TS inop VHF mic | Ivankovich, Steve | 1/20/2023 08:15 | 1/20/2023 13:16 | 5.02 |
| Nacosta | 40434 | TS inop VHF mic | Ivankovich, Steve | 1/20/2023 13:32 | 1/20/2023 17:30 | 3.96 |
| nlinares | 40434 | Acrylic Hatch | Ivankovich, Steve | | | 0 |
| nlinares | 40434 | Antenna base | Ivankovich, Steve | | | 0 |
| nlinares | 40434 | Service Mercury Engines (4) and | Ivankovich, Steve | | | 0 |
| nlinares | 40434 | Sunshade track | Ivankovich, Steve | | | 0 |
| nlinares | 40434 | VSAT Installation | Ivankovich, Steve | | | 0 |
| nlinares | 40434 | VSAT Installation | Ivankovich, Steve | 11/9/2022 8:58 | 11/9/2022 5:08 | 8.18 |
| nlinares | 40434 | VSAT Installation | Ivankovich, Steve | 11/10/2022 8:49 | 11/10/2022 9:15 | 12.43 |
| nlinares | 40434 | VSAT Installation | Ivankovich, Steve | 11/14/2022 9:53 | 11/14/2022 11:05 | 13.2 |
| nlinares | 40434 | Garmin parts and misc repairs | Ivankovich, Steve | 1/3/2023 10:39 | 1/3/2023 12:52 | 2.21 |
| nlinares | 40434 | Garmin parts and misc repairs | Ivankovich, Steve | 1/3/2023 1:40 | 1/3/2023 4:32 | 2.87 |
| nlinares | 40434 | Garmin parts and misc repairs | Ivankovich, Steve | 1/4/2023 8:23 | 1/4/2023 12:12 | 3.8 |
| nlinares | 40434 | Garmin parts and misc repairs | Ivankovich, Steve | 1/5/2023 8:42 | 1/5/2023 9:25 | 0.72 |
| nlinares | 40434 | Seakeeper 5 Annual Service & | Ivankovich, Steve | 1/5/2023 9:25 | 1/5/2023 12:31 | 3.1 |
| nlinares | 40434 | BBQ not heating up | Ivankovich, Steve | 1/6/2023 8:51 | 1/6/2023 12:07 | 3.27 |
| nlinares | 40434 | Blue light head on top | Ivankovich, Steve | 1/9/2023 8:42 | 1/9/2023 12:04 | 3.35 |
| nlinares | 40434 | Blue light head on top | Ivankovich, Steve | 1/9/2023 12:34 | 1/9/2023 3:53 | 3.32 |
| nlinares | 40434 | Garmin parts and misc repairs | Ivankovich, Steve | 1/13/2023 9:11 | 1/13/2023 12:19 | 3.12 |
| nlinares | 40434 | Garmin parts and misc repairs | Ivankovich, Steve | 1/13/2023 1:18 | 1/13/2023 3:06 | 1.79 |
| nlinares | 40434 | Garmin parts and misc repairs | Ivankovich, Steve | 1/16/2023 10:07 | 1/16/2023 10:58 | 0.85 |

133

nlinares          40434  Seakeeper 5 Annual Service &  Ivankovich, Steve          1/19/2023 8:23
          1/19/2023 10:11          1.8

nlinares40434  Service Mercury Engines (4) and          Ivankovich, Steve          2/6/2023 8:25
          2/6/2023 12:474.37

nlinares40434  Service Mercury Engines (4) and          Ivankovich, Steve          2/6/2023 1:59
          2/6/2023 4:57 2.96

nlinares40434  Service Mercury Engines (4) and          Ivankovich, Steve          2/7/2023 8:36
          2/7/2023 1:02 4.42

nlinares40434  Service Mercury Engines (4) and          Ivankovich, Steve          2/7/2023 1:33
          2/7/2023 4:34 3.01

nlinares40434  Service Mercury Engines (4) and          Ivankovich, Steve          2/8/2023 9:45
          2/8/2023 10:370.87

Ramos 40434  Garmin parts and misc repairsIvankovich, Steve          1/4/2023 12:321/4/2023 4:05
          3.54

selaffifi40434  VSAT Installation          Ivankovich, Steve                    0
selaffifi40434  VSAT Installation          Ivankovich, Steve                    0
selaffifi40434  VSAT Installation          Ivankovich, Steve                    0
slarusso          40434  VSAT Installation          Ivankovich, Steve                    0
TMoore40434  Seakeeper 5 Annual Service &  Ivankovich, Steve                    0
wramsey          40434  Acrylic Hatch  Ivankovich, Steve  1/18/2023 12:13          1/18/2023 2:16
          2.05
wramsey          40434  Acrylic Hatch  Ivankovich, Steve  1/18/2023 2:161/18/2023 4:302.23"
          T
Total Hours:     253
Total Payroll Costs: 21,505.00

SYG PARTS DEPT:
"100 0 0 0 MLMR400-75 COAX LMR
CABLE, FLEX LOW-LOSS
SOLID BC 75 OHM $3.90 $390.00
Subtotal $390.00 3 0 0 0 3M-08027 3M White Silicone, 10oz $21.21 $63.63
10 0 0 0 Mix-Rags Mix Rags 50lb Box $3.00 $30.00
3 0 0 0 3M-06520 3M 5200 Fast Cure White, 10oz $57.62 $172.86
2 0 0 0 804010 ADHESIVE-AT8040 CARTRIDGE $40.75 $81.50
Subtotal $347.99  1 0 0 0 WM-MISC5 , ASSORTED GFI OUTLET W/CVR,
PL259, RG8XCCABLE $98.96 $98.96
Subtotal $98.96
Sld S/O Lay P/U Part Number Description Price Sold Now Bin
1 0 0 0 DJ-MISC3 LMR400=500' ROLL (6) LMR CONNECTORS $1,238.57 $1,238.57
Subtotal $1,238.57
1 0 0 0 802878Q52 PAINT-I/O PRIMER LT GRY SPRY $16.87 $16.87
Subtotal $16.87  Sld S/O Lay P/U Part Number Description Price Sold Now Bin
1 0 0 0 HD-MISCSUPPLIES MISC SUPPLIES, CATV
CONNECTORS, CABLE CRIMPER, COAX ADAPTOR
$174.71 $174.71
Subtotal $174.71
Sld S/O Lay P/U Part Number Description Price Sold Now Bin
1 0 0 0 MD-MISC8 ASSORTED HARDWARE SUPPLIES $475.51 $475.51
Subtotal $475.51

134

1 0 0 0 MD-MISC9 ASSORTED HARDWARE ITEMS $424.11 $424.11
Subtotal $424.
11 1 0 0 0 WM-FUSE ASSORTED FUSES 10-30 AMP $14.71 $14.71
Subtotal $14.71
1 0 0 0 MD-FASTENERS2 ASSORTED BOXES OF SCREWS $151.27 $151.27
Subtotal $151.27
1 0 0 0 ACTISENSE NMEA 0183 ACTISENSE NMEA 0183 $410.63 $410.63
Subtotal $410.63
2 0 0 0 ATM-750-6-40-A1A1-P SS GAS SPRING 15"" EXT X 9""
COMPRESSED 40# $90.73 $181.46
Subtotal $181.46
1 0 0 0 AMA-LOCTITE243 Loctite 243 Threalocker, 0.20 fl oz. $13.27 $13.27
1 0 0 0 3M-08017 3M White Silicone, 3 Oz $22.98 $22.98
Subtotal $36.25
1 0 0 0 140-490040 WD-40 11OZ SMART STRAW LOW VOC $14.09 $14.09
Subtotal $14.09
1 0 0 0 50/50 50/50 GLYCOL $41.46 $41.46
1 0 0 0 313408010 vfs/gry 12/24 control module $272.71 $272.71
1 0 0 0 SHS-8 KUS WASTE SENDER 8"" 1.5 NPT W/5 $143.40 $143.40
Subtotal $457.57 2 0 0 0 NOD5Y 5"" Yellow Spreader $1.36 $2.72
1 0 0 0 Acetone Acetone gallon $56.13 $56.13
Subtotal $58.85
1 0 0 0 BP4572 PUMP-FISH BOX 'GROUPER' 12V $363.21 $363.21
Subtotal $363.21
1 0 0 0 GLE-05550-20-SE HOSEMASTER WATER HOSE STORAGE
SYSTEM $234.16 $234.16
Subtotal $234.16
1 0 0 0 GHS-11 GARMIN COMMAND MICROPHONE $262.86 $262.86
1 0 0 0 VHF-315 GARMIN VHF315 RADIO $857.14 $857.14
Subtotal $1,120.00
1 0 0 0 MD-MISCPLUMBING Misc Plumbing $9.99 $9.99
Subtotal $9.99
1 0 0 0 PPP-MISC ASSORTED PLASTIC CUSTOM PARTS $144.46 $144.46
Subtotal $144.46
1 0 0 0 BS-5025 BLUE SEAS 6 CIRCUIT MBLOCK W/ GRD $54.51 $54.51
1 0 0 0 3M-09168 3M 1.88"" #2090 Blue Painter's $15.08 $15.08
1 0 0 0 804010 ADHESIVE-AT8040 CARTRIDGE $40.75 $40.75
50 0 0 0 805950 TIE MOUNT-LRG WHT AT5 $0.90 $45.00
2 0 0 0 010-12523-00 garmin 3 meter (10') $65.71 $131.42
Subtotal $286.76
1 0 0 0 010-12523-00 garmin 3 meter (10') $65.71 $65.71
Subtotal $65.71
1 0 0 0 FREEZER PLATE FREEZER PLATE $457.14 $457.14
Subtotal $457.14
1 0 0 0 MISC0 Parts for Installation $1,600.00 $0.00 $0.00
3 0 0 0 MISC1 Misc Per diem Fees $100.00 $0.00 $0.00
-1 0 0 0 EP1503 EPS PUMP PRT HIGH
TORQUE MOTOR $778.11 $778.11 ($778.11)

135

Case 0:26-cv-61150-RAB Document 6-1 Entered on FLSD Docket 04/21/2026 Page 163 of
Case 0:23-cv-61696-AHS Document 257 Entered on FLSD Docket 08/27/2025 Page 137 of
197 151

-1 0 0 0 ED1800 DISPLAY COLOR SINGLE EPS $1,093.44 $1,093.44 ($1,093.44)
1 0 0 0 AW46 AW 46 HYD OIL, order by 5 gallon
pail, sold by the gallon $19.99 $19.99 $19.99
2 0 0 0 50272-1SP Accumulator, 0.16 L, SAE-6 port $200.02 $200.02 $400.04
1 0 0 0 40446-1SP Zinc Anode, 3/8NPT Plug, 1/2"" Dia. X
1.25"" Long $26.24 $26.24 $26.24
Subtotal $474.72
Sld S/O Lay P/U Part Number Description Price Discount Sold Now Bin
1 0 0 0 MISC0 Parts for Installation $1,600.00 $0.00 $0.00
3 0 0 0 MISC1 Misc Per diem Fees $100.00 $0.00 $0.00
-1 0 0 0 EP1503 EPS PUMP PRT HIGH
TORQUE MOTOR $778.11 $778.11 ($778.11)
-1 0 0 0 ED1800 DISPLAY COLOR SINGLE EPS $1,093.44 $1,093.44 ($1,093.44)
1 0 0 0 AW46 AW 46 HYD OIL, order by 5 gallon
pail, sold by the gallon $19.99 $19.99 $19.99
2 0 0 0 50272-1SP Accumulator, 0.16 L, SAE-6 port $200.02 $200.02 $400.04
1 0 0 0 40446-1SP Zinc Anode, 3/8NPT Plug, 1/2"" Dia. X
1.25"" Long $26.24 $26.24 $26.24
Subtotal $474.72 $0.00
Less Discount $1,900.00 $0.00
Invoice Total ($1,425.28
$0.00   | 1 LM-MERCURY ASSORTED SERVICE PARTS FOR MERCURY (4 ENGINES) | $4,284.34

Subtotal: $4,284.34
4 Anode Kit for Mercury Verado Engines: $50.34 each | Total: $201.36
4 Mercury Oil Filters: $16.50 each | Total: $66.00
Subtotal: $66.00
4 Mercury Oil Seal Yellow Plastic: $12.09 each | Total: $48.36
4 Mercury Belt Serpentine: $47.03 each | Total: $188.12
Subtotal: $236.48
5 Mix Rags 50lb Box: $3.00 each | Total: $15.00
1 Acetone Gallon: $27.84
Subtotal: $42.84
1 Mercury Trim Cylinder Kit: $684.66
4 Mercury Aluminum Anode: $27.30 each | Total: $109.20
4 Mercury Aluminum Anode: $108.73 each | Total: $434.92
Subtotal: $1,228.78
Less Discount: $0.00
1 Cable 26 in Center: $168.77
Subtotal: $168.77
1 Butt Splice 16-14 AWG Blue Adhesive H/S (100 Bag): $47.23
Subtotal: $47.23
1 3M 6" P-1500 Hookit: $281.30
Subtotal: $281.30
1 Sikaflex 291 Lot Black 10.3 Cart: $16.19
Subtotal: $16.19
1 NMEA 2K Drop Cable 2M: $35.69 (-1
returned) Subtotal: $0.00

1 AW 46 Hydraulic Oil: $19.99 per gallon
2 Accumulators, 0.16 L, SAE-6 port: $216.44 each | Total: $432.88
1 Zinc Anode, 3/8NPT Plug: $26.24
1 50/50 Glycol: $41.46
Subtotal: $520.57
1 Patricia Blue LED Light: $61.86 (returns -16)
Subtotal: ($104.26)
Less Discount: $885.50
Invoice Total: ($989.76)
1 Syntelix-3 HW Kit, Router, Modem, VSAT Antenna: $21,857.14
Subtotal: $21,857.14
1 Acetone Gallon: $27.84
3 Mix Rags 50lb Box: $3.00 each | Total: $9.00
Subtotal: $36.84
1 Latch for Head: $25.00
Subtotal: $25.00
1 Shrink Tape 4x60 White: $47.29
Subtotal: $47.29
TOTAL PARTS: $37,561
TOTAL COMBINED JOB TOTAL:   86,679.60

10800
2 storage TD to break out storage new RO Currently at 159 days Done 41232 Harbour Towne Marina
Total Paid: 10,800.00
Job Cost: 10,800.00
40960
3 Paint booth setup and paint supplies for crew
SETUP SPRAY BOOTH AND SUPPLY PARTS TO
CREW

40960
Total Paid:
Eddy Team: assist with paint booth setup on 3/27/2023
Total Hours: 5 425
Repair Order: 40960
Sld S/O Lay P/U Part Number Description Price Sold Now Bin
IND69320 Indasa 6 320C WhiteLine H/L 9 $43.96 $43.96
IND69400 Indasa 6" 400C WhiteLine H/L 9 $44.63 $44.63
Subtotal: $88.59
AWLF8155Q AWLCRAFT 2000 STARK WHITE QUART $96.39 $96.39
Subtotal: $96.39
Acetone Acetone gallon $27.84 $27.84
Subtotal: $27.84
TOTAL PARTS: $212.82
TOTAL: $637.82

Total Paid to Vendors/Subs: $38,413.60
Total Payroll Expense: $21,930.00
Total Sold From Parts To Service: $37,773.82

137

Total Paid By SYG for Whaler:
$98,117.42 Miscellaneous Parts and
Supplies: $1,920.68  Work Comp &
Insurance: $3,434.11
Total: $103,472.21
15% Overhead: $118,993.04
Total with Sales Tax:
$149,643.54 Less AP Sat Domes:
16,500.00
Total paid as of 8/1/2023: 133,143.54

---------------------------AQUAFORM---------------------------------

"9.    Describe all sums expended by SYG in connection with the work performed on the following projects and include the payee, date, amount, and method of payment:
e)    AQUAFORM BOAT

40419
- Receive vessel and deliver to FLL 2022 Boat Show.
- Perform gelcoat repairs at no charge.
- Complete caulking repairs.
- Address and correct steering errors/issues.
- Clean and detail the vessel.
- Relocate and secure the vessel.
- After the boat show, return the vessel to HTM for storage.

Payee: Blue Water Lease Work Yard & SYG Parts
Dept Repair Order: 40419
Description  |  Price
Storage  |  $2000.00
Subtotal: $2,000.00
Part Number | Description | Price | Sold Now
KIM49124 | XL Bunny Suit A20 | $12.54 | $25.08
3M-09168 | 3M 1.88" #2090 Blue Painter's | $15.08 | $15.08
EPC41017 | PINT, 16 Oz Plastic Measuring Pot | $8.40 | $16.80
EPC41032 | QUART, 32 Oz Plastic Measuring Pot | $10.35 | $20.70
SAS6594 | SAS Latex Gloves - Extra Large | $11.70 | $11.70
DCM09311 | Sock Hoods | $3.27 | $3.27
Subtotal $92.63"
SYG Payroll (Employees):

| Tech Name | RO # | Job Title | Customer Name | Start Date & Time | End Date & Time | Actual Hours | Credited Hours |
|-----------|------|-----------|---------------|-------------------|-----------------|--------------|----------------|
| dvalenzuela | 40419 | Clean & Detail | Ivankovich, Steve | | | 0.00 | 3 |
| dvalenzuela | 40419 | Post Delivery Receive and Prep | Ivankovich, Steve | | | 0.00 | 4 |
| EddyCerra | 40419 | Receive Vessel Secure Location | Ivankovich, Steve | | | 0.00 | 2.9 |

138

| Ipalmer | 40419 | Gelcoat Repairs | Ivankovich, Steve | | 0.00 | 0 |
|---|---|---|---|---|---|---|
| Ipalmer | 40419 | Caulking Repairs | Ivankovich, Steve | 11/2/2022 8:02 11/2/2022 12:11 | 4.15 | 4 |
| Idenson | 40419 | Troubleshoot Errors in "Reverse" | Ivankovich, Steve | | 0.00 | 1 |
| mjuan | 40419 | Steering Repairs Optimus | Ivankovich, Steve | | 0.00 | 3.8 |
| TMoore | 40419 | Delivery to FLIBS Captain | Ivankovich, Steve | | 0.00 | 4 |
| TMoore | 40419 | Post FLIBS - Haul, Retrieve | Ivankovich, Steve | | 0.00 | 2 |
| TMoore | 40419 | Post FLIBS Return to Harbor | Ivankovich, Steve | | 0.00 | 3 |

Payee: Marline Inflatables
Company Name: Starboard Yacht
Name: xx
Individual Name: Jake
Signature: 5-Nov-22
Address: Dania Beach, FL
Telephone:
Boat Info
Product Make/Model: AquaForm Inflatables
Engine Make/Model: Small tender repair AquaForm
$420.00
Registration #:
ADRAF011H223 Total:
$420.00
per mile
miles
Total w/o Tax
$420.00 PAID BY SYG

Total Parts and Subassemblies: $512.63
Total Payroll Costs: $5,100.00
Total Payment to BlueWater Lease for Storage: $2,000.00
Total Cost to SYG: $7,612.63

ISLAND HOPPER / COMMERCIAL SHIP / MISC

**40330**
**Customer:** Steve Ivankovich, for Jake Jr.'s Island Hopper Lobster vessel commercial dive charter boat in the Keys.
**Payee:** Humphree USA Inc.
**Address:**
- Jake Stratmann, 103 Dixon Street, Selbyville, Delaware 19975, USA
- 850 N.E. Third Street, Suite 208, Dania Beach, Florida 33004, USA

139

Case 0:26-cv-61150-RAR Document 6-1 Entered on FLSD Docket 04/18/2025 Page 167 141 of
Case 0:23-cv-61696-AHS Document 257 Entered on FLSD Docket 08/27/2025 Page 141 of
197 151

**Salesperson:** Brett Marshall
**Due Date:** 05 October 2022
**Payment Terms:** Net 30
days **Shipment Method:**
SOUS1181
Shipping Agent Code Package Tracking No.
No. Description
Shipment
Date Quantity Unit Unit Price Line Amount
030086 Interceptor X0600 9/7/22 2.00 Piece 1,489.00 1,935.70
020262 Shaft Sleeve Kit Short (Composite) 9/7/22 2.00 Piece
021494 Mounting Plate Kit - 2 x XMP 600 -20 (Composite) 9/7/22 1.00 Piece 334.00 217.10
020165 Servo Unit SU501 9/7/22 2.00 Piece 1,177.00 1,530.10
020146 HCU/RCU Adapter (Molex/Deutsch) 9/7/22 1.00 Piece 35.00 22.75
023636 Control Panel CP512 9/7/22 1.00 Piece 1,131.00 735.15
023659 Control Panel Cable halogen free 20m 9/7/22 1.00 Piece 191.00 124.15
021869 NMEA2000 Drop Cable 2.5 m 9/7/22 1.00 Piece 172.00 111.80
020367 Remote Key Switch Cable 2.5 m 9/7/22 1.00 Piece 25.00 16.25
020258 Installation Kit Interceptor HCS-5 9/7/22 1.00 Piece 32.00 20.80
FREIGHT
Freight 9/7/22 1.00 Piece 552.20
Total paid by SYG for this job: 5,266.00

41273
Payee: SNX Syntelix
Accounts Payable "liabilities" to Starboard Yacht Group LLC.
Aaron Leatherwood advised to return, vendor has been contacted to pick up parts.
SYG remains storing parts sourced at Joe S. requests.
SYG has not made payment to this vendor.
VAT Number: EIN XX-XXX9269
Customer No. CLI000S98
Posting Date: 25/10/2022
Due Date: 24/11/2022
Document Date: 25/10/2022
Payment Terms: 30 days
Payment Method: Transfer
Currency: USD
No. Product
HW0001 353 ROUTER Mikrotik RB2011 UiAS-2HnD-
IN S/N: D5ADODB36680
HW0000133 MODEM iDirect iQ200 RM Mobility + 10Mbps Uplink License
S/N: 120160
HW0000018 VSAT Antenna Intellian v45C (6W Ku)
S/N: V4521050084
Vessel: Cobia 3 (HW)
Syntelix Avances Tecnol6gicos,
S.L. PTL de Vigo, Calle C, Nave
C4 36315 Vigo, Pontevedra
(España) Phone No.: +34 986 064
300

140

Case 0:26-cv-61150-RAR Document 6-1 Entered on FLSD Docket 04/21/2022 Page 168 142 of
197
Case 0:23-cv-61696-AHS Document 257 Entered on FLSD Docket 08/27/2025 Page 142 of
151

Web: www.syntelix.net
Email: billing@syntelix.net
For payment by bank transfer:
Bank: Banco Santander, S.A.
Account No.: XXXXXXXXXXXXXXX5391
IBAN: ES41XXXXXXXXXXXXXXX5391
SWIFT: BSCHESMMXXX
Quantity Unit price % Disc. Amount
1.00 200.00 0.00 200.00
1.00 300.00 0.00 300.00
1.00 3,500.00 0.00 3,500.00
1.00 11,300.00 0.00 11,300.00
Total USD Excl. VAT: 15,300.00
VAT Amount: 0.00
Total USD Incl. VAT: 15,300.00
Total AP for ordered equipment stored: 45,900.00

**Island Hopper, Misc Equipment, and Commercial Ship:**
- Island Hopper paid: $5,266.00
- Commercial Ship H.S. White Sales Order #003057: $80.70
- Misc Equipment AP (Not Paid): $45,900.00

**Total Paid by SYG:** $5,346.70
**Total Paid and AP:** Sat units $30,600.00 + $5,346.70

141

Case 0:26-cv-61150-BAB Document 6-1 Entered on FLSD Docket 04/18/2025 Page 169 143 of
Case 0:23-cv-61696-AHS Document 257 Entered on FLSD Docket 08/27/2025 Page 143 of
197 151

# Final Summary of Contessa Marine Combined Costs

*As of August 1, 2023 – SYG's Expenditures Across Multiple Vessel Projects*

## 1. Octopussy

- **SYG Paid Costs:** $3,356,959.09
- **Work Comp & Insurance Costs:** $83,923.98
  - *(These, combined with the paid costs, reflect Bank Expenses per Buyer's Order of $3,440,883.07)*
- **Accounts Payable "Liabilities" (Octopussy AP):** $1,473,451.0740549
- **Sales Tax:** $259,323.94
- **10% Overhead:**
10% × $3,356,959.09 ≈ **$335,695.91**
- **Total Paid by SYG + AP (Before Overhead):** $5,173,658.01
- **Revised Octopussy Total (Including Overhead):**
$5,173,658.01 + $335,695.91 = **$5,509,353.92**

## 2. IMG Boats Combined Summary

- **Job Total:** $370,130.91
- **Other Costs:**
  - Work Comp & Insurance: $12,954.58
  - Miscellaneous Supplies: $4,269.71
  - 15% Overhead: $45,458.48
- **Total Other Costs:**
$12,954.58 + $4,269.71 + $45,458.48 = **$62,682.77**
- **Overall IMG Boats Total:**
$370,130.91 + $62,682.77 = **$432,813.68**

## 3. Whaler

*(Using figures "with Overhead and Taxes")*

- **Total Amount:** $103,472.21
- **15% Overhead:** $15,520.83
- **Total with Sales Tax:** $149,643.54

## 4. Cobia

*(With Overhead and 6% Sales Tax – Overhead computed as 15% of "ADP Payroll plus Acrux"*

*and "Vendors, Parts, and Subs")*

- **ADP Payroll plus Acrux:** $20,230.00
- **Vendors, Parts, and Subs:** $33,089.40
  - o **Base Subtotal:** $20,230.00 + $33,089.40 = **$53,319.40**
- **Miscellaneous Supplies:** $841.50
- **Work Comp & Insurance:** $1,866.18
- **Overhead (15% of Base Subtotal):**
$0.15 \times \$53,319.40 = \$7,997.91$
- **Subtotal (Excluding Sales Tax):**
$53,319.40 + $841.50 + $1,866.18 + $7,997.91 = **$64,024.99**
- **Sales Tax (6% on Subtotal):**
$0.06 \times \$64,024.99 \approx \$3,841.50$
- **Total with Sales Tax:**
$64,024.99 + $3,841.50 = **$67,866.49**

## 5. Aquaform

- **Parts and Subassemblies:** $512.63
- **Payroll Costs:** $5,100.00
- **Payment to BlueWater Lease for Storage:** $2,000.00
- **Total Costs: $7,612.63**

## 6. Island Hopper, Misc Equipment, and Commercial Ship

- **Island Hopper Paid:** $5,266.00
- **Commercial Ship H.S. White Sales Order #003057:** $80.70
  - o **Total Paid by SYG:** $5,266.00 + $80.70 = **$5,346.70**
- **Sat Dome Accounts Payable (AP):**
  - o *Full liability for Sat dome units:* **$45,900.00**
- **Combined Total (Paid + Sat Dome AP):**
**$5,346.70 + $45,900.00 = $51,246.70**

## 7. Intrepid

- **Total Paid for Parts and Vendors:** $79,047.00
- **Total Paid for Payroll:** $15,503.15
- **Total for Parts, Equipment, Vendors, and Payroll:** $117,755.15
- **Additional Costs:**
  - o Miscellaneous Supplies: $775.16
  - o Workers' Compensation and Insurance: $5,887.76
  - o **Total Costs with Fees:** $124,418.07
- **15% Overhead: $143,080.77**
- **Sales Tax: $8,584.85**
- **Total with Sales Tax: $151,665.62**

143

Case 0:26-cv-61150-RAR Document 6-1 Entered on FLSD Docket 04/18/2025 Page 171 145 of
197 151
Case 0:23-cv-61696-AHS Document 257 Entered on FLSD Docket 08/27/2025 Page 145 of
151

**Overall Combined Totals (as of 8/1/2023)**

| Project | Total Amount |
| --- | --- |
| Octopussy | $5,509,353.92 |
| IMG Boats | $432,813.68 |
| Whaler | $149,643.54 |
| Cobia (with Overhead & 6% Sales Tax) | $67,866.49 |
| Aquaform | $7,612.63 |
| Island Hopper / Misc Equipment / Commercial Ship | $51,246.70 |
| Intrepid | $151,665.62 |
| Overall Combined Total | $6,370,202.58 (approx.) |

# Final Adjustments & Bank Verified Amounts

The bank-verified total reflects only cleared bank transactions and excludes all past or current accounts payable (AP) related to Contessa Marine Research. In other words, neither the Octopussy AP nor the Sat Dome AP are included in this final bank figure.

Starting with an Overall Combined Total of **$6,370,202.58**, the following adjustments have been applied:

1. **Less Octopussy AP:**
   Subtract **$1,473,451.07**
2. **Less Sat Dome AP:**
   Subtract **$45,900.00**
3. **Less Estimated Tax Liabilities (at 6%):**
   6% × $6,370,202.58 ≈ **$382,212.15**
4. **Less Seakeeper 35 Return:**
   Subtract **$170,004.20**

**Calculation Steps:**

- **Step 1:**
  $6,370,202.58 − $1,473,451.07 = **$4,896,751.51**
- **Step 2:**
  $4,896,751.51 − $45,900.00 = **$4,850,851.51**
- **Step 3:**
  $4,850,851.51 − $382,212.15 = **$4,468,639.36**
- **Step 4:**
  $4,468,639.36 − $170,004.20 = **$4,298,635.16**

Thus, the **Final Bank Verified Amount** is approximately **$4,298,635.16**, representing SYG's net costs.

In addition, sales tax of **$45,194.58** has been paid on a taxable amount of **$706,908.56**. Therefore, the **Total Verified Paid to Date** is calculated as follows:

$4,298,635.16 (net costs) + $45,194.58 (sales tax) = **$4,343,829.74**

**Sales Tax Summary:**

- **NonTaxable Amount:** $0.00
- **Total Sales Tax Paid by SYG:** $45,194.58
- **Tax Exempt Amount:** $0.00
- **Taxable Amount:** $706,908.56

**Bank Verified Amounts & Reconciliation Notes ("SYG Verified Cost Offsets"):**

- **Octopussy AP:** $1,473,451.07
  *This liability is included for reconciliation purposes but has been excluded from the bank-verified transactions.*
- **Sat Dome AP:** $45,900.00
  *This full liability is subtracted as part of the final adjustments.*
- **Verified Tax Liabilities:**
  Calculated at 6% of the Overall Combined Total, approximately **$382,212.15**.
- **Paid Sales Tax:**
  An amount of **$45,194.58** has been paid and is included in the final verified total.
- **Verified Seakeeper 35 Return:**
  An adjustment of **$170,004.20** is subtracted based on the completed audit.

**Total Adjusted Amount:**
The final net, bank-verified amount is **$4,298,635.16**.

These figures are final and have been confirmed through the completed Sales Tax Audit and bank reconciliation. All AP items (both Octopussy and Sat Dome) have been removed to reflect SYG's actual cash position. The sales tax audit confirms that $45,194.58 in tax was paid on taxable costs of $706,908.56.

**Final Summary:**

- **Final Bank Verified Amount (Net Costs):** Approximately $4,298,635.16
- **Sales Tax Paid:** $45,194.58
- **Total Verified Paid to Date:** Approximately $4,343,829.74

**Sales Tax Report from Lightspeed**
**Tax Category Date Doc Description Doc # Customer Taxable Amount Non-Taxable Amount**

**Tax Exempt Rate Amount**
**Taxable Type: Taxable**

**Description: Sales Tax %**
823 Tax Report - Category Only - Grouped By Taxable, Non-Taxable, Exempt (copy)
Printed On: 01/28/2025 3:14 PM
Sort By: Management Activity Invoices :: Document Date - Date Only
Group By: Taxable Type, Description
Filter: (Management Activity Invoices :: Document Date - Date Only is between '1/1/2022' and '1/30/2024' and Totals is not equal to 0 and Management Activity Invoices :: Customers :: Last Name is equal to 'Ivankovich')

**Tax Category Date Doc Description Doc # Customer Taxable Amt Non-Taxable Amt**
**Tax Exempt Rate Amount**
**Taxable Type: Taxable**
**Description: Refit Tax**
Refit Tax 12/31/2023 Sales Deal 50008 Contessa Marine 3,933,072.74 0.00 0.00 7% 60,050.00
Refit Tax 12/31/2023 Sales Deal Unfinalize 50008 Contessa Marine -3,933,072.74 0.00 0.00 7% -60,050.00
Refit Tax 12/31/2023 Sales Deal 50008 Contessa Marine 3,846,722.74 0.00 0.00 7% 60,050.00
Refit Tax 12/31/2023 Sales Deal Unfinalize 50008 Contessa Marine -3,846,722.74 0.00 0.00 7% -60,050.00
**Non-Taxable Amt**
**0.00**
**Amount**
**0.00**
**Tax Exempt**
**0.00**
**Taxable Amt**
**Description: Refit Tax sub totals (4 records) 0.00**
**Description: Sales Tax %**
Sales Tax % 12/14/2022 Reverse Repair Order 40081 Contessa Marine -330.00 0.00 0.00 7% -23.10
Sales Tax % 12/14/2022 Reverse Repair Order 40960 Contessa Marine -656.25 0.00 0.00 7% -45.94
Sales Tax % 12/14/2022 Reverse Repair Order 40960 Contessa Marine -212.82 0.00 0.00 7% -14.90
Sales Tax % 12/14/2022 Reverse Repair Order 40081 Contessa Marine -21,790.00 0.00 0.00 7% -1,357.40
Sales Tax % 12/14/2022 Reverse Repair Order 40081 Contessa Marine -21,462.00 0.00 0.00 7% -1,337.72
Sales Tax % 12/14/2022 Reverse Repair Order 40081 Contessa Marine -1,599.79 0.00 0.00 7% -111.99
Sales Tax % 12/14/2022 Reverse Repair Order 40081 Contessa Marine -2,475.00 0.00 0.00 7% -173.25
Sales Tax % 12/14/2022 Reverse Repair Order 40081 Contessa Marine -500.00 0.00 0.00 7% -35.00
Sales Tax % 12/14/2022 Reverse Repair Order 40081 Contessa Marine -862.50 0.00 0.00 7% -60.38
Sales Tax % 12/14/2022 Reverse Repair Order 40815 Contessa Marine -564.68 0.00 0.00 7% -39.53
Sales Tax % 12/14/2022 Reverse Repair Order 41232 Contessa Marine -14,310.00 0.00 0.00 7% -908.60
Sales Tax % 12/14/2022 Reverse Repair Order 41002 Contessa Marine -14,987.00 0.00 0.00 7% -949.22
Sales Tax % 12/14/2022 Reverse Repair Order 40624 Contessa Marine -15,312.20 0.00 0.00 7% -968.73
Sales Tax % 12/14/2022 Repair Order 40081 Contessa Marine 21,462.00 0.00 0.00 7% 1,337.72

146

Sales Tax % 12/14/2022 Repair Order 40081 Contessa Marine 330.00 0.00 0.00 7% 23.10
Sales Tax % 12/14/2022 Repair Order 40081 Contessa Marine 1,599.79 0.00 0.00 7% 111.99
Sales Tax % 12/14/2022 Repair Order 40081 Contessa Marine 862.50 0.00 0.00 7% 60.38
Sales Tax % 12/14/2022 Repair Order 40081 Contessa Marine 6,600.00 0.00 0.00 7% 446.00
Sales Tax % 12/14/2022 Repair Order 40081 Contessa Marine 2,475.00 0.00 0.00 7% 173.25
Sales Tax % 12/14/2022 Repair Order 40081 Contessa Marine 500.00 0.00 0.00 7% 35.00
Sales Tax % 12/14/2022 Repair Order 40081 Contessa Marine 21,790.00 0.00 0.00 7% 1,357.40
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine 961.86 0.00 0.00 7% 67.33
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine 2,250.00 0.00 0.00 7% 157.50
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine 10,183.06 0.00 0.00 7% 660.98
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine 3,293.72 0.00 0.00 7% 230.56
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine 328.13 0.00 0.00 7% 22.97
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine 7,293.74 0.00 0.00 7% 487.62
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine 2,304.89 0.00 0.00 7% 161.34
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine 637.90 0.00 0.00 7% 44.65
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine 309.79 0.00 0.00 7% 21.69
**Tax Category Date Doc Description Doc # Customer Taxable Amt Non-Taxable Amt Tax Exempt Rate Amount**
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $28,600.00 7% $1,766.00
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $525.00 7% $36.75
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $1,867.64 7% $130.73
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $42,191.49 7% $2,581.49
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $1,774.96 7% $124.25
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $4,096.87 7% $286.78
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $131.25 7% $9.19
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $287.50 7% $20.13
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $8,690.00 7% $571.40
Sales Tax % 12/14/2022 Repair Order 41232 Contessa Marine $14,310.00 7% $908.60
Sales Tax % 12/14/2022 Repair Order 40960 Contessa Marine $212.82 7% $14.90
Sales Tax % 12/14/2022 Repair Order 40960 Contessa Marine $5.00 7% $0.35
Sales Tax % 12/14/2022 Repair Order 40960 Contessa Marine $656.25 7% $45.94
Sales Tax % 12/14/2022 Repair Order 41002 Contessa Marine $14,987.00 7% $949.22
Sales Tax % 12/14/2022 Repair Order 40624 Contessa Marine $15,312.20 7% $968.73
Sales Tax % 12/14/2022 Repair Order 41003 Contessa Marine $63,300.00 7% $3,848.00
Sales Tax % 12/14/2022 Repair Order 41003 Contessa Marine $1,040.00 7% $72.80
Sales Tax % 12/14/2022 Repair Order 40623 Contessa Marine $4,682.32 7% $327.76
Sales Tax % 12/14/2022 Repair Order 40620 Contessa Marine $2,000.00 7% $140.00
Sales Tax % 12/14/2022 Repair Order 40620 Contessa Marine $27,249.63 7% $1,684.98
Sales Tax % 12/14/2022 Repair Order 40619 Contessa Marine $26,209.19 7% $1,622.55
Sales Tax % 12/14/2022 Repair Order 40511 Contessa Marine $17,142.85 7% $1,078.57
Sales Tax % 12/14/2022 Repair Order 40625 Contessa Marine $2,657.64 7% $186.03
Sales Tax % 12/14/2022 Repair Order 40621 Contessa Marine $13,829.28 7% $879.76
Sales Tax % 12/14/2022 Repair Order 40622 Contessa Marine $9,916.17 7% $644.97
Sales Tax % 12/14/2022 Repair Order 40815 Contessa Marine $564.68 7% $39.53
Sales Tax % 12/14/2022 Repair Order 40815 Contessa Marine $18.75 7% $1.31
Sales Tax % 12/14/2022 Repair Order 40639 Contessa Marine $1,838.51 7% $128.70
Sales Tax % 12/14/2022 Repair Order 40617 Contessa Marine $5,862.36 7% $401.74
Sales Tax % 12/14/2022 Repair Order 40614 Contessa Marine $8,576.18 7% $564.57

Case 0:26-cv-61150-RAB Document 6-1 Entered on FLSD Docket 04/18/2025 Page 175 149 of
Case 0:23-cv-61696-AHS Document 257 Entered on FLSD Docket 08/27/2025 Page 149 of
197 151

Sales Tax % 12/14/2022 Repair Order 40615 Contessa Marine $92.90 7% $6.50
Sales Tax % 12/14/2022 Repair Order 40615 Contessa Marine $3,492.02 7% $244.44
Sales Tax % 12/14/2022 Repair Order 40615 Contessa Marine $9,457.56 7% $617.45
Sales Tax % 12/14/2022 Repair Order 40615 Contessa Marine $841.36 7% $58.90
Sales Tax % 12/14/2022 Repair Order 40615 Contessa Marine $82.95 7% $5.81
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $28,600.00 7% $1,766.00
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $525.00 7% $36.75
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $1,867.64 7% $130.73
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $42,191.49 7% $2,581.49
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $1,774.96 7% $124.25
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $4,096.87 7% $286.78
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $131.25 7% $9.19
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $287.50 7% $20.13
Sales Tax % 12/14/2022 Repair Order 40434 Contessa Marine $8,690.00 7% $571.40
Sales Tax % 12/14/2022 Repair Order 41232 Contessa Marine $14,310.00 7% $908.60
Sales Tax % 12/14/2022 Repair Order 40960 Contessa Marine $212.82 7% $14.90
Sales Tax % 12/14/2022 Repair Order 40960 Contessa Marine $5.00 7% $0.35
Sales Tax % 12/14/2022 Repair Order 40960 Contessa Marine $656.25 7% $45.94
Sales Tax % 12/14/2022 Repair Order 41002 Contessa Marine $14,987.00 7% $949.22
Sales Tax % 12/14/2022 Repair Order 40624 Contessa Marine $15,312.20 7% $968.73
Sales Tax % 12/14/2022 Repair Order 41003 Contessa Marine $63,300.00 7% $3,848.00
Sales Tax % 12/14/2022 Repair Order 41003 Contessa Marine $1,040.00 7% $72.80
Sales Tax % 12/14/2022 Repair Order 40623 Contessa Marine $4,682.32 7% $327.76
Sales Tax % 12/14/2022 Repair Order 40620 Contessa Marine $2,000.00 7% $140.00
Sales Tax % 12/14/2022 Repair Order 40620 Contessa Marine $27,249.63 7% $1,684.98
Sales Tax % 12/14/2022 Repair Order 40619 Contessa Marine $26,209.19 7% $1,622.55
Sales Tax % 12/14/2022 Repair Order 40511 Contessa Marine $17,142.85 7% $1,078.57
Sales Tax % 12/14/2022 Repair Order 40625 Contessa Marine $2,657.64 7% $186.03
Sales Tax % 12/14/2022 Repair Order 40621 Contessa Marine $13,829.28 7% $879.76
Sales Tax % 12/14/2022 Repair Order 40622 Contessa Marine $9,916.17 7% $644.97
Sales Tax % 12/14/2022 Repair Order 40815 Contessa Marine $564.68 7% $39.53
Sales Tax % 12/14/2022 Repair Order 40815 Contessa Marine $18.75 7% $1.31
Sales Tax % 12/14/2022 Repair Order 40639 Contessa Marine $1,838.51 7% $128.70
Sales Tax % 12/14/2022 Repair Order 40617 Contessa Marine $5,862.36 7% $401.74
Sales Tax % 12/14/2022 Repair Order 40614 Contessa Marine $8,576.18 7% $564.57
Sales Tax % 12/14/2022 Repair Order 40615 Contessa Marine $92.90 7% $6.50
Sales Tax % 12/14/2022 Repair Order 40615 Contessa Marine $3,492.02 7% $244.44
Sales Tax % 12/14/2022 Repair Order 40615 Contessa Marine $9,457.56 7% $617.45
Sales Tax % 12/14/2022 Repair Order 40615 Contessa Marine $841.36 7% $58.90

**Sales Tax Report**
**Date:** 12/14/2022
**Repair Order:** 40615
**Customer:** Contessa Marine
**Amount:** $82.95
**Tax Rate:** 7%
**Tax Amount:** $5.81
**Taxable Type:** Taxable
**Description:** Sales Tax %

---

**Transactions:**

- **12/14/2022 Reverse Repair Order 41084:**

**Customer:** Contessa Marine

**Amount:** -$262.50

**Tax Rate:** 7%

**Tax Amount:** -$18.38

- **12/14/2022 Repair Order 40615: Customer:** Contessa Marine

**Amount:** $841.36

**Tax Rate:** 7%

**Tax Amount:** $58.90

- **12/14/2022 Repair Order 40802: Customer:** Contessa Marine

**Amount:** $25.00

**Tax Rate:** 7%

**Tax Amount:** $1.75

- **12/14/2022 Repair Order 40802: Customer:** Contessa Marine

**Amount:** $816.24

**Tax Rate:** 7%

**Tax Amount:** $57.14

- **12/14/2022 Reverse Repair Order 40081:**

**Customer:** Contessa Marine

**Amount:** -$6,600.00

**Tax Rate:** 7%

**Tax Amount:** -$446.00

- **12/14/2022 Reverse Repair Order 40960:**

**Customer:** Contessa Marine

**Amount:** -$5.00

**Tax Rate:** 7%

**Tax Amount:** -$0.35

- **12/22/2022 Repair Order 41162: Customer:** Contessa Marine

**Amount:** $36,600.00

**Tax Rate:** 7%

**Tax Amount:** $2,246.00

- **12/22/2022 Reverse Repair Order 41162:**

**Customer:** Contessa Marine

**Amount:** -$910.00

**Tax Rate:** 7%

**Tax Amount:** -$63.70

- **12/22/2022 Repair Order 41162: Customer:** Contessa Marine

**Amount:** $910.00

**Tax Rate:** 7%

**Tax Amount:** $63.70

...

**Summary:**

- **Non-Taxable Amount:** $0.00
- **Total Amount Paid by SYG:** $45,194.58

149

- **Tax Exempt Amount:** $0.00
- **Taxable Amount:** $706,908.56
- **Number of Records:** 1176

Repair Order Notes:

54. 40647 Cost + 10%, consolidated to single RO for LMC charges.

55. 40648 Cost + 10%, not used, consolidated to LMC charges during reconciliation with Aaron Leatherwood.

78. 41298 Transformer setup and maintenance, MU Prep billed in 41172.

79. 41299 AC equipment, MU Prep billed in 40911.

## FURTHER AFFIANT SAYETH NAUGHT.

**Brian Kenny**
**Affiant**
**Chief Financial Officer**
**Starboard Yacht Group LLC**

Dated: _Aug 27_____, 2025

Sworn to and subscribed before me this _27th_ day of _August_, 2025, by Brian Kenny, who is personally known to me or has produced _____ as identification.

Notary Public
State of Florida
My Commission Expires: _7/24/26_

MATTHEW JOHN VALCOURT
Notary Public - State of Florida
Commission # HH 246781
My Comm. Expires Jul 24, 2026
Bonded through National Notary Assn.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

**Case No.: 0:26-cv-60289-WPD**

# EXHIBIT E

## FAEGRE C&D LETTER (03/04/2026)

|  |  |
|---|---|
| **Packet File:** | 11_EXHIBIT_E_FAEGRE_CD_20260304.pdf |
| **Complaint Reference:** | Section IV.A, p. 28 |

## PURPOSE AND RELEVANCE

This exhibit shows coordinated legal pressure and suppression messaging through counsel channels. The Faegre Drinker cease-and-desist letter demonstrates enterprise coordination.

## ASSEMBLY NOTES

*Preserve the body exactly as packeted.*

March 4, 2026



**Starboard Yacht Group**

**776** posts    **3,246** followers    **4,692** following

Boat Service
⚓ Leaders in Marine Stabilization
⚓ Seakeeper and Humphree Dealer
⚓ Full-service boat refit center
📍 5 Locations
850 NE 3rd St Suite 208, Dania Beach, Florida
🔗 linktr.ee/starboardyacht

Follow    Message    Contact    ⌄

This is SYG

And Starboard continues to represent that it offers Seakeeper Ride products, as well, even though Starboard has not purchased any Seakeeper Ride products from Seakeeper since October 2024.



SEAKEEPER
RIDE
Install a Seakeeper Ride with Starboard Yacht

Any attempt by Starboard to represent itself as a Seakeeper-affiliated entity, including but not limited to the following activities, constitutes a willful and materially false misrepresentation, trademark infringement, false advertising, unfair competition, and a breach of the termination provisions of the Certified Dealer Non-Exclusive Agreement and Seakeeper Ride Certified Dealer Agreement:

- Use of the Seakeeper name, image, logos, or likeness, including the Seakeeper Ride logo, on Starboard's website, social media profiles and posts, brochures, or marketing materials.

March 4, 2026

- Attempting to procure Seakeeper or Seakeeper Ride products, parts, or services.

- Representing Starboard as a Seakeeper dealer or service provider to the public, clients, prospective clients, vendors, or partners.

- Advertising or conducting business under the pretense of continued affiliation with Seakeeper.

Seakeeper demands that Starboard's use of Seakeeper or Seakeeper Ride's name, image, trademarks, products, branding, and intellectual property **immediately stop**, and Starboard must immediately comply with the following directives:

1. **REMOVE** all instances of the Seakeeper or Seakeeper Ride's name, logo, likeness, product descriptions, dealer listings, or service affiliations from Starboard's website, social media profiles, digital channels, printed materials, signage, and/or any other customer-facing platforms **no later than 5PM (EST) on March 13, 2026**.

2. **CEASE ALL ATTEMPTS** to procure Seakeeper or Seakeeper Ride parts, products, or systems on behalf of customers or third parties. You are not authorized to purchase or install Seakeeper or Seakeeper Ride systems under any capacity.

3. **STOP REPRESENTING** Starboard to any party as being affiliated with or endorsed by Seakeeper or Seakeeper Ride. This includes verbal, digital, printed, or social media communications.

4. **PROVIDE WRITTEN CONFIRMATION** to the undersigned counsel that all Seakeeper and Seakeeper Ride branding, images, links, and references have been removed and that no further misrepresentation will occur. This must be submitted to our office **no later than 5 PM (EST) on March 13, 2026**.

Starboard's failure to fully comply with Seakeeper's directives will result in immediate legal action. **ATTACHED TO THIS LETTER IS A DRAFT COMPLAINT** that Seakeeper will file against Starboard in the United States District Court for the District of Maryland.

Seakeeper reserves all rights to supplement and revise this complaint with more claims for damages and injunctive relief and is providing a draft copy in a good faith attempt to resolve Starboard's unlawful conduct. Seakeeper also reserves all rights to pursue a claim based on the Seakeeper Ride Certified Dealer Agreement.

Starboard's disregard of these directives will leave us no choice but to pursue immediate legal action and to seek the fullest relief permitted by law.

Sincerely,

Traci T. McKee

- 7 -                                                     March 4, 2026

Enclosures:    Dec. 2, 2024 Termination
               Feb. 28, 2025 Email from C. Hoey to J. Stratmann
               July 9, 2025 Cease & Desist Letter
               October 30, 2025 Cease & Desist Letter
               Draft Complaint
               February 11, 2026 Seakeeper Ride Termination



December 2, 2024

**Starboard Yacht Group**
850 NE 3rd Street, Suite 106
Dania Beach, FL 33004

Re: Termination of the Seakeeper Certified Dealer Non-Exclusive Agreement

Dear Starboard Yacht Group:

Seakeeper, Inc. ("Seakeeper") provides this formal notice in accordance with Article XI, Term and Termination of the Certified Dealer Non-Exclusive Agreement ("Agreement") between Seakeeper and Starboard Yacht Group ("Dealer") with the intention of terminating the Agreement, effective immediately.

Per Section 72, During the term of this Agreement or any renewal thereof, this Agreement may be terminated by SEAKEEPER by written notice for any one or more of the following clauses, "**72.4. If DEALER conducts itself or its business so as to adversely affect the good name, reputation or goodwill of SEAKEEPER or the Product, or uses any Trademark in a manner not approved by SEAKEEPER**".

The decision to terminate this relationship is based on the following reasons:
- **Process Proficiency**: There has been insufficient understanding of Seakeeper's service processes, which has affected operational efficiency;
- **Mission Alignment**: A misalignment with Seakeeper's mission and core values has made it increasingly difficult to sustain a cohesive partnership;
- **Communication Gaps**: A persistent lack of transparent communication with the sales team has impeded collaboration and effective business operations;
- **Timeliness**: Failure to provide required information within agreed-upon timelines has disrupted workflows and delayed critical initiatives;
- **Sales Performance**: A consistent year-over-year decline in sales has raised concerns about growth and long-term viability; and
- **Outstanding Balances**: Financial obligations have consistently exceeded the credit limits provided, which has created an unsustainable situation.

Please review Article XII – Duties of Dealer Upon Termination and ensure compliance with all points. Please provide a list of any materials that are required to be returned to Seakeeper per Clause 75.6 of the Agreement and an RMA will be provided, along with pre-paid shipping labels.

Respectfully,

Seakeeper Management

---

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

**Case No.: 0:26-cv-60289-WPD**

# EXHIBIT F

## IVANKOVICH COBIA 33 DC (SK-2) EMAIL PILLAR (MAY 7-8, 2022)

| | |
|---|---|
| **Packet File:** | 12_EXHIBIT_F_RICO_20260414.pdf |
| **Complaint Reference:** | Section I.A, ¶¶ 4b–4e, pp. 3–4 |

SCAPEGOAT LANE

## PURPOSE AND RELEVANCE

This exhibit is the early threat lane tied to Seakeeper, Cobia, and Maverick references. The email pillar establishes the timeline of coordinated enterprise pressure and the origins of the scapegoat strategy — directing blame onto Stratmann while the enterprise controlled spending allocation.

## ASSEMBLY NOTES

*Preserve native email headers.*

| | |
|---|---|
| **From:** | Steven IVANKOVICH |
| **To:** | Jake Stratmann |
| **Cc:** | Joe Seinitz |
| **Subject:** | Re: More Cobia Issues SEAKEEPER CORROSION EXCESSIVE |
| **Date:** | Saturday, May 7, 2022 3:22:47 AM |

Jake,

If the damage to the SeaKeeper is a result of poor design and installation on behalf of Cobia then I am certainly not going to pay for a new one.

Per the response of Tripper Vincent, they have no shame and will try to hide and obviate behind whatever excuse they can find.

So, stop the work on the boat, as I am going to have to take this into litigation with both SeaKeeper, Cobia and Marine Connection.

I can also promise you that unless SeaKeeper will stand by their product or opine that the placement and the installation of the SeaKeeper under the water line and without sufficient means to prevent bilge water from entering the SeaKeeper hold, I am not going to entertain their product for the Octopussy.

In terms of politics, everyone is going to be dragged into this litigation. SeaKeeper, Cobia and Marine Connection.

Regards,

Steven Ivankovich


On May 7, 2022, at 12:45 AM, Jake Stratmann <jake@starboardyacht.com> wrote:

Steve and Joe,
Hope this finds you both well.
Please find the Trade in cost of the existing SK 2. Sorry to have been the one to take the photos and show the current condition of the unit due to corrosion and make this recommendation; however, it makes a lot more sense to replace the unit using the trade in discount than to put 8,000 min to replace all the corroded components and have a unit that may be unreliable and out of warranty vs the additional 5K to renew and have another 2 years and 2000 hours of warranty.
Hopefully, Cobia gets with customer service and supports you to allow for some pleasure onboard their product as I hope they intended "Shameful".
Sorry I can not be the one to roll up my sleaves with them; however, I must play Politics to avoid conflict with Seakeeper. I believe the photo album provides enough facts such that they can not duck and hide from negligence and help in this expense at a minimum.

The relocation is going to be 20K so all in your looking at 35K for this job.

Respectfully,

**Respectfully,**
*Jake Stratmann*
**CEO**
**\<image012.png\>**
**\<image013.png\>**

*Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com
*We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!*
\<image014.png\> \<image015.jpg\> \<image016.png\> \<image017.jpg\>
\<image018.jpg\> \<image019.png\> \<image020.png\> \<image021.jpg\>

**From:** Tripper Vincent <tvincent@maverickboatgroup.com>
**Sent:** Wednesday, May 4, 2022 1:47 PM
**To:** Jake Stratmann <jake@starboardyacht.com>; Steven Ivankovich <sivankovic@aol.com>; Dan Fujiwara <dan@marineconnection.com>
**Cc:** Steve Berry <sberry@maverickboatgroup.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>; Joe Seinitz <jseinitz@yahoo.com>; Jeff Vrana <Jeff@starboardyacht.com>
**Subject:** RE: More Cobia Issues SEAKEEPER CORROSION EXCESSIVE

Jake,

Good afternoon. My apologies, certainly not trying to insinuate your teams, ability to resolve and or improve upon a customer experience with their vessel. I guess I was confused as to why, we were cc'd on the emails regarding the placement and condition of the Seakeeper installed during production. We were just providing some oversite and support as to why. Since you have everything under control, I do not see that there is any need for MBG to be included in communication regarding this issue. If in the future you need support from MBG, please do not hesitate to contact us.

Respectfully,

Tripper

**Tripper Vincent**

Director Customer Care

772.465.0631 x 2103

\<image011.png\>

**From:** Jake Stratmann <jake@starboardyacht.com>
**Sent:** Wednesday, May 4, 2022 11:57 AM
**To:** Tripper Vincent <tvincent@maverickboatgroup.com>; Steven Ivankovich <sivankovic@aol.com>; Dan Fujiwara <dan@marineconnection.com>

**Cc:** Steve Berry <sberry@maverickboatgroup.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>; Joe Seinitz <jseinitz@yahoo.com>; Jeff Vrana <Jeff@starboardyacht.com>

**Subject:** RE: More Cobia Issues SEAKEEPER CORROSION EXCESSIVE

Tripper,

Seakeeper is an amazing product manufacturer who provides the yachting industry with a solution to eliminate boat roll with a package that we find when installed properly exceeds our customers' expectations.

Seakeeper has developed OEM and Refit account managers who support OEM and Refit accounts and dealers. I am very much a fan of collaboration and have worked for numerous manufacturers directly and been the customer and support contracted vendor for dozens.

SYG is a refit and engineering firm and are currently looking to improve the performance of the 33DC cobia as directed by my Client Steve Ivankovich. I'm have 0 other interests; however, am happy to benefit and work with anyone who may be able to provide more intel and / collaborate with us to improve our knowledge and ability to provide a better experience to our customer base.

I'm not looking to spend more time writing emails and brining Seakeeper into this as I'm very knowledgeable with their team and representatives and value peoples time and mine.

If you have any specific questions for me to consult with them, please advise and I'll follow up and get back to you or copy them in. Otherwise please leave them out of this claim, we currently are dealing with some warranty items with Seakeeper alarms through their service support dept as the unit is under warranty.

Respectfully,

**Respectfully,**
**Jake Stratmann**
**CEO**
<image012.png>
<image013.png>

## Starboard Yacht Group

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

*We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!*

<image014.png> <image015.jpg> <image016.png> <image017.jpg>
<image018.jpg> <image019.png> <image020.png> <image021.jpg>

**From:** Tripper Vincent <tvincent@maverickboatgroup.com>
**Sent:** Wednesday, May 4, 2022 9:11 AM
**To:** Jake Stratmann <jake@starboardyacht.com>; Steven Ivankovich <sivankovic@aol.com>; Dan Fujiwara <dan@marineconnection.com>

**Cc:** Steve Berry <sberry@maverickboatgroup.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>; Joe Seinitz <jseinitz@yahoo.com>; Jeff Vrana <Jeff@starboardyacht.com>

**Subject:** RE: More Cobia Issues SEAKEEPER CORROSION EXCESSIVE

Jake,

Good morning. Thanks for your updates. May I suggest that you include Seakeeper Corporate on these emails, to have their input as well. Seakeeper directed and installed at our facility this unit during production. They should have input that you may find helpful, since this unit was at their direction. If there is a problem that needs to be resolved, it is always best to have all parties working towards a solution. Have a wonderful day.

Respectfully,

Tripper

**Tripper Vincent**

Director Customer Care

772.465.0631 x 2103

<image011.png>

**From:** Jake Stratmann <jake@starboardyacht.com>

**Sent:** Tuesday, May 3, 2022 9:21 PM

**To:** Steven Ivankovich <sivankovic@aol.com>; Dan Fujiwara <dan@marineconnection.com>

**Cc:** Tripper Vincent <tvincent@maverickboatgroup.com>; Steve Berry <sberry@maverickboatgroup.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>; Joe Seinitz <jseinitz@yahoo.com>; Jeff Vrana <Jeff@starboardyacht.com>

**Subject:** RE: More Cobia Issues SEAKEEPER CORROSION EXCESSIVE

Dan and Steve,

I've found and uploaded more pictures from Feb 25 visit to vessel. Also note the hatch has only 1 drain on the port side and depending on the sea conditions or list of the vessel to the stbd side water is likely to top the gutter and drain on top of the Seakeeper to the bilge. This area is where we find the most corrosion and the most sensitive and consolidated components of the Seakeeper 2. Also see clogged drains and standing water which I removed and drained while onboard.

Recommend adding stbd side drain to allow for draining regardless of list or roll of vessel port or stbd to avoid topping the gutters and water ingress to bilge area for pump evacuation.

Looking forward to a better configuration forward, weight distribution, performance underway, draining and Seakeeper space forward under the hardtop.

# Click below link to view additional updated photos:

https://drive.google.com/drive/folders/1H6fSQDSzWR5dvAfhLuHr2hHxY1JCnlYL

Respectfully,

**Respectfully,**

***Jake Stratmann***

**CEO**

**<image012.png>**

## *Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com
***We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!***
<image014.png> <image015.jpg> <image016.png> <image017.jpg>
<image018.jpg> <image019.png> <image020.png> <image021.jpg>

**From:** Steven Ivankovich <sivankovic@aol.com>
**Sent:** Tuesday, May 3, 2022 5:56 PM
**To:** Dan Fujiwara <dan@marineconnection.com>
**Cc:** Tripper Vincent <tvincent@maverickboatgroup.com>; Steve Berry <sberry@maverickboatgroup.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>; Joe Seinitz <jseinitz@yahoo.com>; Jeff Vrana <Jeff@starboardyacht.com>; Jake Stratmann <jake@starboardyacht.com>
**Subject:** Re: More Cobia Issues SEAKEEPER CORROSION EXCESSIVE
Correct for 1 and 2
Thanks for the rest.


On May 3, 2022, at 8:52 PM, Dan Fujiwara <dan@marineconnection.com> wrote:


Good Afternoon Steve
The 2 items I am knowledgeable about
1. I have the cushion, you were going to let me know where to ship?
2. The Refrigerator handle is coming from the Mfg and I have not seen it yet ( I actually have many on order )
Also from your email you believe the installation of the SeaKeeper is the problem?
I will forward these pictures to Tripper and Steve at MBG and also seek their input

---



**Dan Fujiwara** Service Manager 863-514-5452 mobile • 561-582-7411 ext 202

**Marine Connection** of West Palm Beach 2807 S. Military Trail, West Palm Beach, FL, 33415

www.marineconnection.com

On Tue, May 3, 2022 at 1:54 PM Jake Stratmann <jake@starboardyacht.com> wrote:

Steven and Dan,

Hope this finds you doing well. I've attached a link below to add photos showing the units current condition. What I know is that when I visited the vessel in Palm Beach at marine connection and open the Seakeeper hatch the gutters were clogged with debris from work being performed and water seemed to be topping the gutters and leaking onto the unit with each rainfall.

Boat was in dry dock and my role at this point was to evaluate Humphree interceptors and possible Unit relocation fwd not to TS the Seakeeper (will look for these photos and add soon).

We have removed the unit to be relocated midship just fwd of the fuel tank and were shocked at the condition knowing the unit is still under factory warranty with Seakeeper; however, they do not cover corrosion.

They do have a trade in program and based on what I'm seeing recommend trading this unit in for a new unit at a discount trade in price.

Elvis is copied and we can send you this upon request.

https://drive.google.com/drive/folders/1H6fSQDSzWR5dvAfhLuHr2hHxY1JCnIYL

Respectfully,

Respectfully,

Jake Stratmann
CEO

Starboard Yacht Group

850 N.E. Third Street Suite 208
Dania Beach, Florida, 33004
Jake@StarboardYacht.com
Office: (954) 376-5400
Mobile: (954) 873-8546
Fax: (954) 920-6255
www.StarboardYacht.com

We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!

-----Original Message-----
From: Steven Ivankovich <sivankovic@aol.com>
Sent: Tuesday, May 3, 2022 1:10 PM
To: Dan Fujiwara <dan@marineconnection.com>
Cc: Jake Stratmann <jake@starboardyacht.com>
Subject: More Cobia Issues

Dan,

I am checking in on the few items that I am waiting for on the Cobia.

In the meantime, we were having issues with the Seakeeper and it the conclusion is that the installation at the factory was faulty, allowing for bilge water to get into area that Seakeeper is and create oxidation.

There need to be work done to solve this issue. How do we proceed. Jake Stratmann is copied in as well.

Regards,
Steven Ivankovich

**Maverick Boat Group Confidentiality Notice:**
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Maverick Boat Group and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

**Maverick Boat Group Confidentiality Notice:**
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Maverick Boat Group and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

<RO-1_Ivankovich_739398133741146898_1651880255461.pdf>

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

**Case No.: 0:26-cv-60289-WPD**

# EXHIBIT G

## BISHOP TRIAL EXCLUSION EMAIL (02/20/2026)

| | |
|---|---|
| **Packet File:** | 13_EXHIBIT_G_RICO_20260414.pdf |
| **Complaint Reference:** | Section IV.A, pp. 28–31 |

## PURPOSE AND RELEVANCE

This exhibit demonstrates witness suppression and exclusion pressure in the litigation channel.

## ASSEMBLY NOTES

*Preserve native email headers.*

EXHIBIT G - BISHOP EMAIL CONFLICT SUMMARY

Judge-facing summary with page references for the no-witness/no-exhibits directive sequence.

Court-Ready Summary
- Conflict sequence: initial 'No objection' response followed by restrictive instruction.
- Primary conflict language appears in the source chain summary and body text.
- Page references in this assembled exhibit: summary p.1, chain/detail pages follow.
- Purpose: highlight timing and contradiction without altering source records.

Prepared: 2026-04-18 17:57
Formatting note: built for print legibility (no markdown artifacts).

| **Self-Authenticating Under** | FRE 902(14) — certified electronic record with DKIM/SPF/DMARC verification chain |

---

## EMAIL CHAIN (chronological order)

---

### Email 1 of 3 — Charles Jacob Stratmann to Brooke Bishop

**From:** Charles Jacob Stratmann <jake@starboardyacht.com>

**To:** Brooke Bishop <Brooke.Bishop@maritimeattorneys.com>

**CC:** Legal <legal@starboardyacht.com>

**Date:** Friday, February 20, 2026, 7:32 AM EST

**Subject:** Service of Filing — Motion for Use of Electronic Equipment at Trial [Case No. 0:23-cv-61696-AHS]

Dear Brooke,

I hope this message finds you and your family well.

As per the courts notice at the hearing, I've attached the filing for non-attorney use of electronics motion and attached for your records.

Respectfully,

Charles Jacob Stratmann

CEO, Starboard Tech and Research Inc.

---

### Email 2 of 3 — Brooke Bishop to Charles Jacob Stratmann (First Reply)

**From:** Brooke Bishop <Brooke.Bishop@maritimeattorneys.com>

**To:** Charles Jacob Stratmann <jake@starboardyacht.com>

**CC:** Legal <legal@starboardyacht.com>

**Date:** Friday, February 20, 2026, 9:38 AM EST

**Subject:** Re: Service of Filing — Motion for Use of Electronic Equipment at Trial [Case No. 0:23-cv-61696-AHS]

Dear Jake,

I hope this email finds you and your family well as well.

No objection, thank you!

Brooke Bishop, Esq.

Perry Maritime Law Group, P.A.

1650 SE 17th Street, Suite 200

Fort Lauderdale, Florida 33316

Tel: 954-500-1000

Fax: 954-500-2000

Cell: 954-294-2352

Toll Free: 855-MARITIME

Email: brooke.bishop@maritimeattorneys.com

---

3

### Email 3 of 3 — Brooke Bishop to Charles Jacob Stratmann (CRITICAL — Second Reply, 12 minutes later)

**From:** Brooke Bishop <Brooke.Bishop@maritimeattorneys.com>

**To:** Charles Jacob Stratmann <jake@starboardyacht.com>

**CC:** Legal <legal@starboardyacht.com>

**Date:** Friday, February 20, 2026, 9:50 AM EST (received 14:50:45 UTC)

**Subject:** Re: Service of Filing — Motion for Use of Electronic Equipment at Trial [Case No. 0:23-cv-61696-AHS]

Dear Jake,

**To clarify, we have no objection to you having a laptop for trial; however, please remember you cannot present any witnesses and/or any exhibits at trial.**

Thank you!

Brooke Bishop, Esq.

Perry Maritime Law Group, P.A.

1650 SE 17th Street, Suite 200

Fort Lauderdale, Florida 33316

Tel: 954-500-1000

Fax: 954-500-2000

Cell: 954-294-2352

Toll Free: 855-MARITIME

Email: brooke.bishop@maritimeattorneys.com

---

## SIGNIFICANCE

This email chain documents that on February 20, 2026 — three calendar days before the scheduled bench trial — opposing counsel affirmatively instructed Stratmann in writing that he "cannot present any witnesses and/or any exhibits at trial." This instruction:

1. Was not accompanied by any citation to a court order, rule, or legal authority

2. Was sent 12 minutes after an initial "No objection, thank you!" reply to the same email

3. Was sent on the same date this Court entered the Default Judgment (DE 300)

4. Explains why Stratmann arrived at trial without prepared exhibits (he was told he could not present any)

5. Creates the catch-22 documented in the trial transcript: the Court asked Stratmann for documents (Tr. 127:1-2), but he had been told by opposing counsel he could not present them

## TRANSPORT HEADERS (abbreviated for verification)

```

Received: from BL3PR20MB5066.namprd20.prod.outlook.com

by PH0PR20MB994578.namprd20.prod.outlook.com

Fri, 20 Feb 2026 14:50:39 +0000

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

d=MaritimeAttorneys.onmicrosoft.com;

s=selector2-MaritimeAttorneys-onmicrosoft-com;

bh=WQbEdf5MshpLMqQlYcEe6nqd/4TdEzxHnLqySg9bPWU=

Authentication-Results: spf=pass smtp.mailfrom=maritimeattorneys.com;

dkim=pass header.d=MaritimeAttorneys.onmicrosoft.com;

dmarc=bestguesspass action=none header.from=maritimeattorneys.com;

compauth=pass reason=109

```

6