## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

**Case No.: 0:26-cv-60289-WPD**

# EXHIBIT H

## CMR TRIAL EXHIBIT LIST (DE 269-1)

|  |  |
|---|---|
| **Packet File:** | 14_EXHIBIT_H_RICO_20260414.pdf |
| **Complaint Reference:** | Section IV.A, pp. 28–31 |

### PURPOSE AND RELEVANCE

This exhibit anchors the enterprise's trial-position structure and evidentiary sequencing. Filed as DE 269-1 in Case 0:23-cv-61696-AHS.

### ASSEMBLY NOTES

*Print the filed PDF with visible DE number and page stamps.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

Case No.: 23-CV-61696-SINGHAL

STARBOARD YACHT GROUP LLC,
a Florida limited liability company,

      Plaintiff/Counter-Defendant,

v.

CONTESSA MARINE RESEARCH, LLC,
a Delaware limited liability company,
*in personam,*

      Defendant/Counter-Plaintiff,

v.

CHARLES JAKE STRATMANN,
*individually,*

      Counter-Defendant.

_____/

## EXHIBIT "1"
## CONTESSA MARINE RESEARCH, LLC'S EXHIBIT LIST

| DEF. NO. | OBJECTIONS | DESCRIPTION OF EXHIBIT (short summary) |
|---|---|---|
| D-1 | | Repair Order ("RO") detail reports and summaries for M/Y Octopussy, including RO Detail for Refit Jobs (May 24, 2023) and updates/revisions. |
| D-2 | | Shipyard master lists; project budget reports; PBR reports; shipyard update reports for Octopussy, incl. March 19, 2023 revisions and comparisons. |
| D-3 | | General ledger history detail postings and accounting records for Octopussy, incl. Account 101E and related accounts. |
| D-4 | | Accounts receivable (AR) aging reports and AR age detail records for M/Y Octopussy. |
| D-5 | | Customer deposit detail records and summaries (incl. Account 830). |

| DEF. NO. | OBJECTIONS | DESCRIPTION OF EXHIBIT (short summary) |
|---|---|---|
| D-6 | | Method-of-payment summary records and related accounting records (incl. Account 840). |
| D-7 | | Bank records, statements, wire confirmations, and payment summaries reflecting funds transmitted to SYG by/on behalf of Contessa Marine Research, LLC ("CMR"). |
| D-8 | | Records reflecting funding, payments, and transfers between CMR and SYG. |
| D-9 | | Technician time cards, labor summaries, and labor allocation records by repair order. |
| D-10 | | Octopussy work-scope spreadsheets and internal project-tracking documents. |
| D-11 | | Invoices, purchase orders, parts invoices, and supporting documents tied to repair orders, incl. RO 40535. |
| D-12 | | SYG discovery production materials relating to accounting, billing, and repair orders. |
| D-13 | | Documents produced in support of SYG's Interrogatory responses (Interrogatories Nos. 9, 11, and 12). |
| D-14 | | Emails and written communications among SYG, CMR, project managers, vendors, and contractors re scope, budget, scheduling, funding, and performance. |
| D-15 | | Communications concerning preparation, modification, or fabrication of repair orders. |
| D-16 | | Communications re project management, budgeting forecasts, staffing, termination of personnel, and continuation or abandonment. |
| D-17 | | Project management memoranda, tasking documents, procedures, and audit-related communications. |
| D-18 | | Communications relating to delivery dates, Sales Deal No. 50008, and project milestones. |
| D-19 | | Buyer's Order / Sales Agreement for Deal No. 50008 between SYG and CMR. |
| D-20 | | Communications, IT tickets, screenshots, and access records relating to advisors@starboardyacht.com, SharePoint, and Lightspeed (LS Evo). |
| D-21 | | Photographs depicting the condition of M/Y Octopussy before, during, and after refit. |
| D-22 | | Video recordings of M/Y Octopussy (raw footage, edited videos, online postings). |
| D-23 | | Crew work lists, weekly engineer reports, schedules, Gantt charts, and progress documentation. |

| DEF. NO. | OBJECTIONS | DESCRIPTION OF EXHIBIT (short summary) |
|---|---|---|
| D-24 | | Photographs and videos received from third parties relating to the Octopussy project. |
| D-25 | | Brown & Brown insurance policy for M/Y Eva Marie (Jan. 31, 2006). |
| D-26 | | Marine survey report by Mr. Sparrow (Jan. 17, 2007). |
| D-27 | | Addendum to Sparrow survey (Jan. 31, 2007). |
| D-28 | | Metallurgical analysis report by QC Metallurgical / Mr. Grate (Jan. 10, 2007). |
| D-29 | | Insurance denial letter (Mar. 9, 2007). |
| D-30 | | Marine diesel service invoices (incl. Sept. 21, 2006 invoice). |
| D-31 | | Docker's Marine payment records. |
| D-32 | | Docker's Marine invoices (Oct. 5, 10, 18, and 23, 2006). |
| D-33 | | Email from Rick Sawyer (July 5, 2007) re invoices and work performed. |
| D-34 | | Photographs depicting engine condition aboard M/Y Eva Marie. |
| D-35 | | Milligan & Sparrow, Inc. subpoena production (survey files). |
| D-36 | | QC Metallurgical, Inc. subpoena production. |
| D-37 | | Dan's Diesel Service subpoena production. |
| D-38 | | Docker's Marine Group, Inc. subpoena production. |
| D-39 | | Seakeeper and Humphree price lists, quotes, estimates, invoices, and repair records. |
| D-40 | | Repair orders and service records relating to Seakeeper/Humphree installations and repairs. |
| D-41 | | Marine survey and inspection reports and related photographic documentation. |
| D-42 | | MTU 396 borescope inspection documentation for M/Y Octopussy. |
| D-43 | | Operative pleadings filed in this action. |
| D-44 | | SYG's Answers, Affirmative Defenses, and Counterclaims. |
| D-45 | | Written discovery requests and responses. |
| D-46 | | Deposition transcripts and deposition exhibits. |
| D-47 | | Declaration of Charles Jacob Stratmann (Nov. 24, 2023) and exhibits. |
| D-48 | | Expert report(s), analyses, and demonstratives of Neil Burrell. |
| D-49 | | Expert report(s), analyses, and demonstratives of Scott Virgin. |
| D-50 | | Expert report(s), analyses, and demonstratives of Tim Nichols. |
| D-51 | | Materials reviewed or relied upon by SYG experts. |

| DEF. NO. | OBJECTIONS | DESCRIPTION OF EXHIBIT (short summary) |
|---|---|---|
| D-52 | | Demonstrative exhibits, summaries, charts, timelines, and compilations. |
| D-53 | | Exhibits used solely for impeachment, rebuttal, or refreshing recollection. |
| D-54 | | Any exhibit identified or offered by any other party, to the extent permitted. |
| D-55 | | Dubai arrival photographs of M/Y Octopussy by Murtada Mustafa (Bates CON 007809–007975). |
| D-56 | | Dubai arrival videos of M/Y Octopussy incl. 4K/raw footage (Bates CON 007976–007977). |
| D-57 | | "M/Y Octopussy Completion Report," All Points Boats (Sept. 22, 2023) (Bates CON 007978–008006). |
| D-58 | | Contessa Marine Research, LLC Production Log / Index of Documents Produced to SYG. |
| D-59 | | Emails of Beatriz Martin (Bates CON 000001–000024). |
| D-60 | | Emails of Steven Ivankovich (Bates CON 000025–000078; CON 007145–007275). |
| D-61 | | Videos produced by Rick Thomas (Bates CON 000079–000111). |
| D-62 | | Images produced by Rick Thomas (Bates CON 000112–000143). |
| D-63 | | Emails between Olafur Hand and SYG (Bates CON 000144–007144). |
| D-64 | | Emails of Aaron Leatherwood (privilege-redacted) (Bates CON 007276–007371). |
| D-65 | | M/Y Octopussy crew documents (Bates CON 007372–007373). |
| D-66 | | Accounting sheets produced by Contessa Marine Research (Bates CON 007374–007583). |
| D-67 | | Invoices and estimates produced by Contessa Marine Research (Bates CON 007584–007808). |
| D-68 | | Master Generator audio/video recordings incl. .opus files (Bates 0021–0036). |
| D-69 | | Third-party subpoena production: Advanced Mechanical (0001–0024). |
| D-70 | | Third-party subpoena production: Atlas Marine Group (0001–0339). |
| D-71 | | Third-party subpoena production: Bank of America (0001–0903). |
| D-72 | | Third-party subpoena production: Broward Armature & Generator (0001–0003). |

| DEF. NO. | OBJECTIONS | DESCRIPTION OF EXHIBIT (short summary) |
|---|---|---|
| D-73 | | Third-party subpoena production: Lauderdale Marine Center (000001–001885). |
| D-74 | | Third-party subpoena production: Master Generator (documents only) (0001–0019). |
| D-76 | | Third-party subpoena production: Mendol USA (invoices, estimates, service records, correspondence). |
| D-77 | | Third-party subpoena production: Muir (invoices, estimates, service records, correspondence). |
| D-78 | | Third-party subpoena production: Murray & Associates (invoices, estimates, service records, correspondence). |
| D-79 | | Third-party subpoena production: Nextech (invoices, estimates, service records, correspondence). |
| D-80 | | Third-party subpoena production: Rice Pump & Motor (invoices, estimates, service records, correspondence). |
| D-81 | | Third-party subpoena production: Scaffold Shrinkwrap (scaffolding, shrink-wrap, and shipyard support records). |
| D-82 | | Third-party subpoena production: Seakeeper (service reports, inspections, invoices, technical documentation). |
| D-83 | | Third-party subpoena production: Southern Cross Boatworks (shipyard labor, repairs, and support records). |
| D-84 | | Third-party subpoena production: Specialist Marine (invoices, estimates, service records, correspondence). |
| D-85 | | Third-party subpoena production: Steel Marine Towing & Salvage LLC (towing, transport, salvage invoices and records). |
| D-86 | | Third-party subpoena production: The Accounting Guys (accounting analyses, summaries, and supporting records). |
| D-87 | | Third-party subpoena production: UMT Marine (mechanical services, invoices, estimates, correspondence). |

Case 0:26-cv-61150-RAB   Document 6-2   Entered on FLSD Docket 04/21/2026   Page 7 of 148

| DEF. NO. | OBJECTIONS | DESCRIPTION OF EXHIBIT (short summary) |
|---|---|---|
| D-88 | | Third-party subpoena production: Watermaker (service reports, inspections, invoices, repair documentation). |
| D-89 | | Third-party subpoena production: Capital Marine Group (statements, invoices, correspondence). |
| D-90 | | Third-party subpoena production: CSS Hydraulics (hydraulic service, repair, and inspection records). |
| D-91 | | Third-party subpoena production: Engineered Yacht Solutions (engineering analyses, service records, correspondence). |
| D-92 | | Third-party subpoena production: Enviro Team (cleaning, environmental, and remediation records). |
| D-93 | | Third-party subpoena production: Florida Detroit Diesel (engine service, inspections, invoices, correspondence). |
| D-94 | | Third-party subpoena production: H.S. White Corp. (technical service records and correspondence). |
| D-95 | | Third-party subpoena production: Luu Marine & Associates (marine consulting and service records). |
| D-96 | | Third-party subpoena production: Maritime Marine (mechanical services, invoices, estimates). |
| D-97 | | Third-party subpoena production: Total Marine (service records, invoices, correspondence). |
| D-98 | | Third-party subpoena production: Advanced Mechanical (HVAC/mechanical services, invoices, correspondence). |
| D-99 | | Third-party subpoena production: Best Marine Carpentry (carpentry, interior/exterior repair records). |
| D-100 | | Third-party subpoena production: Broward Armature & Generator (electrical/generator service records). |
| D-101 | | Third-party subpoena production: C&R Machinery (machinery service and repair documentation). |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

**Case No.: 0:26-cv-60289-WPD**

# EXHIBIT I

## CMR SANCTIONS FILING (DE 270)

| | |
|---|---|
| **Packet File:** | 15_EXHIBIT_I_RICO_20260414.pdf |
| **Complaint Reference:** | Section IV.A, pp. 28–31 |

## PURPOSE AND RELEVANCE

This exhibit records misconduct and sanctions posture supporting pattern and intent. Filed as DE 270 in Case 0:23-cv-61696-AHS.

## ASSEMBLY NOTES

*Print the filed PDF with visible DE number and page stamps.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

CASE NO.: 23-CV-61696-SINGHAL

STARBOARD YACHT GROUP LLC,
a Florida limited liability company,

       Plaintiff/Counter-Defendant,

v.

CONTESSA MARINE RESEARCH LLC, a
Delaware Limited Liability Company, *in personam,*

       Defendant/Counter-Plaintiffs,

v.

CHARLES JAKE STRATMANN, *individually*,

       Counter-Defendant.

_____/

## DEFENDANT/COUNTER-PLAINTIFF'S, CONTESSA MARINE RESEARCH, LLC, RENEWED MOTION FOR SANCTIONS AND TO PRECLUDE EVIDENCE AGAINST COUNTER-DEFENDANT, CHARLES JAKE STRATMANN

Defendant/Counter-Plaintiff, Contessa Marine Research, LLC ("CONTESSA MARINE"), by and through undersigned counsel and pursuant to Rules 37(b) and 16(f) of the Federal Rules of Civil Procedure, Local Rule 16.1, and this Honorable Court's Orders [ECF Nos. 121, 122, 218, 228, 233 at 72:1-3, 234-5, 236, 239, 240, 253, and 266], hereby files its Renewed Motion for Sanctions and to Preclude Evidence against Counter-Defendant, Charles Jake Stratmann ("STRATMANN") (the "Motion"), and in support thereof alleges as follows:

## INTRODUCTION AND SUMMARY OF ARGUMENT

This Motion, directed solely at CHARLES JAKE STRATMANN ("STRATMANN"), is necessitated by STRATMANN's continued, willful, and complete failure to comply with this Court's Orders and governing pretrial requirements, including the operative Scheduling Order [ECF No. 218], the Court's December 16, 2025 Order to Show Cause [ECF No. 253], and Local Rule 16.1. Despite explicit judicial warnings that sanctions—including dispositive relief—could follow absent timely compliance [ECF Nos. 250, 253], STRATMANN has failed to comply with this Court's directives to date.

This action has been pending and unnecessarily delayed for more than two (2) years, notwithstanding that it is a straightforward accounting case. DEFENDANT/COUNTER-PLAINTIFF CONTESSA MARINE RESEARCH, LLC ("CONTESSA MARINE") undisputedly paid $4,504,641.18 to STARBOARD YACHT GROUP LLC ("STARBOARD YACHT") and/or STRATMANN in connection with the refit of the motor yacht OCTOPUSSY (the "Vessel"). The central and recurring discovery dispute has consistently concerned the "source documentation" showing how CONTESSA MARINE's funds were applied.

Of the $4,504,641.18 paid by CONTESSA MARINE, only $1,476,646.46 can be substantiated by invoices or proof of payment reflecting identifiable project expenses. As a result, $3,027,994.72 of CONTESSA MARINE's funds remain unaccounted for. STRATMANN, who directly controlled the funds and records relating to the Vessel refit, has failed to produce any evidence or records explaining the disposition of CONTESSA MARINE's funds. Accordingly, CONTESSA MARINE filed its first Motion for Sanctions and to Preclude Evidence against STARBOARD YACHT and STRATMANN [ECF No. 250] (the "First Motion").

On January 13, 2026, this Court dismissed STARBOARD YACHT's claims with prejudice, directed CONTESSA MARINE to pursue default judgment against STARBOARD YACHT, and denied sanctions as to STRATMANN at that time [ECF No. 266].

This renewed Motion is filed in direct response to STRATMANN's ongoing violations of: (i) this Court's discovery orders and compelled discovery obligations; (ii) the parties' Status Report [ECF No. 240], which represented that STRATMANN and STARBOARD YACHT would complete their outstanding discovery production by September 22, 2025; (iii) the Scheduling Order deadlines [ECF No. 218]; (iv) Local Rule 16.1(d) and (e) pretrial disclosure obligations; and (v) the Court's Order to Show Cause [ECF No. 253], which required STRATMANN to respond by December 23, 2025.

Most recently, STRATMANN failed to serve a witness list and exhibit list by January 23, 2026, in violation of Local Rule 16.1 and the Scheduling Order [ECF No. 218]. This failure constitutes an independent and dispositive basis for sanctions under Federal Rule of Civil Procedure 16(f) and Local Rule 16.1(l). STRATMANN's noncompliance has now persisted for more than four (4) months beyond the October 22, 2025, discovery cutoff [ECF No. 218] and has severely prejudiced CONTESSA MARINE's ability to prepare for trial.

Accordingly, sanctions are now warranted against STRATMANN individually, including preclusion of evidence, striking STRATMANN's defensive pleadings, adverse inferences and/or deemed-established facts, and entry of default judgment as an appropriate sanction under Federal Rules of Civil Procedure 37(b)(2)(A) and 16(f).

## RELEVANT PROCEDURAL HISTORY

1. CONTESSA MARINE incorporates by reference the discovery history set forth in its prior Motion for Sanctions and to Preclude Evidence [ECF No. 250], including three (3) motions to

Case 0:23-cv-61696-AHS Document 270 Entered on FLSD Docket 01/26/2026 Page 4 of 15

compel, three (3) discovery hearings, monetary sanctions imposed against STARBOARD YACHT, and repeated Court directives requiring production of core "source documents" central to this accounting dispute, namely bank records, vendor invoices, employee time records, payroll backups, and repair-order support necessary to substantiate the application of the undisputed $4,504,641.18 paid by CONTESSA MARINE in connection with the Vessel refit.

2. At the third discovery hearing on August 20, 2025, the Court expressly characterized the proceeding as its final attempt to secure discovery compliance before trial [ECF No. 234-4, pp. 3–8].

3. On June 26, 2025, the Court entered the operative Scheduling Order [ECF No. 218], expressly advising that further extensions would be strongly disfavored and setting the following deadlines: (i) expert disclosures: September 24, 2025; (ii) discovery cutoff: October 22, 2025; (iii) pretrial motions: November 5, 2025; and (iv) submission of witness lists, exhibit lists, and the joint pretrial stipulation pursuant to Local Rule 16.1(d)–(e): January 23, 2026.

4. In response to the Court's directive, the parties filed a Joint Status Report on September 5, 2025 [ECF No. 240], in which STRATMANN and STARBOARD YACHT represented that all outstanding discovery would be produced by September 22, 2025.

5. Those representations proved false. The October 22, 2025, discovery cutoff passed without STRATMANN producing any discovery.

6. On November 5, 2025, CONTESSA MARINE filed its Motion for Sanctions and to Preclude Evidence against STRATMANN and STARBOARD YACHT [ECF No. 250] (the "First Motion"), based on their continued discovery violations and failure to comply with Court Orders.

7. On December 16, 2025, the Court entered an Order to Show Cause [ECF No. 253], expressly directing STRATMANN to respond to the First Motion by December 23, 2025, and warning that failure to timely respond could result in sanctions, including the granting of the First Motion.

8. STRATMANN did not timely respond to the Order to Show Cause.

9. Instead, in January 2026, STRATMANN filed a series of untimely and improper submissions [ECF Nos. 254–265], including filings purportedly on behalf of the unrepresented artificial entity STARBOARD YACHT, despite repeated Court Orders prohibiting such conduct.[1]

10. On January 13, 2026, the Court entered its Omnibus Order [ECF No. 266], dismissing STARBOARD YACHT's claims with prejudice, directing CONTESSA MARINE to pursue final default judgment against STARBOARD YACHT, and denying STRATMANN's request for additional time.

11. The Court further observed that STRATMANN had done "far too little far too late." *Id.*

12. Independently and dispositively, STRATMANN failed to serve a witness list and exhibit list by January 23, 2026, in direct violation of Local Rule 16.1(d)–(e) and the Scheduling Order [ECF No. 218].

13. STRATMANN's failure to disclose witnesses or exhibits indicates that he has no evidence to present at trial to defend against CONTESSA MARINE's claims against him, including claims for fraud and conversion. See ECF No. 197.

14. The final pretrial conference is scheduled for January 30, 2026, and trial is set for February 23, 2026 [ECF No. 218].

---

[1] *See Naval Logistics, Inc. v. M/V PETRUS*, 753 F. Supp. 3d 1298, 1307 (S.D. Fla. 2024); *Atlas Conglomerate of Ridiculous Proportions LLC v. NFT Techs., Inc.*, 2025 WL 1927605, at *1–2 (S.D. Fla. July 14, 2025); *Camela Navigation, Inc. v. Parlay Shipping & Trading, LLC*, 2017 WL 7796154, at *1 (S.D. Fla. May 23, 2017).

15. Nevertheless, STRATMANN has failed to produce: (i) a witness list, including expert witnesses, if any; (ii) an exhibit list; and (iii) discovery documents or other admissible evidence to defend against CONTESSA MARINE's claims, including the source documentation underlying the fraud allegations asserted against STRATMANN individually.

16. At its most basic level, STRATMANN has provided no indication that he possesses admissible evidence or witnesses to present at trial.

17. STRATMANN's complete disregard of discovery obligations and pretrial requirements has severely prejudiced CONTESSA MARINE's ability to prepare its case.

18. In light of STRATMANN's repeated violations of this Court's Orders, the Scheduling Order, and Local Rule 16.1, sanctions are warranted against STRATMANN individually, including preclusion of evidence, striking of defensive pleadings, adverse factual inferences, and entry of default judgment pursuant to Federal Rules of Civil Procedure 37(b)(2)(A) and 16(f).

19. STRATMANN's continued noncompliance places this case squarely within Local Rule 16.1(l), which expressly authorizes sanctions including striking of defenses and entry of judgment. CONTESSA MARINE is unable to evaluate evidence, prepare examinations, or meaningfully participate in pretrial proceedings.

20. STRATMANN's conduct is not an isolated oversight or missed deadline, but a sustained pattern of willful noncompliance with this Court's discovery orders, the Scheduling Order [ECF No. 218], and mandatory pretrial disclosure requirements.

21. Despite repeated judicial warnings, express deadlines, and a Court-issued Order to Show Cause, STRATMANN has produced none of the material required to move this case to trial.

22. The Federal Rules of Civil Procedure exist to prevent precisely this type of conduct.

Case 0:23-cv-61696-AHS   Document 270   Entered on FLSD Docket 01/26/2026   Page 7 of 15

23. Accordingly, CONTESSA MARINE seeks entry of final default judgment against STRATMANN on its liquidated damages claims.

24. This Court's authority under Federal Rules of Civil Procedure 37(b)(2)(A) and 16(f) is squarely implicated, and sanctions against STRATMANN are both warranted and necessary to preserve the integrity of the pretrial process and prevent manifest prejudice to CONTESSA MARINE, including: (i) preclusion of evidence; (ii) striking STRATMANN's defensive pleadings; (iii) adverse inferences and deemed-established facts; and (iv) entry of default judgment as a sanction under Rule 37(b).

**WHEREFORE**, Defendant/Counter-Plaintiff, CONTESSA MARINE RESEARCH, LLC, respectfully requests that this Honorable Court enter an Order/(s):

a. **GRANTING** Contessa Marine Research LLC's Renewed Motion for Sanctions and to Preclude Evidence against Counter-Defendant, Charles Jake Stratmann;

b. STRIKING all defensive pleadings of Counter-Defendant, Charles Jake Stratmann;

c. PRECLUDING Counter-Defendant, Charles Jake Stratmann from introducing any documents, testimony, expert opinions, or other evidence in support of his defenses;

d. Pursuant to Rule 37(b)(2)(A)(vi) of the Fed. R. Civ. P., awarding further sanctions deemed appropriate under Rule 37(b)(2)(A), including but not limited to ENTERING DEFAULT against Charles Jake Stratmann, individually, [ECF No. 197];

e. Awarding CONTESSA MARINE its reasonable expenses and attorneys' fees associated with this renewed motion, pursuant to Rule 16(f)(2); and

f. Granting any and all other further relief that this Honorable Court deems just and proper.

## LEGAL ARGUMENT AND STRATMANN'S
## VIOLATIONS SUPPORTING SANCTIONS

At the third discovery hearing on August 20, 2025, the Court expressly characterized that hearing as its final attempt to secure compliance before trial. [ECF No. 234-4, p. 3–8]. Notwithstanding this Court's explicit warning, as of January 26, 2026, STRATMANN has produced nothing and continues to violate this Court's orders. Specifically, STRATMANN has:

1. Failed to timely respond to the Court's Order to Show Cause [ECF No. 253];

2. Produced no discovery despite the discovery closing on October 22, 2025 [ECF No. 218];

3. Failed to disclose any witnesses in violation of the Scheduling Order [ECF No. 218] and Local Rule 16.1;

4. Failed to disclose any exhibits in violation of the Scheduling Order [ECF No. 218] and Local Rule 16.1; and

5. Failed to cure violations identified in multiple prior Court Orders.

Trial is quickly approaching with the Final Pre-trial Conference set for this Friday, January 30, 2026, and trial beginning on February 23, 2026. Nevertheless, STRATMANN has made no meaningful effort to comply with discovery obligations or pretrial requirements. STRATMANN has provided no indication that he possesses admissible evidence or witnesses to present at trial to defend against CONTESSA MARINE's claims against him, including but not limited to a claim for fraud [ECF No. 197]. Furthermore, this ongoing noncompliance has severely prejudiced CONTESSA MARINE's ability to prepare for trial.

Accordingly, sanctions are now warranted against STRATMANN individually, including preclusion of evidence, striking of all defensive pleadings, adverse factual inferences, and entry of default judgment on CONTESSA MARINE's claims against STRATMANN [ECF No. 197].

Case 0:23-cv-61696-AHS Document 270 Entered on FLSD Docket 01/26/2026 Page 9 of 15

## I. <u>LEGAL STANDARD</u>

Under Rule 37(b)(2)(A), when a party fails to obey an order on discovery, the Court may issue just sanctions, including but not limited to:

a) directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims;

b) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;

c) striking pleadings in whole or in part;

d) staying further proceedings until the order is obeyed;

e) rendering a default judgment against the disobedient party; or

f) treating as contempt of court the failure to obey any order except an order to submit to a physical or mental examination.

*See id.*

Similarly, both Rule 16(f) of the Fed. R. of Civ. P. and Local Rule 16.1(l), which governs pretrial procedures in civil actions, likewise authorizes sanctions. *See* Local Rule 16.1(l) ("Penalty for Failure to Comply. Failure to comply with the requirements of this Local Rule will subject the <u>party</u> or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment.") (emphasis added). Rule 16(f) of the Fed. R. Civ. P. provides in pertinent part:

1) On motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii) –(vii), if a party or its attorney: . .  fails to obey a scheduling or other pretrial order.

2) Instead of or in addition to any other sanction, the court must order the party, its attorney, or both to pay the reasonable expenses, including attorney's fees, incurred because of any noncompliance with this rule, unless the noncompliance was substantially justified or other circumstances make an award of expenses unjust.

*See id.*

The Eleventh Circuit has consistently upheld sanctions of dismissal or preclusion when a party repeatedly disobeys discovery orders. *See Lyons v. O'Quinn*, 2018 WL 4031032 (11t Cir. 2019) (affirming dismissal with prejudice of lawsuit as a discovery sanction); *Malautea v. Suzuki Motor Co.*, 987 F.2d 1536, 1545 (11th Cir. 1993); *Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337–38 (11th Cir. 2005); *Gratton v. Great Am. Commc'ns*, 178 F.3d 1373, 1375 (11th Cir. 1999).

The Southern District of Florida also regularly applies these standards, holding that Rule 37(b)(2)(A) allows preclusion or striking of pleadings for willful noncompliance. *See Siplin v. Carnival Corp.*, No. 1:17-cv-23741, 2018 WL 3239452 (S.D. Fla. Sept. 17, 2018); *Blanco v. Scottsdale Ins. Co.*, No. 1:21-cv-23871 (S.D. Fla. June 3, 2022); *Mazpule v. Xenios Corp.*, No. 1:20-cv-24393 (S.D. Fla. July 31, 2021).

1. ***Rule 16(f) and Local Rule 16.1 Violation(s): Failure to Obey Scheduling Order and Pretrial Requirements.***

Rule 16(f) independently authorizes sanctions when a party fails to obey a scheduling or other pretrial order, including sanctions authorized by Rule 37(b)(2)(A)(ii)–(vii). *See* Rule 16(f) of the Fed. R. Civ. P. Here, STRATMANN has violated the Scheduling Order [ECF No. 218] by failing to comply with following deadlines set forth therein: (1) Expert disclosures (September 24, 2025); (2) Rebuttal expert disclosures (October 8, 2025); (3) Discovery completion (October 22,

2025); (4) Pretrial exhibit review (January 16, 2026); and (5) Witness lists (January 23, 2026); and (6) exhibit lists (January 23, 2026).

Most recently, STRATMANN failed to provide a witness list **and** exhibit list, in direct violation of Local Rule 16.1(d)–(e) and the Scheduling Order. STRATMANN also failed to respond to CONTESSA MARINE's conferral efforts to prepare a joint pretrial stipulation, necessitating CONTESSA MARINE to file a unilateral pretrial stipulation in accordance with the Scheduling Order [ECF No. 218]. Under Local Rule 16.1(l), failure to comply likewise subjects a party to sanctions, including the striking of defenses and the entry of judgment.

2. ***Rule 37(b) Violation(s): Failure to Obey Discovery Orders and Compelled Production Deadlines.***

Rule 37(b)(2)(A) of the Fed. R. Civ. P. authorizes the Court to impose "just orders" when a party fails to obey an order to provide discovery, including: deeming facts established, prohibiting evidence, striking pleadings, and rendering default judgment. Here, STRATMANN has failed to comply with this Court's discovery directives and compelled production obligations, as detailed in CONTESSA MARINE's prior sanctions motion [ECF No. 250].

Specifically, this Court imposed production deadlines following multiple discovery hearings and expressly treated the August 2025 hearing as a final opportunity for compliance [ECF Nos. 218, 234, 240, 250]. Despite those directives, STRATMANN has produced no source documentation whatsoever, including but not limited to records to substantiate and defend against the fraud, conversion, and other claims asserted against STRATMANN for the failure to account for the disposition of CONTESSA MARINE's funds. This is especially concerning considering that as CEO, manager, and principal of STARBOARD YACHT, STRATMANN had control over CONTESSA MARINE's funds and the records in relation to the Vessel refit.

Moreover, STRATMANN's noncompliance continued through, and well beyond, the October 22, 2025, discovery cutoff, leaving CONTESSA MARINE without the documents central to the core accounting issues in this case, which involves substantiating the disposition of CONTESSA MARINE's funds. This conduct squarely implicates Rule 37(b)(2)(A). *See Phipps v. Blakeney*, 8 F.3d 788, 790 (11th Cir. 1993); Malautea, 987 F.2d at 1545.

Absent STRATMANN producing underlying records to substantiate CONTESSA MARINE's unaccounted for funds, specifically to substantiate $3,027,994.72 of the total $4,504,641.18 undisputedly received, CONTESSA MARINE likewise seeks default against STRATMANN on its claims against him individually [ECF No. 197].

3. ***Violation of Court-Ordered Status Report Representations [ECF No. 240] and Failure to Comply with Order to Show Cause [ECF No. 253].***

In the September 5, 2025, Status Report [ECF No. 240], STRATMANN represented to the Court that all outstanding discovery would be produced by September 22, 2025. That representation was made in a Court-required filing prompted by ongoing discovery violations. *Id.*

Contrary to STRATMANN's representations, no production occurred by September 22, 2025. No production occurred by the discovery cutoff on October 22, 2025 [ECF No. 218]. STRATMANN has produced no outstanding documents and/or other required disclosures to date.

With respect to other dispositive violations warranting sanctions, STRATMANN also failed to timely respond to the Court's December 16, 2025, Order to Show Cause [ECF No. 253], which expressly warned that failure to comply could result in sanctions, including granting the sanctions motion by default. STRATMANN's later untimely filings do not cure his noncompliance and do not remedy the prejudice caused by his failure to produce discovery or pretrial materials. *See Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337–38 (11th Cir. 2005); *Gratton v. Great Am. Commc'ns*, 178 F.3d 1373, 1375 (11th Cir. 1999).

4. ***Sanctions are Warranted: STRATMANN's Conduct Is Willful, Ongoing, and Prejudicial.***

STRATMANN's failures are not technical or isolated. They are total. In a case centered on accounting for millions of dollars, STRATMANN's refusal to produce bank records, invoices, time records, and accounting to defend against CONTESSA MARINE's claims constitutes willful noncompliance with this Court's discovery orders. *See World Thrust Films, Inc. v. Int'l Fam. Ent., Inc.*, 41 F.3d 1454, 1456 (11th Cir. 1995).

CONTESSA MARINE cannot adequately prepare for trial without (i) the source documents underlying the $4.5 million received, (ii) STRATMANN's witness and exhibit lists, and (iii) compliance with the Scheduling Order [ECF No. 218] and Local Rule 16.1. That prejudice cannot be cured now that discovery has closed, trial deadlines have passed, and trial set to occur in less than one month.

Lesser sanctions have already proven ineffective. This case has involved repeated motions to compel, repeated hearings, and repeated judicial warnings. *See Malautea v. Suzuki Motor Co.*, 987 F.2d 1536, 1545 (11th Cir. 1993). The Court has already found that STARBOARD YACHT played "by its own rules" and entered default against it. See [ECF No. 266]. STRATMANN's continued defiance demonstrates that only dispositive sanctions will ensure fairness and preserve the integrity of the judicial process.

**WHEREFORE**, Defendant/Counter-Plaintiff, CONTESSA MARINE RESEARCH, LLC, respectfully requests that this Honorable Court enter an Order/(s):

g. **GRANTING** Contessa Marine Research LLC's Renewed Motion for Sanctions and to Preclude Evidence against Counter-Defendant, Charles Jake Stratmann;

h. STRIKING all defensive pleadings of Counter-Defendant, Charles Jake Stratmann;

i.  PRECLUDING Counter-Defendant, Charles Jake Stratmann from introducing any documents, testimony, expert opinions, or other evidence in support of his defenses;

j.  Pursuant to Rule 37(b)(2)(A)(vi) of the Fed. R. Civ. P., awarding further sanctions deemed appropriate under Rule 37(b)(2)(A), including but not limited to ENTERING DEFAULT against Charles Jake Stratmann, individually, [ECF No. 197];

k.  Awarding CONTESSA MARINE its reasonable expenses and attorneys' fees associated with this renewed motion, pursuant to Rule 16(f)(2); and

l.  Granting any and all other further relief that this Honorable Court deems just and proper.

## CERTIFICATE OF GOOD FAITH
## CONFERENCE - LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), I hereby certify that I conferred in a good faith effort with Charles Jake Stratmann via email at: jake@starboardyacht.com, who did not advise whether he opposes the relief sought herein.

Respectfully submitted on this 26th day of January 2026,

By: /s/ Brooke L. Bishop
Brooke L. Bishop
Florida Bar No.: 1058437
brooke.bishop@maritimeattorneys.com

James H. Perry, II
Florida Bar No.: 991491
perry@maritimeattorneys.com

PERRY MARITIME LAW GROUP, P.A.
1650 SE 17th Street, Suite 200
Fort Lauderdale, FL 33316
Telephone:  954-500-1000
Facsimile:   954-500-2000
*Counsel for CONTESSA MARINE RESEARCH LLC*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with this Court's CM/ECF docketing system this <u>26th</u> day of January 2026, and that it is being served via CM/ECF on the counsel of record shown on the Service List.

<div align="right">

*/s/ Brooke L. Bishop*
Brooke L. Bishop

</div>

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

**Case No.: 0:26-cv-60289-WPD**

# EXHIBIT J

## BURELL AFFIDAVIT AND CONTRADICTION LANE (DE 287-2)

**Packet File:**          16_EXHIBIT_J_RICO_20260414.pdf

**Complaint Reference:**  Sections III.C and IV.A, pp. 22, 28–29

**DIVERGENCE LANE**

## PURPOSE AND RELEVANCE

This exhibit connects Burell's preliminary findings and later sworn positions to the inflation and suppression lane. Filed as DE 287-2 in Case 0:23-cv-61696-AHS. Supplemental contradiction-source PDFs (16A, 16B, 16C) are aligned with this body exhibit. The strategic divergence between the preliminary report (T-1, acknowledging higher totals) and the affidavit (T-2, narrowing to $1,476,646.46) is the core impeachment anchor. The wire exhibit supplement (16B) documents $4,504,641.18 in owner funding — the smoke screen proof that the "unsubstantiated" label was a deliberate selection-and-exclusion scheme.

## ASSEMBLY NOTES

*Print the filed DE-based body with visible docket numbering. Supplemental contradiction files follow this exhibit.*

# EXHIBIT J - STEVE + NEIL + DE288 CONTRADICTION SHEET

Case 0:23-cv-61696-AHS (Judge Singhal). Consolidated exhibit map including DE 288 and DE 288-1.

- 16B includes DE 288 (Notice of Filing Affidavit of Neil Burell).
- 16C includes DE 288-1 (Affidavit material filed with DE 288).
- DE 287-2 (Steve affidavit with blank jurat page) remains included in master Exhibit 16.
- DE 314-5 preliminary report remains included for contradiction comparison.
- Purpose: preserve the affidavit chain and contradiction framing in one packet.

Prepared: 2026-04-18 18:17:58

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

CASE NO.: 23-CV-61696-SINGHAL

STARBOARD YACHT GROUP LLC,
a Florida limited liability company,

      Plaintiff/Counter-Defendant,

v.

CONTESSA MARINE RESEARCH LLC,
a Delaware Limited Liability Company,
*in personam,*

      Defendant/Counter-Plaintiffs,

v.

CHARLES JAKE STRATMANN,
*individually,*

      Counter-Defendant.

_____/

**<u>DEFENDANT/COUNTER-PLAINTIFF'S, CONTESSA MARINE RESEARCH LLC,
NOTICE OF FILING AFFIDAVIT OF NEIL BURELL</u>**

Defendant/Counter-Plaintiff, CONTESSA MARINE RESEARCH LLC ("CONTESSA

MARINE"), by and through its undersigned counsel, and pursuant to Local Rule 5.1(d) and the

applicable rules of the Federal Rules of Civil Procedure, hereby files the Affidavit of Neil Burell,

CPA/ABV, CFE in support of CONTESSA MARINE's Motion for Entry of Final Default

Judgment against Plaintiff/Counter-Defendant, Starboard Yacht Group LLC [ECF No. 287].

                Respectfully submitted on this <u>12th</u> day of February 2026,

                By:  */s/ Brooke L. Bishop*
                Brooke L. Bishop
                Florida Bar No.: 1058437
                brooke.bishop@maritimeattorneys.com

James H. Perry, II
Florida Bar No.: 991491
perry@maritimeattorneys.com

PERRY MARITIME LAW GROUP, P.A.
1650 SE 17th Street, Suite 200
Fort Lauderdale, FL 33316
Telephone: 954-500-1000
Facsimile: 954-500-2000
*Counsel for CONTESSA*
*MARINE RESEARCH LLC*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with this Court's CM/ECF docketing system this 12th day of February 2026, and that it is being served via CM/ECF on the counsel of record shown on the Service List.

*/s/ Brooke L. Bishop*
Brooke L. Bishop

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

CASE NO.: 23-CV-61696-SINGHAL

STARBOARD YACHT GROUP LLC,
a Florida limited liability company,

   Plaintiff/Counter-Defendant,

v.

CONTESSA MARINE RESEARCH LLC,
a Delaware Limited Liability Company,
*in personam*,

   Defendant/Counter-Plaintiffs,

v.

CHARLES JAKE STRATMANN,
*individually*,

   Counter-Defendant.

_____/

## **AFFIDAVIT OF NEIL BURELL**

BEFORE ME, the undersigned authority, personally appeared NEIL BURELL, who, being first duly sworn, deposes and states as follows:

1. I am over the age of eighteen (18), competent to testify, and have personal knowledge of the matters set forth herein.

2. I am a Certified Public Accountant (CPA), Accredited in Business Valuation (ABV), and a Certified Fraud Examiner (CFE). I maintain my professional practice in Cooper City, Florida.

3. I have approximately thirty (30) years of experience in forensic accounting, fraud investigation, damage quantification, financial tracing, and business valuation.

Case 0:23-cv-61696-AHS Document 288-1 Entered on FLSD Docket 02/12/2026 Page 2 of 7

4.  I was retained by Contessa Marine Research, LLC ("Contessa") to conduct a forensic accounting review and analysis concerning funds paid to Starboard Yacht Group LLC ("SYG") in connection with the refit of the M/Y Octopussy (the "Vessel").

5.  I was engaged to: (a) trace funds wired by Contessa to SYG; (b) compare those funds to vendor invoices and payments; (c) identify misapplications, diversions, unsupported charges, and unpaid balances; and (d) quantify damages sustained by Contessa as a result of SYG's conduct.

6.  In performing my analysis, my review included, but was not limited to: (a) wire transfer confirmations; (b) bank records; (c) Repair Orders ("ROs") generated by SYG; (d) third-party vendor invoices and statements; (e) third-party subpoena production materials; (f) payment records; (g) email correspondence; (h) funding requests; (i) funding schedule and payment recaps; (j) Answers to Interrogatories and other pleadings; and (k) related accounting materials.

7.  I performed forensic reconciliation consisting of: (A) identifying total funds transferred from Contessa to SYG; (B) matching those transfers to vendor invoices; (C) confirming vendor receipt via subpoena or payment confirmation; (D) identifying discrepancies between SYG representations and actual payments; and (E) calculating unpaid balances and diverted amounts.

8.  Where vendor confirmations were obtained via subpoena, the third-party records produced were relied upon in determining actual payment status.

9.  My conclusions are based upon reconciliation of Contessa's documented payments against verifiable project expenditures and third-party confirmations.

10. Based upon my review and reconciliation of Contessa's payments against substantiated project expenditures, within a reasonable degree of accounting certainty, it is my professional opinion

that Contessa sustained total principal damages in the amount of $5,765,487.14, comprised of the following categories:

    A. Unsubstantiated Funds: $3,027,994.72;

    B. Seakeeper Damages: $1,148,247.53;

    C. MTU Engine Damages: $1,016,242.50;

    D. Voith Jets Damages: $346,500.00; and

    E. LMC Fraudulent Chargebacks: $226,502.19.

## UNSUBSTANTIATED FUNDS

11. Between April 8, 2022, and March 31, 2023, Contessa wired a total of $4,504,641.18 to Starboard Yacht in connection with the Vessel refit.

12. Through reconciliation of vendor invoices, third-party records produced via subpoena, proof of payment, and available accounting records, I was able to substantiate only $1,476,646.46 as having been applied to identifiable project expenses.

13. Accordingly, SYG failed to provide supporting documentation for $3,027,994.72 of the total funds received from Contessa.

14. In my professional opinion, based on standard accounting practices and project management controls, such funds should be fully traceable through vendor invoices, payment confirmations, , payroll records, corresponding accounting entries, or bank statements.

15. SYG failed to produce the documentation to substantiate their alleged charges.

16. Therefore, the unsubstantiated amount of $3,027,994.72 represents Contessa's unreconciled principal damage.

## SEAKEEPER RELATED DAMAGES

17. Based upon funding requests submitted by SYG and Mr. Stratmann, Contessa wired $786,174.43 ("Seakeeper Funds") to SYG for the purchase of three (3) Seakeeper units ("Contessa's Seakeeper Units") for the Vessel.

18. Wire confirmations substantiate that Contessa paid this amount to SYG.

19. Seakeeper records produced via subpoena reveal that SYG: (A) returned one of Contessa's Seakeeper Units to Seakeeper and received a credit of $170,004.20; and (B) sold one of Contessa's Seakeeper Units to a third party for $192,068.00.

20. The combined proceeds for the disposition of Contessa's Seakeeper Units total $362,072.20.

21. SYG did not return Contessa's Seakeeper Funds, and none of Contessa's Seakeeper Units were delivered to Contessa and/or installed on the Vessel.

22. Therefore, with respect to Seakeeper-related damages, SYG has damaged Contessa in the total amount of $1,148,247.53.

## MTU ENGINE DAMAGES

23. After requesting and receiving funding from Contessa, SYG represented that it would remit Contessa's funds directly to Florida Detroit Diesel-Allison ("FDDA") for the purchase of MTU engines for the Vessel. The budgeted total cost was $1,825,000.00.

24. SYG only remitted an untimely partial payment totaling $638,750.00 to FDDA on 9/12/2022.

25. The remaining balance due to FDDA was $1,016,242.50. Due to nonpayment by SYG, FDDA refused to release the engines.

26. To avoid further delay and loss, Contessa paid $1,016,242.50 directly to FDDA pursuant to an assignment of contract.

27. This payment would not have been necessary had Starboard Yacht properly applied Contessa Marine's funds.

28. Accordingly, regarding the MTU Engine(s) damage claim, SYG has damaged Contessa in the total amount of $1,016,242.50.

## VOITH JET DAMAGES

29. SYG executed a contract with Voith US Inc. ("Voith") for a total contract price of $495,000.00 to purchase linear jets for the Vessel.

30. After requesting and receiving funding from Contessa, SYG paid only the initial installment of $148,500.00 to Voith on 10/11/2022.

31. SYG failed to remit the remaining balance of $346,500.00 to Voith.

32. As a result of SYG's nonpayment, Voith suspended delivery of the linear jets.

33. As a result, Contessa paid $346,500.00 directly to Voith US Inc., pursuant to an assignment of contract, to mitigate its damages.

34. The unpaid contract balance of $346,500.00 directly represents the damages caused by SYG's failure to apply Contessa's funds properly.

## LMC FRAUDULENT CHARGEBACK

35. In accordance with SYG's funding requests, Contessa funded SYG to pay Safe Harbor Lauderdale Marine Center ("LMC") for dockage and yard services.

36. After remitting funds to LMC, SYG initiated American Express credit card ending in #11003 chargebacks on November 20 and 21, 2023, in the amounts of: (i) $59,282.04 and (ii) $53,935.00.

37. On December 6, 2023, SYG initiated additional Bank of America credit card ending in #6640 chargebacks in the amounts of: (i) $52,857.36; and (ii) $60,427.79.

38. SYG's total chargeback amounts to $226,502.19.

39. These funds did not belong to SYG. The funds were derived from Contessa's payments, pursuant to SYG's funding requests, and were not returned to Contessa Marine.

40. In my professional opinion, SYG's credit card chargebacks represent wrongful retention of Contessa's project funds in the total amount of $226,502.19.

## **CONCLUSION**

41. The damages identified in this Affidavit and in Contessa's Motion represent funds paid by Contessa to SYG that were neither properly applied to the Vessel's refit nor returned to Contessa. These damages are final, unreimbursed, and capable of precise mathematical calculation from the underlying records.

42. Collectively, the sum total of the respective damage categories amounts to $5,765,487.14.[1]

43. Based on my personal knowledge and my forensic reconciliation of wire transfers, subpoena response productions, contracts, repair orders, chargeback documentation, and related accounting records, the figures set forth herein accurately reflect the amounts paid by Contessa, the amounts substantiated as applied to legitimate third-party vendors, the resulting unreconciled shortfall, and are stated within a reasonable degree of accounting certainty.

44. I make this Affidavit based upon my personal knowledge and my review of the above-referenced materials, true and correct copies of which are submitted in support of this Motion, and the facts stated herein are true and correct to the best of my knowledge and belief.

---

[1] Total Principal Damages: $5,765,487.14: (i) $3,027,994.72 – unsubstantiated funds; (ii) $1,148,247.53 – Seakeeper Damages; (iii) $1,016,242.50 - MTU Engine Damages; (iv) $346,500.00 – Voith Jets Damages; and (v) $226,502.19 – LMC Fraudulent Chargebacks.

_____

**NEIL BURELL, CPA/ABV, CFE**
President, Neil Burell, CPA, PA d/b/a Burell & Associates

I READ THE FOREGOING AFFIDAVIT AND DO SWEAR THAT THEY ARE TRUE AND CORRECT.

_____
AFFIANT

_____
PRINTED NAME

STATE OF Florida )
                         )SS
COUNTY OF Volusia )

BEFORE ME, the undersigned authority, personally appeared Neil Burell who did/did not take an oath and deposes and says that the Affidavit attached hereto are true and correct.

SWORN TO AND SUBSCRIBED before me this 12th day of Feb , 2026.

_____
NOTARY PUBLIC, State of Florida At Large

☐   Personally known by me, or
☒   Produced  identification:

Florida DL
_____
Type of Identification Produced

And

☐   Who did not take an oath, or
☒   Who did take an oath.

MY COMMISSION EXPIRES: 2/29/28

Notary Public State of Florida
Paula Grass
My Commission HH 498770
Expires 2/29/2028

Case 0:23-cv-61696-AHS Document 287-2 Entered on FLSD Docket 02/11/2026 Page 1 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

CASE NO.: 23-CV-61696-SINGHAL

STARBOARD YACHT GROUP LLC,
a Florida limited liability company,

      Plaintiff/Counter-Defendant,

v.

CONTESSA MARINE RESEARCH LLC,
a Delaware Limited Liability Company,
*in personam,*

      Defendant/Counter-Plaintiffs,

v.

CHARLES JAKE STRATMANN,
*individually,*

      Counter-Defendant.

_____/

## **AFFIDAVIT OF STEVEN IVANKOVICH**

BEFORE ME, the undersigned authority, personally appeared STEVEN IVANKOVICH, who being first duly sworn, deposes and states as follows:

1. I am the Manager of Contessa Marine Research LLC ("Contessa Marine").

2. I am over the age of eighteen (18), competent to testify, and have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

3. I make this Affidavit in support of Defendant/Counter-Plaintiff Contessa Marine Research LLC's Motion for Entry of Final Default Judgment against Plaintiff/Counter-Defendant

Starboard Yacht Group LLC ("Starboard Yacht"), pursuant to Rules 55(b) and 58 of the Federal Rules of Civil Procedure.

4. I have personal knowledge of Contessa Marine's contractual relationship and course of dealing with Starboard Yacht arising out of Starboard Yacht's role as project manager for the refit of the motor yacht OCTOPUSSY (the "Vessel"). I am personally familiar with the funding requests made by Starboard Yacht, the wire transfers issued by Contessa Marine, and the accounting and reconciliation of those funds.

5. Between approximately April 8, 2022, and March 31, 2023, Contessa Marine wired a total of $4,504,641.18 to Starboard Yacht in reliance on Starboard Yacht's representations that the funds were required to pay legitimate third-party vendors, shipyard charges, and subcontractors in connection with the Vessel's refit.

6. Starboard Yacht exercised exclusive control over the disbursement of Contessa Marine's funds, maintained the repair orders ("ROs"), generated internal invoices, and represented that it would provide full transparency and accounting of all expenditures.

6. In or about 2024, Contessa Marine retained an independent forensic accounting firm to conduct a detailed forensic review and reconciliation of all funds transferred to Starboard Yacht, all payments purportedly made to third-party vendors, and all repair order documentation produced by Starboard Yacht.

7. I have reviewed the forensic accountant's preliminary report dated March 5, 2024, together with the accompanying schedules, summaries, and supporting documentation (collectively, the "Forensic Accounting Report"), which are maintained by Contessa Marine in the ordinary course of its business.

Case 0:25-cv-61696-PAB-AHS Document 287-2 Entered on FLSD Docket 04/21/2026 Page 37 of 148

8. The Forensic Accounting Report was prepared based on, among other things: (a) Contessa Marine's wire transfer records; (b) bank statements; (c) repair orders and internal invoices generated by Starboard Yacht; (d) third-party vendor invoices; (e) payment schedules produced by Starboard Yacht; and (f) records obtained directly from third-party vendors.

9. The Forensic Accounting Report reflects that, of the $4,504,641.18 wired by Contessa Marine to Starboard Yacht, only $1,476,646.46 can be substantiated as having been paid to legitimate third-party vendors or shipyard charges supported by underlying documentation.

10. Accordingly, the forensic analysis determined that $3,027,994.72 of Contessa Marine's funds cannot be accounted for by Starboard Yacht through any legitimate vendor invoices, proof of payment, or corresponding repair order support.

11. The Forensic Accounting Report further identifies multiple instances in which Starboard Yacht invoiced Contessa Marine for work allegedly performed on the Vessel while using Contessa Marine's funds to pay expenses associated with other vessels, unrelated projects, or unsupported internal charges.

12. By way of example, the accounting analysis revealed that payments attributed by Starboard Yacht to specific repair orders for OCTOPUSSY were, in fact, applied to third-party vendors for other vessels, including but not limited to charges associated with Mulder Design, Muir Windlass, Rice Pump & Motor, and Lauderdale Marine Center, without corresponding authorization or disclosure to Contessa Marine.

13. The forensic schedules further demonstrate that Starboard Yacht represented that certain vendor invoices had been paid when, in fact, those invoices remained unpaid, while Contessa Marine's funds were nonetheless retained or diverted.

Case 0:26-cv-61450-DAB Document 62-2 Entered on FLSD Docket 04/21/2026 Page 38 of 148

14. At no time did Starboard Yacht disclose to Contessa Marine that its funds were being used for purposes other than the OCTOPUSSY refit, nor did Starboard Yacht provide accurate, contemporaneous accounting reflecting the true disposition of Contessa Marine's funds.

15. Contessa Marine relied on Starboard Yacht's representations, funding requests, internal invoices, and repair order summaries in approving and issuing wire transfers.

16. Had Contessa Marine known that Starboard Yacht was failing to pay legitimate vendors, diverting funds to other projects, or generating unsupported charges, Contessa Marine would not have transferred the subject funds.

17. As a direct and proximate result of Starboard Yacht's misrepresentations, omissions, and misuse of funds, Contessa Marine has suffered damages in the principal amount of $3,027,994.72, which represents funds paid to Starboard Yacht that remain unaccounted for and unsupported by legitimate documentation.

18. The damages described herein are capable of precise mathematical calculation based on wire transfer records, payment schedules, and the forensic accounting analysis.

19. The forensic accounting report prepared by Neil Burrell, CPA, of Burrell & Associates, together with the accompanying schedules and supporting documentation, was commissioned by Contessa Marine in the ordinary course of its business to determine the disposition of funds wired to Starboard Yacht Group LLC in connection with the OCTOPUSSY refit. I have reviewed the report and schedules in detail, and I rely upon them in Contessa Marine's regular business operations.

20. Based on my personal knowledge and that review, the report accurately reflects the amounts paid by Contessa Marine, the amounts actually substantiated as paid to legitimate third-party vendors for the Vessel, and the resulting shortfall.

21. The damages identified in the report, $3,027,994.72, represent funds paid by Contessa Marine to Starboard Yacht Group LLC that were neither applied to the Vessel's refit nor returned to Contessa Marine, and those damages are final, unreimbursed, and capable of precise mathematical calculation from the underlying records.

22. True and correct copies of the Forensic Accounting Report and the schedules and summaries relied upon therein are submitted in support of Contessa Marine's Motion for Entry of Final Default Judgment.

23. I make this Affidavit based on my personal knowledge, my review of Contessa Marine's business records, and my review of the Forensic Accounting Report. The facts stated herein are true and correct to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Signed by:

70D078649C0941E...

Executed this 11th day of February 2026.

**STEVEN IVANKOVICH**
Manager, Contessa Marine Research LLC

I READ THE FOREGOING AFFIDAVIT AND DO SWEAR THAT THEY ARE TRUE AND CORRECT.


_____

AFFIANT


_____

PRINTED NAME


STATE OF _____ )
                                  )SS
COUNTY OF _____ )


BEFORE ME, the undersigned authority, personally appeared _____ who did/did not take an oath and deposes and says that the Affidavit attached hereto are true and correct.

        SWORN TO AND SUBSCRIBED before me this ___day of _____, 2025.


                                 _____

                                 NOTARY PUBLIC, State of Florida At Large

☐     Personally known by me, or
☐     Produced  identification:              _____

                                 Type of Identification Produced

And


☐     Who did not take an oath, or
☐     Who did take an oath.


MY COMMISSION EXPIRES:

**Burell £ Associates**

Certified Public Accountants and Consultants

March 4, 2024

Steven Ivankovich
*do* Moore & Company, PA
Michael Moore, Esq.
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134

> **RE:** **Starboard Yacht Group, LLC vs. M. V. Octopussy and Contessa Marine Research, LLC vs. Charles Jake Stratmann**
>
> **Yacht "M. V. OCTOPUSSY" - Preliminary Report**

Dear Mr. Ivankovich:

You requested that, based on the records provided to me, I determine the following:

1. Amount of funds sent to SYG from the owner;
2. Total payments to third party vendors for work on the vessel Octopussy;
3. Payment to third party vendors for seven other vessels; and,
4. Other observations.

Here are my preliminary findings in this matter based on the records provided to me to date:

1. Money In - A total of $4,504,641.18 was transferred to SYG per the attached schedule **(Exhibit 1).** All payments have been traced to the SYG bank account.

2. Payments to third party vendors - The records reflect that a total of $1,491,348.48 **(Exhibit** 2) was paid to third party vendors. This information was obtained from vendor sources ($96,106.04) and from SYG records ($1,395,178.63). Additional information noted below is needed to trace additional payments.

   The SYG audit file SyGpaidUnpaidrepairOrders reflects the total paid to vendors to be $1,590,770.78 **(Exhibit 3),** or a variance of $99,422.30. It appears that SYG has payment information related to Octopussy that has not yet been

---



P. O. Box 971579

(15321 S. Dixie Highway, Suite 307)

Miami, FL 33157

Phone 305.666.5440  Fax 305.666.5430



EXHIBIT

D-48

March 4, 2024
Page 2 of 4

produced. It should be noted that the SYG audit file appears to have been produced prior to the payment of some invoices, so negative variances may be related to invoices paid after the date the SYG schedule was prepared.

Attached are recaps for the RO's for LMC charges **(Exhibit** 10), Mulder **(Exhibit 11)** Muir **(Exhibit 12)** and Rice Pump **(Exhibit 13)** invoices and payment records.

Payment information was traced to SYG checks, wire transfers listed on bank statements and credit card advice. It was also noted payment of charges on vendor invoices. The SYG books were not produced to trace charges and payments, so the records available to not tie to any financial records.

3. Payments for other vessels - The total RO's for the other vessels reflects a total due to SYG of $976,048.92 **(Exhibit** 5); however, supporting documentation for payments to third party vendors working on other vessels totals $44,539.32 **(Exhibit 4).** SYG has not produced supporting documentation other than its "New RO's" to support the amounts claimed for work on the other vessels. No agreement or documentation was provided to support the $192,308,70 charge for Finance Fees.

4. Other observations:

   a. SYG charged an administration fee for all charges related to third party vendors. This fee was charged at the rate of 10% of cost or at 11.1% of cost. SYG labeled many of these charges as "cost + 10%" but in reality SYG charges 11.1% as a result of the methodology they used. The total for the administration fee charged to the Octopussy totaled $666,600.72 **(Exhibit** 8). No agreement was provided that supports this charge. There is only a March 24, 2022 email that reflect a $3,000 monthly fee (see Exhibit A to Counterclaim).

   b. SYG charged a 3% Fees for workers compensation (WC) on all of the SYG labor. This charge totaled $14,475.53 **(Exhibit** 8). This fee was charged for all SYG labor, including office work for surveys and testing. Typically, this type of surcharge is for yard labor only. No agreement was provided that supports this charge. As noted above, there is only a March 24, 2022 email that reflect a $3,000 monthly fee (see Exhibit A to Counterclaim).

   c. A review of the SYG charges **(Exhibit 9)** for its labor reflects that most of the SYG labor was charged at $125.00 per hour for all work, regardless of whether it was for high end (e.g. model testing) or cleanup work. Regardless, this rate appears to be excessive based on my work involving other marine contractors.

   d. I compared Exhibit A to the Verified Complaint **(Exhibit 14)** to the RO's produced and noted that RO's 41267 through 50008 are not included in

March 4, 2024
Page 3 of 4

the Verified Complaint. This includes RO 41283 in the amount of $117,660.53 for cost plus 10% on the LMC charges, RO 4133 in the amount of $220,788.28 for Finance charges and RO 50008 for the three (3) Seakeeper units. I excluded the cost of this RO because the documentation reflects different pricing based on the RO and emails. Exhibit A to the Verified Complaint reflects a charge of $803,400 plus freight of $5,670.00.

e. The amounts reflected in Verified Complaint's paragraph 11 of $5,922,825.60 total charges and $2,219,616.48 amount due and owing do not agree with the amounts reflected in Exhibit A, which reflects those totals to be $5,736,692.60 and $2,033,483.48 respectively. The alleged balance due of $3,703,209.12 is the same in both the Verified Complaint and its Exhibit A.

f. The $4,867,572.60 total for Added Accessories on Exhibit A to the Verified Complaint does not agree to the $4,025,758.51 **(Exhibits 4 & 5)** totals of the individual RO's. The $841,814.09 difference is the approximate value of the three Seakeeper units, so it appears that SYG is duplicating this charge in its total $5,736,692.60 reflected on Exhibit A to the Verified Complaint **(Exhibit 14).**

g. The RO's listed in the verified complaint and for the other seven vessels are not the original RO's. In one schedule they are referred to as "New RO's", which also refers to vendors for amounts and work completed. Many vendor invoices refer to RO's that were listed in the budget schedule.

h. Most supporting documentation was not produced for the majority of labor, parts and other services allegedly provided by SYG.

Records needed to complete my analysis:

1. Financial records of SYG for the period from March 2022 through December 31, 2023, including but not limited to the following:

   a. General ledgers
   b. Monthly income statements
   c. Monthly balance sheets
   d. Records of all payments to vendors (disbursement journal if not included in detail in the general ledger)

2. All supporting documentation for charges of administrative (cost + 10%) fees, labor rates and workers compensation fees, including but limited to executed agreements.

3. Records from vendors used for amounts invoiced to SYG and paid by SYG.

March 4, 2024
Page 4 of 4

4. SYG payroll registers that correspond to periods where labor was charged to all vessels (Octopussy and seven other vessels) that identify individuals paid, hours worked and rates of pay.

5. All records supporting SYG charges and payments to vendors for amounts listed for vessels other than Octopussy.

6. American Express (and any other credit cards used to pay SYG expenses) credit card statements for the period from March 2022 through December 2023.

1 am available if you have any questions.

Sincerely,

**BURELL & ASSOCIATES**

Neil A. Burell
CPA/ABV, CFE

Enclosures

**Owner Funding**
**Confirmed via wire confirmation, total funding received by SYG**

**Wire Transfers:**

| | Amount | Transfer Date | From Bank | Payee | To Account# | Deposit Date | Cumulative Funding |
|---|---|---|---|---|---|---|---|
| $ | 12,862.00 | 4/8/2022 | Chase | SYG | BoA #0671 | 4/8/2022 | $ 12,862.00 |
| | 827,699.42 | 6/20/2022 | Bank of America | SYG | BoA #0671 | 6/17/2022 | $ 840,561.42 |
| | 150,000.00 | 7/22/2022 | Bank of America | SYG | BoA #0671 | 7/21/2022 | $ 990,561.42 |
| | 500,000.00 | 9/9/2022 | Chase | SYG | BoA #0671 | 9/9/2022 | $ 1,490,561.42 |
| | 450,000.00 | 9/12/2022 | Chase | SYG | BoA #0671 | 9/12/2022 | $ 1,940,561.42 |
| | 100,000.00 | 9/14/2022 | Chase | SYG | BoA #0671 | 9/14/2022 | $ 2,040,561.42 |
| | 200,000.00 | 9/22/2022 | Chase | SYG | BoA #0671 | 9/22/2022 | $ 2,240,561.42 |
| | 60,000.00 | 9/26/2022 | Chase | SYG | BoA #0671 | 9/26/2022 | $ 2,300,561.42 |
| | 254,079.76 | 9/28/2022 | Chase | SYG | BoA #0671 | 9/28/2022 | $ 2,554,641.18 |
| | 300,000.00 | 1/11/2023 | Chase | SYG | BoA #0671 | 1/11/2023 | $ 2,854,641.18 |
| | 500,000.00 | 1/18/2023 | Chase | SYG | BoA #0671 | 1/18/2023 | $ 3,354,641.18 |
| | 150,000.00 | 2/10/2023 | Chase | SYG | BoA #0671 | 2/10/2023 | $ 3,504,641.18 |
| | 1,000,000.00 | 3/31/2023 | Chase | SYG | BoA #0671 | 3/31/2023 | $ 4,504,641.18 |

**Totals    $ 4,504,641.18**

**Payments Applied per SYG:**

1-Schedule of Funding from Owner

| | VESSEL OCTOPUSSY | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RECAP OF SUPPORTING DOCUMEMTATION PRODUCED IN MASTER RO BINDERS | | | | | | | | | | | | | | |
| | Per Exh A to VC | | | Per SYG RO... | | | | Vender Payment Information | | | | | | | |
| VC# | Description: Total Options Purchased: $4,867,572.60 | Totals per VC | | SYG RO # | SYb KU Date Printed | Totals per SYG ROS | | Vendor Name | | Date Paid | Amount Paid per Vender | CC Fee | Date Paid | Amount Paid per SYG Records | Total Payments Noted |
| 12 | Deck targeting ana tracing deflection of hull during fuel removal | $2,351.25 | | 40585 | 8/14/2023 | $ 2,351.25 | | Advanced Mechanical | | | $ 2,421.79 | $ 70.54 | | | $ 2,421.79 |
| 188 | Hull target vessel once moved/blocked | $2,518.45 | | 40591 | 8/14/2023 | $2,518.45 | | Advanced Mechanical | | | $ 2,594.00 | 75.55 | | | $ 2,594.00 |
| 88 | Remove an Kamewa equipment and hydraulic rams to hull and prep for engine removal | $23,667.22 | | 40539 | 8/11/2023 | $ 23,667.22 | | Advanced Mechanical Enterprises | | 3/9/2023 | $ 1,065.90 | 63.81 | | | $ 1,129.71 |
| 54 | Sand blast grey water tank and coatings | $15,131.00 | | 40557 | 7/25/2023 | $ 15,131.00 | | Atlas Marine Group | | | | | | | |
| 88 | Clean, Inspect and Re-coat Freshwater Tank | $30,263.00 | | 858 | | $30,263.00 | | Atlas Marine Group | | | | | | | |
| 18 | C & R Kamewa Survey | $1,678.90 | | 40643 | | $1,678.90 | | C&R Kamewa - see invoice for different mark up | | | | | | | |
| 12 | Fuel Unloading, Prep area by SYG team prior to All tanks being cleaned and we found no cracking and algae was only In | $17,531.49 | | 40555 | 9/1/2023 | $ 17,531.49 | | Capital Marine Group, H. S, White Corp, Atlas Marine Group | | Vender info agrees to SYG | | | 6/16/2023 | $ 23,491.39 | $ 23,491.39 |
| 104 | Crew Quarters Stair Removal & Install of Temporary Stairs | $3,170.00 | | 40990 | 8/15/2023 | $3,170.00 | | Crew Stair Removal | | | | | | | |
| 18 | Hydraulic Hipmg Removal - Gut out all old system from stabilizers (filter, valves, pipes) | $5,250.00 | | 40551 | 8/11/2023 | $ 5,250.00 | | CSS Hydraulics | | | | | | | |
| 72 | Rebuild all capstans(stbd tripping out) /Replace oil. | $ x0.00 | | 40569 | 8/14/2023 | $ 240.00 | | CSS Hydraulics | | | | | | | |
| 14 | Drain the fuel lines; remove ana dispose of corroded fuel lines - Replace with 316 SS parts | $4,670.00 | | 40548 | 8/11/2023 | $ 4,670.00 | | Engine... of ...ht Solutions | | 10/7/2022 | $ 4,670.00 | | | | $ 4,670.00 |
| 158 | Remove Anchor Chain Plate | $10,971.66 | | 40573 | 8/14/2023 | $1 ...71.66 | | Engineered Yacht Solutions & Southern Cross Boatworks | | 11/21/2022 | $ 8,906.66 | | | | $ 8,906.66 |
| 77 | Mold Testing | $1,025.00 | | 40871 | 8/14/2023 | $1,025.00 | | Enviro Team Building Diagnostics | | | $ 1,066.00 | | | | $ 1,066.00 |
| 44 | Replace Main engines, twin Propulsion Engines; All controls for main engines on the bridge, wing stations, ER (buttons, | $1,825,000.00 | | 40542 | 8/11/2023 | $ 1,825,000.00 | | Florida Detroit Diesel | | | | | 9/12/2022 | $ 638,750.00 | $ 638,750.00 |
| 5 | S6: August 2022 LMC Storage | $0.00 | | | | | | LMC | | | | | | | |
| 122 | S6: September 2022 LMC Storage | $0.00 | | | | | | | | | | | | | |
| 133 | LMC Files | | | 41283 | 8/14/2023 | $ 443,683.11 | | LMC | | | | | | | |
| 88 | April 2023 LMC Storage | $0.00 | | | | | | | | | | | | | |
| 187 | LMC... | | | 40592 | 5/9/2023 | | | LMC-included in total for 41283 | | | | | | $ 443,683.11 | $ 452,292.05 |
| 45 | Repair Delaminating fairing and long board oil canning hull plates | $63,000.00 | | 40645 | 8/14/2023 | $63,000.00 | | Luu Marine & Associates | | | | | | | |
| 10 | Birge cleanrng tooe acheno gas free the engine room P42 Bilge cleaning to be able to gas free the engine room | $2,800.00 | | 40579 | 8/14/2023 | $2,800.00 | | Marina Mile | | | | | | | |
| 85 | Assist into haulout and from haulout to slip 5/11 | $1,030.00 | | 40652 | 8/14/2023 | $1,030.00 | | Marine Towing | | | $ 1,030.00 | $ 30.00 | | | |
| 65 | Inspect snore power inverter tor Function and reliability Inspect shore power inverter for Fun | $1,449.05 | | 40544 | 9/1/2023 | $ 1,449.05 | | Maritime Marine, Inc. | | 1/16/2023 | $ 1,449.05 | | | | $ 1,449.05 |
| 42 | Electrical survey vessel wide | $2,700.00 | | 40545 | 8/11/2023 | $ 2,700.00 | | Maritime Marine. Inc. | | 7/22/2022 | $ 2,700.00 | | | | $ 2,700.00 |
| 13 | Transformer setup and Rental by Maritime Marine | $12,145.65 | | 40546 | 8/11/2023 | $ 12,145.65 | | Maritime Marine, Inc. | | 1/16/2023 | $ 8,712.72 | | | | $ 8,712.72 |
| 45 | Perform fullUpper end service to the port and stbd generators diesel engines | $8,305.52 | | 40543 | 8/11/2023 | $ 8,305.52 | | Master Generator Service | | Undated | $ 22,500.00 | | | | $ 22,500.00 |

Case 0:26-cv-61150-RAR Document 6-1 Entered on FLSD Docket 04/24/2026 Page 47 of 148 f 32

RECAP OF SUPPORTING DOCUMEMTATION PRODUCED IN MASTER RO BINDERS

| | | Per Exh A to VC | | | Per SYG RO Binders | | | | | Vender Payment Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VC# | | Description: Total Options Purchased: $4,867,572.60 | Totals per VC | W | SYG RO # | SYG KU Date Printed | Totals per SYG ROS | or | Vendor Name | o | Date Paid | Amount Paid per Vender | CC Fee | Date Paid | Amount Paid per SYG Records | Total Payments Noted |
| 8 | 40534 | Conduct boroscope checks of all the main engine cylinders and review photos to specify needed | $7,110.49 | | 7990? | 8/11/2023 | $ 7,110.49 | | Mendol USA | | 7/21/2022 & 11/22/2022 | $ 7,108.49 | | | | 7. 49 |
| 86 | 887 | Test the Mam Engine injectors, inspect, borescope and adivse engine condition to maintain rel | $12,040.05 | | 40537 | 8/11/2023 | $ 12,040.05 | | Mendol USA | | 7/21/2022 & 11/22/2022 | $ 12,040.05 | | | | S 12,040.05 |
| 119 | | Removal ot Mam Engines: design rail system to remove existing main engines from boat | 88,670.00 | | 888 | 8/11/2023 | $ 6.6Z0.00 | | Mendol USA | | | | | | | |
| | | International Freight Sea | 88,788 80 | | 888 | 8/15/2023 | $3,789.50 | | | | | | | | | |
| | 888 | Storage Fees (Windlass) 371723-4/14/23 | $1,200.00 | | 888 | 8/15/2023 | $ 2 | | | | | | | | | |
| | 888 | Storage through June 6 | | | 888 | 8/15/2023 | $1,200.00 | | | | | | | | | |
| 71 | 888 | New Muir Windlass & Anchor Chain to New Size | $64,423.61 | | 40568 | 8/15/2023 | $64,423.61 | | | | | | | | | |
| 188 | 888 | Storage Fees (Windlass) thru June 23 | $400.00 | | 40568 | 6/16/2023 | $800.00 | | | | | | | | | |
| 5 | 848 | Mulder Design Engine Room mod with Voith Modification Naval Architecture drive train and este | $82,208.59 | | 40646 | 8/14/2023 | 8824 .58 | | Mulder Design | | | | | See List | U 88,387.36 | S 88,387.36 |
| 168 | 88 | Efficiency and performance propulsion "Linear Jet Feasibility" | $20,059.56 | | 40584 | 8/145 88 | 840 88 58 | | Mulder Design BV | | | | | | | |
| 43 | 878 | Digital Scan Bow to Cloud point | $5,205.00 | | 40578 | 8/1 028 | 88,208.Co | | Nextech | | Ck1231 | $ 920.00 | | | | $ 920.00 |
| 80 | 40563 | Rebuild second oaten or electrical a/c, sewage, oil, clean/dirty, hydraulic pumps | $4,687.30 | | 40563 | 8/11/2023 | $488 8 | | Rice Pump & Motor Repair | | | | | | | |
| 81 | 40566 | Setup scaffold, enclosure, and take down | $86,721.32 | | 40566 | 8/14/2023 | $86,721.32 | | Scaffold Shrinkwrap | | | | | | | |
| 142 | 41377 | Additional scaffolding 6/19/23 - 8/28/23 | | | 41377 | 023 | $ 19,000.00 | | Scaffold Shrinkwrap | | | | | | | |
| 88 | | Coating Inspection coating Inspection Data analysis and report (provided in archives) | $2,752.00 | | 40567 | 8/14/2023 | $2,752.00 | | Specialist Marine | | | $ 2,752.00 | | | | $ 2,752.00 |
| 87 | | Overhaul jet toilet pumps .replace pressure switches, check why one pump cannot work alone. | $5,388.15 | | 40564 | 8/15/2022 | $5,388.15 | | Total Marine Solutions | | | | | 7/8/2022 | $ 5,388.15 | S 5,388.15 |
| 8 | | Overhaul jet toilet pumps 1 replace pressure switches, check why one pump cannot work alone | $4,587.69 | | 40565 | 8/15/2022 | $4,587.69 | | Total Marine Solutions | | 7/21/2022 | $ 4,587.69 | | | | $ 4,587.69 |
| 41 | 548 | VA-1800 BOW MUDIN TELT TELESCOPIC HYDRAULIC CRANE: 1800 L8S LIFTING CAPACITY ATZERO DEGREES. 15 | $53,500.00 | | 40549 | 8/11/2023 | $ 53,500.00 | | UMT Marine | | | | | 5/12/2022 | $ 46,978.62 | $ 46,978.62 |
| 79 | 40587 | vol I t-i Linear Jets RECOMMENDATION BY JAKE STRATMANN SYG | 88 00.00 | | 40587 | 8/14/2023 | $495,000.00 | | V 3 | | | | | 10/11/2022 | 88 500.0 | 148,500.Co |
| 185 | 40561 | Water maker pumps are not working | $2,972.75 | | 40561 | 8/11/2023 | $2,972.75 | | Watermakers, Inc. | | | $ 2,972.75 | | | | S 2,972.75 |
| | | TOTALS | $2,894,614.20 | | | | $3,352,897.31 | | | | | $96,106.04 | | | $1,395,178.63 | $ 8.48 |

| | Vendor | NEW RO # | Vendor Invoice # | DEPOSITS / APPLIED 2022 | SYG PAID | Paid per Records Produced | Variance |
|---|---|---|---|---|---|---|---|
| Not on SYG Schedule | Atlas or Mechanic? | 40539 | 12044 | | | 1,129.71 | (1,129.71) |
| 47 | AME | 40585 | 11777 | 2,586.38 | 2,351.25 | 2,421.79 | (70.54) |
| 55 | AME/SYG | 40591 | 11889 | 2,770.29 | 2,518.45 | 2,594.00 | (75.55) |
| 24 | Atlas | 40557 | 221007-1 | 7,565.50 | $15,131.00 | o.00 | 15,131.00 |
| 22 | Atlas | 40559 | 221007-2 | 15,131.50 | 30,263.00 | 0.00 | 30,263.00 |
| 78 | BMC | 40990 | 357 | 0.00 | | 0.00 | o oo |
| 25 | Broward Armature & Generator | 40893 | 6813 | o.0o | 1,300.00 | | 1,300.00 |
| 13 | C&R | 40643 | 1275 | 1,846.79 | 1,678.90 | o.oo | 1,678.90 |
| 23 | Capital/Cliff Berry | 40558 | 30,535.00 | | 12,ooo | | 12,000.00 |
| 20 | Capital/Cliff Berry & HS White & SYG | 40555 | 3053326/ 3053369 | 11,436.37 | 17,530.57 | 23,491.39 | (5,960.82) |
| M 37 | Crew | 40535 | | 9,788.55 | 0.00 | | o.o0 |
| | crew | 40572 | | | 0.00 | | o.00 |
| 14 | Crew | 40550 | | 2,970.00 | 0.00 | | o.00 |
| 36 | CSS | 40569 | Not Issued Yet | | | 0.00 | o.o0 |
| 18 | CSS HYDRAULIC/crew | 40551 | 4941 | | 0.00 | 0.00 | 0.00 |
| 44 | Enviro Team Building Diag | 40871 | 1412 | 0.00 | 1,025.00 | **1,066.00** | (41.00) |
| 12 | EYS | 40548 | 21097 | 2,335.00 | 4,670.00 | 4,670.00 | o.oo |
| 90 | eys | 41302 | | | 0.00 | | 0,00 |
| 18 | . -_EYS/SYG | 40553 | | | 0.00 | o.oo | 0.00 |
| 38 | EYS/Southern Cross/Nextech | 40573 | 21315/21096; 28843/29074/29216/28608 | 11,000.00 | 10,971.66 | 8,906.66 | 2,065.00 |
| CD | FDDA | 40542 | | 942,500.00 | 638,750.00 | 638,750.00 | o.oo |

3-SYG Schedule of Payments to Third Party Vendors Compared to Records

| | | Vendor | NEW RO # | Vendor Invoice # | DEPOSITS / APPLIED 2022 | SYG PAID | Paid per Records Produced | Variance |
|---|---|---|---|---|---|---|---|---|
| | 77 | Home Depot | 40925 | | | 0.00 | 0.00 | 0.00 |
| | | LMC | 41283 | | 300,000.00 | 443,683.11 | 452,292.05 | (8,608.94) |
| | 88 | LUU Marine | 40645 | | | 0 | 0.00 | 0.00 |
| | 72 | Marina Mile TK cleaning | 40579 | 20217048 | | 2,800.00 | 0.00 | 2,800.00 |
| | 8 | Maritime Marine | 40544 | 88041 | 0.00 | 1,449.05 | 1,449.05 | 0.00 |
| | 8 | Maritime Marine | 40545 | 54867 | | 2700 | 2,700.00 | 0.00 |
| | 10 | Maritime Marine | 40546 | 55202; 55148,55080 | | 8,372.25 | 8,712.72 | (340.47) |
| | 7 | Master Generator Service | 40543 | 870o, 4024-81, | 8,305.52 | 8,305.52 | 22,500.00 | (14,194.48) |
| | 1 | Mendol | 40534 | 8744; 8867 | 3,944.78 | 7,110.49 | 7,108.49 | 2.00 |
| | 4 | Mendol | 40537 | 87-8.8888 | 4,132.45 | 12,040.05 | 12,040.05 | 0.00 |
| | 88 | Muir | 40568 | 5001982, 5002129, 100549-1, 5002044, 2015513, 5002067, 5002068, 5002080, 5002099, 5002113, 5002180, 5002165, 5002513, 5002141, 5002131 | 41,753.35 | 33,213.11 | 0.00 | 88,218.11 |
| | 48 | Mulder Designs | 40646 | 2023006; 2023050; 2022023; 2022028; 2022033; 2023032; 2023041; 2023042; 2023053 | 37,500.00 | 82,208.59 | 88,387.36 | (6,178.77) |
| | 48 | Mulder desings | 40584 | 2022023/2022028 | 18,500.00 | 20,059.56 | 0.00 | 20,059.56 |
| | 41 | NEXTECH | 40578 | 4858 | | 5,205.00 | 920.00 | 4,285.00 |
| | 27 | Rice Pump/ Engineers | 40563 | 119265; 119177; 119193; 119524; 119303; 119170;119351119176;119302 | 4,953.30 | 4,687.30 | 0.00 | 4,687.30 |

| | | Vendor | NEW RO # | Vendor Invoice # | DEPOSITS / APPLIED 2022 | SYG PAID | Paid per Records Produced | Variance |
|---|---|---|---|---|---|---|---|---|
| | 32 | Safe harbor | 41311 | Pending | | O | | 0.00 |
| | 31 | Scaffold Shrink-wrap Company | 40566 | 13376 | | 0.00 | 0.00 | 0.00 |
| | 31 | Scaffold Shrink-wrap Company | 41377 | 13931 | | 0.00 | | 0.00 |
| | 34 | Specialist Marine | 40567 | 22800 | | 2,752.00 | 2,752.00 | 0 00 |
| | 33 | STEELTOWING | 40652 | 23362 | | 1,030.00 | 1,030.00 | 0.00 |
| | 29 | Total marine/Engineers | 40564 | 90494 | 5,926.97 | 5,388.15 | 5,388.15 | 0.00 |
| | 30 | Total marine/Engineers | 40565 | 90743 | 5,097.43 | 4587.69 | 4,587.69 | 0.00 |
| | 16 | UMT | 40549 | Notissued Yet | 23,967.88 | 23,623.63 | 46,978.62 | (23,354.99) |
| | 27 | Voith | 40587 | | 150,000.00 | 150,000.00 | 148,500.00 | 1,500.00 |
| | 26 | Water makers inc | 40561 | 31533 | | 2,972.75 | 2,972.75 | 0.00 |
| | **TOTAL PHASE 1** | | | | **1,587,415.20** | **1,590,770.78** | **1,491,348.48** | 99,422.30 |

**SYG vs. Contessa Marine Research**
**Payments to Third Party Vendors for Work on Other Vessels**

| Vendor Name | For Vessel | Amount per Vessel | Payment | Date Paid | | Comments |
|---|---|---|---|---|---|---|
| Howard Reeder | | | 19,284.10 | NOV 2020 | Paid via wire transfer from account #0174 | |
| Howard Reeder | IMG40XS 2015 | 6,428.03 | | | | Payment allocated to 3 vessels at $7071.85 each (+10%) |
| Howard Reeder | IMG 40XF 2020 | 6,427.03 | | | | Payment allocated to 3 vessels at $7071.85 each (+ 10%) |
| Howard Reeder | IMG 54 | 6,427.04 | | | | Payment allocated to 3 vessels at $7071.85 each (+ 10%) |
| | | | | | | |
| MT Yacht Services | | | 22,000.00 | FEB 2022 | Paid via wire transfer from account #0174 | |
| MT Yacht Services | IMG 40XS 2015 | 4,500.00 | | | | For Transport |
| MT Yacht Services | IMG 40XF 2020 | 4,500.00 | | | | For Transport |
| MT Yacht Services | IMG 54 | 4,500.00 | | | | For Transport |
| MT Yacht Services | Boat Trailers | 4,500.00 | | | | For Transport |
| MT Yacht Services | IMG 40XS 2015 | 1,000.00 | | | | Loading Boats and Trailer at Port |
| MT Yacht Services | IMG 40XF 2020 | 1,000.00 | | | | Loading Boats and Trailer at Port |
| MT Yacht Services | IMG 54 | 1,000.00 | | | | Loading Boats and Trailer at Port |
| MT Yacht Services | Boat Trailers | 1,000.00 | | | | Loading Boats and Trailer at Port |
| | | | | | | |
| 2 Star | | | 453.20 | 1/3 2023 | Paid per statement | Paid per statement |
| 2 Star | | | 677.44 | 1/31/2023 | Paid per statement | Paid per statement |
| 2 Star | | | 1,671.38 | 2/21/2023 | Paid per statement | Paid per statement |
| 2 Star | | | 453.20 | 2/3/2023 | Paid per statement | Paid per statement |

**TOTAL PAYMENTS PER RECORDS**   44,539.32

4-Schedule of payments for other vessels

Case 0:24-cv-61886-AHS Document 51-5 Entered on FLSD Docket 04/21/2025 Page 52 of 148
Case 0:24-cv-61886-AHS Document 114-3 Filed 07/13/2026 Page 52 of

SYG vs. Contessa Marine Research
Recap of RO's for Other Vessels

| Vessel | RO # | RO Description | RO Date Printed | RO $ | Vendor | Vendor Invoice (Inv) or RO only (RO) | Totals per JS Timeline 7/24/23 | Vendor Invoice Total | Plus 10% | Job Subtotal | Misc | Job Parts | Job Labor | Job Sublet | Job Misc Item | Subtotal | Sales Tax | Less Deposits | Total RO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Amounts per Funded and Distributed Schedule 7/24/2023** | | | | | | | | **Breakdown of RO** | | | | | | | | | | | |
| 22 Aquaform 15 | 404198 | Geicoat repairs and other | 10/25/2022 | 3,822.34 | SYG | | | | | | (2,425.70) | 2,529.90 | 2,226.60 | 828.57 | 123.83 | 3,577.13 | | | 3,822.34 |
| | | | | 3,822.34 | | | 3,822.34 | | 0.00 | (2,425.70) | 2,529.90 | 2,226.60 | 828.57 | 123.83 | 3,577.13 | | | 3,822.34 |
| IMG 40XS2015 | 40512 | Survey | 6/10/2022 | 660.00 | P. R. Anstey | O | | 600.00 | 60.00 | 660.00 | | | | | | 660.00 | | | 660.00 |
| IMG 40XS2015 | 40609 | Customs Duties Taxes | 6/10/2022 | 7,071.85 | H. Reeder | O | | 6,428.80 | 643.05 | 7,071.85 | | | | | | 7,071.85 | | | 7,071.85 |
| IMG 40XS2015 | 40610 | Dockage | 6/21/2023 | 12,465.10 | SYG | O | | | | | | 11,712.36 | | | | 11,712.36 | 752.74 | | 12,465.10 |
| IMG 40XS2015 | 40611 | Vessel fueling | 6/21/2023 | 299.97 | SYG | O | | | | | 280.35 | | | | | 280.35 | 19.62 | | 299.97 |
| IMG 40XS2015 | 40614 | Vessel offloading from transport | 6/21/2023 | 9,140.75 | SYG | O | | | | | | | | 8,576.18 | | 8,576.18 | 564.57 | | 9,140.75 |
| IMG 40XS2015 | 40615 | Fiberglass work & Seakeeper installation (parts) | 6/21/2023 | 32,174.56 | SYG | S | | | | | 640.21 | 7,299.89 | 21,173.75 | | 1,058.70 | 30,172.55 | 2,002.01 | | 32,174.56 |
| IMG 40XS2015 | 40628 | PS trim tab repairs | 6/21/2023 | 1,442.48 | SYG | S | | | | | 23.75 | 669.34 | 625.00 | | 31.25 | 1,349.34 | 93.14 | | 1,442.48 |
| IMG 40XS2015 | 40630 | Vessel protection and post work cleanup | 6/21/2023 | 2,303.98 | SYG | O | | | | | 50.00 | 531.20 | 1,500.00 | 75.00 | | 2,156.20 | 147.78 | | 2,303.98 |
| IMG 40XS2015 | | Inop bilge R&R | 6/21/2023 | 413.03 | SYG | O | | | | | | 111.50 | 250.00 | 12.50 | | 386.50 | 26.53 | | 413.03 |
| IMG 40XS2015 | | VHF repairs | 6/21/2023 | 900.13 | SYG | O | | | | | | 291.24 | 500.00 | 25.00 | | 841.24 | 58.89 | | 900.13 |
| IMG 40XS2015 | | Assessing condition of Seakeeper after flood | 6/21/2023 | 2,236.27 | SYG | S | | | | | 51.88 | 400.53 | 1,562.50 | 78.13 | | 2,093.04 | 143.23 | | 2,236.27 |
| IMG 40XS2015 | | Vessel insurance | 6/21/2023 | 2,800.00 | SYG | S | | | | | | 2,800.00 | | | | 2,800.00 | | | 2,800.00 |
| IMG 40XS2015 | | Soastrainer replacement | 6/21/2023 | 1,434.30 | SYG | S | | | | | 31.25 | 435.93 | 875.00 | | | 1,342.18 | | | 1,434.30 |
| IMG 40XS2015 | | Seakeeper (unit only) | 6/21/2023 | 39,819.70 | SYG | S | | | | | | 36,600.00 | | 910.00 | | 37,510.00 | 2,309.70 | | 39,819.70 |
| IMG 40XS2015 | | Naval archalecture | 6/21/2023 | 8,911.60 | SYG | S | | | | | 249.10 | | 8,125.00 | | | 8,374.10 | 537.50 | | 8,911.60 |
| | | | | 122,073.72 | | | 122,073.82 | | 8,012.20 | 1,083.69 | 12,199 | 34,611.25 | 8,576.18 | 2,190.58 | 215,325.89 | 6,710 | | 122,073.72 |
| IMO 40XF 2020 | | Duties and taxes. | 6/21/2023 | 7,071.85 | H. Reeder | RO | | 6,428.80 | 643.05 | 7,071.85 | | | | | | 7,071.85 | 0.00 | | 7,071.85 |
| IMO 40XF 2020 | | Dockage | 6/21/2023 | 11,701.90 | SYG | RO | | | | | | 10,992.36 | | | | 10,992.36 | 709.54 | | 11,701.90 |
| IMO 40XF 2020 | | Vessel fueling | 6/21/2023 | 432.50 | SYG | RO | | | | 404.21 | | | | | | 404.21 | 28.29 | | 432.50 |
| IMO 40XF 2020 | | Vessel offloading and transport | 6/21/2023 | 9,140.75 | SYG | RO | | | | | | 498.52 | | 8,077.66 | | 8,576.18 | 564.57 | | 9,140.75 |
| IMO 40XF 2020 | | Survey | 6/21/2023 | 2,299.00 | P. R. Anstey | RO | | 600.00 | 60.00 | 2,299.00 | | | | | | 2,299.00 | 0.00 | | 2,299.00 |
| IMO 40XF 2020 | | Vessel protection | /2023 | 1,823.51 | SYG | RO | | | | | 50.00 | 82.16 | 1,500.00 | 75.00 | | 1,707.16 | 116.35 | | 1,823.51 |
| IMO 40XF 2020 | | Seakeeper installation | /2023 | 26,262.73 | SYG | RO | | | | | 492.38 | 7,774.23 | 16,412.50 | | | 24,679.11 | 1,583.62 | | 26,262.73 |
| IMO 40XF 2020 | | Removal of aft shade and repairs | /2023 | 2,569.52 | SYG | RO | | | | | 57.50 | 509.85 | 1,750.00 | 87.50 | | 2,404.85 | 164.67 | | 2,569.52 |
| IMO 40XF 2020 | | Hardtop electronics reinstall | /2023 | 3,337.80 | SYG | RO | | | | | 86.25 | 15.08 | 2,875.00 | 148.75 | | 3,125.08 | 212.72 | | 3,337.80 |
| IMO 40XF 2020 | | Vessel insurance | /2023 | 2,800.00 | SYG | RO | | | | 2,800.00 | | | | | | 2,800.00 | 0.00 | | 2,800.00 |
| IMO 40XF 2020 | | Seakeeper (unit only) | /2023 | 39,819.70 | SYG | RO | | | | | | 36,600.00 | | 910.00 | | 37,510.00 | 2,309.70 | | 39,819.70 |
| IMO 40XF 2020 | | Strut replacement | /2023 | 1,545.02 | SYG | RO | | | | | 26.75 | 918.94 | 500.00 | | | 1,445.69 | 99.33 | | 1,545.02 |
| IMO 40XF 2020 | | Bilge pump repairs | /2023 | 658.18 | SYG | RO | | | | | 36.68 | 189.99 | 389.22 | | | 615.89 | 42.29 | | 658.18 |
| IMO 40XF 2020 | | Console hatch | /2023 | 582.10 | SYG | RO | | | | | 20.00 | | 500.00 | 25.00 | | 545.00 | 37.10 | | 582.10 |
| IMO 40XF 2020 | | Electrical upgrade | /2023 | 5,153.89 | SYG | RO | | | | | 23.75 | 4,137.95 | 625.00 | 31.25 | | 4,817.95 | 335.94 | | 5,153.89 |
| IMO 40XF 2020 | | Naval Archtecture | /2023 | 8,911.60 | SYG | RO | | | | | | | 8,125.00 | | | 8,374.10 | 537.50 | | 8,911.60 |
| | | | | 124,110.05 | | | 122,182.68 | | 12,575.06 | 1,042.41 | 61,719.08 | | 8,077.66 | 1,277.50 | 117,368.43 | 6,74162 | | |
| | | | | | | Variance In RO Totals | (1,927.37) | | | | | | | | | | | | |
| | | Antifouling & wrap removal | | 18,221.42 | | | | | | 17,142.85 | | | | | | 17,142.85 | 1,078.57 | | 18,221.42 |
| | | Electrical Survey | | 1,356.88 | | | | | | 1,312.50 | 44.38 | | | | | 1,356.88 | 0.00 | | 1,356.88 |
| | | Custom duties taxes | | 7,071.85 | | | | 6,428.80 | 643.05 | 7,071.85 | | | | | | 7,071.85 | 0.00 | | 7,071.85 |
| | | Storage | | 6,264.10 | | | | | | | | 5,862.36 | | | | 5,862.36 | 401.74 | | 6,264.10 |
| | | Fueling | | 2,028.69 | | | | | | 2,028.69 | | | | | | 2,028.69 | 0.00 | | 2,028.69 |
| | | Generator swap - Fischer Panda | | 28,056.74 | | | | | | | 225.00 | 18,709.19 | 7,500.00 | | | 26,434.19 | 1,622.55 | | 28,056.74 |
| | | GOST | | 31,074.61 | | | | | | | 2,000.00 | 20,999.63 | 6,250.00 | | | 29,249.63 | 1,824.98 | | 31,074.61 |
| | | Electronic conversion | | 14,934.04 | | | | | | | 225.00 | 6,329.28 | 7,500.00 | | | 14,054.28 | 879.76 | | 14,934.04 |
| | | Offload vessel from transport | | 10,561.14 | | | | | | 9,916.17 | | | | | | 9,916.17 | 6 | | 10,561.14 |
| | | Seakeeper installation | | 5,130.18 | | | | | | | 120.00 | 482.32 | 4,000.00 | | 200.00 | 4,802.32 | 3 | | 5,130.08 |
| | | Humphree Installation | | 16,280.93 | | | | | | | | 974.20 | 14,338.00 | | | 15,312.20 | 9 | | 16,280.93 |
| | | Vessel protection | | 2,918.67 | | | | | | | 75.00 | 157.64 | 2,500.00 | | | 2,732.64 | 1 | | 2,918.67 |
| | 40627 | Vessel Survey | | 891.00 | P. R. Anstey | | | 810.00 | 81.00 | 891.00 | | | | | | 891.00 | | | 891.00 |
| | 40639 | Service pad | | 1,967.21 | | | | 1,671.38 | 167.14 | 1,838.51 | | | | | | 1,838.51 | 1 | | 1,967.21 |
| | 40815 | Shorecord repairs | | 624.27 | | | | | | | 18.75 | 170.93 | 375.00 | | 18.75 | 583.43 | | | 624.27 |
| | 41002 | Humphree | | 15,936.22 | | | | | | | | 14,987.00 | | | | 14,987.00 | | | 15,936.22 |
| | 41003 | Seakeeper (unit only) | | 67,148.00 | | | | | | | | 63,300.00 | | | | 63,300.00 | 3,626.00 | | 67,148.00 |
| | 41071 | Vessel Insurance | | 3,828.35 | | | | | | | | 3,828.35 | | | | 3,828.35 | 0.00 | | 3,828.35 |
| | | TOTALS | | 234,294.30 | | | 235,407.00 | | | 40,201.57 | 2,708.13 | 135,300.90 | 42,463.00 | 0.00 | 218.75 | 221,392.35 | 12,901.85 | | 234,294.20 |
| Intrepid | 40285 | Transport / Vessel relocation | 7/25/2023 | 2,274.00 | Matt's Marine | | | 1,340.00 | | | | | | | | | | | |
| Intrepid | 40285 | 40' Intrepid Arrival | 7/25/2023 | 0.00 | | | | | | | | | | | | | | | |
| Intrepid | 40285 | Seakeeper 5 RESTOCKING FEE PLUS FREIGHT | 7/25/2023 | 12,740.00 | | | | | | | | | | | | | | | |

| Vessel | RO# | RO Description | RO Date Printed | ROS | Vendor | Vendor Invoice (Inv) or RO only (RO) | Totals per JS Timeline 7/24/23 | Vender Invoice Total | S | Job Subtotal | Misc | Job Parts | Job Labor | Job Sublet | Job Misc Item | Subtotal | Sales Tax | Less Deposits | Total RO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Amounts por Funded and Distributed Schedule 7/24/2023** | | | | | | | | | | | **Breakdown of RO** | | | | | | |
| Ir───Id | 40285 | Fiberglass Modification (fill tabs, running lamination modification to outboards) | 7/25/2023 | 3,963.92 | | | | | | | | | | | | | | | |
| Ir───I | 40285 | Naval Architecture @ BOUYANCY TEST | 7/25/2023 | 22,875.00 | | | | | | | | | | | | | | | |
| Ir───I | 40285 | Trim Tab Removal | 7/25/2023 | 5,656.25 | | | | | | | | | | | | | | | |
| Ir  I | 40285 | Vessel Protection & Post Work Clean up | 7/25/2023 | 400.00 | | | | | | | | | | | | | | | |
| Ir───I | 40285 | Remove Swim Plateform for addional Scaning to bo done | 7/25/2023 | 2,269.43 | | | | | | | | | | | | | | | |
| Ir───I | 40285 | Removal of struts and Rudders | 7/25/2023 | 5,250.00 | | | | | | | | | | | | | | | |
| In───Id | 40285 | Transom Redesign AS PER EDDY AND NA PLANS LAMINATION PREP AND | 7/25/2023 | 8,423.27 | | | | | | | | | | | | | | | |
| Intrepid | 40285 | Storage 60S/day | 7/25/2023 | 17,640.00 | Harbour Towne Marina | | | | | | | | | | | | | | |
| Intrepid | 40285 | Summary | 7/25/2023 | | | | | | | | | | | | | | | | |
| Intrepid | 40285 | Job Subtotal: | 7/25/2023 | 81,491.87 | | | | | | | | | | | | | | | |
| Intrepid | 40285 | Misc: | 7/25/2023 | 1,677.71 | | | | | | | | | | | | | | | |
| Intrepid | 40285 | Job Parts Subtotal: | 7/25/2023 | 73,004.12 | | | | | | | | | | | | | | | |
| Intrepid | 40285 | Job Labor Subtotal: | 7/25/2023 | 55,923.75 | | | | | | | | | | | | | | | |
| Intropid | 40285 | Job Sublet Subtotal: | 7/25/2023 | 1,474.00 | | | | | | | | | | | | | | | |
| Intropid | 40285 | Tax: | 7/25/2023 | 5,278.59 | | | | | | | | | | | | | | | |
| Intrepid | 40285 | Total: | 7/25/2023 | 88,448.17 | | | | | | | | | | | | | | | |
| Intrepid | 40285 | Less Deposits: | 7/25/2023 | (14,124.00) | | | 88,448.17 | | | | | | | | | | | | |
| Intrepid | 40285 | Total Due: | 7/25/2023 | 74,324.17 | | | 88,448.17 | | | 0.00 | 0 o | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ← |
| Whaler | 40434 | See list of repairs on RO40434 | | 124,492.32 | | | 140,664.83 | | | | 72 s | 31 ───I | 11.0 46 | 1,947.93 | 117,023.29 | 7.4 8 | | | 124,492.32 |
| 3 | | | | 124,492.32 | | | 140,664.83 | | | 0.00 | 72 s s | y | 11,357.46 | 1,947.93 | 117,023.29 | 7. 8 | 0.00 | | 124,492.32 |
| Cobia | 40081 | Scckeper relocation and upgrades | 4/10/2022 | 59,164.13 | | | | | | | 500.00 | 27 8 a | 37 7. 8 | | 75.00 | 55,619.29 | 3,544.84 | | 59,164.13 |
| Cobia | 40281 | Cushion replacement | 6/16/2022 | 23,894.70 | Admiral Yacht Canvass & Upolstery | | 70,196.83 | 20,450.00 | 2,045.00 | | | 5? 5 00 | | | | .495 00 | 1 0.70 | | 8 .70 |
| | | | | 83,058.83 | | | 70,196.83 | | | 0.00 | 500.00 | 4 81. s | 72692760 | 0.00 | 75.00 | 5 1 | 4,944. 8 | 0. 8 | 0 8 8 |
| Customer Ordered Parts | | Folder empty for this item | | | | | 0.00 | | | | | | | | | | | | |
| | | | | | | | 0.00 | | | | | | | | | | | | |
| Octopussy | | No documentation produced for this chargo | | | | | 436.33 | | | | | | | | | | | | |
| | | | | | | | 436.33 | | | | | | | | | | | | |
| Finance Foes | | 1.5% on alledged outstanding balance. NO documentation produced for this charge | | | | | 19Z,308.ZO | | | | | | | | | | | | |
| | | | | | | | 19Z,308.ZO | | | | | | | | | | | | |
| Storage Trailer 54. 40. 40 w/5k credit tor sate of 1 40 trailer | | | | | | | SO8.ZS | | | | | | | | | | | | |
| | | | | | | | SOSJS | | | | | | | | | | | | |
| **TOTALS** | | | | **766,175.73** | | | **976,048.95** | | | 60,788.83 | 2,908.53 | 382,890.59 | 171,539.97 | 28,839.87 | 5,833.59 | 652,801.38 | 39,050.08 | 0.00 | 691,851.46 |

**Notes:**
1. No Invoices or proof of payment were produced for this RO.
2. Charges are inclusive of administrative fees
3. Unknown if 3% WC charge is included in line Item charges

Source:   TimelineAuditJakeEmail (version 4). Tab - Funded and Dist 72423

Case 0:23-cv-61504-RAR Document 51-6 Entered on FLSD Docket 04/21/2025 Page 54 of 148

SYG vs. Contessa Marine Research
Recap of RO 40285 for Intrepid

| RO. | RO Description | RC Pr... | O s | Ve-r | Vender Invoice (Inv) or RO only (RO) | Mi | Vendor Invoice Total | Fo | Job Total | LLc | Job Parts | Job Labor | Job Sub ot | Job Misc Item | Sub ot | Sales Tax | Loss Deposits | Total RO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Amounts per Funded and Distributed Schedule 7/24/2023 | | | | | | | | | | | | | Breakdown of RO | | | |
| 40285 | Transport/ Vossol relocation | 7/25/2023 | 2,274.00 | Star2/Harbour Towne Marina | | | | | | | | | | | | | | |
| 40285 | 40' Intrepid Arrival | 7/25/2023 | 0.00 | | | | | | | | | | | | | | | |
| 40285 | Seakeeper 5 RESTOCKING FEE PLUS FREIGHT | 7/25/2023 | 12,740.00 | | | | | | | | | | | | | | | |
| 40285 | Fiberglass Modification (fill tabs, running lamination modification to outboards) | 7/25/2023 | 3,963.92 | | | | | | | | | | | | | | | |
| 40285 | Naval Architecture @ BOUYANCY TEST | 7/25/2023 | 22,875.00 | | | | | | | | | | | | | | | |
| 40285 | Trim Tab Removal | 7/25/2023 | 5,656.25 | | | | | | | | | | | | | | | |
| 40285 | Vossol Protection & Post Work Clean up | 7/25/2023 | 400.00 | | | | | | | | | | | | | | | |
| 40285 | Remove Swim Platform for Adonal Scanning to bo done | 7/25/2023 | 2,269.43 | | | | | | | | | | | | | | | |
| 40285 | Removal of struts and Rudders | 7/25/2023 | 5,250.00 | | | | | | | | | | | | | | | |
| 40285 | Transom Redesign AS PER EDDY AND NA PLANS LAMINATION PREP AND | 7/25/2023 | 8,423.27 | | | | | | | | | | | | | | | |
| 40285 | Storage 60$/day | 7/25/2023 | 17,640.00 | | | | | | | | | | | | | | | |
| 40285 | Summary | 7/25/2023 | | | | | | | | | | | | | | | | |
| 40285 | Job Subtotal: | 7/25/2023 | 81,491.87 | | | | | | | | | | | | | | | |
| 40285 | Misc: | 7/25/2023 | 1,677.71 | | | | | | 1,677.71 | | | | | | | | | |
| 40285 | Job Parts Subtotal: | 7/25/2023 | 73,004.12 | | | | | | | | 73,004.12 | | | | | | | |
| 40285 | Job Labor Subtotal: | 7/25/2023 | 55,923.75 | | | | | | | | | 55,923.75 | | | | | | |
| 40285 | Job Sublet Subtotal: | 7/25/2023 | 1,474.00 | | | | | | | | | | 1,474.00 | | | | | |
| 40285 | Tax: | 7/25/2023 | 5,278.59 | | | | | | | | | | | | 132,079.58 | 5,278.59 | | |
| 40285 | Total: | 7/25/2023 | 88,448.17 | | | | | | | | | | | | | | | |
| 40285 | Loss Deposits: | 7/25/2023 | (14,124.00) | | | | | | | | | | | | | | (14,124.00) | 123,234.17 |
| 40285 | Total Duo: | 7/25/2023 | 74,324.17 | | | | | | 0,00 | 1,677.71 | 73,004.12 | 55,923.75 | 1,474,00 | 0,00 | 132,079.58 | 5,278.59 | (14,124,00) | 123,234.17 |

Variance between RO total and RO subtotals 34,786.00

Case Case 0:23-cv-61496-RKA-APrs Document 1146-A Filed on DPcket 04/03/2025 Page 55 of
32

SYG vs. Contessa Manne Research
Recap of RO 40434 for Whaler

| Vessel | RO# | RO Description | RO Date Printed | RO$ | Vender | Vender Invoice (Inv) or RO only (RO) | Payments Applied per JS Timeline | Vender Invoice Total | Plus 10% | Job Subtotal | Misc | Job Parts | Job Labor | Job Sublet | Job Misc Item | Subtotal | Tax | Less Deposits | Total RO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | Boston Whaler 42 | V5AT Installation | 6/6/2023 | 42,191.49 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Garmin parts and misc repairs $7,293.74 | 6/6/2023 | 7,293.74 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Seakeeper5 Annual Service & screen upgrade $4,140.00 | 6/6/2023 | 4,140.00 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Head inop $3,293.72 | 6/6/2023 | 3,293.72 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Refrigerator plate $1,867.64 | 6/6/2023 | 1,867.64 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | TS inop VHP mic $131.25 | 6/6/2023 | 131.25 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Hose reels $637.90 | 6/6/2023 | 637.90 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Sunshade track $309.79 | 6/6/2023 | 309.79 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Antifouling $8,690.00 | 6/6/2023 | 8,690.00 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Latch in head $287.50 | 6/6/2023 | 287.50 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Blue light head on top $1,252.36 | 5/6/2023 | 1,252.36 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Antenna base $328.13 | 6/6/2023 | 328.13 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Acrylic Hatch $961.86 | 6/6/2023 | 961.86 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | BBQ,not heating up $525.00 | 6/6/2023 | 525.00 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Gel Coat repairs $2,304.89 | 6/6/2023 | 2,304.89 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Service Mercury Engines (4) and repair leaking trim cylinder $10,183.06 | 6/6/2023 | 10,183.06 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Haul block and launch $1,774.96 | 6/6/2023 | 1,774.96 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Soft good Replacement/repairs $28,600.00 | 6/6/2023 | 28,600.00 | | | | | | | | | | | | | | | |
| 2020 | Boston Whaler 42 | Storage at 90.00 per day $2,250.00 | 6/6/2023 | 2,250.00 | | | | | | | | | | | | | | | |
| Summary | | | 6/6/2023 | | | | | | | | | | | | | | | | |
| Job Subtotal: | | | 6/6/2023 | 117,023.29 | | | | | | | | | | | | | | | |
| Misc: $0.00 | | | 6/6/2023 | 0.00 | | | | | | | | | | | | | | | |
| Job Parts Subtotal: | | | 6/6/2023 | 72,092.90 | | | | | | | | 72,092.90 | | | | 72,092.90 | | | 72,092.90 |
| Job Labor Subtotal: | | | 6/6/2023 | 31,625.00 | | | | | | | | | 31,625.00 | | | 31,625.00 | | | 31,625.00 |
| Job Sublet Subtotal: | | | 6/6/2023 | 11,357.46 | | | | | | | | | | 11,357.46 | | 11,357.46 | | | 11,357.46 |
| Job Misc Item Subtotal: | | | 6/6/2023 | 1,947.93 | | | | | | | | | | | 1,947.93 | 1,947.93 | | | 1,947.93 |
| Tax: | | | 6/6/2023 | 7,469.03 | | | | | | | | | | | | | 7,469.03 | | 7,469.03 |
| Total: | | | 6/6/2023 | 124,492.32 | | | | | | | | | | | | | | | 0.00 |
| Less Deposits: | | | 6/6/2023 | 0.00 | | | | | | | | | | | | | | | 0.00 |
| Total Due: | | | 6/6/2023 | 124,492.32 | | | | | 0.00 | 0.00 | 72,092.90 | 31,625.00 | 11,357.46 | 1,947.93 | 117,023.29 | 7,469.03 | 0.00 | 124,492.32 |

Notes:

1 No invoices or proof of payment were produced for this RO.

2 Charges are inclusive of administrative fees

3 Unknown if 3% WC charge is included in line item charges

7-Schedule of Whaler RO 40434

Case 0:23-cv-61486-AHS Document 51 Entered on FLSD Docket 04/14/2025 Page 56 of 148

**SYG vs. Contessa Marine Research**
VESSEL OCTOPUSSY
RECAP OF SUPPORTING DOCUMENTATION PRODUCED IN MASTER RO BINDERS

| VO | | Description: Total Options Purchased: $4,867,572.60 | Totals per VC | | SYG RO # | P of RO | Totals per SYG ROS | | Vendor name | C | O of | ia s | Subcontractor $ | Shop Supplies | WC | | Admin Fee | Total | Sal Tx | Loss Deposits | Total RO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | 0 | S6: August 2022 LMC Storage | $0.00 | | | | | | | | | | | | | | | $0.00 | | | $0.00 |
| 18 | 0 | s6: September 2022 LMC Storage | — | | | | | | L  s | | | | | | | | | — | | | — |
| 127 | 0 | | — | | | | | | | | | | | | | | | — | | | — |
| 131 | 0 | | — | | | | | | | | | | | | | | | — | | | — |
| 18 | 0 | S9: LMC Storage December 2022 | $0.00 | | | | | | | | | | | | | | | $0.00 | | | $0.00 |
| 167 | 0 | | — | | | | | | | | | | | | | | | — | | | — |
| 14 | 0 | | $0.00 | | | | | | | | | | | | | | | $0.00 | | | $0.00 |
| 186 | 0 | Crow to paint all noodod ports: Supplies to be given to the crow 2022 | $0.00 | | | | | | | | | | | | | | | $0.00 | | | $0.00 |
| 7 | | Conduct boroscope chocks of all the main ongino cylinders and roviow photos to specify noodod | $7,110.49 | | | | s so | | Mondol USA | | | | $11 o | | | | | $7,110.49 | | | $1,1 |
| 9 | 40 | Cost plus 10% | — | | | | 79 o | | SYG | | | | | | | | | | | | |
| 8 | 40 | Generator Fuel Filters Were Leaking and Dirty Upon Inspection - Disassembled generator fuel f | $9,788.55 | | 400 | 8/1  20 | GO | 88.55 | | So | | | | | | | | | $9,788.55 | | | 878 |
| 8 | 40 37 | Test the Main Engine Injectors, inspect, borescope and adivsc engine condition to maintain rel | $12,040.05 | | 400 | 8/11/20 | GO | 12 o0. | | Mondol USA | | | | $12,040.05 | | | | | $ | | | $12,040.05 |
| 3 | 40 37 | oost plus 10% | $1,337.78 | | 40 | 8/11/2023 | GO | 1 7. | | E o | | | | | | | | $2,788.75 | $1,33778 | | | $ 37. |
| 116 | 4 | Removal of Main Engines; design rail system to remove existing mein engines from boat | $5,670.00 | | 4 | 8/11 | GO | 5,670.00 | | L | | | | $6,260.00 | 22 s | $157.50 | | | $5,670.00 | | | 5670.00 |
| 9 | 1 9 | Remove all Kamowa Equipment and hydraulic rams to hull and prop for engine removal | $23,657.22 | | 4 | 8/11/20 | $ | 23 8 | | Advanced Mechanical Enterprises | $18,010.00 | | | $172.4 | x o s | GO x 20 | | | 23 57. | | | 23 s |
| 1 | 40 x1 | Holm Station Interior - Compile and 3D scon 10 files combined into one - received by Norbert. | $87,826.00 | | 4 x1 | 8/11 | GA | 87 6 s | | SYG | $81,600.00 | | | | x o.o | 4 8 | | | $87 0 | | | $87,826.00 |
| 40 | 40 | Replace Main Engines. MTU Propulsion Engines: All controls for main engines on the bridge, wing stations, ER (buttons. | $1,825,000.00 | | 4 | 8/11/20 | $ | 1,826,000.00 | | Florida Detroit Diosol | | $1,825,000.00 | | | | | | | | $1,825,000.00 | | | $1,825,000.00 |
| 4 | 1 | Cost plus 10% | $202,777.77 | | 4 | 8/11/20 | $ | 202,777.77 | | Vo | | | | | | | | $202,777.77 | $202,777.77 | | | $202,777.77 |
| 45 | 40 x3 | Perform full Upper end service to the port and stbd generators diesel engines | 30 | | 40 | s so | GO | 08 83 | | Master Generator Service | | | | 8 | | | | | $8,305.52 | | | 5 505 13 |
| 181 | | Cost plus 10% | 82 x | | 4 | 8/11 | GO | 522. x | | SYG | | | | | 322. | | | | 88 8 | | | K 8 |
| ft | | Inspect shore power invertor for Function and reliability Inspect shore power inverter for Fun | $1,449.05 | | 40 | 8 | GA | 4 | | Maritime Marine, Inc. | | | | $1,449.05 | | | | | $1,449.05 | | | $1,449.05 |
| 4 | | lus 1 s | 1.01 | | se | sso | GA | so1 | | e o | | | | | 1 01 | | | | 1 1 | | | 1 1 |
| 6 | | Electrical survey vessel wide | $2,700.00 | | 40545 | 8/ | GA | 2,72 0 | | s mo s  x | | | | $2,700.00 | | | | | $2,700.00 | | | K — |
| 148 | | C  os | o.o | | 4 | 8/11 | GA | 00.00 | | s s | | | | | | | | $30 | 00.00 | | | 88 o |
| 4 | | Transformer setup and Rental by Maritime Marine | $12. | | 4 | 8/11 | GA | 1 z | | — — | | | | 145. | | | | | 1  2 | | | s 6 |
| 57 | 40548 | | 81. s | | | 8/11/2028 | $ | 1, x 8 | | SYG | | | | | | | | $1,349.52 | $1,349.52 | | | 57 8 |
| 14 | 4k | Drain the fuel lines; remove and dispose of corroded fuel linos - Replace with 315 SS parts | x o0 | | | 8/1/20 | GA | o0 | | Engineered Yacht Solutions | | | | x 70.o | | | | | $4,670.00 | | | $4, |
| 18 | | C  os | 818 | | t | 8/11 | V | 518 | | s | | | | | | | | 88 8 | 8 8 | | | 18 8 |
| 31 | 4k | VX-1800 BOW MOUNTED TELESCOPIC HYDRAULIC CRANE: 1800 L8S LIFTING CAPACITY AT ZERO DEGREES. -15 | $53,500.00 | | 7 | 8/11/20 | $ | 53, 0.00 | | UMT Marine | | | | S | | | | | $53. | | | $53,500.00 |
| 1 | 4o x | o plus 1 s | 50 o | | 40 x | 8/11/2023 | x | 00 o | | 8 | | | | | | | | 50.00 | 50 o | | | 5 35 o |
| | | A | .0 55.75 | | | | | 000 | | o | | 0 | | | o | | | | 00 | | | |
| ft | 51 | Hydraulic Piping Removal - Cut out all old system from stabilizers (filter .valves, pipes) | $6,260.00 | | | s so | x | 52 s | | CSS Hydraulics | | | | $5,250.00 | | | | | $5,250.00 | | | $5,250.00 |

Case 0:36-cv-61156-RAB-ADcuDocument 5114sedEntreFeesDnDocket 04/24/2036 13 2026 5 Page 2487 of

VESSEL OCTOPUSSY

RECAP OF SUPPORTING DOCUMENTATION PRODUCED IN MASTER RO BINDERS

| VC # | | Description: Total Options Purchased: $4,867,572.60 | Totals per VC | SYG RO # | SYG RO Date Printed | Totals per SYG RO $ | | | | Vendor | Shop Supplies | 3% WC | | Admin Fee | Subtotal | Sal Tx | Less Deposits | Total RO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Per Exh A to VC | | | Per SYG RO Binders | | | | | | | | | Recap of RO Charges | | | | |
| | | Required moving of the GM OSS emergency batteries from the bridge to the Sundock. Replace batteries and spec for rewire | $6,506.19 | 40553 | 8/11/2023 | $ 6,506.19 | SYG | | $2,487.24 | | $106.06 | $111.64 | | | | | | $6,506.19 |
| 3 | 40554 | Removed old cabling in the wire trays in the bridge to engine room | $34,699.00 | | 8/15/2023 | | SYG | $30,792.50 | | | $400.00 | $923.78 | | | $34,699.00 | | | $34,699.00 |
| | 40555 | Fuel Offloading; Prop area by SYG team prior to All tanks being cleaned and wo found no cracking and algae was only in | $17,531.49 | 40555 | 9/1 | 17,531.49 | Capitol Marine Group, H. S. White Corp, Atlas Marine Group | $194.00 | | $17,100.00 | $64.90 | $38.94 | | | $17,531.49 | | | $17,531.49 |
| | 40555 | Cost plus 10% | 1,946.92 | 40555 | 9/1 | $ 1,946.92 | SYG | | | | | $1,946.92 | | | $1,946.98 | | | |
| 12 | 40556 | Installing Protection in main salon to the lower dock room | $9,754.00 | 40556 | | $ 9,754.00 | SYG | $9,000.00 | | | | | | | $9,754.00 | | | $9,754.00 |
| 54 | | Sand blast gray water lank and coatings | | 40557 | 7/25/2023 | $ 15,1 | Atlas Marine Group | | | $15,131.00 | | | | | $15,131.00 | | | $15,131.00 |
| | | Col | ,333, | | | $ ,333, | SYG | | | | | | | | ,333, | ,33 | | |
| | | d F | $18,000.00 | 40558 | | | SYG | | | $12,000.00 | | | | | $18,000.00 | | | $18,000.00 |
| | 40559 | Clean, inspect and Re-coat Freshwater Tank | $30,263.00 | | | | uvas welding group | | | $30,263.00 | | | | | $30,263.00 | | | $30,263.00 |
| | | Cleaned and Inspected Fresh Water Tanks - recoal | | 40559 | 8/11/2023 | | | | | | | | | | $3,362.56 | $3,362.56 | | | $3,362.56 |
| | | Water maker pumps are not working | $2,972.75 | | | $2,972.75 | Inc. | | | $2,972.75 | | | | | $2,972.75 | | | $2,972.75 |
| | | Water maker pumps are not working | $330.31 | | 8/11/2023 | $330.31 | | | | | | | | | $960.91 | | | |
| | | Rig and Remove Pumps and Store in Container | $9,237.43 | | 8/15/2023 | $6,466.73 | | $5,816.25 | $425.99 | | $50.00 | $174.49 | | | $6,466.73 | | | $6,466.73 |
| | | Second bat electrical a/c ago, oil, cle arty, hyc pumps | $4,587.30 | | | $4,687.30 | Rico Pump & Motor Repair | | | $4,687.30 | | | | | | | | $4,687.30 |
| | 40563 | Cost Plus 10% | $520.31 | | 8/11/2023 | $520.31 | | | | | | | | | $690.01 | | | $690.91 |
| | | Overhaul Jet toilet pumps .replace pressure switches, check why one pump cannot work alone. | $5,388.15 | | | $388.15 | Total Marine Solutions | | | $5,388.15 | | | | | $5,388.15 | | | |
| | | Cost plus 10% | | | 8/15 | $598.68 | SYG | | | | | | | | $598.68 | $696.68 | | |
| | 40555 | Overhaul Jet toilet pumps 1 replace pressure switches, check why one pump cannot work alone | $4,587.69 | | | $4,587.69 | Total Marine Solutions | | | $4,587.69 | | | | | $4,587.69 | | | |
| | | Cost Plus 10% | $509.74 | | | $509.74 | SYG | | | | | | | | $509.74 | $509.74 | | |
| 61 | 40566 | Setup scaffold, enclosure, and take down | $86,721.32 | 40566 | 8/14/2023 | $86,721.32 | Scaffold Shrinkwrap | | $371.32 | $86,350.00 | | | | | | | | $721 |
| | | Cost plus 10% | $9,223.12 | | | | SYG | | | | | | | | $9,223.12 | $9,223.12 | | |
| | | Coating Inspection Coating Inspection Data analysis and report (provided in archives) | | | | $2.00 | Specialist Marine | | | $2,752.03 | | | | | $2,752.00 | | | |
| | | International Freight Sea | | | 8/15/2 | $ 50 | war | | | CSWSI | | | | | | | | |
| | | C Plus | $7,801.91 | | 8/1 | $ | SYG | | | SO | | | | | $234 | $7,934.79 | | | $7,934.79 |
| | | St Fees 4/1 | | | 8/15/2023 | | | | | $1,800.00 | | | | | $1,200.00 | $1,200.00 | | | $1, |
| 7 | | Storage through June 6 | | | 8/15/2023 | | | | | $1 | | | | | $800.00 | $800.00 | | | |
| | 40568 | New Muir Windlass & Anchor Chain to New Size | $64,423.61 | | 8/15/2023 | | | | | $ .61 | | | | | $64,423.61 | | | $64,423.61 |
| 18 | 40568 | Storage Fees (Windlass) thru June 23 | $400.00 | | 8/15/2023 | $800.00 | | | | $800.00 | | | | | $800.00 | | | $800.00 |
| | 40569 | Rebuild all copstens(stbd tripping out) /Replace oil. | $2,240.00 | | | | CSS Hydraulics | | | $2,240.00 | | | | | $2,240.00 | | | $2,240.00 |
| 10 | 40569 | Cost plus 10% | $224.00 | | 8/1 | $ .00 | SYG | | | $224.00 | | | | | $224.00 | | | $224.00 |

Case 0:23-cv-61618-PMB-AHS Document 13 Entered on FLSD Docket 04/14/2025 Page 58 of

'VESSEL OCTOPUSSY

| | | Description: Total Options Purchased: $4,867,572.60 | Totals per VC | SYG RO # | SYG RO Date Printed | Totals per SYG RO $ | Vendor Name | Labor | Parts | Subcontractor $ | Shop Supplies | | Admin Fee | Subtotal | Sales Tax | Less Deposits | Total RO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Per Exh A to VC | | | Per SYG RO Binders | | | | | | | Recap of RO Charges | | | | | |
| 22 | 40570 | Floor plates engine room mod make holes for screws and continue with floor prep for engine room | $4,917.36 | 40570 | 8/14/2022 | $4,917.36 | SYG | | | | | $53.06 | | $4,917.36 | | | $4,917.36 |
| | | Remove Anchor Chain Plate | $10,971.66 | | | $10,971.66 | Engineered Yacht Solutions & Southern Cross Boatworks | | | $10,971.66 | | | | $10,971.66 | | | $10,971.66 |
| | 5731 | Cost plus 10% | $1,219.07 | 40573 | 8/14/2023 | $1,219.07 | SYG | | | | | $1,219.07 | | $1,219.07 | | | |
| | | New anchor chain plate and stem cut water | | 40575 | 8/14/2023 | $22,802.50 | SYG | $21,750.00 | | | $400.00 | $652.50 | | $22,802.50 | | | |
| | | General protection of docks and exterior | | 4 | 8/14/2023 | $17,... | SYG | $5,001.25 | $577.40 | $11,787.09 | $170.04 | | | $17,... | | | $17,636.78 |
| | 40578 | Cost plus 10% | $578.33 | 40578 | 8/14/2023 | $578.33 | SYG | | | | | | | $578.33 | | | |
| | 40578 | Digital Scan Bow to Cloud point | $5,205.00 | 4 | | $5,205.00 | SYG | | | $5,205.00 | | | | $6,206.00 | | | $6,206.00 |
| | 40579 | Bilgo cleaning to be able to gas free the engine room P42 Bilge cleaning to be able to gas free the engine room | | 40579 | 2/17/2023 | $2,600.00 | | | | $2,600.00 | | | | $2,800.00 | | | $2,800.00 |
| | | | | | | $311.11 | TSYG | | | | | | $311.11 | $311.11 | | | $311.11 |
| | | Technology 6/16/2022 - 2/17/2023 | $168,748.51 | | 8/14/2023 | $168,748.51 | SYG | $168,000.00 | $748.51 | | | | | $168,748.51 | | | $168,748.51 |
| | | Seakeeper Units | | 4 | 8/14/2023 | $50.00 | SYG - pneo per email includes 7% sales tax. No RO for this item | | | | | | | $50.00 | | | $50.00 |
| | 4 | Efficiency and performance propulsion 'Linear Jet Feasibility" | $20,059.56 | 40584 | 8/14/2023 | $20,059.56 | Muldor Design BV | | | $20,059.56 | | | | | | | |
| | | | | | 8/1 | $2,... | | | | | | $2,228.84 | | $2,228.84 | | | |
| | 40585 | Dock targeting and tracking deflection of hull during fuel removal | $2,351.25 | 40585 | 8/14/2023 | $2,351.25 | Advanced Mechanical | | | $2,351.25 | | | | $2,351.25 | | | $2,351.25 |
| | 40585 | | | | 8/2023 | $93.92 | SBSOM | | | | | | $93.25 | | | | $93.92 |
| 115 | | Design and Draw in Rhino 3D bow Railing and change the Design to Owner Rep Request | $7,020.00 | 40586 | 8/15/2023 | $7,020.00 | SYG | $6,500.00 | | | $325.00 | $195.00 | | $7,020.00 | | | |
| 1 | | VOITH Linear Jets RECOMMENDATION BY JAKE STRATMANN SYG | $66,000.00 | 2 | 8/17/2023 | $66,000.00 | | | | | | | | $66,000.00 | | | $55,000.00 |
| | | VOITH Linear Jets RECOMMENDATION BY JAKE STRATMANN SYG | $495,000.00 | 40587 | 8/14/2023 | $495,000.00 | | | | | | | | $495,000.00 | | | $495,000.00 |
| | | Weighing of the vessel for new CG of vessel for speed calculations | $18,957.96 | 4 | | | SYG | $17,675.00 | $1,154.66 | | | | | $18,829.66 | | | |
| | 40589 | Cut the Boat room floor out of the vessel requested by Bas muldor. | $30,704.46 | 40589 | 8/14/2023 | $30,704.46 | SYG | $28,573.89 | $873.35 | | $400.00 | | | $30,704.46 | | | |
| | 40590 | Redesign and Reposition Exhaust System -Remove Existing Exhaust | $24,584.40 | 40590 | 8/24/2023 | $24,584.40 | SYG | $23,480.00 | | | $400.00 | $704.40 | | $24,584.40 | | | |
| | 40591 | Hull target vessel once moved/blocked | $2,518.45 | 40591 | 8/14/2023 | $2,518.45 | Advanced Mechanical | | | $2,518.45 | | | | $2,518.45 | | | $2,518.45 |
| | 40591 | Cost plus 10% | $279.83 | 40591 | 8/14/2023 | $279.83 | SYG | | | | | | | $279.83 | | | $279.83 |
| | 40592 | LMC Fees 4/27/22-10/31/22 | | 40592 | 5/9/2023 | | LMC-included in total for 41283 | | | | | | | | | | $0.00 |
| | | Crew quarters layout design and engineering planning | | 40596 | 5/9/2023 | $31,202.50 | SYG | $31,202.50 | | | | | | | $31,202.50 | | | $31,202.50 |
| 110 | | Pilot House & All Window Configurations | $8,370.00 | | | | SYG | $7,750.00 | | | $387.50 | $232.50 | | $8,370.00 | | | $8,370.00 |
| | | Model 3D Engine Room Space with equipment layout | | 4 | | $67,736.25 | SYG | $65,375.00 | | | $400.00 | $1,961.25 | | $67,736.25 | | | $67,736.25 |
| | | C & R Kamowa Survey | | | 8/14/2023 | | IC&R Kamowa - see invoice for different mark up | | | $1,678.90 | | | | | | | |
| | 40643 | Cost plus 10% | $186.54 | 40643 | 8/14/2023 | $186.54 | SYG | | | | | | | $186.54 | | | $186.54 |
| | 40645 | Repair Delaminating fairing and long board oil canning hull plates | $63,000.00 | 40645 | 8/14/2023 | $63,000.00 | t-uu Marine & Associates | | | $63,000.00 | | | | $60,000.00 | | | $60,000.00 |
| | | Cost plus 10% | $6,300.00 | | | | SYG | | | | | | | $6,300.00 | | | $6,300.00 |

Case 0:26-cv-61150-RAR Document 1-3 Entered on FLSD Docket 04/14/2025 Page 49 of

**VESSEL OCTOPUSSY**

| | Por Exh A to VC | | Per SYG RO Binders | | | Recap of RO Charges | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID# | Description: Total Options Purchased: $4,867,572.60 | Totals per VC | Qty | SYG RO Date Printed | Totals per SYG ROS | CT | Vendor | | Labor | | Shop Supplies | 3% | Admin Fee | Subtotal | Sales Tax | Less Deposits | Total |
| | Muldor Design Engine Room mod with VoIP Modification Naval Architecture drive train and osto | $82,208.59 | | 8/1 | | Mulder Design | | | | $82,208.59 | | | | $82,208.59 | | |
| | Cost Plus 10% | | | | | | | | | | | | | | | |
| | Cost plus 10% | | | | | | | | | | | | | | | |
| | Cost plus 10% | | | | $0.00 | SYG | | | | | | | | | $0.00 | |
| | Assist into haulout and from haulout to slip 5/11 | | | | | Marino Towing | | | | | | | | $1 | |
| | plus 10% | $1 | | 8/1 | | | | | | | | | $100.00 | | |
| | Scon MY Octopussy Vessel Profile, Then complete exterior 3d Drawing for Luiz; Send to Luiz ASA | | | | | | S3Z,600.00 | | | | | | | $ | |
| | T per doe | 357 00 | 40724 | | | SYG | 357.00 | | | | | | | | |
| | Cost plus 1 | | 20234 | | | oYo | | | | | | | $7 | | |
| | Mold Testing | | | 8/1 | $1 | Enviro Team Building Diagnostics | | | | | | | | | $1.00 |
| | cost | | | 8/1 | | oYo | | | | | | | | $113 | |
| | Design, quote and Install Fuel cell technologies aboard as per customer request | $47,200.00 | | 8/14/20 | $47,200.00 | | | | | | | ($15,000.00) | | | |
| | Air conditioning Rental, Setup, Maintenance | $62,295.00 | 40911 | | $62,295.00 | | | | | | | | | | $62,295.00 |
| | of units and | | | 8/20 | $1800 | | | | | | | | | | |
| | cost plus 10% | | | | | | | | | | | | | | |
| | | | | 8/ | | oYo | | | | | | | | | $3, |
| | Inventory Drawings & Scans & Convert to Transferable Files - SYG NA Dept All to date (4/3/23) | $5,8 | | | | | 500 | | | $275 | | | | | |
| | Crew Quarters Stair Removal & Install of Temporary Stairs | $3. | | 153 | | Crow Stair Removal | | | | | | | | $3,170.00 | |
| | JV - G7 - Pepwavo internet in Shipyard | | | 8/1 | | | | | | | | | | | |
| | Popwavo and external antennas for internet in the shipyard | | | 8/1 | $1579475 | | $10.28625 | | | $0.00 | | | | | |
| | C plus 1 | | | | $0 | | | | | | | | | | |
| | Transformer Rental (SYG) & Sotup/Maintenance | 180. | | 8 | | SYG | | 014×00 | | | | | | | $16,020.00 |
| | VOITH Linear Jets RECOMMENDATION BY JAKE STRATMANN SYG | | | 54 | $9,610.66 | SYG | | | | | | | | | |
| | Leica BLK360 Scanner Rental | | | 542 | 6,266.00 | SYG | | | | | | | | | |
| | VSAT | | | 8/1 | 31,527.00 | SYG labor re Syntelix Avances Tech | | | | | | ($2,133.00) | | $31,527.00 | |
| | KLP Lighting Plan | | | 8/1 | 2,625.00 | SYG | | | | | | | | $2,625.00 | |
| | Cost + % | | | 8/14/20 | | | | | | | | | | | |
| | Work to complete Murray NA Stem | | | 9/1 | 17,12 | oYo | | | | | | | | $17,127 20 | |
| | Transformer Setup & Maintenance | | | | | oYG | | 713 | | $00.00 | | | | | $14 |
| | AC Equipment purchased for rental | | | | | oYo | | | | | | | | | |
| | Inspect and support work with detailed drawing of bow plating | | | | | oYo | | | | | | | | | |
| | Sandblasting of hull to metal | | | | | | | | | | | | | | |
| | Cost + 1 | | 41311 | 8 | 1 | SYG | | | | | | | | $10,300.00 | 510,300.00 |
| | Finance charges | | 413 | 9/1/2023 | 220788.28 | | | | | | | | | $220788.28 | $220,788.28 |

Case 0:23-cv-61636-AHS Document 51-6 Entered on FLSD Docket 04/21/2026 Page 60 of 32

| | | VESSEL OCTOPUSSY | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RECAP OF SUPPORTING DOCUMENTATION PRODUCED IN MASTER RO BINDERS | | | | | | | | | | | | | | | | | | |
| | | Per Exh A to VC | | | | Per SYG RO Binders | | | | | | | | Recap of RO Charges | | | | | | |
| VC# | | Description: Total Options Purchased: $4,367,572.60 | Totals per VC | | SYG RO # | SYG RO Date Printed | Totals per SYG RO $ | | | Labor | | Subcontractor | Shop Supplies | WC | | Admin Fee | | Sales Tax | Less Deposits | Total RO |
| | | Additional scartolaing 6/19/23 - 6/28/23 Port + 1n% | | | 15 | | 13,000.00 | | Scaffold Shrinkwrap QVn | | | $13,000.00 | | | | | $13,000.00 | | | $13,000.00 |
| 1 | | Seakeeper Model 90233 x 3 + freight | | | | | | | SYG - Revised piping per 4/27/2022 email - soft RO40583 | | | | | | | | | | | |
| 56 | | Rebuild Frosh Air Makeup Handlership's main frosh air handler full of black mold - Replace Intorna | | | | | | | | | | | | | | | | $0.00 | | | $0.00 |
| | | K4 : Service ER Exhaust Fan Motors (qty 2) | $0.00 | | | | | | | | | | | | | | | $0.00 | | | $0.00 |
| | | April 2023 LMC Storage | $0.00 | | | | | | LLD | | | | | | | | | $0.00 | | | $0.00 |
| | | Electrical | $0.00 | | | | | | | | | | | | | | | $0.00 | | | $0.00 |

Case 0:26-cv-61150-RAR   Document 6-2   Entered on FLSD Docket 04/21/2026   Page 61 of 148   of

**SYG vs. Contessa Marine Research**

VESSEL OCTOPUSSY

RECAP OF SUPPORTING DOCUMEMTATION PRODUCED IN MASTER RO BINDERS

| No # | | Description: Total Options Purchased: $4,867,572.60 | Totals per VC | O | SYG RO # | SYG RO Date Printed | Totals per SYG ROS | O | Vendor Name | Hours at $125.00 | Hours per Support | E or | Y B | Subcontractor $ | | 3% WC | Discount | Total Payments to Venders |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ---- pior fWZQ | 0.98 | | | OF *fAAAC | how00 | | | | | | | | | | | |
| 2 | | Generator Fuel Filters Were Leaking and Dirty Upon Inspection - Disassembled generator fuel f | 00,400 | | | 8/1 | $ 9,788.55 | oY0 | NO suppo ong documentation prod | | | | | | | | | |
| 3 | | C opl 10% | 3,337. | | | 8/11/2023 | 1, 07.78 | SYG | | | | | | | | | | |
| 1 | | Helm Station Intehor - Compile and 3D scan 10 files combined into one - received by Norbert. | | | | 8/11/2023 | $ 32,845.00 | SYG | | | | $ 31,500.00 | | | 0 0 | 0 0 0 | $ 32,845.00 |
| 17 | | Cost plus 10% | | | | 8/11/2023 | $ 202,777.77 | SYG | | | | | | | | | |
| | | Cost plus 10% | 0 | | | 5/1 | 5 | 8Yo | | | | | | | | | |
| | | Cost plus 10% | 0 | | | 9/ | 1 | 8Yo | | | | | | | | | |
| 2 | | moz | $000.00 | | | 5/1 | 00. | SYo | | | | | | | | | |
| 14 | | plus 1 | | | | 8 0 | 88 | 0 | | | | | | | | | |
| 1 | | Remov v v o | 00 | | | 8/11/2023 | 0 | 3 | 54 | | $ 8,192.50 | | | 4 | | 2 |
| 1 | | o | $583.33 | | | 8/11/2 | $ 583.33 | SYo | | | | | | | | | |
| 1 | | Required moving of the GMDSS emergency batteries from the bridge to the Sundeck. Replace batteries and spec for rewire | 0.10 | | | 8/11/2023 | 8.15 | 2o | 1 | | S 3,726.25 | $ 2,487.24 | | 1 | 1 | $ 6,511.31 |
| | | Removed old cabling in tho wire trays In tho bridge to engine room | $34,699.00 | | | 8/15/2023 | $ 34,699.00 | S | 34 | | $ 30,792.50 | $ 2,582.72 | | 00 0 | 2 | $ 34,699.00 |
| 1 | | Completes 1 | $1,946.92 | | | 9/1/2023 | $ 1,946.92 | SYo | | | | | | | | | |
| 1 | | Installing Protection In main salon to the lower deck room | $9,754.00 | | | 8/11/2 | S 9,754.00 | S | | | $ 8,000.00 | $ 1,754.00 | | | | $ 9,754.00 |
| 154 | | Cost plus 10% | 88 | | 4 57 | 5/2023 | 1,681.22 | S | | | | | | | | | |
| 1 | | Completes 10% | 1 | | | | 1 | 0 | | | | | | | | | |
| 1 | | 8 000 | $12,000.00 | | | 8/1 | 12,000.00 | 0 | | | | | | | | | |
| | | Rig and Remove Pumps and Store in Container (Vat Dump) | $9,237.43 | | | 8/1 | 1 | oYo | 8 | | $ 8,506.25 | 4 92 | | 5 0 | 174.49 | $ 9,156.73 |
| 88 | | us 0% | $598.68 | | | 8/1 | 08 | oYo | | | | | | | | | |
| | | C | S | | | | S 9.74 | S | | | | | | | | | |
| 18 | | plu 1o | 97 | | | 8/1 | $9,223.12 | 0 | | | | | | | | | |
| CF | | Plus 1 % | | | 189907 | 8/15/2023 | | +Y 0 | | | | | | | | | |
| 1 | | 1 | $224.00 | | 405691 | 8/14/2023 | $224.00 | SYo | | | | | | | | | |
| B | | Floor plates engine room mod make holes (or screws and continue with floor prep for engine rem | $4,917.36 | | 40570 | 8/ | $4,917.36 | S | | | $ 1,768.75 | $ 3,007.11 | | 88 | 00 | B 4.91736 |
| 1 | | plts 10% | $1,219.07 | | | 8 | | S | | | | | | | | |
| 74 | | New anchor chasm plate and stem cut water | $22,802.50 | | | 14 | 00 | 0 | 17 | | $ 21,750.00 | | | 0 0 | 07 | 7 |
| 91 | | General protection of docks and exterior | $11,787.09 | | | 4 0 | 017 0 .7 | 0 | 40 8 | | | 7 | | | | $ 11,787.09 |
| 1 | | Cost plus 10% | $578.33 | | 40578 | 8/14/2023 | 0 08 | 0 | | | | | | | | |
| 1 | | | | | 40579 | 8/14/2023 | 8 | 0 | | | | | | | | |
| | | Project Management ICZUZZ - 7/14/2023 | $168, 01 | | 40581 | 8/14/2023 | $168,748.51 | SYG | | | $ 168,000.00 | 0 | | | | $ 168,748.51 |
| | | Seakoopor Units | | | 40583 | 4/26/2022 | $0.00 | SYG - price per email includes 7% sales tax. No RO for thios item | | | | | | | | |
| 6 | | Design and Draw In Rhino 3D bow Railing and change the Design to Owner Rep Request | $7,020.00 | | | 8/15/2023 | $7,020.00 | oYo | 00 | | $ 6,600.00 | | | 0 x 00 | 1 00 | S 7,020.00 |
| 1 | | Weighing of the vossol for now CG of vossoi for speed calculations | $18,957.96 | | | 8/14/2023 | S18.829.66 | oYo | 141 x0 | | S 17,675.00 | $ 1,154.66 | | | | S 18.829.66 |

**VESSEL OCTOPUSSY**
**RECAP OF SUPPORTING DOCUMENTATION PRODUCED IN MASTER BINDERS**
Per Exh A to VC

| VC # | Description: Total Options Purchased: $4,667,572.60 | Totals per VC | SYG RO # | SYG RO Date Printed | Totals per SYG ROS | cr | Hours at $125.00 | Hours per Support | SYG Invoice Information (labor / subcontracts / supplies / 3% WC) | Total Payments to Venders |
|---|---|---|---|---|---|---|---|---|---|---|
| 1ee | Cut the Boot room floor out of the vessel rooquosted by Bas muldor | $30,704.46 | | | $30,704.46 | | | | | $30,704.30 |
| 187 | Redesign and Reposition Exhaust System - Romovo Existing Exhaust | $24,584.40 | | | $24,584.40 | | 187.84 | | $23,480.00 ... 704.40 | $24,584.40 |
| 12 | Crow quorters layout design and engineering planning | $279.83 | | | $279.83 | | | | | |
| 18 | 40596 Pilot House & All Window Configurations | $31,202.50 | 40596 | 5/9/2023 | $31,202.50 SYG | | 279.62 | | $31,202.50 | $31,202.50 |
| 13 | 40597 | $8,370.00 | 40597 | 8/14/2023 | $8,370.00 SYG | | 62.00 | | $7,750.00 ... 232.50 | $8,370.00 |
| | Model 3D Engine Room Space with equipment layout | | | | | | | 523.00 | SYG $66,375.00 ... 1,800.00 | $68,736.25 |
| | Cost plus 10% | | | | | | | | | |
| 0.1 | Perform Hotel Load Analysis | | | | $15,310.54 | SYG | 115.81 | H6.86 | $14,476.25 ... 464.29 | $15,310.54 |
| | Scan MY Octapussy Vessel Profile, Then complete exterior 3d Drawing for Luis Send to Luiz | 2 | | | $39,025.00 | | 300.00 | | $37,500.00 ... 400.00 | $39,025.00 |
| 13e | Cost plus 10% | $39,025.00 | | | $39,025.00 | | | | | $39,025.00 |
| | Tool | $952.00 | | | | | | | | 357.00 |
| 1S | Cost plus 10% | | | | $113.89 | | | | | |
| | Design, quote and install Fuel coll technologies aboard as per customer request | | | B/1 | $47,200.00 | SYG | 4,000.00 | 480.00 | $60,000.00 ... 400.00 | $47,200.00 |
| 1B | Air conditioning Rental. Setup, Maintenance | $62,295.00 | | | $62,295.00 | SYG | 12.00 | 0.00 | $1,500.00 / 60,150.00 ... 603.00 | $62,295.00 |
| 1B | Maintenance of units and relocation | $810.00 | | 9/8/2023 | $810.00 | SYG | | | 347.00 | $810.00 |
| | Cost plus 10% | $0.00 | | | $0.00 | | | | | |
| | JV - G7 - Popwavo Internet In Shipyard | $352.22 | | 8/15/2023 | $5,533.96 | | | | $5,038.80 ... 275.00 | $6,690.96 |
| 1. | SYG NA Dept All to date (4/3/23) Cost Plus 10% | $5,940.00 | | 8/14/2023 | $5,940.00 | SYG | 7 | 61.8 | $5,500.00 ... 400.00 ... 165.00 | $5,940.00 |
| | Pepwavc and external antennas for Internet In the shipyard | $15,794.75 | | 8/14/2023 | $15,794.75 | SYG | | | $10,286.25 ... 400.00 ... 308.59 | $15,794.75 |
| | Cost plus 10% | $0.00 | | | $0.00 | SYG | | | | |
| 41 | Setup/Maintenance Transformer Rental (SYG) & Transformer Setup & | $s.1 | 41 | 8/14/2023 | $16,020.00 | | | | $15,900.00 ... 1 | 16,020.00 |
| 411 | VOITH Linear Jots RECOMMENDATION BY JAKE STRATMANN SYG | $9,510.35 | | | 31,527.00 | | | | | 31,527.00 |
| 131 | Leica BLK360 Scanner Rental | | | | 2,625.00 | | | | | 2,625.00 |
| 134 | KLP Lighting Plan / SYG labor re Synteix Avances Tech | | | | 117,660.53 | | | | $2,625.00 ... 6,255.00 | 2,625.00 |
| 13a | Work to complete Murray NA Stem | $17,127.20 | | | 17,127.20 | | | | $16,240.00 ... 482.60 | 17,127.20 |
| 1K | Transformer Setup & Maintenance | $14,247.47 | | 8/20/2023 | 14,247.47 | | | | $12,087.47 ... 100.00 | 14,247.47 |
| 13 | AC Equipment purchased for rental | $22,858.04 | | 8/14/2023 | $22,858.04 | | | | $22,858.04 | $22,858.04 |

VESSEL OCTOPUSSY
RECAP OF SUPPORTING DOCUMEMTATION PRODUCED IN MASTER RO BINDERS

| VC# | | Per Exti A to VC | | | Per SYG RO Binders | | | | Hours ol | Hours per | | | SYG Invoice Informs | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Description: Total Options Purchased: $4,867,572.60 | Totals por VC | | SYG RO# | SYG RO Date Printed | Totals por SYG ROS | | Vendor Name | Hours ol $125.00 | Hours per Support | Labor | | Subcontractor S | Supplies | 3% WC | Discount | Total Payments to Venders |
| 138 | .C? | Inspect and support work witn detailed drawing of bdw plating | | | 41302 | B/14/2023 | $ 5,_'5o o0 | | SYG | 42.00 | 42.00 | $ 5,250.00 | | | | | | | S S.260.00 |
| 1S | _ | Cost + 10% | | | -L9TL | 8/1L/2028 | $ 10,300.00 | | SYG | | | | | | | | | | |
| .5 | 41_88 | Finance charges | | | 41333 1 | 9/1/2023 | $ 220,788.28 | | SYG | | | | | | | | | | |
| s | _ | Cost* 10% | | | 41377 1 | 9/1/2023 | $ 1,444 44 | | SYo | | | | | | | | | | |
| 2 | 5o0C8 | Sonkeeper Model 90233x3 + freight | | | 60008 | undeiod | $ - | | SYG - Revised picing par 4/27/2022 email - soo R040533 | | | | | | | | | | |
| | | TOTALS | $1,072,451.44 | | | | $1,461,332,74 | | | | | | | | | | | | |

# Recap of LMC Statement SYG Charges

Case 0:23-cv-61455-DSL Document 6-2 Entered on Docket 04/24/2025 Page 64 of 148

| | | SYG vs. Contessa Marine Research | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VESSEL OCTOPUSSY | | | | | | | | | | | |
| | | RECAP OF SUPPORTING DOCUMENTATION PRODUCED IN MASTER RO BINDERS | | | | | | | | | | | |
| | | RO 41283 -SYG Recap | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Seq # | DATE | REFERENCE | DESCTIPTION | CHARGE | TOTAL PAYMENT TO LMC | Pmt by | BALANCE | TOTAL CHARGES | SYG RO TOTAL | | SYG TOTALS | NOTES, | MONTHLY SYG RO'S | PAYMENTS APPLIED |
| | PREVIOUS BALANCE AS OF : 4/1/2022 | | | | | | | | | | | | |
| 1 | 4/30/2022 | 1-2022.053461 | April 27-30 Dock Fees C | 3,335.19 | | | 3,335.19 | 3,335.19 | | | | | |
| 2 | 5/11/2022 | 7228407133 | | 0.00 | (8,608.94) | VS | (5,273.75) | 3,335.19 | | | | | |
| 3 | 5/11/2022 | 1-2022.054056 | Survey Haul Out C | 8,608.94 | | | 3,335.19 | 11,944.13 | 3,668.71 | | 3,668.71 | | |
| 4 | 5/18/2022 | 1-2022.054312 | Equipment C | 50.00 | | | 3,385.19 | " 11,994.13 | 55.00 | | 3,723.71 | | |
| 5 | 5/31/2022 | 1-2022.054780 | MAY 2022 DOCKAGE C | 30,667.54 | | | 34,052.73 | 42,661.67 | 33,734.29 | | 37,458.00 | | 37,458.00 | 37,458.00 |
| 6 | 6/2/2022 | 1-2022.056431 | Tender Storage #41 C | 161.29 | | | 34,214.02 | 42,822.96 | 177.42 | | 37,635.42 | | |
| 7 | 6/14/2022 | 1-2022.055531 | Diver Service- Haul C | 390.00 | | | 34,604.02 | 43,212.96 | 429.00 | | 38,064.42 | | |
| 8 | 6/20/2022 | 1-2022.056428 | Pump Out 6/13-6116 C | 522.00 | | | 35,126.02 | 43,734.96 | 574.20 | | 38,638.62 | | |
| 9 | 6/21/2022 | 1-2022.055732 | Equipment C | 100.00 | | | 35,226.02 | 43,834.96 | 110.00 | | 38,748.62 | | |
| 10 | 6/23/2022 | 1-2022.055843 | Equipment C | 885.00 | | | 36,111.02 | 44,719.96 | 973.50 | | 39,722.12 | | |
| 11 | 6/27/2022 | 1-2022.056429 | Pump Out 6/20 • 6/24 C | 1,153.50 | | | 37.264.52 | 45,873.46 | 1,268.85 | | 40,990.97 | | |
| 12 | 6/30/2022 | 1-2022.056436 | Pump Out 6/27 - 6/29 | 477.00 | | | 37.741.52 | 46,350.46 | 524.70 | | 41,515.67 | | |
| 13 | 6/30/2022 | 1-2022.056440 | June Dock and Yard Fees | 43,557.00 | | | 81,298.52 | 89.907.46 | 47,912.70 | | 89,428.37 | | |
| 14 | 6/30/2022 | 1-2022.056439 | June Tender Storage | 250.00 | | | 81,548.52 | 90.157.46 | 275.00 | | 89,703.37 | | |
| 15 | 6/30/2022 | 1-2022.056437 | LMC Coolainer MB27, MB 11, MB29 | 1,400.00 | | | 82,948.52 | 91.557.46 | 1,540.00 | | 91,243.37 | | 53,785.37 | 53,785.37 |
| 16 | 7/11/2022 | 1-2022.056673 | Pump Out Fees 7/1-7n | 936.00 | | | 83,884.52 | 92.493.46 | 1,029.60 | | 92,272.97 | | |
| 17 | 7/11/2022 | 1-2022.056709 | Equipment | 100.00 | | | 83,984.52 | 92.593.46 | 110.00 | | 92,382.97 | | |
| 18 | 7/18/2022 | 1-2022.056873 | Pump Out Fees 7/11-7/13 | 693.00 | | | 84,677.52 | 93,286.46 | 762.30 | | 93.145.27 | | |
| 19 | 7/25/2022 | 1-2022.057102 | Pump Out Fees 7/21 | 234.00 | | | 84,911.52 | 93,520.46 | 257.40 | | 93,402.67 | | |
| | 7/28/2022 | 1-2022.057536 | Pump Out Fees 7/28 | 234.00 | | | 85,145.52 | 93,754.46 | 257.40 | | 93,660.07 | | |
| | 7/29/2022 | 1-2022.057219 | July Yard Fees | 40,331.00 | | | 125,476.52 | 134,085.46 | 44,364.10 | | 138,024.17 | | |
| | 7/31/2022 | 1-2022.057573 | July Tender Storage | 250.00 | | | 125,726.52 | 134,335.46 | 275.00 | | 138,299.17 | | |
| | 7/31/2022 | 1-2022.057343 | July Storage Units# MB11, | 2,325.00 | | | 128,051.52 | 136,660.46 | 2,557.50 | | 140,856.67 | | |
| | 7/31/2022 | 11-2022.057365 | July Storage Uni1# MB49 | 150.00 | | | 128,201.52 | 136,810.46 | 165.00 | | 141,021.67 | | 49,778.30 | 49,778.30 |
| | 8/1/2022 | 1193 | | 0.00 | (82,978.52) | Ck 1193 | 45,223.00 | 136,810.46 | 0.00 | | 141,021.67 | | |
| | 8/4/2022 | 1-2022.057700 | Equipment | 50.00 | | | 45,273.00 | 136,860.46 | 55.00 | | 141,076.67 | | |
| | 8/8/2022 | 1-2022.057757 | Pump Out Fees 8/2 C | 225.00 | | | 45,498.00 | 137,085.46 | 247.50 | | 141,324.17 | | |
| | 8/10/2022 | 1-2022.057869 | Equipment ( | 50.00 | | | 45,548.00 | 137,135.46 | 55.00 | | 141,379.17 | | |
| | 8/12/2022 | 1-2022.058035 | Aug 11th Yard Fees | 552.00 | | | 46,100.00 | 137,687.46 | 607.20 | | 141,986.37 | | |
| | 8/26/2022 | 1-2022.058493 | Hazardous Waste | 35.00 | | | 46,135.00 | 137,722.46 | 38.50 | | 142,024.87 | | |
| | 8/31/2022 | 1-2022.058773 | August Tender Storage | 250.00 | | | 46,385.00 | 137,972.46 | 275.00 | | 142,299.87 | ~ | |
| | 8/31/2022 | 1-2022.058658 | Aug 22 - 31 Dock Fees | 546.00 | | | 46,931.00 | 138,518.46 | 600.60 | | 142,900.47 | | |
| | 8/31/2022 | 1-2022.058554 | Aug 1 - 31 Yard Fees | 40,331.00 | | | 87,262.00 | 178,849.46 | 44,364.10 | | 187,264.57 | | |
| | 8/31/2022 | 1-2022.058370 | AugustSIDrage#MB11, M B27, MB2 9 | 3,100.00 | | | 90,362.00 | 181,949.46 | 3,410.00 | | 190,674.57 | | 49,652.90 | 49,652.90 |
| | 9/1/2022 | 1-2022.058979 | ConIractDr Cord August C | 495.00 | | | 90,857.00 | 182,444.46 | 544.50 | | 191,219.07 | | |
| | 9/2/2022 | 1-2022.058985 | Hazardous Waste | 100.00 | | | 90,957.00 | 182,544.46 | 110.00 | | 191,329.07 | ~ | |
| | 9/8/2022 | CM-09-2022-005617 | Ir Cooling tower was not used for 19 days | (1,425.00) | | | 89,532.00 | 181,119.46 | (1,567.50) | | 189,761.57 | | |
| | 9/15/2022 | 1-2022.059141 | Equipment | 50.00 | | | 89,582.00 | 181,169.46 | 55.00 | | 189,816.57 | ~ | |
| | 9/16/2022 | 1-2022,059185 | Pump Out Fees 9/16 | 207.00 | | | 89,789.00 | 181,376.46 | 227.70 | | 190,044.27 | | |
| | 9/22/2022 | 1-2022.059392 | Equipment | 50.00 | | | 89,839.00 | 181,426.46 | 55.00 | | 190,099.27 | | |
| | 9/26/2022 | 1-2022.059705 | Hazardous Waste | 115.00 | | | 89,954.00 | 181,541.46 | 126.50 | | 190,225.77 | | |
| | 9/30/2022 | 1-2022-059442 | Sep 1-30 Yard Fees 36 780.00 | 36,780.00 | | | 126,734.00 | 218,321.46 | 40,458.00 | | 230,683.77 | | |
| | 9/30/2022 | 1-2022-059653 | September Storage#MB11, MB27, MB2 | 3,000.00 | | | 129,734.00 | 221,321.46 | 3,300.00 | | 233,983.77 | | |
| | 9/30/2022 | 11-2022-059725 | September Storage# MB88 925,00 | 925.00 | | | 130,659.00 | 222,246.46 | 1,017.50 | | 235,001.27 | | |
| | 9/30/2022 | 11-2022-059742 | Dockage 9/1-9/29/2022 1583.40 | 1,583.40 | | | 132,242.40 | 223,829.86 | 1,741.74 | | 236,743.01 | | |
| | 9/30/2022 | 1-2022-059843 | September Tender Storage 250.00 | 250.00 | | | 132,492.40 | 224,079.86 | 275.00 | | 237,018.01 | | 46,343.44 | 46,343.44 |
| | 10/3/2022 | 1-2022-060047 | [Equipment 100.00 | 100.00 | | | 132,592.40 | 224,179.86 | 110.00 | | 237,128.01 | | |
| | 10/5/2022 | 1-2022-060126 | Contractor Ccn!s September 1680.00 | 1.680.00 | | | 134,272.40 | 225,859.86 | 1,848.00 | | 238,976.01 | | |
| | 10/18/2022 | 9180 | | | | | 134,272.40 | 225,859.86 | | | 238,976.01 | | |
| | 10/20/2022 | 9180 | | | | | 134,272.40 | 225,859.86 | | | 238,976.01 | | |
| | 10/21/2022 | 9186 | | | (45.303,00) | Ck9186 | 88,969.40 | 225,859.86 | | | 238,976.01 | | |
| | 10/21/2022 | 9187 | | | | | 78,969.40 | 225,859.86 | | | 238,976.01 | | |

| # | Date | Ref | Description | Charge | | | Credit | Type | Bal 1 | Bal 2 | Credit 2 | Bal 3 | Note | Amount A | Amount B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 10/25/2022 | 102522 | | | | | | | 88,969.40 | 225,859.86 | | 238,976.01 | | | |
| 54 | 10/25/2022 | 1-2022-060952 | Return Check#9187 & 9180 Fees 50.00 | 50.00 | | | | | 89,019.40 | 225,909.86~ | 55.00 | 239,031.01 | | | |
| 55 | 10/25/2022 | 1-2022-060947 | Re Haul&Block 6864,00 | 6,864.00 | | | | | 95,883.40 | 232,773.86 | 7,550.40 | 246,581.41 | | | |
| 56 | 10/25/2022 | 9195 | | | (88,899.40) | Ck9195 | | | 6,984.00 | 232,773.86~f | 0.00 | 246,581.4? | | | |
| 57 | 10/26/2022 | 1-2022-061075 | Equipment 50.00 | 50.00 | | | | | 7,034.00 | 232,823.86 | 55.00 | 246,636.41 | | | |
| 58 | 10/26/2022 | 1-2022--061091 | Equipment 1100,00 | 1,100.00 | | | | | 8,134.00 | 233,923.86 | 1,210.00 | 247,846.41 | | | |
| 59 | 10/27/2022 | 1-2022-061179 | Pump Out Fees 10/25 81,00 | 81.00 | | | | | 8,215.00 | 234,004.86 | 89,10 | 247,935.51 | | | |
| 60 | 10/31/2022 | 1-2022-060782 | OctoberStorage#MB11, MB27, MB29, 3 | 3,875.00 | | | | | 12,090.00 | 237,879.86 | 4,262.50 | 252,198.01 | | | |
| 61 | 10/31/2022 | 1-2022-061443 | Hazardous Waste 60.00 | 60.00 | | | | | 12,150.00 | 237,939.86 | 66,00 | 252,264.01 | | | |
| 62 | 10/31/2022 | 1-2022-061157 | Oct 1 - 31 Yard Fees 37 255.25 | 37,255.25 | | | | | 49,405.25 | 275,195.11 | 40,980.78 | 293,244,79 | | | |
| 63 | 10/31/2022 | 11-2022-061153 | Oct 25-31 Yard Fees 3 675,00 | 3,675.00 | | | | | 53,080.25 | 278,870.11 | 4,042.50 | 297,287.29 | | 60,269.28 | 60,269.28 |
| 64 | 11/3/2022 | 1-2022-061554 | Contractor Ccnis October 915.00 | 915.00 | | | | | 53,995.25 | 279,785.11 | 1,006.50 | 298,293.79 | | | |
| 65 | 11/7/2022 | 1-2022-061667 | Equipment 590.00 | 590.00 | | | | | 54,585.25 | 280,375.11 | 649.00 | 298,942.79 | | | |
| 66 | 11/7/2022 | 1-2022-061675 | Equipment SO.DO | 50.00 | | | | | 54,635.25 | 280,425.11 | 55.00 | 298,997.79 | | | |
| 67 | 11/10/2022 | 1-2022-061839 | Oct 1-31 Tender Storage Dolly #41 250. | 250.00 | | | | | 54,885.25 | 280,675.11 | 275.00 | 299,272.79 | | | |
| 68 | 11/18/2022 | 1-2022-062203 | Equipment 50.00 | 50.00 | | | | | 54,935.25 | 280,725.11 | 55.00 | 299,327.79 | | | |
| 69 | 11/30/2022 | 1-2022-062291 | November Storage# MB11 MB27 MB29 | 3,750.00 | | | | | 58,685.25 | 284,475.11 | 4,125.00 | 303,452.79 | | | |
| 70 | 11/30/2022 | 1-2022-062846 | November Tender Storage Dolly #41 25 | 250.00 | | | | | 58,935.25 | 284,725.11 | 275.00 | 303,727.79 | | | |
| 71 | 11/30/2022 | 1-2022-062447 | Nov 1 -30 Yard Fees 15 750.00 | 15,750.00 | | | | | 74,685.25 | 300,475.11 | 17,325.00 | 321,052.79 | | | |
| 72 | 11/30/2022 | 1-2022-062446 | Nov 1-30 Yard Fees 30 562.50 | 30,562.50 | | | | | 105,247.75 | 331,037.61 | 33,618.75 | 354,671.54 | | 57,384.25 | 57,384.25 |
| 73 | 12/5/2022 | 1-2022-063143 | Equipment 200.00 | 200.00 | | | | | 105,447.75 | 331,237.61 | 220.00 | 354,891.54 | | | |
| 74 | 12/6/2022 | 1-2022-063207 | Contractor Ccnis November 2 685.00 | 2,685.00 | | | | | 108,132.75 | 333,922.61 | 2,953.50 | 357,845.04 | | | |
| 75 | 12/12/2022 | 1-2022-063424 | Equipment 100.00 | 100.00 | | | | | 108,232.75 | 334,022.61 | 110.00 | 357,955.04 | | | |
| 79 | 12/28/2022 | 7920389010 | | | (53,935.00) | CC | | | 54,297.75 | 334,022.61 | 0.00 | 357,955.04 | | | |
| 88 | 1/17/2023 | 7981956969 | | 0.00 | (52,857.36) | CC | | | 1,440.39 | 334,022.61 | 0.00 | 357,955.04 | | | |
| 76 | 12/16/2022 | 1-2022-063593 | Hazardous Waste 35.00 | 35.00 | | | | | 1,475.39 | 334,057.61 | 38.50 | 357,993.54 | | | |
| 77 | 12/19/2022 | 1-2022-063645 | Dockage Dec 16-22 441.00 | 441.00 | | | | | 1,916.39 | 334,498.61 | 485.10 | 358,478.64 | | | |
| 78 | 12/20/2022 | 11-2022-063723 | Equipment 50.00 | 50.00 | | | | | 1,966.39 | 334,548.61 | 55.00 | 358,533.64 | | | |
| 81 | 12/31/2022 | 1-2022-063754 | November Storage# MB11 MB27 MB29 | 4,375.00 | | | | | 6,341.39 | 338,923.61 | 4,812.50 | 363,346.14 | | | |
| 84 | 12/31/2022 | 1-2022-063987 | Dec 1 - 31 Yard Fees 31581.25 | 31,581.25 | | | | | 37,922.64 | 370,504.86 | 34,739.38 | 398,085.52 | Diff $0.01 | 94,357.73 | 63,341,67 |
| 83 | 12/31/2022 | 1-2022-063988 | Dec 1-31 Yard Fees  — nan | 16,275.00 | | | | | 54,197.64 | 386,779.86 | 17,902.50 | 415,988.02 | | | |
| 80 | 12/28/2022 | 1-2022-064093 | Admin Fees fer 12/28 cc charge 1591,0 | 1,591.08 | | | | | 55,788.72 | 388,370.94 | 1,750.19 | 417,738.21 | | | |
| 82 | 12/31/2022 | 1-2022-064098 | December Tender Storage 250,00 | 250.00 | | | | | 56,038.72~ | 388,620.94 | 275.00 | 418,013.21 | | | |
| 85 | 1/5/2023 | 1-2023-064508 | Contractor Ccnis December 2 272.50 | 2,272.50 | | | | | 58,311.22 | 390,893.44~T | 2,499.75 | 420,512.96 | | | |
| 86 | 1/9/2023 | 1-2023-064592 | Equipment 150.00 | 150.00 | | | | | 58,461.22 | 391,043.44 | 165.00 | 420,677.96 | | | |
| 87 | 1/17/2023 | 1-2023-064830 | Admin Fees 1514.61 | 1,514.61 | | | | | 59,975.83 | 392,558.05 | 1,666.07 | 422,344.03 | | | |
| 90 | 1/31/2023 | 1-2023-065091 | January Storage# MB11, MB27, MB29, | 4,650.00 | | | | | 64,625.83 | 397,208.05 | 5,115.00 | 427,459.03 | | | |
| 92 | 1/31/2023 | 1-2023-065297 | Jan 1 - 31 Yard Fees 31581.25 | 31,581.25 | | | | | 96,207.08 | 428,789.30 | 34,739.38 | 462,198.41 | | | |
| 93 | 1/31/2023 | 1-2023-065299 | Jan 1-31 Yard Fees 16 275.00 | 16,275.00 | | | | | 112,482.08 | 445,064.30 | 17,902.50 | 480,100.91 | | | |
| 89 | 1/27/2023 | 1-2023-065421 | Equipment 100.00 | 100.00 | | | | | 112,582.08 | 445,164.30 | 110.00 | 480,210.91 | | | |
| 94 | 1/31/2023 | 1-2023-065527 | January Tender Storage #41 250.00 | 250.00 | | | | | 112,832.08 | 445,414.30T | 275.00 | 480,485.91 | | 64,497.89 | 62,527.70 |
| 91 | 1/31/2023 | 1-2023-065688 | Equipment SO.OD | 50.00 | | | | | 112,882.08 | 445,464.30 | 55.00 | 480,540.91 | | | |
| 95 | 2/2/2023 | 1-2023-065761 | Equipment 150.00 | 150.00 | | | | | 113,032.08 | 445,614,30~ | 165.00 | 480,705.91 | | | |
| 96 | 2/3/2023 | 1-2023-065778 | January Contractor Ccnis 3 367,50 | 3,367.50 | | | | | 116,399.58 | 448,981.80 | 3,704,25 | 484,410.16 | | | |
| 97 | 2/7/2023 | 1-2023-065882 | Equipment 100.00 | 100.00 | | | | | 116,499.58 | 449,081.80 | 110.00 | 484,520.16 | | | |
| 98 | 2/9/2023 | 1-2023-065976 | Equipment 150.00 | 150.00 | | | | | 116,649,58 | 449,231.80 | 165.00 | 484,685.16 | | | |
| 99 | 2/15/2023 | 1-2023-066170 | Equipment 100.00 | 100.00 | | | | | 116,749.58 | 449,331.80 | 110.00 | 484,795.16 | | | |
| 100 | 2/16/2023 | 1-2023-066302 | Equipment 50.00 | 50.00 | | | | | 116,799.58 | 449,381.80 | 55.00 | 484,850.16 | | | |
| 101 | 2/17/2023 | 1-2023-066375 | Equipment 425.00 | 425.00 | | | | | 117,224.58 | 449,806.80 | 467.50 | 485,317.66 | | | |
| 102 | 2/21/2023 | 1-2023-066508 | Equipment 150.00 | 150.00 | | | | | 117,374.58 | 449,956.80 | 165.00 | 485,482.66 | | | |
| 104 | 2/28/2023 | 1-2023-066526 | Feb 1 -28 Yard Foes 14 700,00 | 14,700.00 | | | | | 132,074.58 | 464,656.80 | 16,170.00 | 501,652.66 | | | |
| 103 | 2/24/2023 | 1-2023-066781 | Equipment 50.00 | 50.00 | | | | | 132,124.58 | 464,706.80 | 55.00 | 501,707.66 | | | |
| 105 | 2/28/2023 | 11-2023-066960 | Feb 1-28Yant Fees 28 525.00 | 28,525.00 | | | | | 160,649.58 | 493,231.80 | 31,377.50 | 533,085.16 | | | |
| 106 | 2/28/2023 | 1-2023-066872 | February Tender Storage #41 250.00 | 250.00 | | | | | 160,899.58 | 493,481.80 | 275.00 | 533,360.16 | | | |
| 107 | 2/28/2023 | 1-2023-066549 | February Storage# MB11, MB19, MB27 | 5,850.00 | | | | | 166,749.58 | 499,331.80 | 6,435.00 | 539,795.16 | | 59,254.25 | 59254.25 |
| 108 | 3/1/2023 | 1-2023-067142 | Contractor Cord February 3 142.50 | 3,142.50 | | | | | 169,892.08 | 502,474.30 | 3,456.75 | 543,251.91 | | | |
| 109 | 3/3/2023 | 1-2023-067180 | Equipment 150,00 | 150.00 | | | | | 170,042.08 | 502,624.30 | 165.00 | 543,416.91 | | | |
| 110 | 3/8/2023 | 1-2023-067354 | Equipment 125.00 | 125.00 | | | | | 170,167.08 | 502,749.30 | 137.50 | 543,554,4? | | | |
| 111 | 3/9/2023 | 1-2023-067380 | equipment 100.00 | 100.00 | | | | | 170,267.08 | 502,849.30 | 110.00 | 543,664.41 | | | |
| 112 | 3/10/2023 | 1-2023-067413 | Equipment 300.00 | 300.00 | | | | | 170,567.08 | 503,149.30 | 330.00 | 543,994.4? | | | |
| 113 | 3/13/2023 | 1-2023-06748Q- | Equipment 525.00 | 525.00 | | | | | 171,092.08 | 503,674.30 | 577.50 | 544,571.91 | | | |
| 114 | 3/15/2023 | 11-2023-067584 | Equipment 50.00 | 50.00 | | | | | 171,142.08 | 503,724.30 | 55.00 | 544,626.91 | | | |

Case 0:23-cv-61456-RAR-AOV Document 61-2 Entered on Docket 04/24/2023 Page 66 of 148

| | | | Description | Amount | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3/1 | 1-2023-067632 | Admin Fees 1698.71 | 1,698.70 | | | | | | 1,868.58 | | | |
| | | | | | | | | | | | | | |
| | | 1-2023-0684 | Marth Tender Storage #41 250.00 | | | | | | | | | | |
| | | 1-2023-068167 | Mar 1-31 Yard Foes 16 275.00 | 16,275.00 | | | | | | | | | |
| | | 1-2023-068171 | Mar 1 - 31 Yard Foes 319'16.2- | 31,936.25 | | | | | | | | 66,827.71 | 66827.71 |
| | | 1-2023-068843 | Marth Contractor Cords 8150.00 | 8,150.00 | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | 1-2023-069012 | Equipment 50.00 | 50.00 | | | | | | | | | |
| | | 1-2023-069784 | Admin Fees 1 731.54 | | | | | | | | | | |
| | | 1-2023-069601 | Apr 1- 30 Yard Fees 15 750.00 | 15 750.00 | | | | | | | | | |
| | 4/ | | ge #41 250.00 | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | 18302526529 | | | (60,427.79) | CC | 176,053.19 | | | | | | |
| | | | | | | | | | | | | | |
| | | | March Late Fee 3 203.06 | | | | | | | | | | |
| | | | Customer Deposit 350 000.00 | | | | | | | | | | |
| | | | May Storage# MB11, MB19, MB27, MB | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | May Tender Storage #41 250.00 | | | | | | | | | | |
| | | | May 1 - 31 Yard Fees 31 736.25 | | | | | | | | | | |
| | | | Contractor Cord May 2n1s.oo | | | | | | | | | 438,732.73 | 438732 73 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | Paid per LMC Vender Statement | | (8,608.94) | | | | | | | | |
| | | | Total Paid to LMC | | (452,292.05) | | | | | | | | |

SYG vs. Contessa Marine Research
**VESSEL OCTOPUSSY**
**RECAP OF SUPPORTING DOCUMEMTATION PRODUCED IN MASTER RO BINDERS**
**PAYMENT RECORDS FOR RO 40646 - Mulder Design**

| Inv # | Inv Date | Inv, Amount | Date Paid | Amount Paid |
|---|---|---|---|---|
| **Per Mulder Statement:** | | | | |
| 2022023 | 6/9/2022 | 9,250.00 € | 6/13/2022 | $ 10,029.78 |
| 2022028 | 7/28/2022 | 9,250.00 € | 9/12/2022 | $ 32,873.95 |
| 2022033 | 9/12/2022 | 22,500.00 € | 9/12/2022 | |
| 2023006 | 1/20/2023 | 15,000.00 € | 2/14/2023 | $ 16,428.00 |
| 2023016 | 3/16/2023 | 15,000.00 € | 4/12/2023 | $ 16,761.00 |
| 2023032 | 5/4/2023 | 11,142.50 € | 6/5/2023 | $ 12,294.63 |
| 2023041 | 5/25/2023 | 9,292.50 € | Unpaid | |
| 2023042 | 5/26/2023 | 15,000.00 € | Unpaid | |
| 2023050 | 6/19/2023 | 1,995.00 € | Unpaid | |
| 2023053 | 6/27/2023 | 2,500.00 € | Unpaid | |
| | | 110,930.00 € | | $ 88,387.36 |

| **Paid Per Wire Transfers:** | | | |
|---|---|---|---|
| | 6/2/2023 | 11,142.50 € | $ 12,294.63 |
| | 4/11/2023 | 15,000.00 € | $ 16,761.00 |
| | 2/10/2023 | 15,000.00 € | $ 16,428.00 |
| | 9/9/2022 | 31,750.00 € | $ 32,873.95 |
| | 6/10/2022 | 9,250.00 € | $ 10,029.78 |
| | | 82,142.50 € | $ 88,387.36 |

| **Total Unpaid Invoices** | 28,787.50 € |
|---|---|

11-Recap of RO 40646 - Mulder invoices and payments

SYG vs. Contessa Marine Research
**VESSEL OCTOPUSSY**
**RECAP OF SUPPORTING DOCUMENTATION PRODUCED IN MASTER RO BINDERS**
**UNPAID INVOICES PER RECORDS FOR RO 40568 - Muir**

**Muir Invoices Unpaid at 8/11/2023:**

| Date | Inv.# | Inv. Amount | | RO# | Notes |
|---|---|---|---|---|---|
| 16-Jan-23 | 5001982 | $ 31,918.50 | $ 31,918.50 | 40568 | 50% downpayment |
| 27-Feb-23 | 5002044 | $ 800.00 | $ 32,718.50 | 40568 | |
| 13-Apr-23 | 5002067 | $ 400.00 | $ 33,118.50 | 40568 | |
| 13-Apr-23 | 5002068 | $ 3,789.50 | $ 36,908.00 | 40567 | |
| 28-Apr-23 | 5002080 | $ 400.00 | $ 37,308.00 | 40568 | |
| 11-May-23 | 5002099 | $ 400.00 | $ 37,708.00 | 40568 | |
| 29-May-23 | 5002113 | $ 400.00 | $ 38,108.00 | 40568 | |
| 13-Jun-23 | 5002129 | $ 400.00 | $ 38,508.00 | 40568 | |
| 22-Jun-23 | 5002131 | $ 400.00 | $ 38,908.00 | | Not on SYG Schedule |
| 29-Jun-23 | 5002141 | $ 400.00 | $ 39,308.00 | | Not on SYG Schedule |
| 17-Jul-23 | 5002153 | $ 400.00 | $ 39,708.00 | | Not on SYG Schedule |
| 27-Jul-23 | 5002165 | $ 200.00 | $ 39,908.00 | | Not on SYG Schedule |
| 11-Aug-23 | 5002180 | $ 400.00 | $ 40,308.00 | | Not on SYG Schedule |
| **Totals** | | **$ 40,308.00** | | | |

12-Recap of RO 40568 - Muir invoices

**SYG vs. Contessa Marine Research**
**VESSEL OCTOPUSSY**
**Recap of Rice Pump & Motor Invoices for RO 40563**

| Inv. # | Inv. Date | Inv. Amount |
|--------|-----------|-------------|
| 119170 | 11/28/2022 | $ 195.00 |
| 119176 | 11/28/2022 | $ 225.00 |
| 119177 | 11/28/2022 | $ 325.00 |
| 119193 | 11/28/2022 | $ 325.00 |
| 119265 | 11/28/2022 | $ 620.00 |
| 119303 | 11/28/2022 | $ 175.00 |
| 119351 | 11/28/2022 | $ 695.00 |
| 119524 | 11/28/2022 | $ 1,668.00 |
| 230972 | 7/22/2022 | $ 1,975.22 |
| 230973 | 7/22/2022 | $ 823.90 |
| 230974 | 7/22/2022 | $ 516.81 |
| **Total** | | **$ 7,543.93** |

13-Recap of RO 40563 - Rice Pump and Motor invoices



**850 NE 3rd St, Suite 208**
**Dania Beach, FL 33004**

Contessa Marine Research, LLC

382 NE 191st Street, Suite 98646
Miami, Florida  33179

**Phone: (954)376-5400**

**Buyer's Order**

| Date | |
|---|---|
| Deal No. | 50008 |
| Salesperson | |
| Lienholder | None |

H                 W                 C 561-313-4922     Email  yachtserviceintl@gmail.com

## Unit Information

| New/U | Year | Make | Model | Serial No. | Stock No. | Price (Inc) factory options) |
|---|---|---|---|---|---|---|
| New | 2022 | Hessen | Octopussy | | Ivankovich | $0.00 |
| New | 2022 | Seakeeper | 90233 | 0202-0432 | N0432-9023 | $267,800.00 |
| New | 2022 | Seakeeper | 90233 | 0212-0433 | N0433-9023 | $267,800.00 |
| New | 2022 | Seakeeper | 90233 | 0212-0428 | N0428-9023 | $267,800.00 |

TERMS AND CONDITIONS OF ORIGINAL COMMUNICATIONS 'SEE BELOW

1.The sales tax cap Is only allowed through one entity and on 1 invoice.  Our accounting software Lightspeed does this by allowing repair orders to be closed out as completed to be paid and leaving the job open to be cashiered out only at the end of the invoice for Sales Tax settlement to the dept of Revenue.  NOTE: SYG is not liable for any Sales Tax due above what is collected post reporting Sales Tax to the Oept. of Florida Revenue. Contessa Marine Research is liable for all costs associated with the investigation, preparation, and reporting of Sales Tax associated with this Deal to include penalties and Fines and owed Sales Tax if applicable by the Florida Oept. of Revenue.
2.SYG agreed to open 1 Repair Order "DEAL" for this project, fund upto amount received from client plus 100,000 on terms and include 100% transparency on all billing and accounting of sublets at a 10% margin and client agreed to fund promptly within 2 weeks of receipt of Project Report Budgets "Deposit Requests",

AMENDED TERMS AND CONDITIONS FOR OPTION 1 BELOW TO CONTINUE AGREEMENT FOR MOTOR YACHT OCTOPUSSY REFIT

This agreement, made and entered into this day by and between Starboard Yacht Group LLC (hereinafter "SYG") and [Client's Company Name] (hereinafter "Client"), stipulates the following terms and conditions related to the refit of the Motor Yacht Octopussy:

Late Payments and Interest: In the event of any late payments to SYG, Interest will accrue on the outstanding balance. As per the Jaws of the state of Florida, the maximum interest rate for past due accounts is set at an annual rate of 18% (approximately 0,049% per day).

Penalties: The client will be responsible for any and all late payment penalties that may be levied as per the agreement with the vendor.

Lien Release: SYG agrees to release ail liens upon receipt of the final payment for the deal.

Deal Termination: Either party rnay, with a written notice of 45 days, terminate this agreement. In such an event, the Client shall be liable to pay all dues reflected In the deal, supported by audited Invoices, within 45 days of the termination notice.

Post Termination Consequences: If the deal is terminated prior to the completion and launch of the Motor Yacht Octopussy refit, SYG is absolved of ils obligations related to the $1M refit deal. In such a scenario, all Repair Orders will be issued from internal invoices to Contessa Marine Research LLC, applying SYG's standard 25% gross profit margin for sublets, and collecting all applicable sales tax.

Legal and Collection Costs: The client will be held responsible for all attorney's fees and collection efforts, including costs of audils required for billing transparency for sublets. The audit rale will be billed al SYG's internal labor rate cost of $85.00 per hour.

GOST PLUS 10%
WHEREAS, SYG has been producing Octopussy Repair Orders for requested work and services; these repair orders have been
processed as "Internal Invoices" against the corresponding Oclopussy Deal;
WHEREAS, these Internal Invoices, intended for internal reference, do not include Sales Tax and are added to the final Octopussy Refit
Deal for customer billing, with a 10% margin on the actual total cost of each job which was Subcontracted for goods and services, but have not included nor collected the applicable Sales
Tax to date;
WHEREAS, due to the recurring "PAST DUE" status of the Contessa Marine Research LLC. account as of 7/13/23 and existing
communication issues, SYG is contemplating two options to address this situation;
NOW, BE IT RESOLVED that SYG shat! consider the folfowing two options:

Option 1: SYG will endeavor to resolve the current communication issues, restore the account balance to a satisfactory status, and
proceed towards the completion of the Oclopussy Refit Deai. This would involve preserving the current invoicing system that applies the
actual cost plus an additional 10% margin on each Repair Order applicable as part of Ute final invoice and collecting the applicable Sales
Tax at the conclusion of the project. Both customer and SYG must accept responsibility for transparent communication, understanding the
scope of work, and ensuring timely payments to SYG.

Option 2: SYG will modify the current invoicing method and bill each Repair Order's work performed directly to the customer. This method
would include SYG's standard 25% margin for sublets and necessitate the immediate collection of the applicable Sales Iax.
BE IT FURTHER RESOLVED, that the decision SYG will take shall be in the best interest of the company, its' vendor relationships, taking
into consideration the financial implications, the viability of each option, and the importance of maintaining customer relations.
Resolution:
SALES TAX OPPORTUNITY TERMS AND CONDITIONS:
Scope of Services: Starboard Yacht Group LLC (SYG) will carry out a yacht refit as per agreed-upon specifications. This includes all
services provided by SYG, its vendors, and subcontractors.
Both parties agree to utilize and comply with the Florida Yacht Refit Sales Tax 1M Cap regulations.
The compliance will be directed and reviewed by David J. Brennan, Jr., Esq., Partner at Moffa, Sutton, & Donnini, P.A. Any legal expense
incurred in this review vail be shared equally between the vessel owner and SYG.
Deal Compliance: Both SYG and the vessel owner agree to comply with all terms and conditions of the single

SWSMate
excluding 8-hour porttoport
sea Trials.
Taxation: SYG agrees to fund Ihe Department of Florida Revenue and complete all associated paperwork within the allowed timeframe.
Crtmolfonraa u/ilh fhoeip rnnditinnc w/ill hA wArifiAd hv A lAltAr frnrn nur lAnal rpnrnQnntativn

must be made prior to the release of the vessel from the shipyard (LMC),

| | |
|---|---|
| MSRP | $843,600.00 |
| Dealer Discount | $40,200.00 |
| Dealer Unit Price | $803,400.00 |
| Added Accessories | $4,867,572.60 |
| Freight | $5,670.00 |
| Dealer Prep | $0,00 |

| | |
|---|---|
| **Cash Price** | $5;676,642.60 |
| **Net Sale** (Cash Price -Net Trade) | $5,676,642.60 |
| Sales Tax | $60,050.00 |
| Total Other Charges | $60,050.00 |
| **Sub Total** (Net Sale + Other Charges) | $5,736,692.60 |
| Cash Down Payment | $3,703,209.12 |
| **Amount to Pay** | **$2,033,483.48** |

# EXHIBIT A

Dealer Signature _____

**Thank You for Your Business!**

Case 0:26-cv-61150-RAB Document 6-2 Entered on FLSD Docket 04/21/2026 Page 71 of 148
Case 0:23-cv-61696-AHS Document 314-5 Entered on FLSD Docket 03/13/2026 Page 51 of
Case 0:23-cv-61696-AHS Document 1-1 Entered on FLSD Docket 09/01/2023 Page 2 of 3

# Starboard Yacht Group
850 NE 3rd St #208
Dania Beach FL 33004
954 376 5400

Contessa Marine Research, LLC

382 NE 191st Street, Suite 98646
Miami Florida 33179

## Options List

### Unit Information

Order No.     50008
Salesman

| New/U | Year | Make | Model | Serial No. | Stock No. |
|---|---|---|---|---|---|
| New | 2022 | Hessen | Octopussy | | Ivankovich |
| New | 2022 | Seakeeper | 90233 | 0202-0432 | N0432-9023 |
| New | 2022 | Seakeeper | 90233 | 0212-0433 | N0433-9023 |
| New | 2022 | Seakeeper | 90233 | 0212-0428 | N0428-9023 |

Description:                                    Total Options Purchased:     $4,867,572.60

| | | |
|---|---|---|
| 1 | 40587 VOITH Linear Jets RECOMMENDATION BY JAKE STRATMANN SYG | $55,000.00 |
| 13 | 40546 Transformer setup and Rental by Maritime Marine | $12,145.65 |
| 14 | 40548 Drain the fuel lines; remove and dispose of corroded fuel lines -Replace with 316 SS parts | $4,670.00 |
| 16 | 40643 C & R Karnewa Survey | $1,678.90 |
| 18 | 40550 Remove Passarelle | $8,839.56 |
| 19 | 40551 Hydraulic Piping Removal - Cut out all old system from stabilizers (filter .valves, pipes) | $5,250.00 |
| 21 | 40549 VX-1800 BOW MOUNTED TELESCOPIC HYDRAULIC CRANE: 1800 L8S LIFTING CAPACITY ATZERO DEGREES. • I5 | $53,500.00 |
| 22 | 40570 Floor plates engine room mod make holes for screws and continue with floor prep for engine rem | $4,917.36 |
| 25 | 40534 Conduct boroscope checks of all the main engine cylinders and review photos to specify needed | $7,110.49 |
| 32 | 40535 Generator Fuel Filters Were Leaking and Dirty Upon Inspection - Disassembled generator fuel f | $9,788.55 |
| 35 | 40537 Test the Main Engine Injectors, inspect, borescope and adivse engine condition to maintain rel | $12,040.05 |
| 38 | Electrical Survey | $0.00 |
| 39 | 40539 Remove all Karnewa Equipment and hydraulic rams to hull and prep for engine removal | $23,667.22 |
| 45 | 40543 Perform full Upper end service  to the port and slbd generators diesel engines | $8,305.52 |
| 46 | 40544 Inspect shore power inverter for Function and reliability Inspect shore power inverter for Fun | $1,449.05 |
| 48 | 40545 Electrical survey vessel wide | $2,700.00 |
| 51 | 40676 Perform Hotel Load Analysis | $15,310.54 |
| 54 | 40557 Sand blast grey water tank and coatings | $15,131.00 |
| 56 | Rebuild Fresh Air Makeup Handler  Ship's main fresh air handler full of black mold - Replace Interna | $0.00 |
| 58 | K4 : Service ER Exhaust Fan Motors (qty 2) | $0.00 |
| 60 | 40563  Rebuild Second batch of electrical a/c, sewage, oil, clean/dirty, hydraulic pumps | $4,687.30 |
| 61 | 40566 Setup  scaffold, enclosure, and take down | $86,721.32 |
| 65 | 40645 Repair Delaminating fairing and long board oil canning hull plates | $63,000.00 |
| 66 | 40567 Coating Inspection Coating Inspection Data analysis and report (provided in archives) | $2,752.00 |
| 68 | 40567 International Freight Sea | $3,789.50 |
| 69 | 40568 Cost Plus 10% | $7,201.31 |
| 70 | 40568 Storage Fees (Windlass) | $1,200.00 |
| 71 | 40568 New Muir Windlass & Anchor Chain to New Size | $64,423.61 |
| 72 | 40569 Rebuild  all capstans(stbd tripping out) /Replace oil. | $2,240.00 |
| 74 | 40575 New anchor chasin plate and stem cut water | $22,802.50 |
| 77 | 40871 Mold Testing | $1,025.00 |
| 78 | 40554 Removed old cabling in the wire trays in the bridge to engine room | $34,699.00 |
| 79 | 40587 VOITH Linear Jets RECOMMENDATION BY JAKE STRATMANN SYG | $495,000.00 |
| 80 | 40646 Mulder Design Engine Room mod with Voith Modification Naval Architecture drive train and exte | $82,208.59 |
| 81 | 41038 JV - G7 - Pepwave Internet In Shipyard | $5,541.96 |
| 83 | 40559 Clean, Inspect and Re-coat Freshwater Tank | $30,263.00 |
| 84 | 40559 Cleaned and inspected Fresh Water Tanks - recoat | $3,362.56 |
| 85 | 40563 Cost Plus 10% | $520.81 |
| 86 | 40562 Rig and Remove Pumps and Store in Container | $9,237.43 |
| 87 | 40564 Overhaul jet toilet pumps .replace pressure switches, check why one pump cannot work alone. | $5,388.15 |
| 88 | 40564 Cost Plus 10% | $598.68 |
| 89 | 40565 Overhaul jet toilet pumps 1 replace pressure switches, check why one pump cannot work alone. | $4,587.69 |
| 90 | 40565 Cost Plus 10% | $509.74 |
| 91 | 40576 General protection of decks  and exterior | $11,787.09 |
| 92 | 40646 Cost Plus 10% | $9,134.29 |
| 93 | 40909 Design, quote and install Fuel cell technologies aboard as per customer request | $47,200.00 |
| 94 | 40581 Project Management | $168,748.51 |
| 95 | 40652 Assist into haulout and from haulout to slip 5/11 | $1,030.00 |
| 98 | 41127 Cost plus 10% | $0.00 |
| 99 | April 2023 LMC Storage | $0.00 |
| 101 | 40922 Air Compressor Rental | $27,750.00 |
| 103 | 40990 Cost Plus 10% | $352.22 |
| 104 | 40990 Crew Quarters Stair Removal & Install of Temporary Stairs | $3,170.00 |
| 107 | 40598 Model 3D Engine Room Space with equipment layout | $67,736.25 |
| 108 | 40690 Scan MY Octopussy Vessel Profile, Then complete exterior 3d Drawing for Luiz; Send to Luiz ASA | $39,025.00 |
| 109 | 40596 Crew quarters layout design and engineering planning | $31,202.50 |
| 110 | 40597 Pilot House & All Window Configurations | $8,370.00 |
| 111 | 40975 Inventory Drawings & Scans & Convert to Transferable Files - SYG NA Dept All to date (4/3/23) | $5,940.00 |
| 112 | 40541 Helm Station Interior - Compile and 3D scan 10 files combined into one - received by Norbert, | $32,845.00 |
| 113 | 40588 Weighing of the vessel for new CG of vessel for speed calculations | $18,957.96 |

# Starboard Yacht Group

850 NE 3rd St #208
Dania Beach FL 33004
954 376 5400

Contessa Marine Research, LLC

382 NE 191st Street, Suite 98646
Miami Florida 33179

## Options List

### Unit Information

Order No.    50008
Salesman

| New/U | Year | Make | Model | Serial No. | Stock No. |
|---|---|---|---|---|---|
| New | 2022 | Hessen | Octopussy | | Ivankovich |
| New | 2022 | Seakeeper | 90233 | 0202-0432 | N0432-9023 |
| New | 2022 | Seakeeper | 90233 | 0212-0433 | N0433-9023 |
| New | 2022 | Seakeeper | 90233 | 0212-0428 | N0428-9023 |

Description:                                 Total Options Purchased:     **$4,867,572.60**

| | | |
|---|---|---|
| 114 | 41182 Karen Lynn galley plans approved by Joe | $9,510.35 |
| 115 | 40586 Design and Draw in Rhino 3D bow Railing and change the Design to Owner Rep Request | $7,020.00 |
| 116 | 40538 Removal of Main Engines; design rail system to remove existing main engines form boat | $5,670.00 |
| 117 | 40652 Cost plus 10% | $103.00 |
| 118 | 40925 Tools purchased for crew | $7,893.01 |
| 119 | 40590 Redesign and Reposition Exhaust System -Remove Existing Exhaust | $24,584.40 |
| 121 | S6: August 2022 LMC Storage | $0.00 |
| 122 | S6: September 2022 LMC Storage | $0.00 |
| 124 | 41172 Transformer Rental (SYG) & Setup/Maintenance | $30,120.00 |
| 125 | 40911 Air conditioning Rental, Setup, Maintenance | $62,295.00 |
| 126 | 40911 Maintenance of units and relocation | $810.00 |
| 127 | | $0.00 |
| 128 | 40923 Air Scrubber Rental | $28,500.00 |
| 129 | 40724 Tools per Joe | $357.00 |
| 131 | | $0.00 |
| 132 | S9: LMC Storage December 2022 | $0.00 |
| 139 | 40648 Cost plus 10% | $0.00 |
| 142 | 40647 Cost plus 10% | $0.00 |
| 144 | 40542 Replace Main Engines, MTU Propulsion Engines; All controls for main engines on the bridge, wing stations, ER (buttons, | $1,825,000.00 |
| 145 | 40544 Cost plus 10% | $161.01 |
| 146 | 40545 Cost plus 0 | $300.00 |
| 147 | 40546 Cost plus 10% | $1,349.52 |
| 148 | 40548 Cost plus 10% | $518.89 |
| 149 | 40549 Cost plus 10% | $5,350.00 |
| 150 | 40553 Required moving of the GMDSS emergency batteries from the bridge to the Sundeck, Replace batteries and spec for rewire | $6,506.19 |
| 151 | 40556 Installing Protection in main salon to the lower deck room | $9,754.00 |
| 152 | 40558 Cost Plus 10% | $1,333.33 |
| 153 | 40558 Storage of Fuel | $12,000.00 |
| 154 | 40557 Cost plus 10% | $1,681.22 |
| 155 | 40561  Water maker pumps are not working | $2,972.75 |
| 157 | 40567 Cost plus 10% | $305.58 |
| 158 | 40568 Storage Fees (Windlass) | $400.00 |
| 159 | 40573 Remove Anchor Chain Plate | $10,971.66 |
| 160 | 40578 Cost plus 10% | $578.33 |
| 161 | 40578 Digital Scan Bow to Cloud point | $5,205.00 |
| 162 | 40579 Bilge cleaning to be able to gas free the engine room P42 Bilge cleaning to be able to gas free the engine room | $2,800.00 |
| 163 | 40584 Efficiency and performance propulsion "Linear Jet Feasibility" | $20,059.56 |
| 164 | 40585 Deck targeting and tracking deflection of hull during fuel removal | $2,351.25 |
| 165 | 40589 Cut the Boat room floor out of the vessel reequested by Bas mulder. | $30,704.46 |
| 166 | 40591 Hull target vessel once moved/blocked | $2,518.45 |
| 167 | | $0.00 |
| 169 | | $0.00 |
| 175 | 40561  Water maker pumps are not working | $330.31 |
| 176 | 40534 Cost plus 10% | $790.05 |
| 177 | 40537 Cost plus 10% | $1,337.78 |
| 179 | 40542 Cost plus 10% | $202,777.77 |
| 180 | 40643 Cost plus 10% | $186.54 |
| 181 | 40543 Cost plus 10% | $922.84 |
| 182 | 40551 Cost plus 10% | $583.33 |
| 183 | 40573 Cost plus 10% | $1,219.07 |
| 185 | 40569 Cost plus 10% | $224.00 |
| 186 | Crew to paint all needed parts; Supplies to be given to the crew 2022 | $0.00 |
| 187 | 40591 Cost plus 10% | $279.83 |
| 188 | 40645 Cost plus 10% | $6,300.00 |
| 189 | 40871 Cost plus 10% | $113.89 |
| 190 | 40918 Cost plus 10% | $0.00 |
| 191 | 40555 Fuel Offloading; Prep area by SYG team prior to All tanks being cleaned and we found no cracking and algae was only in | $17,531.49 |
| 192 | 40555 Cost plus 10% | $1,946.92 |
| 193 | 40566 Cost plus 10% | $9,223.12 |
| 196 | 41038 Pepwave and external antennas for internet in the shipyard | $15,794.75 |

# EXHIBIT J - STEVE + NEIL + DE288 CONTRADICTION SHEET

Case 0:23-cv-61696-AHS (Judge Singhal). Consolidated exhibit map including DE 288 and DE 288-1.

- 16B includes DE 288 (Notice of Filing Affidavit of Neil Burell).
- 16C includes DE 288-1 (Affidavit material filed with DE 288).
- DE 287-2 (Steve affidavit with blank jurat page) remains included in master Exhibit 16.
- DE 314-5 preliminary report remains included for contradiction comparison.
- Purpose: preserve the affidavit chain and contradiction framing in one packet.

Prepared: 2026-04-18 18:17:58

# Wires Received from Steve Ivankovich



04/08/22WIRE TYPE:WIRE IN DATE: 220408 TIME:1135 ET ███████████████
████████████████████ ORIG:GLENCOE FAMILY DWELLING L██████████ SND BK:JPMORGAN
CHASE BANK, NA██████████ PMT DET:BOH OF 22/04/08 ESTIMATE 2009 7264 COBIA D 12,862.00

WIRE TYPE:WIRE IN DATE: 220617 TIME:1534 ET ███████████████
████████████████████ ORIG:CONTESSA MARINE RESEARCH ██████████ SND BK: THE BANK
OF NEW YORK MELLON ██████████ PMT DET:B K AMER NYC 827,699.42

WIRE TYPE:WIRE IN DATE: 220721 TIME:1428 ET ███████████████
████████████████████ ORIG:CONTESSA MARINE RESEARCH ██████████ SND BK: THE BANK
OF NEW YORK MELLON ██████████ PMT DET:B K AMER NYC 150,000.00

WIRE TYPE:WIRE IN DATE: 220909 TIME:0700 ET ████████████████████████████
ORIG:GLENCOE FAMILY DWELLING L██████████ SND BK:JPMORGAN CHASE BANK, NA██████████
PMT DET:BMG OF 22/09/09 ESTIMATE 2009 7264 COBIA D 500,000.00

WIRE TYPE:WIRE IN DATE: 220912 TIME:0804 ET ████████████████████████████
ORIG:GLENCOE FAMILY DWELLING L██████████ SND BK:JPMORGAN CHASE BANK, NA██████████
PMT DET:BMG OF 22/09/12 450,000.00

WIRE TYPE:WIRE IN DATE: 220914 TIME:0828 ET ████████████████████████████
ORIG:GLENCOE FAMILY DWELLING L██████████ SND BK:JPMORGAN CHASE BANK, NA██████████
PMT DET:BMG OF 22/09/14 100,000.00

WIRE TYPE:WIRE IN DATE: 220922 TIME:0540 ET ████████████████████████████
ORIG:GLENCOE FAMILY DWELLING L██████████ SND BK:JPMORGAN CHASE BANK, NA██████████
PMT DET:BMG OF 22/09/22 200,000.00

WIRE TYPE:WIRE IN DATE: 220926 TIME:1010 ET ████████████████████████████
ORIG:GLENCOE FAMILY DWELLING L██████████ SND BK:JPMORGAN CHASE BANK, NA██████████
PMT DET:BMG OF 22/09/26 60,000.00



WIRE TYPE:WIRE IN DATE: 220928 TIME:0714 ET
ORIG:GLENCOE FAMILY DWELLING L                    SND BK:JPMORGAN CHASE BANK, NA
PMT DET:BMG OF 22/09/28 254,079.76

WIRE TYPE:WIRE IN DATE: 230111 TIME:1022 ET
ORIG:PREMIERE ORLANDO PORTFOLI                    SND BK:JPMORGAN CHASE BANK, NA
PMT DET:BMG OF 23/01/11 300,000.00

WIRE TYPE:WIRE IN DATE: 230118 TIME:0551 ET
ORIG:PREMIERE ORLANDO PORTFOLI                    SND BK:JPMORGAN CHASE BANK, NA
PMT DET:BMG OF 23/01/18 500,000.00

WIRE TYPE:WIRE IN DATE: 230210 TIME:0503 ET
ORIG:PREMIERE ORLANDO PORTFOLI                    SND BK:JPMORGAN CHASE BANK, NA
PMT DET:BMG OF 23/02/10 150,000.00

WIRE TYPE:WIRE IN DATE: 230331 TIME:1643 ET
ORIG:ATLAS HOLDINGS INVESTMENT                    SND BK:JPMORGAN CHASE BANK, NA
PMT DET:DCD OF 23/03/31 1,000,000.00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

**Case No.: 0:26-cv-60289-WPD**

# EXHIBIT K

## SBA LIEN NOTICE THREAD AND ACKEL STATEMENT

**Packet File:**    17_EXHIBIT_K_ACKEL_SBA_AUCTION_EMAIL_20251105.pdf

**Complaint Reference:**    Section III.D, ¶¶ 43a–43b, pp. 23–24

**SMOKE SCREEN LANE**

## PURPOSE AND RELEVANCE

This exhibit proves actual notice of federal lien priority before conversion acts. The SBA auction email chain and Ackel statement establish knowledge and intent. The enterprise cannot claim ignorance of documented obligations when its own principals received direct notice of federal lien priority.

## ASSEMBLY NOTES

*Preserve native email headers.*

# EXHIBIT K

### SBA Loan #5611798202 — Ackel Auction/Non-Payment Inquiry
### November 5, 2025 Email Chain

*NOTE: This email chain constitutes direct evidence that Tom Ackel, manager of the enterprise, inquired whether collateral could be liquidated without satisfying the SBA's perfected UCC-1 lien. SBA Loan Specialist Nakayama Abouem confirmed the SBA's priority interest and refusal to release its lien. This communication supports Predicate Act PA-FED-01.*

================================================================================
==========

**FROM:** Tom Ackel <tomackela@gmail.com>

**SUBJECT:** Re: SBA Loan# 5611798202 Receipt of Notification that Borrower Abandoned Property

**DATE:** November 5, 2025

**OK I'm not sure. I understand this. Can we auction everything off and not pay the SBA anything or are they entitled to proceeds of the auction?**

-------------------------------------------------------------

**FROM:** Nancy Chamides <nchamides@landlordlegalpa.com>

**TO:** (reply to SBA email thread)

**DATE:** November 5, 2025 at 11:39 AM

Received

Nancy J. Chamides, Esq.
Landlord Legal P.A.
2455 Hollywood Blvd., Suite 309
Hollywood, FL 33020
nchamides@landlordlegalpa.com
954-453-1162


------------------------------------------------------------

**FROM:** Abouem, Nakayama B. <Nakayama.Abouem@sba.gov>

**DATE:** Wednesday, November 5, 2025 at 11:28 AM

**TO:** jake@starboardyacht.com

**CC:** Nancy Chamides <nchamides@landlordlegalpa.com>

**SUBJECT:** SBA Loan# 5611798202 Receipt of Notification that Borrower Abandoned Property


Our Borrower Company Name: Starboard Yacht Group LLC

Our Borrower Primary Point of Contact Name: Charles Stratmann


As you are aware, the SBA is a secured lender with a properly perfected UCC-1 Financing Statement securing our interest in the assets that have been abandoned by our Borrower identified above for the above referenced loan. You, or your client, may, at your choosing, dispose of the abandoned property as refuse. However, the SBA does not disclaim our interest in the assets identified as collateral.


Please be advised that the SBA will not release our lien and priority interest until:

1. We receive the total amount of the outstanding loan balance, plus all accrued and daily interest.

2. Or, the total amount of the sales' proceeds from liquidation of the collateral has been applied to the outstanding balance of the loan, less reasonable fees paid in association with the disposition.

3. Or, documentation is submitted that demonstrates the disposition of collateral where no proceeds were received in the exchange (i.e., refuse, donation, etc.)

Further, as per our guidelines, as and if adopted by the state where the collateral is held, any transfer of the collateral will transfer with our lien attached unless the disposition proceeds less reasonable costs exceed our amount due.

SBA payment instructions for any excess proceeds available from the disposition may be found online at https://www.sba.gov/funding-programs/loans/make-payment-sba.

Should you be interested in procuring a disclaimer of interest letter for these assets of collateral at a date in the future, please contact our customer service department via email at covideidlservicing@sba.gov.

Thank you.

Nakayama Abouem

Loan Specialist

Covid EIDL Servicing Center

Office of Capital Access

U.S. Small Business Administration

Customer Service: (833) 853-5638

Direct: (817) 381-0726

Nakayama.Abouem@sba.gov

==================================================================
==========

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.
**Case No.: 0:26-cv-60289-WPD**

# EXHIBIT L

## FLORIDA RESALE CERTIFICATE (DE 94-2 EX. 2)

|  |  |
|---|---|
| **Packet File:** | 18_EXHIBIT_L_SYG_RESALE_CERT_DE94_2.pdf |
| **Complaint Reference:** | Section I.B, ¶ 16a, p. 9 |

### PURPOSE AND RELEVANCE

This exhibit supports the tax and resale-certificate control narrative tied to pressure and misuse lanes. Filed as DE 94-2 in Case 0:23-cv-61696-AHS. NOTE: Provenance confirmation pending.

### ASSEMBLY NOTES

*Use the filed DE-based version with visible docket numbering if available. PROVENANCE PENDING.*

# EXHIBIT 2

## Jessenya Burrell

| | |
|---|---|
| **From:** | Jake Stratmann <jake@starboardyacht.com> |
| **Sent:** | Friday, June 10, 2022 12:55 PM |
| **To:** | Jessenya Burrell |
| **Cc:** | Joe Seinitz; Theresa; Jeff Vrana |
| **Subject:** | [External] Starboard Yacht Group ------- Resale Certificate 2022 ------- |

Jessenya,

Hope this email finds you doing well. Theresa Larusso handles our Finance department and will be sending over our 2022 Resale certificate for the purpose of Octopussy billing being directed to SYG to take advantage of the 70K or 1M dollar sales tax cap for refit projects in Florida.

I've copied Joe Seintz "Owner" and Jeff Vrana "PM" on this email for verification and confirmation as to how they would like to proceed.


Respectfully,

**Respectfully,**

*Jake Stratmann*
**CEO**





# Starboard Yacht Group

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
**Fax: (954) 920-6255**
www.StarboardYacht.com

*We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!*

1



**FLORIDA**

| **2023 Florida Annual Resale Certificate for Sales Tax** | DR-13<br>R. 10/22 |

### This Certificate Expires on December 31, 2023

**Business Name and Location Address**

**Certificate Number**

STARBOARD YACHT GROUP LLC
850 NE 3RD ST STE 208
DANIA, FL 33004-3418

By extending this certificate or the certificate number to a selling dealer to make eligible purchases of taxable property or services exempt from sales tax and discretionary sales surtax, the person or business named above certifies that the taxable property or services purchased or rented will be resold or re-rented for one or more of the following purposes:

- Resale as tangible personal property
- Re-rental as tangible personal property
- Resale of services
- Re-rental as commercial real property
- Incorporation into tangible personal property being repaired
- Re-rental as transient rental property
- Incorporation as a material, ingredient, or component part of tangible personal property that is being produced for sale by manufacturing, compounding, or processing

Your *Florida Annual Resale Certificate for Sales Tax* (Annual Resale Certificate) allows you or your representatives to buy or rent property or services tax exempt when the property or service is resold or re-rented. You may not use your Annual Resale Certificate to make tax-exempt purchases or rentals of property or services that will be used by your business or for personal purposes. Florida law provides for criminal and civil penalties for fraudulent use of an Annual Resale Certificate.

As a seller, you must document each tax-exempt sale for resale using one of three methods. You can use a different method each time you make a tax-exempt sale for resale.

1. Obtain a copy (paper or electronic) of your customer's current Annual Resale Certificate.
2. For each sale, obtain a transaction authorization number using your customer's Annual Resale Certificate number.
3. Each calendar year, obtain annual vendor authorization numbers for your regular customers using their Annual Resale Certificate numbers.

**Online:** Visit floridarevenue.com/taxes/certificates

**Phone:** 877-357-3725 and enter your customer's Annual Resale Certificate number

**Mobile App:** Available for iPhone, iPad, and Android devices

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

**Case No.: 0:26-cv-60289-WPD**

# EXHIBIT M

## SHM/LMC REINSTATEMENT EMAIL

**Packet File:**    19_EXHIBIT_M_ROIG_REINSTATEMENT_20250227.pdf

**Complaint Reference:**    Section III.D, pp. 23–25

## PURPOSE AND RELEVANCE

This exhibit shows access-control reversal and operational leverage over work lanes. The SHM/LMC reinstatement email demonstrates enterprise coordination of facility access.

## ASSEMBLY NOTES

*Preserve native email headers.*

---

This exhibit presents the February 27, 2025 email from Lazaro Roig to Jake Stratmann addressing reinstatement and service-control direction. Raw HTML/JSON source appendices previously included in this exhibit were removed to preserve a clean court-facing record.

1. Reinstatement communication issued by Lazaro Roig to Jake Stratmann.

2. Evidence of service/control direction affecting vessel work and business flow.

3. Exhibit now limited to substantive communication content only (metadata removed).

Source: Email export (Roig reinstatement chain)
Original exhibit reduced from 6 pages to 1 substantive page
Metadata appendices removed: source HTML + JSON blocks
Prepared by: Jake Stratmann, CEO & Legal Operations Manager
Exhibit assembled: 2026-04-20 14:35 UTC

## Exhibit M — Roig Reinstatement Email

```
Source Mailbox: jake@starboardyacht.com
MS Graph Message ID: AQMkADQ4Mzg5MmY0LTFlNmQtNGZiYy1hMTg5LWM4YWM3NjMxN2M1NgBGAAADGqFCuQBZQkGZosQp8S
PQtgcA3afDMh0GMkWeGnqLBZlStgAAAgENAAAA3afDMh0GMkWeGnqLBZlStgAKwG6HGwAAAA==
Internet Message ID:
<DM6PR18MB23639BBB0EA130D676A8328FBACD2@DM6PR18MB2363.namprd18.prod.outlook.com>
Subject: Starboard Yacht SHLMC Reinstatement
From: LRoig@shmarinas.com
Received (UTC): 2025-02-27T20:12:42Z
Conversation ID: AAQkADQ4Mzg5MmY0LTFlNmQtNGZiYy1hMTg5LWM4YWM3NjMxN2M1NgAQANSSGqyl00LVtVhp30XalZo=
```

Team,

Please be advised that Starboard Yacht has been granted access to our facility starting tomorrow morning.

Best regards,

Laz

Lazaro  Roig

General Manager

Safe Harbor Lauderdale Marine Center

O: (561) 889-7078

|

C: (561) 889-7078

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any non-public information in this communication, including attachments, constitutes "confidential information" under, and is subject to the terms of, any applicable nondisclosure or confidentiality agreement between Safe Harbor Marinas (or its affiliates) and the intended recipient or its principals and affiliates, as applicable. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and destroy any copies of this information.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

Case No.: 0:26-cv-60289-WPD

# EXHIBIT N

## WHITE PEARL STAND-DOWN EMAIL CHAIN

| | |
|---|---|
| **Packet File:** | 20_EXHIBIT_N_WHITE_PEARL_CHAIN_20241209.pdf |
| **Complaint Reference:** | Section III.D, pp. 23–25 |

## PURPOSE AND RELEVANCE

This exhibit captures stand-down and coordinated exclusion instructions in real time. The White Pearl chain demonstrates enterprise communication directing work stoppage.

## ASSEMBLY NOTES

*Preserve native email headers.*

This exhibit contains an email chain regarding M/Y WHITE PEARL dated December 9, 2024. The chain documents enterprise participants directing David Demers to "stand down" on a service request, and Grace Swanson's inquiry about Mitsubishi Gyros following a collision event.

1. STAND DOWN ORDER: David Demers was directed to cease service activities on M/Y WHITE PEARL ? evidence of enterprise control over service access and work authorization, consistent with pattern of diverting SYG revenue.

2. MITSUBISHI GYROS INQUIRY: Grace Swanson's post-collision inquiry about Mitsubishi Gyros on the vessel, connecting to enterprise equipment coordination and the broader Seakeeper/Holland Marine scheme.

3. SERVICE DENIAL PATTERN: This exhibit demonstrates the pattern of enterprise participants controlling access to vessel service work ? consistent with the broader RICO scheme to divert Starboard Yacht Group revenue and business opportunities.

Source: Email export (screenshot format ? NotoSans rendering)
Original Pages: 3
Date: December 9, 2024
Key Participants: David Demers, Grace Swanson
Vessel: M/Y WHITE PEARL
Prepared by: Jake Stratmann, CEO & Legal Operations Manager
Exhibit assembled: 2026-04-20 14:24 UTC

Note: Original email screenshots preserved on pages 2?4 in native format for evidentiary integrity.

 Outlook

## RE: [External] Re: M/Y WHITE PEARL

**From** David Demers <ddemers@shmarinas.com>

**Date** Mon 2024-12-09 11:01 AM

**To** Jake Stratmann <jake@starboardyacht.com>

**Cc** Stuart McClure <smcclure@shmarinas.com>; Grace Swanson <GSwanson@shmarinas.com>; Jeff Vrana <Jeff@starboardyacht.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>; Brian Kenny <Brian@starboardyacht.com>

Jake,
I have been told to stand down on this request for service.



**David Demers**
Subcontractor Operations Manager
Safe Harbor Marinas
C: (954) 317-7216

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any non-public information in this communication, including attachments, constitutes "confidential information" under, and is subject to the terms of, any applicable nondisclosure or confidentiality agreement between Safe Harbor Marinas (or its affiliates) and the intended recipient or its principals and affiliates, as applicable. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** David Demers
**Sent:** Monday, December 9, 2024 8:43 AM
**To:** Jake Stratmann <jake@starboardyacht.com>
**Cc:** Stuart McClure <smcclure@shmarinas.com>; Grace Swanson <GSwanson@shmarinas.com>; Jeff Vrana <Jeff@starboardyacht.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>; Brian Kenny <Brian@starboardyacht.com>
**Subject:** RE: [External] Re: M/Y WHITE PEARL

Jake,
You are good to go for the vessel visit on White Pearl. The crew will be onboard to assist.

**From:** Jake Stratmann <jake@starboardyacht.com>
**Sent:** Friday, December 6, 2024 7:44 PM
**To:** David Demers <ddemers@shmarinas.com>
**Cc:** Stuart McClure <smcclure@shmarinas.com>; Grace Swanson <GSwanson@shmarinas.com>; Jeff Vrana <Jeff@starboardyacht.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>; Brian Kenny <Brian@starboardyacht.com>
**Subject:** [External] Re: M/Y WHITE PEARL

Dave,

I hope this message finds you and all in copy well.

Jeff Vrana and I would like to schedule to be onboard at 10:30 Monday A.M..

Respectfully,


Jake Stratmann

CEO


www.starboardyacht.com

O: 954 376 5400

M: 954 873 8546

---

**From:** David Demers <ddemers@shmarinas.com>
**Sent:** Friday, December 6, 2024 3:50 PM
**To:** Jake Stratmann <jake@starboardyacht.com>
**Cc:** Stuart McClure <smcclure@shmarinas.com>; Grace Swanson <GSwanson@shmarinas.com>
**Subject:** FW: M/Y WHITE PEARL

Jake,
Here are some pics of White Pearls Mitsubishi Gyros. The vessel at LMC. Let me know when you can stop by to look at them for repair/replacement estimates.

Thank you

 **David Demers**

Subcontractor Operations Manager


Safe Harbor Marinas


C: (954) 317-7216


The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any non-public information in this communication, including attachments, constitutes "confidential information" under, and is subject to the terms of, any applicable nondisclosure or confidentiality agreement between Safe Harbor Marinas (or its affiliates) and the intended recipient or its principals and affiliates, as applicable. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Grace Swanson <GSwanson@shmarinas.com>
**Sent:** Friday, December 6, 2024 3:33 PM
**To:** David Demers <ddemers@shmarinas.com>; Stuart McClure <smcclure@shmarinas.com>
**Subject:** M/Y WHITE PEARL

Hi guys,

Per our earlier discussion, please see attached photos in regards to vessel Mitsubishi Gyros. Do we have any contractors that can work on this equipment? Vessel was in a collision and claims all three gyros were fully submerged underwater. Let me know if you need additional information.

Thank you!



**Grace Swanson**

Project Engineer

Safe Harbor Rybovich

O: (561)459-9835

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any non-public information in this communication, including attachments, constitutes "confidential information" under, and is subject to the terms of, any applicable nondisclosure or confidentiality agreement between Safe Harbor Marinas (or its affiliates) and the intended recipient or its principals and affiliates, as applicable. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and destroy any copies of this information.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

**Case No.: 0:26-cv-60289-WPD**

# EXHIBIT O

## MOORE AND COMPANY "BAD BUSINESS" EMAIL

| | |
|---|---|
| **Packet File:** | 21_EXHIBIT_O_MOORE_BAD_BUSINESS_EMAIL.pdf |
| **Complaint Reference:** | Section I.B, p. 7 and Section IV.A, p. 30 |

## PURPOSE AND RELEVANCE

This exhibit demonstrates legal-strategy pressure and controlled communication channeling through the Moore & Company PA communications.

## ASSEMBLY NOTES

*Preserve native email headers.*

This exhibit contains the complete email chain between Moore & Co. (Michael T. Moore, Caycie Flitman), Jake Stratmann / Starboard Yacht Group, Steven Ivankovich, Joe Seinitz, and other enterprise participants spanning September 2022 through August 2023.

1. IMG BOATS FROM DUBAI (Sept?Nov 2022): Coordination of importation of three IMG vessels ($3M+ combined value) from Dubai via Ivankovich/IMG Marine LLC, involving customs brokerage and insurance coordination.

2. "BAD BUSINESS PRACTICE" EMAIL (Jan 2023): Moore's statement: "I don't think it is a good business practice to include on all email exchanges persons who do not have [need-to-know]" ? revealing enterprise information control tactics. (See pages 14?15)

3. CUSTOMS IMPORTATION SCHEME (Jan 2023): Full coordination chain for Dubai boat importation through Jacksonville port ? Caycie Flitman directing logistics, customs duty, insurance increases, and vessel documentation. (See pages 15?30)

4. OCTOPUSSY REFIT TERMINATION (July 13, 2023): Caycie Flitman email terminating SYG: "Your services will no longer be required with respect to the Octopussy refit." Aaron Leatherwood appointed as replacement PM. (See page 47)

5. $3.3M ACCOUNTING GAP (Aug 31, 2023): Beatriz Martin, CPA (Zomma Group) identifying $3.3M in unverified invoices: "we still need invoices and proof of payment for approximately $3.3 million." (See page 50)

Source: Microsoft Outlook export (jake@starboardyacht.com)
Pages: 56 (1 cover + 55 email chain pages)
Date Range: September 13, 2022 ? August 31, 2023
Key Participants: Michael T. Moore, Caycie Flitman, Jake Stratmann, Steven Ivankovich, Joe Seinitz, Trey Reeder, Beatriz Martin CPA
Prepared by: Jake Stratmann, CEO & Legal Operations Manager
Exhibit assembled: 2026-04-20 14:24 UTC

**From:** Michael T. Moore <michael@moore-and-co.com>
**Sent:** Tuesday, September 13, 2022 1:04 PM
**To:** Joe Seinitz <jseinitz@yahoo.com>
**Cc:** Jake Stratmann <jake@starboardyacht.com>; Caycie Flitman <CFlitman@moore-and-co.com>; Zac Bailey <ZBailey@moore-and-co.com>; Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** Re: IMG boats

Jake,

What is your best cell# ?

Please copy Caycie, Zac and Rey on all communications as we coordinate the closings on these threes Vessels.

Jake, To be clear do you have someone in the UAE to take possession of the vessels prior to loading for shipment on the carrying ship?

Thanks

**Michael T. Moore**
255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Cell phone: (786) 473-0755
Facsimile: (786) 221-0601

**2022** – South Florida's Best Lawyers; **2022** – South Florida Top Lawyer's Award; **2022** – Lawyers of Distinction Award;**2022** - Selected AVVO Top Rated Lawyer; **2022** - Selected for inclusion in the 27th Edition of Best Lawyers in America; **2022** - Selected Marquis Who's Who in American Law; **2022** - Selected Super Lawyer by Lawyer Monthly Magazine; **2022** - Selected Americas Most Honored Professionals Top 1%; **2022** - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide; **2022** – Selected Captain of Industry Award – Sea Ray Corporation

On Sep 13, 2022, at 12:53 PM, Joe Seinitz <jseinitz@yahoo.com> wrote:

Michael ,

I have  included Jake Stratman in on this , he has arranged shipping etc . He will accept delivery on vessels and bring them to his yard in Lauderdale.

Thank You

Joe Seinitz
General Manager
M/Y Octopussy
Contessa Marine Research
847-971-1834

On Sep 13, 2022, at 11:48 AM, Michael T. Moore <michael@moore-and-co.com> wrote:

Joe,

Re funding, we are working out the details on funds transfer. We may not need a formal escrow.

Michael

**Michael T. Moore**
255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Cell phone: (786) 473-0755
Facsimile: (786) 221-0601

**2022** – South Florida's Best Lawyers; **2022** – South Florida Top Lawyer's Award; **2022** – Lawyers of Distinction Award;**2022** - Selected AVVO Top Rated Lawyer; **2022** - Selected for inclusion in the 27th Edition of Best Lawyers in America; **2022** - Selected Marquis Who's Who in American Law; **2022** - Selected Super Lawyer by Lawyer Monthly Magazine; **2022** - Selected Americas Most Honored Professionals Top 1%; **2022** - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide; **2022** – Selected Captain of Industry Award – Sea Ray Corporation

On Sep 13, 2022, at 11:42 AM, Michael T. Moore <michael@moore-and-co.com> wrote:

Joe,

These three boats are now at the front of the line.

The documentation on the Selling side is very thin.

We just need to be sure we can create the documents needed to sell them to a third party or register .

Is the plan to register? If so, where?

Who is handling ocean carriage?

Do you plan to book insurance?

Michael

**Michael T. Moore**
255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134

Telephone: (786) 221-0600
Cell phone: (786) 473-0755
Facsimile: (786) 221-0601

**2022** – South Florida's Best Lawyers; **2022** – South Florida Top Lawyer's Award; **2022** – Lawyers of Distinction Award;**2022** - Selected AVVO Top Rated Lawyer; **2022** - Selected for inclusion in the 27th Edition of Best Lawyers in America; **2022** - Selected Marquis Who's Who in American Law; **2022** - Selected Super Lawyer by Lawyer Monthly Magazine; **2022** - Selected Americas Most Honored Professionals Top 1%; **2022** - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide; **2022** – Selected Captain of Industry Award – Sea Ray Corporation

On Sep 13, 2022, at 10:39 AM, Joe Seinitz <jseinitz@yahoo.com> wrote:

Michael,

Have we figured out the escrow for these boats ? And what about funding is there something I can do to help push this forward ?

Thank You

Joe Seinitz
General Manager
M/Y Octopussy
Contessa Marine Research
847-971-1834

**From:** Michael T. Moore <michael@moore-and-co.com>
**Sent:** Wednesday, November 23, 2022 11:30 AM
**To:** Joe Seinitz <jseinitz@yahoo.com>; Jake Stratmann <jake@starboardyacht.com>; Jake Stratmann <jake@starboardyacht.com>; Jeff Vrana <Jeff@starboardyacht.com>
**Cc:** Madison Bode <MBode@moore-and-co.com>
**Subject:** Cobia update

Joe, Jake, et

Is this matter moving forward? Please send me a copy of the invoice and any contract or quote.

If you are making progress, let's continue on that path.

Please advise.

Michael

*Michael T. Moore*



255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Cell phone: (786) 473-0755
Facsimile: (786) 221-0601

**2022** – South Florida's Best Lawyers; **2022** – South Florida Top Lawyer's Award; **2022** – Lawyers of Distinction Award; **2022** - Selected AVVO Top Rated Lawyer; **2022** - Selected for inclusion in the 27th Edition of Best Lawyers in America; **2022** - Selected Marquis Who's Who in American Law; **2022** - Selected Super Lawyer by Lawyer Monthly Magazine; **2022** - Selected Americas Most Honored Professionals Top 1%; **2022** - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide; **2022** – Selected Captain of Industry Award – Sea Ray Corporation

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.

**From:** Joe Seinitz <jseinitz@yahoo.com>
**Sent:** Tuesday, November 15, 2022 10:58 AM
**To:** Steven IVANKOVICH <sivankovic@me.com>; Jake Stratmann <jake@starboardyacht.com>; Jake Stratmann <jake@starboardyacht.com>; Jeff Vrana <Jeff@starboardyacht.com>; Michael T. Moore <michael@moore-and-co.com>
**Subject:** Cobia update

Steve ,
I spoke with Alex from Cobia this morning, our original guy Dan Has left the company. I asked for an update and he sent this invoice!
This is supposed to explain where we are at on Cobia repairs . The windshield is all they are waiting on to complete.



Thank You

Joe Seinitz
General Manager
M/Y Octopussy
Contessa Marine Research
847-971-1834

**From:** Michael T. Moore <michael@moore-and-co.com>
**Sent:** Wednesday, November 23, 2022 7:44 PM
**To:** Jake Stratmann <jake@starboardyacht.com>
**Cc:** Steven IVANKOVICH <sivankovic@me.com>; Joe Seinitz <jseinitz@yahoo.com>
**Subject:** Re: Cobia / Ivankovich

Thanks Jake

*Michael T. Moore*
255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Cell phone: (786) 473-0755
Facsimile: (786) 221-0601

**2022** – South Florida's Best Lawyers; **2022** – South Florida Top Lawyer's Award; **2022** – Lawyers of Distinction Award;**2022** - Selected AVVO Top Rated Lawyer; **2022** - Selected for inclusion in the 27th Edition of Best Lawyers in America; **2022** - Selected Marquis Who's Who in American Law; **2022** - Selected Super Lawyer by Lawyer Monthly Magazine; **2022** - Selected Americas Most Honored Professionals Top 1%; **2022** - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide; **2022** – Selected Captain of Industry Award – Sea Ray Corporation


On Nov 23, 2022, at 6:48 PM, Jake Stratmann <Jake@starboardyacht.com> wrote:


Michael

Will do just getting thus now so maybe next week or can check in Friday if they are open

Jake


Sent from my T-Mobile 5G Device


-------- Original message --------
From: "Michael T. Moore" <michael@moore-and-co.com>
Date: 11/23/22 1:20 PM (GMT-05:00)
To: Steven IVANKOVICH <sivankovic@me.com>
Cc: Jake Stratmann <jake@starboardyacht.com>, Joe Seinitz <jseinitz@yahoo.com>
Subject: Re: Cobia / Ivankovich

Sounds unrealistic that it will go away. I just don't want a meltdown when they have the boat. Jake, can you call and ask about the windshield?

*Michael T. Moore*
255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Cell phone: (786) 473-0755
Facsimile: (786) 221-0601

**2022** – South Florida's Best Lawyers; **2022** – South Florida Top Lawyer's Award; **2022** – Lawyers of Distinction Award;**2022** - Selected AVVO Top Rated Lawyer; **2022** - Selected for inclusion in the 27th Edition of Best Lawyers in America; **2022** - Selected Marquis Who's Who in American Law; **2022** - Selected Super Lawyer by Lawyer Monthly Magazine; **2022** - Selected Americas Most Honored Professionals Top 1%; **2022** - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide; **2022** – Selected Captain of Industry Award – Sea Ray Corporation


On Nov 23, 2022, at 1:04 PM, Steven IVANKOVICH <sivankovic@me.com> wrote:


Michael, I have a long string of emails in September and October trying to get information and clarity about what repairs are doing etc. and when the boat will be finished. They ostensibly stopped communicating with me, and I've had enough. It is not important to get the boat out of the yard because the boat is essentially a life safety disaster waiting to happen. They also believe their leverage over me is that if this goes to trial The boat will be in pounded as evidence and I won't have use of the boat. We have been reasonable, and everything is exhausted with a Cobia. This will go to litigation, and will probably settle once we get deep in the discovery and see their emails

On Nov 23, 2022, at 11:58 AM, Joe Seinitz <jseinitz@yahoo.com> wrote:

Michael , This is something Cobia feels will just go away !  It should fall under the lemon law for boats !

Thank You

Joe Seinitz
General Manager
M/Y Octopussy
Contessa Marine Research
847-971-1834


On Nov 23, 2022, at 11:47 AM, Steven IVANKOVICH <sivankovic@me.com> wrote:


I was but gave up as they stopped being communactive

On Nov 23, 2022, at 11:44 AM, Joe Seinitz <jseinitz@yahoo.com> wrote:

See below

Thank You

Joe Seinitz
General Manager
M/Y Octopussy
Contessa Marine Research
847-971-1834

Begin forwarded message:

**From:** "Michael T. Moore" <michael@moore-and-co.com>
**Date:** November 23, 2022 at 11:15:35 AM CST
**To:** Joe Seinitz <jseinitz@yahoo.com>
**Cc:** Kavan Vartak <KVartak@moore-and-co.com>
**Subject: RE: Cobia / Ivankovich**


Is someone pushing them for a delivery and completion date?

Rule #1 – Get the boat out of the Yard or repair facility.
Rule #2 – Consider Damages sustained
Rule #3 – Try to settle
Rule #4 --- Consider likelihood of success if case cannot be settled.

I think HTEC case will be ready for filing this week.

*Michael T. Moore*

255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Cell phone: (786) 473-0755
Facsimile: (786) 221-0601

**2022** – South Florida's Best Lawyers; **2022** – South Florida Top Lawyer's Award; **2022** – Lawyers of Distinction Award; **2022** - Selected AVVO Top Rated Lawyer; **2022** - Selected for inclusion in the 27th Edition of Best Lawyers in America; **2022** - Selected Marquis Who's Who in American Law; **2022** - Selected Super Lawyer by Lawyer Monthly Magazine; **2022** - Selected Americas Most Honored

Professionals Top 1%; **2022** - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide; **2022** – Selected Captain of Industry Award – Sea Ray Corporation

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Joe Seinitz <jseinitz@yahoo.com>
**Sent:** Wednesday, November 23, 2022 11:40 AM
**To:** Michael T. Moore <michael@moore-and-co.com>
**Subject:** Cobia / Ivankovich

Michael, Attached is the lady info on Cobia update , they did mention they are waiting on Windshield delivery. Either way this is not acceptable and this boat is loosing valuable income with our new Charter boat business in the keys .. also I do believe Steve wants a new boat or replacement value .


Thank You

Joe Seinitz
General Manager
M/Y Octopussy
Contessa Marine Research
847-971-1834



**From:** Michael T. Moore <michael@moore-and-co.com>
**Sent:** Monday, January 9, 2023 8:48 AM
**To:** Jake Stratmann <jake@starboardyacht.com>
**Cc:** Caycie Flitman <CFlitman@moore-and-co.com>
**Subject:** Re: Ivankovich- IMG Boats from Dubai

Love Matt Valcourt. Why is he copied?

*Michael T. Moore*
255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Cell phone: (786) 473-0755
Facsimile: (786) 221-0601

**2022** – South Florida's Best Lawyers; **2022** – South Florida Top Lawyer's Award; **2022** – Lawyers of Distinction Award;**2022** - Selected AVVO Top Rated Lawyer; **2022** - Selected for inclusion in the 27th Edition of Best Lawyers in America; **2022** - Selected Marquis Who's Who in American Law; **2022** - Selected Super Lawyer by Lawyer Monthly Magazine; **2022** - Selected Americas Most Honored Professionals Top 1%; **2022** - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide; **2022** – Selected Captain of Industry Award – Sea Ray Corporation

On Jan 9, 2023, at 7:37 AM, Jake Stratmann <Jake@starboardyacht.com> wrote:


Morning Caycie and Michael,

Hope this email finds you both doing well.   I'm awaiting Matthew and Robby Peres to get back to me regarding our dealership coverage.

This relationship may require SYG be listed as the distributor / Dealer and a general agreement put in place to allow this relationship to mutually exists with fair benefits vs risks and expenses.

Do you have anytime today for a quick call?

Respectfully,

*Jake Stratmann*
*CEO*



**Starboard Yacht Group, LLC**
**850 NE 3rd Street, Suite 208**
**Dania Beach, Florida 33004**
**Cell: (954) 873-8546**
**Office: (954) 376-5400**
Jake@starboardyacht.com
www.StarboardYacht.com

*Leaders in Marine Stabilization! Naval architecture, engineering, construction & vessel performance optimization for the ultimate boat experience!*

SEAKEEPER   HUMPHREE'   Raymarine   ◆FLIR

FURUNO   SIMRAD   VOITH   GARMIN

         

**From:** Michael T. Moore <michael@moore-and-co.com>
**Sent:** Monday, January 9, 2023 9:08 AM

**To:** Jake Stratmann <jake@starboardyacht.com>
**Subject:** Re: Ivankovich- IMG Boats from Dubai

He is now a full time project manager for St. John's Shipbuilding. Helping with building SeaFair.

***Michael T. Moore***
255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Cell phone: (786) 473-0755
Facsimile: (786) 221-0601

**2022** – South Florida's Best Lawyers; **2022** – South Florida Top Lawyer's Award; **2022** – Lawyers of Distinction Award;**2022** - Selected AVVO Top Rated Lawyer; **2022** - Selected for inclusion in the 27th Edition of Best Lawyers in America; **2022** - Selected Marquis Who's Who in American Law; **2022** - Selected Super Lawyer by Lawyer Monthly Magazine; **2022** - Selected Americas Most Honored Professionals Top 1%; **2022** - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide; **2022** – Selected Captain of Industry Award – Sea Ray Corporation

On Jan 9, 2023, at 8:53 AM, Jake Stratmann <Jake@starboardyacht.com> wrote:

Michael

He handles our insurance and exposure.   Working with Robby.

Jake

Sent from my T-Mobile 5G Device



**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Tuesday, December 27, 2022 3:47 PM
**To:** Jake Stratmann <jake@starboardyacht.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>
**Subject:** Ivankovich- IMG Boats from Dubai

Hi Jake,

Happy holidays!  I recall that you are picking up the boats from Jacksonville.  Can you confirm that you have obtained insurance for the boats.  Also, can you confirm you are not handling the importation through customs?

Thanks,
Caycie



Caycie Flitman
Associate
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF  YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Michael T. Moore <michael@moore-and-co.com>
**Sent:** Friday, January 13, 2023 2:45 PM
**To:** Jake Stratmann <jake@starboardyacht.com>; Caycie Flitman <CFlitman@moore-and-co.com>; Trey Reeder <treyreeder@howardsreederinc.com>; 'Steven IVANKOVICH' <sivankovic@me.com>; 'Joe Seinitz' <jseinitz@yahoo.com>
**Cc:** Rey Saenz <RSaenz@moore-and-co.com>; Rob Peres <rperes@southeastinsure.com>; Matthew J. Valcourt (mvalcourt@valcourtlaw.com) <mvalcourt@valcourtlaw.com>
**Subject:** Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation

Dear All,

I have been following the exchange of emails between the individuals on this email chain.

I confirm as discussed at the December meeting (attended by Jake and Joe among others), that Jake was charged by Joe to ensure that the Vessels were insured from

the moment the boats were discharged from the carrying Vessel until further notice. The details of how that was to be accomplished by Jake were not discussed.

Moore & Co. really does not have the expertise to comment on values, insured values, market values, agreed values or otherwise. For example, I noticed yesterday a statement from the Customs Broker that assumed certain values against which the Import Duty of 1.5% was calculated. We have no ability to vet the numbers used by Howard Reeder.

We are here to help but we need to be asked specific questions in order to help.

As to Matthew Valcourt, we can all agree that he is smart, handsome and, as far as I know, an attorney in good standing with the Florida Bar. But, I don't think it is a good business practice to include on all email exchanges persons who do not have an immediate need to know what is being discussed.

Many thanks,

Michael

*Michael T. Moore*

255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Cell phone: (786) 473-0755
Facsimile: (786) 221-0601

**2022** – Selected Beacon Award Recipient – USSA. **2022** – South Florida's Best Lawyers; **2022** – South Florida Top Lawyer's Award; **2022** – Lawyers of Distinction Award; **2022** - Selected AVVO Top Rated Lawyer; **2022** - Selected for inclusion in the 27th Edition of Best Lawyers in America; **2022** - Selected Marquis Who's Who in American Law; **2022** - Selected Super Lawyer by Lawyer Monthly Magazine; **2022** - Selected Americas Most Honored Professionals Top 1%; **2022** - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide; **2022** – Selected Captain of Industry Award – Sea Ray Corporation

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Jake Stratmann <jake@starboardyacht.com>
**Sent:** Friday, January 13, 2023 12:47 PM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>; Trey Reeder <treyreeder@howardsreederinc.com>; 'Steven IVANKOVICH' <sivankovic@me.com>; 'Joe Seinitz' <jseinitz@yahoo.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Rey Saenz <RSaenz@moore-and-co.com>; Rob Peres <rperes@southeastinsure.com>; Matthew J. Valcourt (mvalcourt@valcourtlaw.com) <mvalcourt@valcourtlaw.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation

Caycie,

Thanks for staying on this and we need to confirm the values as the numbers seem much higher than what was anticipated.   This is only for the Dealership policy which has to be increased annually for inventory and our policy renews in April.

Robby must explain the increase to his underwriter and values need to make sense such as the 40's should not be the same price since one is 6 years newer than the other.

Can we review cost plus shipping plus X percent as a more accurate value for insurance until we can survey the vessels stateside?

Please advise today for Robby standing by to get this done before the Holiday Weekend?

FYI: Matthew is a longtime friend and insurance expert who often advises on coverage and exposure like Michael is for Steve.   SYG is working with Matthew and of course Robby is our insurance agent whom I've been working with for almost 20 years.

**Respectfully,**

*Jake Stratmann*
**CEO**



**Starboard Yacht Group**

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

*We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!*

  



  

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Friday, January 13, 2023 11:13 AM
**To:** Jake Stratmann <jake@starboardyacht.com>; Trey Reeder <treyreeder@howardsreederinc.com>; 'Steven IVANKOVICH' <sivankovic@me.com>; 'Joe Seinitz' <jseinitz@yahoo.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Rey Saenz <RSaenz@moore-and-co.com>; Rob Peres <rperes@southeastinsure.com>; Matthew J. Valcourt (mvalcourt@valcourtlaw.com) <mvalcourt@valcourtlaw.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation

Jake,
I see that Matt Valcourt is again added to the email chain. Please confirm Mr. Valcourt's role in this matter.

The boats' Hull ID Nos. and values (not price paid) are below.

Attached is the draft bill of lading which contains the Hull ID Nos.

Attached you will also find the vessel dimensions.  The trailer dimensions are not included.

   a) **2022 IMG 54:**

      a. **Hull ID:** UAE-IMGAK215C222

      b. **Value:**  $2,000,000.00 (Two Million USD)

   b) **2014 White IMG 40:**

      a. **Hull ID:**  UAE-IMGF150A515

      b. **Value:**  $500,000.00 (Five Hundred Thousand USD)

   c) **2020 Blue IMG 40:**

      a. **Hull ID**: UAE- IMGAG178H920

      b. **Value:**  $500,000.00 (Five Hundred Thousand USD)

Rob, please let me know if you require any further information.

Best,
Caycie



Caycie Flitman
Associate
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO:* info@moore-and-co.com *AND KINDLY DELETE THIS MESSAGE.*

**From:** Jake Stratmann <jake@starboardyacht.com>
**Sent:** Thursday, January 12, 2023 6:52 PM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>; Trey Reeder <treyreeder@howardsreederinc.com>; 'Steven IVANKOVICH' <sivankovic@me.com>; 'Joe Seinitz' <jseinitz@yahoo.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Rey Saenz <RSaenz@moore-and-co.com>; Rob Peres <rperes@southeastinsure.com>; Matthew J. Valcourt (mvalcourt@valcourtlaw.com)

<mvalcourt@valcourtlaw.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation

Caycie,

I'm working with Robby Perez in copy our Broker with Southeast Insurance who has requested vessel specs, HIN, and per boat values to be added to our policy to authorize the increase in limit.

Can someone in this group please gather this information and share with Robby in copy no later than noon tomorrow for him to prepare the insurance increase?

**Respectfully,**

*Jake Stratmann*
**CEO**



# *Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

*We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!*













**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Thursday, January 12, 2023 3:41 PM
**To:** Trey Reeder <treyreeder@howardsreederinc.com>; Jake Stratmann <jake@starboardyacht.com>; 'Steven IVANKOVICH' <sivankovic@me.com>; 'Joe Seinitz' <jseinitz@yahoo.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation

Trey,

You are so helpful. Thank you.

Who do we call?

MOORE
&
C O M P A N Y

Caycie Flitman
Associate
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE

*FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Trey Reeder <treyreeder@howardsreederinc.com>
**Sent:** Thursday, January 12, 2023 3:32 PM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>; 'Jake Stratmann' <jake@starboardyacht.com>; 'Steven IVANKOVICH' <sivankovic@me.com>; 'Joe Seinitz' <jseinitz@yahoo.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation

Jaxport is the only port in Jacksonville .   There are 3 cargo facilities there I am not sure which one it would arrive into .  I assume Blount island .   The only BL we have been provided says Texas but was told by you all that it has a new port of arrival in Jacksonville .
The week it is arriving they will send an arrival notice that will have the terminal its arriving to in the Jacksonville port .   I do not believe we will receive any info in our office as the notify party on the BL we have been sent has Jay Reynolds Customs brokers on it .
You may need to call and request the arrival notice for the vessel

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Thursday, January 12, 2023 3:06 PM
**To:** Jake Stratmann <jake@starboardyacht.com>; Trey Reeder <treyreeder@howardsreederinc.com>; Steven IVANKOVICH <sivankovic@me.com>; Joe Seinitz <jseinitz@yahoo.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation


@ Trey- do you know at which port the boats are arriving?

@Jake -You were going to arrange insurance for the boats while in transport to SYG.   If that has changed, we can recommend an insurance broker who can assist.

@Steve- how do you want to handle this insurance matter?

Best,
Caycie




MOORE
C O M P A N Y

Caycie Flitman
Associate
255 Aragon Avenue

Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Jake Stratmann <jake@starboardyacht.com>
**Sent:** Wednesday, January 11, 2023 5:45 PM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>; Trey Reeder <treyreeder@howardsreederinc.com>; Steven IVANKOVICH <sivankovic@me.com>; Joe Seinitz <jseinitz@yahoo.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation

Caycie and Mr. Reeder,

Hope this email finds you both and in copy well.

I'm preparing shipping for middle of next week and have been informed of 2 ports in Jacksonville. Do you know which arrival Port?

Additionally, is anyone working on Hull Coverage for the vessels once they clear customs during Transportation and arrival to SYG / Harbour Towne Facility?

I've sent email with you all in copy to my Insurance Broker Robby Perez and Matt to accommodate this request and do not want to continue increasing my Dealership policy if not of value and required to eliminate this risk of lapse of coverage.

Additionally, can we use the value of 1,579,000.00 as the required value for Hull Policy?

Break down 879,000.00 for 54 and 350K per 40' IMG good?

**Respectfully,**

***Jake Stratmann***
**CEO**





# *Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

*We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!*

  



  

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Wednesday, January 11, 2023 11:06 AM
**To:** Trey Reeder <treyreeder@howardsreederinc.com>; Steven IVANKOVICH <sivankovic@me.com>; Joe Seinitz <jseinitz@yahoo.com>; Jake Stratmann <jake@starboardyacht.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation
**Importance:** High

Steve, Joe and Jake,

Attached is the duty invoice for the import of the IMG Marine LLC boats from Trey.

Trey, it is my understanding that Jake (copied on this email) is handling pickup and delivery of the boats via truck.

Jake, please conform and kindly provide Trey with whatever information he needs, if any.

Best,
Caycie



MOORE

Caycie Flitman
Associate
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Trey Reeder <treyreeder@howardsreederinc.com>
**Sent:** Wednesday, January 11, 2023 10:29 AM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation

Attached is the duty invoice for the import of IMG Marine LLC boats .    Is the client setting up delivery with a trucking company ?    I know sometimes we clear boats in and importers do not realize the shipper just sent the boats here but do not arrange pick up and delivery of the boats .    Since ports charge storage fees the importer may want to get a company organized to deliver them unless they are going into the water and coming down on their bottoms .

Thank you,


Trey Reeder
Howard S. Reeder Inc.
ASAP Marine Documentation
305-371-8431 Office

305381-6795  Fax

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Tuesday, January 10, 2023 5:23 PM
**To:** Trey Reeder <treyreeder@howardsreederinc.com>
**Subject:** Re: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation

Okay. Do we need to let you know when boats arrive? Will you be notified?

## *Caycie Flitman*

Associate
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
Cell: (305) 319-1659
*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

On Jan 10, 2023, at 2:49 PM, Trey Reeder <treyreeder@howardsreederinc.com> wrote:

All I need to get out is the invoice for duty .   The POA is all I needed signed by the importer .

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Tuesday, January 10, 2023 11:28 AM
**To:** Trey Reeder <treyreeder@howardsreederinc.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation

Trey,
When can we expect to receive the documents that need to be filled out?

Thanks (I hit send too soon on the previous email).

Best,

Caycie

<image001.jpg>

Caycie Flitman
Associate
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Trey Reeder <treyreeder@howardsreederinc.com>
**Sent:** Monday, January 09, 2023 1:52 PM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>
**Cc:** Steven IVANKOVICH <sivankovic@me.com>; Michael T. Moore <michael@moore-and-co.com>; Rey Saenz <RSaenz@moore-and-co.com>; Joe Seinitz <jseinitz@yahoo.com>
**Subject:** Re: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation

Thanks Caycie.    I'll get the import invoices
out to you and we should all set to file the imports

Thank you ,

Trey Reeder
Howard S Reeder Inc
305-371-8431

Sent from my iPhone

On Jan 9, 2023, at 11:58 AM, Caycie Flitman <CFlitman@moore-and-co.com> wrote:

Trey,
Attached are the completed Bills of Sale for two of the boats.  You already have the third.  If I need to resend it, please let me know.

Best,
Caycie

<image001.jpg>

Caycie Flitman

Associate
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.

**From:** Caycie Flitman
**Sent:** Sunday, January 08, 2023 4:25 PM
**To:** Trey Reeder <treyreeder@howardsreederinc.com>
**Cc:** Steven IVANKOVICH <sivankovic@me.com>; Michael T. Moore <michael@moore-and-co.com>; Rey Saenz <RSaenz@moore-and-co.com>; Joe Seinitz <jseinitz@yahoo.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation

Hi Trey,

Attached is the POA for IMG Marine.

Copied on this email is Joe Seinitz from IMG Marine, who you should contact going forward and he will be able to answer whatever questions you may have/provide information you need.

Below are the answers to the questions you had:

1.   **Are you importing all three boats and paying the import duty?**
Yes

• **What is the boat doing when it arrives in Jacksonville – where is it going?**
Being trailered to Starboard Marine in Dania Beach

• **How are you going to register/document (if at all)?**
Let's register in US and Coastguard.  All of them.

• **How long are the boats going to stay in the USA?**
The 54' vessel will be based here.  We are planning to move the 40's to Dominican republic within 2-3 months

• **If the boat is leaving the USA where is it going?**
Same as above

Please confirm you have all required documentation/advise as to what is outstanding.

Best,

Caycie

<image001.jpg>

Caycie Flitman
Associate
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Steven IVANKOVICH <sivankovic@me.com>
**Sent:** Saturday, January 07, 2023 1:29 PM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>
**Cc:** Trey Reeder <treyreeder@howardsreederinc.com>; Michael T. Moore <michael@moore-and-co.com>; Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** Re: Ivankovich/IMG Marine LLC- CUSTOMS -Dubai Boats for importation

1. Yes
2. Completed and attached
3. My passion is filling out forms, thank you!

On Jan 5, 2023, at 12:57 PM, Caycie Flitman <CFlitman@moore-and-co.com> wrote:

Good afternoon Steve,

Trey from Howard Reeder is copied on this email.  He can handle customs clearance and importation.

Given that the boats are arriving January 11, we need the following information/document the soonest:
1. **Are you importing all three boats and paying the import duty?**
2. **Please complete the attached POA .**

Best regards,
Caycie
<image001.jpg>
Caycie Flitman
Associate
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134

Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO:* info@moore-and-co.com *AND KINDLY DELETE THIS MESSAGE.*

**From:** Trey Reeder <treyreeder@howardsreederinc.com>
**Sent:** Wednesday, January 04, 2023 4:56 PM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>
**Cc:** Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- Dubai Boats for importation

Hopefully next week we know so I can get invoices out and put the entry filings in motion.   They need to be filed and released before the ship arrives for the boats to be offloaded

Trey

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Wednesday, January 04, 2023 4:50 PM
**To:** Trey Reeder <treyreeder@howardsreederinc.com>
**Cc:** Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- Dubai Boats for importation

Trey,

How much time is needed to get everything in order?
I am waiting for client's answer to your question.
I am going to copy you on the future email with client.

Thank you,
Caycie

<image001.jpg>
Caycie Flitman
Associate
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO:* info@moore-and-co.com *AND KINDLY DELETE THIS MESSAGE.*

**From:** Trey Reeder <treyreeder@howardsreederinc.com>
**Sent:** Wednesday, January 04, 2023 4:47 PM

**To:** Caycie Flitman <CFlitman@moore-and-co.com>
**Cc:** Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- Dubai Boats for importation

I will use what was sent now . Are we importing all three and paying the import duty

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Wednesday, January 04, 2023 4:41 PM
**To:** Trey Reeder <treyreeder@howardsreederinc.com>
**Cc:** Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- Dubai Boats for importation

Trey,
We have minimal documentation as these boats are used boats from the middle east and they keep
paperwork differently.  There are no builder's certificates for these boats.
Attached is bill of sale for Hull ID UAE-IMG AK215C222
Attached is bill of sale for Hull ID UAE-IMGF150A515
Attached is bill of sale for Hull ID IMGAG178H920

Please confirm it is sufficient.

Best regards,
Caycie

<image001.jpg>
Caycie Flitman
Associate
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE
INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE
FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION,
COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE
IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-
co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Trey Reeder <treyreeder@howardsreederinc.com>
**Sent:** Wednesday, January 04, 2023 4:33 PM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>
**Cc:** Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- Dubai Boats for importation

POA attached .   Have we figured out what the client wants to do import wise ?   Are they paying the
duty on all three boats or filing a temporary import for 1 or 2 of them ?
All I have so far is the Bill of lading but no purchase info , builders certificates , bills of sale etc...

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Wednesday, January 04, 2023 4:16 PM
**To:** Trey Reeder <treyreeder@howardsreederinc.com>
**Cc:** Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- Dubai Boats for importation

Dear Trey,
Is there a POA that client will need to execute and other paperwork?  If so, can you send it over and I will forward to client with you in copy.


Best,
Cayce

<image001.jpg>
Caycie Flitman
Associate
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Trey Reeder <treyreeder@howardsreederinc.com>
**Sent:** Thursday, December 29, 2022 1:42 PM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>
**Cc:** Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** RE: Ivankovich/IMG Marine LLC- Dubai Boats for importation

I assume the boat owning entity is the IMG Marine LLC in Miami?   I need to confirm that and get the EIN# for that company as we need to file (ISF) Importer Security Filing for the shipment which is siupoosed to be done prior to loading .   I can see it hasn't been done yet so want to get that going

Thank you,


Trey Reeder
Howard S. Reeder Inc.
ASAP Marine Documentation
305-371-8431 Office
305381-6795  Fax

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Wednesday, December 28, 2022 3:59 PM
**To:** treyreeder@howardsreederinc.com
**Cc:** Rey Saenz <RSaenz@moore-and-co.com>
**Subject:** Ivankovich/IMG Marine LLC- Dubai Boats for importation

Trey,

Thank you for speaking to me.  Attached is the bill of lading.  The boats are on cradles with wheels.  I have the "Trailer" information in my emails (I will need to search) if you need it, but they are not trailers.
The boats arrive January 11 in Jacksonville, not Texas.

I reached out to the client seeking the following information
**All this being said, <u>for each of the three (3) boats</u>, please answer the following questions for Mr. Reeder regarding what the plans are for each of the boats when they come off the ship (this determines what gets imported and how)**
1. **What is the boat doing when it arrives in Jacksonville – where is it going?**
2. **How are you going to register/document (if at all)?**
3. **How long are the boats going to stay in the USA?**
4. **If the boat is leaving the USA where is it going?**


I will revert back when I get answers.  In the meantime, if there is paperwork you need, please let me know.

<image001.jpg>
Caycie Flitman
Associate
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF  YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*




I am using the Free version of SPAMfighter.
SPAMfighter has removed 115979 of my spam emails to date.

Do you have a slow PC? Try a free scan!


<image002.jpg> Virus-free.www.avast.com

&lt;blank poa.pdf&gt;
&lt;2022.9.24 Blue IMG 40 Contract.pdf&gt;
&lt;Signed.pdf&gt;


I am using the Free version of SPAMfighter.
SPAMfighter has removed 116018 of my spam emails to date.

Do you have a slow PC? Try a free scan!

**From:** Michael T. Moore &lt;michael@moore-and-co.com&gt;
**Sent:** Monday, September 4, 2023 8:14 PM
**To:** Jake Stratmann &lt;jake@starboardyacht.com&gt;; Caycie Flitman &lt;CFlitman@moore-and-co.com&gt;;
Beatriz Martin, CPA &lt;betty.martin@zommagroup.com&gt;; Raymond J. Zomerfeld, CPA
&lt;raymond.zomerfeld@zommagroup.com&gt;
**Cc:** Steven IVANKOVICH &lt;sivankovic@me.com&gt;; Olafur Hand &lt;olihand@me.com&gt;; Joe Seinitz
&lt;jseinitz@yahoo.com&gt;
**Subject:** RE: Ivankovich- Octopussy Refit - Meeting Time - UPDATED DEAL BILLING

Jake,

At this stage, we just need you to focus on working with Betty on the
reconciliation by providing her with the invoices you have paid and any invoices
for services or goods obtained which you have not paid. As a forensic accountant,
she does this for a living so she knows what to expect in the way of records
maintained in the ordinary course of business by organizations like yours.

She says you have been painfully slow in providing the support for what you have
paid to vendors.  This task should be a relatively fast and easy task for you to
accomplish.

Please do your utmost to work with her so we can get the reconciliation behind us.
It's taking too long.

Try to stay focused.

Michael

*Michael T. Moore*



MOORE
— & —
C O M P A N Y

255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Cell phone: (786) 473-0755
Facsimile: (786) 221-0601

The Yacht Law Podcast co-host

**2023** - Elite Lawyer; **2023** – Selected Beacon Award Recipient – USSA; **2023** – South Florida's Best Lawyers; **2023** – South Florida Top Lawyer's Award; **2023** – Lawyers of Distinction Award; **2023** - Selected AVVO Top Rated Lawyer; **2023** - Selected for inclusion in the 27th Edition of Best Lawyers in America; **2023** - Selected Marquis Who's Who in American Law; **2023** - Selected Super Lawyer by Lawyer Monthly Magazine; **2023** - Selected Americas Most Honored Professionals Top 1%; **2023** - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide; **2023** – Selected Captain of Industry Award – Sea Ray Corporation

**From:** Jake Stratmann <jake@starboardyacht.com>
**Sent:** Thursday, August 31, 2023 4:51 PM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>; Beatriz Martin, CPA <betty.martin@zommagroup.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>
**Subject:** RE: Ivankovich- Octopussy Refit - Meeting Time - UPDATED DEAL BILLING

Dear Caycie, Betty, and all on copy,

I hope this email finds you well.

Enclosed, please find the updated Deal, reflecting all associated costs accrued up to today. Our continued commitment to supporting and collaborating with your teams remains unwavering. However, considering the current delay in funding and the outstanding amount, it is imperative for us to formally request the due payment associated with this deal.

To clarify, our latest accounting reflects charges that include the ongoing storage of Scaffolding, AC rental, Transformer Rental, Air Scrubber Rental, and fees associated with the storage of Muir Windless.

Upon receipt of the payment, Starboard Yacht Group (SYG) commits to settling all current debts and providing lien releases from our vendors pertinent to the Octopussy Phase 1 refit. The detailed scope of work and equipment purchases can be found in the attached document.

Regrettably, the window for timely payment has lapsed. As a result, we must insist on a full payment of $2,219,616.48 by 3 p.m. tomorrow, September 1st, 2023.

To circumvent further complications related to billing for equipment rental without adequate communication and payment, we are prepared to deploy a team to remove all our equipment from the vessel post the aforementioned deadline, should we not receive confirmation of payment.

Should there be any concerns or issues from your end, I am available tomorrow for a discussion to facilitate a swift resolution. Our utmost priority remains to support all involved parties and ensure the successful completion of Octopussy in alignment with Steve's vision. However, our role as a service provider necessitates this formal request to guarantee timely payment from Contessa Marine Research LLC. This is essential for us to fulfill our obligations to our vendors, Starboard Yacht Group LLC, and the State of Florida Revenue Department.

Upon settling this payment, we believe that our previous work on Phase 2 will be of significant value to the project, including a comprehensive proposal for a $550K build of the entire extension. Further details from our engineering department are available for discussion.

Thank you for your understanding and cooperation.


**Respectfully,**

*Jake Stratmann*
**CEO**



## *Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

*We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!*

  



  

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Friday, July 21, 2023 11:22 AM
**To:** Beatriz Martin, CPA <betty.martin@zommagroup.com>; Jake Stratmann <jake@starboardyacht.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>; Aaron <yachtserviceintl@gmail.com>
**Subject:** RE: Ivankovich- Octopussy Refit - Meeting Time

Jake,
Please confirm you have provided Betty with dates.  We may not have been copied on the email.

Best,
Caycie



Caycie Flitman
Attorney
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134

Telephone: (786) 221-0600

Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Beatriz Martin, CPA <betty.martin@zommagroup.com>
**Sent:** Thursday, July 20, 2023 9:30 AM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>; Jake Stratmann <jake@starboardyacht.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>; Aaron Leatherwood <yachtserviceintl@gmail.com>
**Subject:** RE: Ivankovich- Octopussy Refit

Good morning,

Thanks for the introduction via email, I think it would be great if we can schedule a call.  I am out of town until tomorrow night, let me know what dates you have available next week please.  Looking forward to working together.

Have a great day!



**Beatriz Martin, CPA**
**| Partner**

ZOMMA GROUP, LLP

355 Alhambra Circle, Suite 1100, Coral Gables, FL 33134
**betty.martin@zommagroup.com**
**www.zommagroup.com**
305-444-8288 X1015     F: 305-424-9259

Any accounting, business, or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, ZOMMA Group, LLP would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Thursday, July 20, 2023 9:23 AM
**To:** Jake Stratmann <jake@starboardyacht.com>; Beatriz Martin, CPA <betty.martin@zommagroup.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>

**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>; Aaron Leatherwood <yachtserviceintl@gmail.com>
**Subject:** RE: Ivankovich- Octopussy Refit
**Importance:** High

Good morning Jake,

By way of introduction, copied on this email are accountants Betty Martin and Ray Zomerfield.  They will be reaching out to you and will be handling the "audit."  Please work with Betty and Ray and provide them with what they need.

All the best,
Caycie

Caycie Flitman
Attorney
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Jake Stratmann <jake@starboardyacht.com>
**Sent:** Thursday, July 13, 2023 7:26 PM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>
**Subject:** RE: Ivankovich- Octopussy Refit

Caycie,

Good to hear from you and hope this message finds you and all in copy well.

Yes, you can count on me for a smooth transition: Steve made it clear that Aaron Leatherwood is assigned the Project Manager months ago.

Last week while assisting Aaron with the Intrepid we spoke openly, and I asked him directly if he is satisfied with the support which he replied he was. I followed up with him with the question "has this been communicated to Steve and his team" which he replied, "yes I tell them often".

We also spoke about our Master Budget Report and payments vs deposits and discussed meeting up to review this week to clarify.

Lots of time has been spent on this audit on many levels and it is our top priority to get this information to Aaron and trust this "trust and verify" process we rely upon, welcome and glad you reached out such that we can confirm it is well received by Steve, Oli and Joe.

Representing the best interest of all key stakeholders remains are priority and in your communication below we are continuing our services of providing transitional support as requested.

Can I have your permission to continue working with Aaron and our staff to ensure all information including copies of paid invoices and all documentation relating to costs are received by Aaron and verified such that SYG and Steve can conclude this audit?


**Respectfully,**

**_Jake Stratmann_**
**CEO**



### Starboard Yacht Group

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com


_**We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!**_

  



  

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Thursday, July 13, 2023 5:00 PM
**To:** Jake Stratmann <jake@starboardyacht.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>
**Subject:** Ivankovich- Octopussy Refit

Dear Jake,
I am writing you because we have received certain emails and there may be some misunderstanding. Steve Ivankovich has appointed Aaron Leatherwood to be the project manager working with Oli Hand on the Octopussy refit.  Your services will no longer be required with respect to the Octopussy refit.

We hope we can count on your assistance so that there is a smooth transition.

Best,
Caycie

Caycie Flitman
Attorney
255 Aragon Avenue

Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO:* info@moore-and-co.com *AND KINDLY DELETE THIS MESSAGE.*

**From:** Michael T. Moore <michael@moore-and-co.com>
**Sent:** Monday, September 4, 2023 8:28 PM
**To:** Jake Stratmann <jake@starboardyacht.com>
**Cc:** Caycie Flitman <CFlitman@moore-and-co.com>; Beatriz Martin, CPA <betty.martin@zommagroup.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>
**Subject:** RE: Ivankovich- Octopussy Refit - Meeting Time - UPDATED DEAL BILLING

Oh my.

Jake, what is going on? Why are you not producing the back up?

Please advise.

Michael





255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Cell phone: (786) 473-0755
Facsimile: (786) 221-0601

The Yacht Law Podcast co-host

**2023 -** Elite Lawyer; **2023** – Selected Beacon Award Recipient – USSA; **2023** – South Florida's Best Lawyers; **2023** – South Florida Top Lawyer's Award; **2023** – Lawyers of Distinction Award; **2023** - Selected AVVO Top Rated Lawyer; **2023** - Selected for inclusion in the 27th Edition of Best Lawyers in America; **2023** - Selected Marquis Who's Who in American Law; **2023** - Selected Super Lawyer by Lawyer Monthly Magazine; **2023** - Selected Americas Most Honored Professionals Top 1%; **2023** - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide; **2023** – Selected Captain of Industry Award – Sea Ray Corporation

**From:** Beatriz Martin, CPA <betty.martin@zommagroup.com>
**Sent:** Thursday, August 31, 2023 5:54 PM
**To:** Jake Stratmann <jake@starboardyacht.com>
**Cc:** Caycie Flitman <CFlitman@moore-and-co.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>; Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>
**Subject:** Re: Ivankovich- Octopussy Refit - Meeting Time - UPDATED DEAL BILLING

I just sent an email prior of reading this which shows we still need invoices and proof of payment for approximately $3.3 million, a lot of these invoices are from SYG but we have not seen actual invoices with detail of work or labor.

We have been able to confirm  only approximately $1.2 thru payments by wires and/or credit cards and invoices stamped paid.

As I told you when I was there a lot of the large invoices were proposals or estimates and Teresa confirmed that the work had not begun on some of them.

Please advice how ZOMMA should proceed with this.

Thanks


Beatriz Martin, CPA



**Beatriz Martin, CPA | Partner**

ZOMMA GROUP, LLP

355 Alhambra Circle, Suite 1100, Coral Gables, FL 33134
**betty.martin@zommagroup.com**
**www.zommagroup.com**
305-444-8288 X1015        F: 305-424-9259

Any accounting, business, or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, ZOMMA Group, LLP would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.

On Aug 31, 2023, at 4:50 PM, Jake Stratmann <jake@starboardyacht.com> wrote:

Dear Caycie, Betty, and all on copy,

I hope this email finds you well.

Enclosed, please find the updated Deal, reflecting all associated costs accrued up to today. Our continued commitment to supporting and collaborating with your teams remains unwavering. However, considering the current delay in funding and the outstanding amount, it is imperative for us to formally request the due payment associated with this deal.

To clarify, our latest accounting reflects charges that include the ongoing storage of Scaffolding, AC rental, Transformer Rental, Air Scrubber Rental, and fees associated with the storage of Muir Windless.

Upon receipt of the payment, Starboard Yacht Group (SYG) commits to settling all current debts and providing lien releases from our vendors pertinent to the Octopussy Phase 1 refit. The detailed scope of work and equipment purchases can be found in the attached document.

Regrettably, the window for timely payment has lapsed. As a result, we must insist on a full payment of $2,219,616.48 by 3 p.m. tomorrow, September 1st, 2023.

To circumvent further complications related to billing for equipment rental without adequate communication and payment, we are prepared to deploy a team to remove all our equipment from the vessel post the aforementioned deadline, should we not receive confirmation of payment.

Should there be any concerns or issues from your end, I am available tomorrow for a discussion to facilitate a swift resolution. Our utmost priority remains to support all involved parties and ensure the successful completion of Octopussy in alignment with Steve's vision. However, our role as a service provider necessitates this formal request to guarantee timely payment from Contessa Marine Research LLC. This is essential for us to fulfill our obligations to our vendors, Starboard Yacht Group LLC, and the State of Florida Revenue Department.

Upon settling this payment, we believe that our previous work on Phase 2 will be of significant value to the project, including a comprehensive proposal for a $550K build of the entire extension. Further details from our engineering department are available for discussion.

Thank you for your understanding and cooperation.


**Respectfully,**

*Jake Stratmann*
**CEO**

<image001.png>

<image002.png>
**Starboard Yacht Group**

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

***We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!***

<image003.png>

<image004.jpg>

<image005.png>

<image006.jpg>

<image007.jpg>

<image008.png>

<image009.png>

<image010.jpg>

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Friday, July 21, 2023 11:22 AM
**To:** Beatriz Martin, CPA <betty.martin@zommagroup.com>; Jake Stratmann <jake@starboardyacht.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>; Aaron <yachtserviceintl@gmail.com>
**Subject:** RE: Ivankovich- Octopussy Refit - Meeting Time

Jake,
Please confirm you have provided Betty with dates.  We may not have been copied on the email.

Best,
Caycie

<image012.png>

Caycie Flitman
Attorney
255 Aragon Avenue

Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Beatriz Martin, CPA <betty.martin@zommagroup.com>
**Sent:** Thursday, July 20, 2023 9:30 AM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>; Jake Stratmann <jake@starboardyacht.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>; Aaron Leatherwood <yachtserviceintl@gmail.com>
**Subject:** RE: Ivankovich- Octopussy Refit

Good morning,
Thanks for the introduction via email, I think it would be great if we can schedule a call.  I am out of town until tomorrow night, let me know what dates you have available next week please.  Looking forward to working together.
Have a great day!

**Beatriz Martin, CPA | Partner**

ZOMMA GROUP, LLP

**355 Alhambra Circle, Suite 1100, Coral Gables, FL 33134**
**betty.martin@zommagroup.com**
**www.zommagroup.com**
305-444-8288 X1015        F: 305-424-9259

Any accounting, business, or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, ZOMMA Group, LLP would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Thursday, July 20, 2023 9:23 AM
**To:** Jake Stratmann <jake@starboardyacht.com>; Beatriz Martin, CPA <betty.martin@zommagroup.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>

**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>; Aaron Leatherwood <yachtserviceintl@gmail.com>
**Subject:** RE: Ivankovich- Octopussy Refit
**Importance:** High

Good morning Jake,

By way of introduction, copied on this email are accountants Betty Martin and Ray Zomerfield.  They will be reaching out to you and will be handling the "audit."  Please work with Betty and Ray and provide them with what they need.

All the best,
Caycie


<image012.png>

Caycie Flitman
Attorney
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF  YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Jake Stratmann <jake@starboardyacht.com>
**Sent:** Thursday, July 13, 2023 7:26 PM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>
**Subject:** RE: Ivankovich- Octopussy Refit

Caycie,

Good to hear from you and hope this message finds you and all in copy well.

Yes, you can count on me for a smooth transition: Steve made it clear that Aaron Leatherwood is assigned the Project Manager months ago.

Last week while assisting Aaron with the Intrepid we spoke openly, and I asked him directly if he is satisfied with the support which he replied he was.   I followed up with him with the question "has this been communicated to Steve and his team" which he replied, "yes I tell them often".

We also spoke about our Master Budget Report and payments vs deposits and discussed meeting up to review this week to clarify.

Lots of time has been spent on this audit on many levels and it is our top priority to get this information to Aaron and trust this "trust and verify" process we rely upon, welcome and glad you reached out such that we can confirm it is well received by Steve, Oli and Joe.

Representing the best interest of all key stakeholders remains are priority and in your communication below we are continuing our services of providing transitional support as requested.

Can I have your permission to continue working with Aaron and our staff to ensure all information including copies of paid invoices and all documentation relating to costs are received by Aaron and verified such that SYG and Steve can conclude this audit?


**Respectfully,**

***Jake Stratmann***
**CEO**

<image001.png>

<image002.png>
## *Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

***We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!***

<image003.png>

<image004.jpg>

<image005.png>

<image006.jpg>

<image007.jpg>

<image008.png>

&lt;image009.png&gt;

&lt;image010.jpg&gt;

**From:** Caycie Flitman &lt;CFlitman@moore-and-co.com&gt;
**Sent:** Thursday, July 13, 2023 5:00 PM
**To:** Jake Stratmann &lt;jake@starboardyacht.com&gt;
**Cc:** Michael T. Moore &lt;michael@moore-and-co.com&gt;; Steven IVANKOVICH &lt;sivankovic@me.com&gt;; Olafur Hand &lt;olihand@me.com&gt;; Joe Seinitz &lt;jseinitz@yahoo.com&gt;
**Subject:** Ivankovich- Octopussy Refit

Dear Jake,
I am writing you because we have received certain emails and there may be some misunderstanding. Steve Ivankovich has appointed Aaron Leatherwood to be the project manager working with Oli Hand on the Octopussy refit.  Your services will no longer be required with respect to the Octopussy refit.

We hope we can count on your assistance so that there is a smooth transition.

Best,
Caycie

&lt;image012.png&gt;

Caycie Flitman
Attorney
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF  YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

&lt;1693513424707.pdf

**From:** Michael T. Moore &lt;michael@moore-and-co.com&gt;
**Sent:** Monday, September 4, 2023 8:48 PM
**To:** Jake Stratmann &lt;jake@starboardyacht.com&gt;; Beatriz Martin, CPA &lt;betty.martin@zommagroup.com&gt;
**Cc:** Caycie Flitman &lt;CFlitman@moore-and-co.com&gt;; Raymond J. Zomerfeld, CPA &lt;raymond.zomerfeld@zommagroup.com&gt;; Steven IVANKOVICH &lt;sivankovic@me.com&gt;; Olafur Hand &lt;olihand@me.com&gt;; Joe Seinitz &lt;jseinitz@yahoo.com&gt;
**Subject:** RE: Ivankovich- Octopussy Refit - Meeting Time - UPDATED DEAL BILLING

Jake,

Betty will send you her schedules which list **all** invoices received from any source regarding **all** money spent on the Octopussy refit. If you see an invoice that you paid or that needs to be paid that is not on her schedule, send it to her. It really is a simple process. Betty is not interested in phases, etc. Betty is charged with reconciling **all** money in from Contessa and **all** money paid out by you (meaning Starboard Yacht Group) to third parties.

Please focus on the process so we can get the reconciliation behind us.

Michael





255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Cell phone: (786) 473-0755
Facsimile: (786) 221-0601

The Yacht Law Podcast co-host

**2023** - Elite Lawyer; **2023** – Selected Beacon Award Recipient – USSA; **2023** – South Florida's Best Lawyers; **2023** – South Florida Top Lawyer's Award; **2023** – Lawyers of Distinction Award; **2023** - Selected AVVO Top Rated Lawyer; **2023** - Selected for inclusion in the 27th Edition of Best Lawyers in America; **2023** - Selected Marquis Who's Who in American Law; **2023** - Selected Super Lawyer by Lawyer Monthly Magazine; **2023** - Selected Americas Most Honored Professionals Top 1%; **2023** - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide; **2023** – Selected Captain of Industry Award – Sea Ray Corporation

**From:** Jake Stratmann <jake@starboardyacht.com>
**Sent:** Thursday, August 31, 2023 9:34 PM
**To:** Beatriz Martin, CPA <betty.martin@zommagroup.com>
**Cc:** Caycie Flitman <CFlitman@moore-and-co.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>; Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>
**Subject:** RE: Ivankovich- Octopussy Refit - Meeting Time - UPDATED DEAL BILLING

Betty,

I replied to your list received today and all backup and Internal Invoices are in the folders which include the ones reviewed and sent to Aaron as per advisement.

I copied our staff and Teresa is available to you all day tomorrow as am I to get on a call and review.   The list you provided appears to be a pre phase 1 list and includes numerous Estimates which were not approved vs approved work which we received invoices, made deposits and / or completed with our internal departments to support the project.

We appreciate your effort and please feel free to contact us with any questions and / or intel you need to reconcile the accounting.

**Respectfully,**

*Jake Stratmann*
**CEO**





## *Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

*We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!*

  







**From:** Beatriz Martin, CPA <betty.martin@zommagroup.com>
**Sent:** Thursday, August 31, 2023 5:54 PM
**To:** Jake Stratmann <jake@starboardyacht.com>
**Cc:** Caycie Flitman <CFlitman@moore-and-co.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>; Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>
**Subject:** Re: Ivankovich- Octopussy Refit - Meeting Time - UPDATED DEAL BILLING

I just sent an email prior of reading this which shows we still need invoices and proof of payment for approximately $3.3 million, a lot of these invoices are from SYG but we have not seen actual invoices with detail of work or labor.

We have been able to confirm  only approximately $1.2 thru payments by wires and/or credit cards and invoices stamped paid.

As I told you when I was there a lot of the large invoices were proposals or estimates and Teresa confirmed that the work had not begun on some of them.

Please advice how ZOMMA should proceed with this.

Thanks


Beatriz Martin, CPA



**Beatriz Martin, CPA
| Partner**

ZOMMA GROUP, LLP

355 Alhambra Circle, S uite 1100, Coral Gables, F L 33134
**betty.martin@zomma group.com
www.zommagroup.co m**

| 305-444-8288 X1015 | F: 305-424-9259 |
|---|---|

Any accounting, business, or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, ZOMMA Group, LLP would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.

On Aug 31, 2023, at 4:50 PM, Jake Stratmann <jake@starboardyacht.com> wrote:

Dear Caycie, Betty, and all on copy,

I hope this email finds you well.

Enclosed, please find the updated Deal, reflecting all associated costs accrued up to today. Our continued commitment to supporting and collaborating with your teams remains unwavering. However, considering the current delay in funding and the outstanding amount, it is imperative for us to formally request the due payment associated with this deal.

To clarify, our latest accounting reflects charges that include the ongoing storage of Scaffolding, AC rental, Transformer Rental, Air Scrubber Rental, and fees associated with the storage of Muir Windless.

Upon receipt of the payment, Starboard Yacht Group (SYG) commits to settling all current debts and providing lien releases from our vendors pertinent to the Octopussy Phase 1 refit. The detailed scope of work and equipment purchases can be found in the attached document.

Regrettably, the window for timely payment has lapsed. As a result, we must insist on a full payment of $2,219,616.48 by 3 p.m. tomorrow, September 1st, 2023.

To circumvent further complications related to billing for equipment rental without adequate communication and payment, we are prepared to deploy a team to remove all our equipment from the vessel post the aforementioned deadline, should we not receive confirmation of payment.

Should there be any concerns or issues from your end, I am available tomorrow for a discussion to facilitate a swift resolution. Our utmost priority remains to support all involved parties and ensure the successful completion of Octopussy in alignment with Steve's vision. However, our role as a service provider necessitates this formal request to guarantee timely payment from Contessa Marine Research

Respectfully,

*Jake Stratmann*
**CEO**

<image001.png>

<image002.png>
*Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

*We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!*

<image003.png>

<image004.jpg>

<image005.png>

<image006.jpg>

<image007.jpg>

<image008.png>

<image009.png>

<image010.jpg>

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Friday, July 21, 2023 11:22 AM
**To:** Beatriz Martin, CPA <betty.martin@zommagroup.com>; Jake Stratmann <jake@starboardyacht.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>; Aaron <yachtserviceintl@gmail.com>
**Subject:** RE: Ivankovich- Octopussy Refit - Meeting Time

Jake,

Please confirm you have provided Betty with dates.  We may not have been copied on the email.

Best,
Caycie

<image012.png>

Caycie Flitman
Attorney
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.*

**From:** Beatriz Martin, CPA <betty.martin@zommagroup.com>
**Sent:** Thursday, July 20, 2023 9:30 AM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>; Jake Stratmann <jake@starboardyacht.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>; Aaron Leatherwood <yachtserviceintl@gmail.com>
**Subject:** RE: Ivankovich- Octopussy Refit

Good morning,
Thanks for the introduction via email, I think it would be great if we can schedule a call.  I am out of town until tomorrow night, let me know what dates you have available next week please.  Looking forward to working together.
Have a great day!

**Beatriz Martin, CPA | Partner**

ZOMMA GROUP, LLP

**355 Alhambra Circle, Suite 1100, Coral Gables, FL 33134**
**betty.martin@zommagroup.com**
**www.zommagroup.com**
305-444-8288 X1015      F: 305-424-9259

Any accounting, business, or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, ZOMMA Group, LLP would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an

engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Thursday, July 20, 2023 9:23 AM
**To:** Jake Stratmann <jake@starboardyacht.com>; Beatriz Martin, CPA <betty.martin@zommagroup.com>; Raymond J. Zomerfeld, CPA <raymond.zomerfeld@zommagroup.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>; Aaron Leatherwood <yachtserviceintl@gmail.com>
**Subject:** RE: Ivankovich- Octopussy Refit
**Importance:** High

Good morning Jake,

By way of introduction, copied on this email are accountants Betty Martin and Ray Zomerfield.  They will be reaching out to you and will be handling the "audit."  Please work with Betty and Ray and provide them with what they need.

All the best,
Caycie

<image012.png>

Caycie Flitman
Attorney
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.

**From:** Jake Stratmann <jake@starboardyacht.com>
**Sent:** Thursday, July 13, 2023 7:26 PM
**To:** Caycie Flitman <CFlitman@moore-and-co.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>
**Subject:** RE: Ivankovich- Octopussy Refit

Caycie,

Good to hear from you and hope this message finds you and all in copy well.

Yes, you can count on me for a smooth transition: Steve made it clear that Aaron Leatherwood is assigned the Project Manager months ago.

Last week while assisting Aaron with the Intrepid we spoke openly, and I asked him directly if he is satisfied with the support which he replied he was.   I followed up with him with the question "has this been communicated to Steve and his team" which he replied, "yes I tell them often".

We also spoke about our Master Budget Report and payments vs deposits and discussed meeting up to review this week to clarify.

Lots of time has been spent on this audit on many levels and it is our top priority to get this information to Aaron and trust this "trust and verify" process we rely upon, welcome and glad you reached out such that we can confirm it is well received by Steve, Oli and Joe.

Representing the best interest of all key stakeholders remains are priority and in your communication below we are continuing our services of providing transitional support as requested.

Can I have your permission to continue working with Aaron and our staff to ensure all information including copies of paid invoices and all documentation relating to costs are received by Aaron and verified such that SYG and Steve can conclude this audit?


**Respectfully,**

*Jake Stratmann*
**CEO**

<image001.png>

<image002.png>

## *Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

*We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!*

<image003.png>

<image004.jpg>

<image005.png>

<image006.jpg>

<image007.jpg>

<image008.png>

<image009.png>

<image010.jpg>

**From:** Caycie Flitman <CFlitman@moore-and-co.com>
**Sent:** Thursday, July 13, 2023 5:00 PM
**To:** Jake Stratmann <jake@starboardyacht.com>
**Cc:** Michael T. Moore <michael@moore-and-co.com>; Steven IVANKOVICH <sivankovic@me.com>; Olafur Hand <olihand@me.com>; Joe Seinitz <jseinitz@yahoo.com>
**Subject:** Ivankovich- Octopussy Refit

Dear Jake,
I am writing you because we have received certain emails and there may be some misunderstanding. Steve Ivankovich has appointed Aaron Leatherwood to be the project manager working with Oli Hand on the Octopussy refit.  Your services will no longer be required with respect to the Octopussy refit.

We hope we can count on your assistance so that there is a smooth transition.

Best,
Caycie

<image012.png>

Caycie Flitman
Attorney
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF  YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: info@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.

<1693513424707.