

# U.S. District Court

## Florida Southern - Fort Lauderdale

Receipt Date: Jun 24, 2026 4:18PM

Charles Jacob Stratmann

| Rcpt. No: 22236 | Trans. Date: Jun 24, 2026 4:18PM | | | Cashier ID: #EB (1912) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 201B* | Civil Filing Fee/PLRA-Non-Installment/Non-IFP | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: Filing Fees for case 26-cv-61150-PAB Stratmann v. Ivankovich et al APPR: 614654

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.