UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-CV-61150-AUGUSTIN-BIRCH

CHARLES JACOB STRATMANN,

      Plaintiff,

v.

STEVEN IVANKOVICH, *et al.*,

      Defendants.

_____/

## ORDER PROVIDING SERVICE REMINDER AND DENYING PENDING MOTIONS

This matter comes before the Court on a *sua sponte* review of the record. Plaintiff Charles Jacob Stratmann has not yet filed proof of service on Defendants. *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court."). "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Plaintiff filed the Complaint on April 17, 2026, and therefore the deadline to serve process on Defendants in a manner that complies with Federal Rule of Civil Procedure 4 is **July 16, 2026**. This Order serves as notice to Plaintiff that failure to file proof of service on each Defendant by July 16, 2026, may result in the dismissal of the claims against the unserved Defendants.

Given Plaintiff's payment of the court filing fee [DE 18], his Motion to Reconsider Order Denying Motion for Leave to Proceed In Forma Pauperis [DE 15] and Motion to Seal Second Supplemental Declaration of Financial Hardship [DE 17] are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 26th day of June, 2026.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE