**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-CV-61150-AUGUSTIN-BIRCH**

**CHARLES JACOB STRATMANN,**

 **Plaintiff,**

**v.**

**STEVEN IVANKOVICH,** *et al.*,

 **Defendants.**

               /

**ORDER GRANTING MOTION FOR EXTENSION OF**
**TIME TO EFFECTUATE SERVICE AND CLOSING CASE**

This cause comes before the Court on Plaintiff Charles Jacob Stratmann's Motion for Extension of Time to Effectuate Service, in which Plaintiff requests a 90-day extension of the July 16, 2026 service deadline by which to serve process on the Defendants. DE 21. The Motion is **GRANTED**. Plaintiff's deadline to serve process on each Defendant in a manner that complies with Federal Rule of Civil Procedure 4 and to file proof of service on each Defendant is extended to **October 14, 2026**.

Pending service of process, this case is administratively **CLOSED**. After Plaintiff has validly served every Defendant and filed proof of service on every Defendant, Plaintiff may move to have the case reopened.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 8th day of July, 2026.

                  _____
                  PANAYOTTA AUGUSTIN-BIRCH
                  UNITED STATES MAGISTRATE JUDGE