BROWARD COUNTY SHERIFF'S OFFICE
2601 West Broward Blvd Fort Lauderdale, Florida 33312

# RETURN OF SERVICE

**Broward Sheriff's Office/Civil Division**
**Return of Service Affidavit**

**Service Sheet #** 26026307
**Court Case:** 0:26-cv-61150-PAB

Charles Jacob Stratmann VS Tom Ackel, et al.

Hearing Date:
Received by CCN 17233
07/14/2026 9:34 AM

Type of Writ: Summons/Complaint

Court: United States District Court Southern District of Florida / FL

Serve: **Ed Biggie** **850 NE 3rd Street #213 Dania Beach FL 33004**

**Served:** X
**Not Served:**

Charles Jacob Stratmann
545 NE 17th Avenue
Fort Lauderdale FL 33301

**Date:** 10/07/2026 **Time:** 10:05 AM

On Ed Biggie in Broward County, Florida, by serving the within named person a true copy of the writ with the date and time of service endorsed thereon by me, and copy of the complaint petition or initial pleading by the following method:

**INDIVIDUAL SERVICE**

**COMMENTS**: Served Ed at his business located at 850 NE 3rd Street #213, Dania Beach, FL 33004. Ed was not too happy to be served but he took the paperwork anyways. Ed is a white male, brown eyes, salt and pepper hair, facial hair, medium/heavy set, unknown height due to him sitting at his desk.

**You can now check the status of your writ by visting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"**

**Dr. Gregory Tony, Sheriff**
**Broward County, Florida**

**By:** Veronika Rodriguez 17233 **D.S.**
**V. Rodriguez, #17233**

FILED BY VB D.C.
NOV - 6 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.