UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No.: 0:26-cv-61150-PAB

FILED BY VB D.C.
NOV - 6 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

CHARLES JACOB STRATMANN,
Plaintiff,
v.
STEVEN IVANKOVICH, et al.,
Defendants.

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Plaintiff Charles Jacob Stratmann, appearing pro se individually, respectfully moves for an order extending the deadline set by the Court's October 23, 2026 Paperless Order (D.E. 36) for Plaintiff to file an amended complaint, and states:

## I. BACKGROUND

1. On October 23, 2026, the Court entered a Paperless Order (D.E. 36) granting in part Plaintiff's Motion for Extension of Time and to Reopen Case (D.E. 35), reopening this administratively closed case and establishing, inter alia, a deadline of November 6, 2026 for Plaintiff to file an amended complaint, and extending the deadline to complete service of process and file proofs of service to January 12, 2027.

2. The amended complaint is required to correct material party-identity and entity-designation defects identified through post-filing public-record verification, including: (a) the misidentification of Defendant Rick Pineiro in the original caption as "Rick Panero"; (b) the mis-styling of Defendant Ares Marine Inc. as "Ares Marine Service Inc."; and (c) the entity designation of Defendant Sinclair Funding Group Inc., a Delaware corporation, which was captioned as a limited liability company. Accurate party identification is a prerequisite to completing service of process on the remaining Defendants before the Court's January 12, 2027 service deadline.

3. No Defendant has filed a responsive pleading. All responsive deadlines remain stayed under the Court's July 28, 2026 Paperless Order (D.E. 31). No discovery schedule has been set. The extension requested herein therefore implicates no pending deadlines of any Defendant and will not disturb the stayed response schedule.

## II. GOOD CAUSE

4. The requested relief is a short, definite extension — not an open-ended continuance. Plaintiff proposes that the amended complaint be filed no later than Monday, November 16, 2026, ten (10) days after the current deadline, and will file it earlier if the document is ready sooner.

5. The delay is attributable to the need to verify party identities against primary public records (state corporate registries, probate dockets, and appointment orders) and to conform the amended pleading to those verified records — a verification exercise that is in progress and documented in Plaintiff's filing workpapers. Plaintiff respectfully submits that filing an amended complaint containing uncorrected party-identity defects would impair, not advance, the efficient administration of this case, because it would require re-service and invite Rule 12(b)(4)–(5) motion practice on defective captions.

6. No Defendant will be prejudiced. Service of process on unserved Defendants is already governed by the Court's January 12, 2027 deadline, which this Motion does not disturb. The five Defendants who have appeared through counsel (D.E. 25–28, 33) face no new burden during the requested period.

**III. RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully requests that the Court enter an order:

a. Extending the deadline to file an amended complaint from November 6, 2026 to Monday, November 16, 2026;

b. Confirming that the January 12, 2027 deadline to complete service of process and file proofs of service (D.E. 36) is unaffected; and

c. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ ______________________

CHARLES JACOB STRATMANN

Pro Se Plaintiff

545 NE 17th Avenue

Fort Lauderdale, FL 33301

Telephone: (954) 873-8546

Email: jake@starboardyacht.com

Dated: November 6, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record, consistent with the Court's October 23, 2026 paperless order (D.E. 36).

/s/ ______________________________

CHARLES JACOB STRATMANN

**CERTIFICATE OF CONFERRAL (L.R. 7.1(a)(3))**

I HEREBY CERTIFY that on November 6, 2026, Plaintiff conferred with counsel of record for Defendants who have appeared in this action (D.E. 25-28, 33), including Akerman LLP / Jordan Marcus Brill, Esq., by email and through service of this Motion via the Court's CM/ECF system and email, regarding the relief requested herein. As of filing, no Defendant has responded or stated opposition to the requested extension.

/s/ ______________________________

CHARLES JACOB STRATMANN

---