**PROPOSED ORDER**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

Case No.: 0:26-cv-61150-PAB

CHARLES JACOB STRATMANN, Plaintiff, v. STEVEN IVANKOVICH, et al., Defendants.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time to File Amended Complaint. Upon review, and good cause appearing:

IT IS ORDERED AND ADJUDGED that the Motion is GRANTED. The deadline to file an amended complaint is EXTENDED from November 6, 2026 to Monday, November 16, 2026.

IT IS FURTHER ORDERED that the deadline to complete service of process and file proofs of service (D.E. 36, January 12, 2027) is unaffected.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this _____ day of November, 2026.

____________________________________

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record via CM/ECF