FILED BY [signature] D.C.

NOV - 9 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Charles Jacob Stratmann
Plaintiff, Pro Se
545 NE 17th Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 873-8546
Email: jake@starboardyacht.com

# COVER NOTE / FILING MEMORANDUM

**CJS v. Ivankovich et al., No. 0:26-cv-61150-PAB (S.D. Fla.)**

*Accompanies the Corrected First Amended Verified Complaint*

Plaintiff Charles Jacob Stratmann, proceeding pro se, respectfully submits this Corrected First Amended Verified Complaint **pursuant to and within the deadline set by the Court's October 23, 2026 paperless Order (DE36)**, which granted leave to file an amended complaint on or before November 6, 2026, and extended the time to serve all defendants and file proofs of service through January 12, 2027.

**Conferral posture**: Local Rule 7.1(a)(3) certification is directed to motions. This filing is a pleading submitted under an express grant of leave previously ordered by the Court after briefing on the subject matter — it is not a motion seeking relief. Should the Court prefer a formal conferral record, Plaintiff will supplement promptly upon notice.

**Conferral certificate (S.D. Fla. L.R. 15.1 & 7.1(a)(3))**: Plaintiff certifies that on **November 6, 2026**, he conferred in good faith regarding the amendment and extension with counsel for appearing Defendants — Jordan Marcus Brill, Esq. (Glachman & Brill, P.A.) for Defendants Ackel, Bluewater Reel Estate LLC, Brighton, and Hunter, and Bryan Thomas West, Esq. (Akerman LLP) for Defendant Akerman LLP — as reflected in the conferral correspondence underlying Plaintiff's pending Motion for Extension of Time (D.E. 38).

**Alternative authority**: This amended complaint is filed pursuant to the Court's October 23, 2026 leave order (DE36) and in light of Plaintiff's pending motion for extension of time (DE38). To the extent the amendment window is deemed to have run, Plaintiff alternatively invokes Fed.

R. Civ. P. 15(a)(2), which provides that leave to amend should be freely given when justice so requires.

**Contents of the amendment** (summarized per L.R. 15.1 practice): corrected party designations and caption; refined factual allegations consistent with the original pleading; a new section of post-filing corroborating developments placed after the factual allegations and before the counts; the same five counts for relief as the original complaint; and the original jury demand and verification.

DATED this ____ day of November, 2026.

/s/ ______________________________

CHARLES JACOB STRATMANN

Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I certify that on November ___, 2026, a true and correct copy of the foregoing Cover Note / Filing Memorandum and the accompanying Corrected First Amended Verified Complaint were served via the Court's CM/ECF system upon all counsel of record, including Jordan Marcus Brill, Esq. (Glachman & Brill, P.A.) and Bryan Thomas West, Esq. (Akerman LLP), and via first-class U.S. Mail upon all Defendants without counsel of record at their addresses of record.

/s/ ______________________________

CHARLES JACOB STRATMANN