FILED BY ___ D.C.

NOV 10 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Charles Jacob Stratmann
Plaintiff Pro Se
545 NE 17th Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 873-8546
Email: jake@starboardyacht.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:26-cv-61150-PAB

CHARLES JACOB STRATMANN,

Plaintiff,

v.

STEVEN IVANKOVICH, et al.,

Defendants.

_______________________________________/

# PLAINTIFF'S NOTICE OF ERRATA AND CLARIFICATION

Plaintiff Charles Jacob Stratmann, proceeding pro se, respectfully provides this Notice of Errata and Clarification:

## I. THE NOVEMBER 9, 2026 SUBMISSION AND DOCKET ENTRY 40

1. On November 9, 2026, Plaintiff delivered paper copies of materials to the Clerk's Office. Those materials included an earlier draft of the First Amended Verified Complaint and accompanying exhibit materials that were incomplete, contained formatting defects, and did not reflect Plaintiff's final amended pleading.

2. The Clerk's Office has docketed that submission as Docket Entry 40 (Verified First Amended Complaint, with attachments at D.E. 40-1 through 40-3), and by Paperless Order entered November 10, 2026 (D.E. 41), the Court deemed the amended complaint filed at D.E. 40 timely.

3. Plaintiff acknowledges D.E. 40 as the currently operative amended complaint **subject to the corrections stated herein**.

**II. CORRECTED FIRST AMENDED VERIFIED COMPLAINT FILED HEREWITH**

4. Contemporaneously with this Notice, Plaintiff files a corrected First Amended Verified Complaint (the "Corrected FAVC"). The Corrected FAVC supersedes D.E. 40 in its entirety and:

a. corrects party names and caption designations, including the addition of Defendant Robert Allen Law;

b. corrects the verification and certificate of service dates to November 10, 2026;

c. refines factual allegations consistent with the original Complaint (D.E. 1);

d. adds a section of post-filing developments drawn from public court records;

e. asserts the same five counts and the original jury demand and verification; and

f. was prepared for filing on November 10, 2026, within the period the Court allowed by D.E. 41.

5. The exhibit materials attached to D.E. 40 (D.E. 40-1 through 40-3) are public-record prints that remain part of the record; to the extent the Corrected FAVC cites those materials, they are incorporated by reference. Plaintiff will supplement any exhibit identified as defective in the November 9 submission by separate notice.

6. Plaintiff will serve process on all Defendants by the January 12, 2027 deadline set in D.E. 36.

**III. RELIEF REQUESTED**

7. Plaintiff respectfully requests that the Court treat the Corrected FAVC filed herewith as superseding and controlling over D.E. 40, and that the Clerk's Office note the errata on the docket; and grant such other relief as is just.

Dated: November 10, 2026

Respectfully submitted,

/s/ Charles Jacob Stratmann

CHARLES JACOB STRATMANN

Plaintiff, Pro Se

545 NE 17th Avenue

Fort Lauderdale, FL 33301

Telephone: (954) 873-8546

Email: jake@starboardyacht.com

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2026, I filed the foregoing Notice of Errata and Clarification and the Corrected First Amended Verified Complaint with the Clerk of Court and served a true and correct copy by electronic mail upon counsel of record: Bryan Thomas West, Esq. (Akerman LLP), bryan.west@akerman.com, counsel for Defendant Akerman LLP; and Jordan Marcus Brill, Esq. (Glachman & Brill, P.A.), jordan@glachmanbrill.com, counsel for Defendants Ackel, Brighton, Hunter, and Bluewater Reel Estate LLC, and by first-class U.S. Mail upon all Defendants not represented by counsel at their addresses of record.

/s/ Charles Jacob Stratmann

CHARLES JACOB STRATMANN