# EXHIBIT C

## AFFIDAVIT OF JOSEPH SEINITZ

**In re: Marriage of Ivankovich**, No. 21 D 9220 — Circuit Court of Cook County, Illinois, Domestic Relations Division

**Dated:** June 1, 2025 (file-stamped June 2, 2025, per lock memo)

**Deponent:** Joseph Seinitz — cooperating witness with documented cooperation against Steven Ivankovich.

**Contents:** Sworn affidavit describing Steven Ivankovich's asset-hiding network, including the roster: *"Steven employs Gary Goldstein, Nancy Webber, David Morris, Diana Sidek, Rodney Balasi, and Mark Brown to help him move money, buy assets, hide assets, pay his bills, create LLCs"* — and titled-asset concealment (Dubai Escalade / Cadillac titled to Mohamed Aljasmi).

**Chain of custody:** Sealed intake package `02_EVIDENCE/INTAKE/W2752_SEINITZ_AFFIDAVIT_LOCK/` — SHA-256 prefix `8A2C95E5`. Affidavit's cited Exhibits 1–6 were not attached to the source package and are noted as absent pending retrieval.

**Relevance:** Corroborates the enterprise's asset-concealment methods and identifies actors referenced in the Complaint's factual allegations.

**Status:** Sworn affidavit follows this cover page.

/s/ ________________________________

CHARLES JACOB STRATMANN

Pro Se Plaintiff

Atty No. 26828

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

| | | |
|---|---|---|
| IN RE: MARRIAGE OF | ) | |
| | ) | |
| JEANETTE IVANKOVICH, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | No. 21 D 9220 |
| and | ) | |
| | ) | |
| STEVEN IVANKOVICH | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |
| ANTHONY IVANKOVICH, et al. | ) | |
| Third-Party Respondents. | ) | |

**AFFIDAVIT OF JOSEPH SEINITZ**

I, Joseph Seinitz, hereby certify under penalty of perjury pursuant to Section 5/1-109 of the Illinois Code of Civil Procedure, as to the following matters:

1. I am Joseph Seinitz, a resident of Dekalb, Illinois with a secondary residence in Florida.

2. I have known Steven Ivankovich and the Ivankovich family since the 1980's. I attended the same high school as Steven and his brother, Daniel Ivankovich.

3. I personally know Steven, Daniel, Olga and Anthony Ivankovich, as well as Jeanette Ivankovich, both socially and most recently as a former employee of Steven Ivankovich.

4. In approximately 2019, Steven hired me to serve as his head of security, and as a full-time consultant and advisor. In that role, I took care of security for the Ivankovich family and some of their business, financial and personal needs.



#11224741v3

5. When I was hired by Steven, Steven and Jeanette were married and not involved in a divorce proceeding. I had the opportunity to get to know Jeanette, the parties' children and more importantly, Steven, very well.

6. I am aware that around late 2021, Jeanette filed for divorce from Steven. I continued to work for Steven even after the parties separated from one another, through early 2025.

7. In January 2022, I signed an affidavit on behalf of Steven which he presented to the divorce court.

8. On November 17, 2022, I testified in this matter at the insistence of Steven as his witness at a hearing.

9. Steven has involved me in his divorce proceeding as an affiant, witness and by speaking with me often concerning his divorce for the past three years.

10. In addition to speaking with me and others on my security team concerning his divorce, and asking us to undertake certain actions, Steven often conversed with me and trusted me to assist him with operating and overseeing many of his assets, including luxury yachts, other boats, businesses, development projects and security for watercrafts and residences. From 2019 through early 2025, I often had daily contact with Steven, multiple times per day, and if not daily, no less than weekly. The breadth of the work I did for Steven is partially portrayed in the attached "Discussion Questions" document that Steven had me complete in ____________, attached to my Affidavit as **Exhibit 1**.

11. From my years of work with Steven, uncountable conversations with Steven and personal observations of Steven, I have gained substantial knowledge concerning Steven's divorce strategy, his access to assets, his extraordinary wealth, his hiding of assets through LLCs held in others' names, his routine use of credit cards held in his father's name, the people who work for

Steven and are loyal to him, the creation and control Steven asserts over LLCs, his personal use of luxury yachts and multiple million-dollar-plus residences, his financial support of his non-documented fiancée who is not legally in the USA, and much more.

12. On or around late March 2025, I voluntarily contacted counsel for Jeanette Ivankovich and provided information to assist them in these divorce proceedings. I risked my job, my personal security and my family's security in doing so. I voluntarily decided to take that risk because I could no longer stand watching Steven attempt to destroy his wife, his children and many other people along the way. In my opinion, Steven is a dangerous man, he does not care if he destroys people, financially or otherwise.

13. I have been promised nothing from Jeanette and her attorneys, and I have come to the Court to speak the truth both through this affidavit and in any testimony that I may be asked to provide to this Court or in any other proceeding.

14. In speaking the truth, the Court should be informed of the following non-exhaustive facts which are all part of my personal knowledge from my years of employment with Steven and/or my personal conversations with Steven:

A. While I have been working with Steven, Steven has been in total control of ten of millions of assets, even though he attempts to portray in the divorce that his mother and father are involved. Based upon my last personal observation of Steven's father, Anthony Ivankovich in 2024, Anthony is not capable of conversing or understanding basic matters due to his health issues. Even prior to 2024, I never witnessed Anthony involved in any of the businesses Steven was operating, including Contessa Marine Research, held in Anthony's name. Sometime around December 2024, while in Dubai, Steven impersonated his father on the phone to gain access to funds held in his father's name.

Upon information and belief, this was not the only time that Steven impersonated his father to gain access to funds held in his father's name. Steven also always carried at least one credit card held in his father's name which he used routinely to pay his personal expenses. I have attached a photocopy of one credit card that Steven had in his possession with Anthony's name and several screenshots from my computer of the credit cards in Anthony's name that were given to me by Steven to use to book airline travel for Steven and others. Those documents are attached as **Exhibit 2**. I personally observed Steven using credit cards with his father's name for airline and hotel purchases, car rentals and dining out. Steven also gave the boat captain for the Contessa, one of Steven's yachts, a credit card in Anthony's name to pay for the boat's supplies.

B. Steven's mother Olga was never involved in any of LLCs nor made any decisions whatsoever concerning the buying and selling of yachts, boats, land and residences. Steven controlled everything. Olga only knows what Steven tells her.

C. Just around the time the divorce started, Steven purchased the multi-million-dollar Octopussy boat with the intention of rehabbing it and reselling it. He used an LLC, Contessa Marine Research, with Anthony as the member to title the boat. Anthony was never involved in the purchase or rehab in any capacity. Steven was unable to complete the refurbishment of the yacht, and we had it shipped to Dubai, where it sits. Steven is involved in extensive litigation regarding this yacht.

D. Steven rents a residence in Monaco for $20,000 per month and a house in Islamorada, Florida where he often stays with his fiancée, a girl named Ekaterina Zueva (called "Katie") from Siberia. I have been to the Islamorada residence many times. Steven uses both residences personally. Steven also purchased an Aston Martin SUV for his own

personal use in Monaco. He purchased an engagement ring for Katie as well which she wears routinely. Because Katie is illegally within the United States, Steven transports her secretly to and from Florida and the Bahamas on one of his boats, hiding her to avoid immigration. Not only have I witnessed Katie in the Bahamas and at Steven's Islamorada residence, but also my security team has been involved in transporting her to and from these destinations with Steven. See Exhibit 6, *supra*, which shows Katie and Steven in the Bahamas in 2024. Katie cannot otherwise travel outside of the USA because of her illegal status.

E. I have travelled to Dubai and have worked with Steven while in Dubai. I know that Steven owns a condo in Dubai, and I have been there. It is plush, has 3-4 bedrooms, a 40-foot terrace and holds a lot of artwork. He paid a designer to furnish the residence. Steven personally uses this residence and has had his employees, Diana Sidek and David Morris, stay at the Dubai residence as well. Steven also purchased a Cadillac Escalade in Dubai which he titled in the name of Mohamed Aljasmi.

F. Steven employs Gary Goldstein, Nancy Webber, David Morris, Diana Sidek, Rodney Balasi, and Mark Brown to help him move money, buy assets, hide assets, pay his bills, create LLCs. Steven also uses his loyal business associate, Olafur Hand, to hide assets belonging to Steven. All these people are paid with funds that Steven has access to. Steven paid me and my team in the same manner and was often late with his payments. Payments were typically made by wire transfer into our accounts. Attached as **Group Exhibit 3** are "Certificate of Incorporation" documents for Trench Town Holdings Limited, Zeen Marine Limited, and BooNooNooNoos Boats Limited, all incorporated by Steven in 2024 in the Bahamas with Olafur Hand listed as the "Director" and sole "Shareholder."



#11224741v3

G. Around late 2022 into early 2023, Steven purchased a residence at 233 Menomonee Street, Chicago next door to Jeanette. He told me that he had long ago made a deal to purchase the residence from the family that lived there when the owner passed away. Steven titled the residence in an LLC. Steven sent one of my security team members there to view and secure the residence after it was purchased.

H. Steven has multiple yachts and many boats, harbored in Dubai, Florida, Italy, and Monaco. All the watercrafts are titled in various LLCs, including Contessa Marine Research, IMG, Yacht Daddy LLC and Poopsie Walla LLC. In full disclosure, I am the title manager of IMG LLC and on Poopsie Walla I am a manager with Olafur Hand. Attached as **Exhibit 4** is a bill of sale from Steven's purchase of a pleasure boat on February 16, 2023 which Steven uses in Dubai.

I. In 2023, Steven purchased a 2024 Sunseeker 100 motor yacht through Contessa Marine Research LLC and as the "authorized signatory," assigned the purchase to Yacht Daddy LLC, an LLC he created in the Cayman Islands. Steven is the sole member of Yacht Daddy LLC. Attached as **Group Exhibit 5** are (1) the Assignment, signed by Steven in 2023; (2) the Register of Directors for Yacht Daddy; (3) the Minutes of the First Meeting of the Board of Directors of Yacht Daddy LLC dated September 14, 2023 showing Steven as the Director and sole shareholder and (4) the Campbells Questionnaire form for the incorporation of Yacht Daddy LLC also listing Steven as the sole director and shareholder, with Steven's contact information, further describing the business as a "holding entity."

J. In 2023, Steven discussed with me that he put down a $1 million deposit on a $30 million condo in Dubai in a new high rise building to be constructed and he planned to flip the condo upon completion.

K. While I worked with him, Steven bought 1,500 acres of vacant land in the Dominican Republic with Mark Brown's assistance, and 22 acres of land in south Florida. He planned to develop both properties, but he failed to do so and often failed to pay the workers and the bills related to owning and caring for the properties.

L. In approximately 2023, Steven bought a $6 million residence in Colorado for personal use. His friend and employee, Mark Brown, assisted Steven with the purchase. Mark Brown lives nearby. Like all else, Steven titled the property to an LLC.

M. Steven worked with Will Deeds to purchase a billboard in Chicago at Orleans and Franklin which generates monthly rental income.

N. The above information is not complete. I have more information concerning the assets controlled by Steven that I believe would be helpful to the receiver and the Court.

15. After the divorce commenced, Steven often spoke to me and sometimes my team about hiding assets from Jeanette, and his strategy to buy properties and boats titled in LLCs to keep funds away from Jeanette. He discussed that his strategy was to run her and her lawyers into the ground with never ending litigation and refusal to pay any of her lawyers' bills. He often laughed about his tactics, making fun of Jeanette's attorneys and the judges. He would say that he planned to "bleed Jeanette and Jeanette's attorneys to death." The divorce is a game for Steven that he wants to win. His goal is to prevent Jeanette from getting anything. It got to the point that his comments and strategy sickened me and others.

16. In 2023 and 2024, Steven hired and used an intelligence collection and analysis firm by the name of Sector Intelligence, www.sectorintell.com, recommended by one of my security team members to compile personal dossiers of "mud" on Jeanette's counsel, Tanya Stanish, Judge Patrick Powers, Judge Ellen Flannigan and several other attorneys and judges involved in the divorce. Steven spoke with me and my team several times about wanting to destroy the reputation of Jeanette's attorneys and injure (reputationally and physically) the judges involved in his divorce case. As to Judge Flannigan, Steven wanted to run a black transvestite candidate against Judge Flannigan and pay for the campaign in some attempt to humiliate the Judge; very bizarre. Steve discussed these plans with me, Gus Pons and Craig Butler, all members of my security team. One conversation happened in Islamorada on May 14, 2024. Another conversation took place in the Bahamas at a house that Steven rented for himself and Katie on or about July 16/17, 2024. Attached to this Affidavit as **Group Exhibit 6** are photos that I took at or after those meetings, in part to memorialize these outrageous conversations.

17. In 2025, when Steven learned that I was walking away from his employment, he had David Morris contact me (while Steven was in jail) and David asked me, "What would it take for everything to stop?" David tried to bribe me with money. David was nervous that I would share all the knowledge that I had with others such as Jeanette's counsel. Previous to this conversation, Steven personally contacted my wife and left her a threatening text message; his way of letting me know that he can get to my wife. He was apparently trying to dissuade me from leaving his employment.

18. Over the past four years, I have watched Steven refuse to pay employees, refuse to pay business partners, bankrupt business partners, refuse to pay Jeanette, refuse to pay a designer (who then committed suicide), refuse to pay vendors, refuse to pay dock fees, file lawsuits, defend

lawsuits, all while leading the life of profound luxury in Europe, Dubai and the United States, vacationing and partying on yachts and living in multiple opulent residences.

19. I come to this Court with integrity and the willingness to tell the truth to aid the Court. Steven is not an honest man, and he has no intention of giving Jeanette and his children any financial assistance. I would be willing to assist the Receiver, if appointed, in informing him of the assets and income sources known to me and controlled by Steven, some of which have been mentioned above.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Under penalties as provided by law to 735 ILCS 5/1-109, I certify that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and, as to such matters, I certify that I verily believe same to be true.

DATED: ____________________

/s/ ______________________________

JOSEPH SEINITZ



#11224741v3